**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Kurd, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>Republic of Turkey, *et al.*,<br><br>　　　Defendants. | Civil Action No. _____.<br><br>**DECLARATION OF FREDERICK G. JAUSS IV AND EXHIBITS IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR WAIVER OF LOCAL CIVIL RULES 5.1(c)(1) and 11.1 AND FOR LEAVE FOR JANE DOES I - III TO PROCEED IN PSEUDONYM AND FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

**DECLARATION OF FREDERICK G. JAUSS IV**

1. I am a partner at the law firm of Dorsey & Whitney LLP. I am an attorney licensed to practice law in the District of Columbia and before this Court. The information contained herein is based on my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2. Plaintiffs' counsel have attempted to identify the addresses for Defendants Ahmet Cengizhan Dereci, Alpkenan Dereci and Mahmut Sami Ellialti. These three Defendants are Canadian citizens, and Plaintiffs' counsel have not yet been able to identify their addresses.

3. Attached hereto as Exhibit A is a true and correct copy of the indictment issued in the Superior Court of the District of Columbia (Crim. Nos. 2017 CF3 10331, *et seq.*).

4. Attached hereto as Exhibit B is a true and correct copy of a document entitled "Proffer of Facts," signed by Defendant Eyup Yildirim in case number 2017 CF3 11114.

5. Attached hereto as Exhibit C is a true and correct copy of a document entitled "Proffer of Facts," signed by Defendant Sinan Narin in case number 2017 CF3 10331.

6. Attached hereto as Exhibit D is a true and correct copy of H. Res. 354 passed by the Foreign Affairs Committee in the House of Representatives on May 25, 2017 and an accompanying press release.  Both documents were retrieved from the Foreign Affairs Committee's website: https://foreignaffairs.house.gov/press-release/house-foreign-affairs-committee-passes-various-measures/.

7. Attached hereto as Exhibit E is a true and correct copy of a document on letterhead from the Republic of Turkey Ministry of Foreign Affairs entitled, "QA-26, 25 MAY 2017, Statement of the Spokesperson of the Ministry of Foreign Affairs, Ambassador Huseyin Muftuoglu, in response to a question regarding the Resolution voted in the Foreign Affairs Committee of the House of Representatives of the USA."  The statement was retrieved from the website: http://www.mfa.gov.tr/sc_26_-25-may-2017_-statement-of-the-spokesperson-of-the-ministry-of-foreign-affairs_-ambassador-h%C3%BCseyin-m%C3%BCft%C3%BCo%C4%9Flu_-in-response-to-a-question-regarding-the-resolution-voted-in-the-foreign-affairs-committee-of-the-house-of-representatives-of-the-usa.en.mfa.

8. Attached hereto as Exhibit F is a true and correct copy of an article entitled: "Turkish Foreign Minister Visits Men Accused of Beating Protesters in D.C., Offers Turkey's 'Love and Greetings,'" dated September 26, 2017, and published by armenianweekly.com.

9. Attached hereto as Exhibit G are true and correct copies of photos posted on Defendant Sinan Narin's Facebook page.

10. Attached hereto as Exhibit H are true and correct copies of the Victim Impact Statements from Lusik A. Usoyan and Lacy Katherine MacAuley, submitted to the D.C. Superior Court before and after the sentencing of Defendants Eyup Yildirim and Sinan Narin. The statements have been combined and paginated.

11. Attached hereto as Exhibit I is a true and correct copy of a document entitled, "Turkey 2017 Human Rights Report" from the United States Department of State, Country Reports on Human Rights Practices for 2017. The report was retrieved from the website: https://www.state.gov/documents/organization/277471.pdf.

12. Attached hereto as Exhibit J is a true and correct copy of a document entitled, "Turkey 2016 Human Rights Report" from the United States Department of State, Country Reports on Human Rights Practices for 2016. The report was retrieved from the website: https://www.state.gov/documents/organization/265694.pdf.

13. Attached hereto as Exhibit K is a true and correct copy of an article entitled "Turkey: Crackdown on Kurdish Opposition," dated March 20, 2017, published by Human Rights Watch. The article was retrieved from the website: https://www.hrw.org/news/2017/03/20/turkey-crackdown-kurdish-opposition.

14. Attached hereto as Exhibit L is a true and correct copy of an article entitled "Turkey: Crackdown on Social Media Posts," dated March 27, 2018, published by Human Rights Watch. The article was retrieved from the website: https://www.hrw.org/news/2018/03/27/turkey-crackdown-social-media-posts.

15. Attached hereto as Exhibit M is a true and correct copy of the Turkey "Country Summary" from Human Rights Watch's 2018 World Report. The report was retrieved from the website: https://www.hrw.org/world-report/2018/country-chapters/turkey.

16. Attached hereto as Exhibit N is a true and correct copy of the Turkey section from the "Amnesty International Report 2017/2018: the State of the Worlds Human Rights." The report was retrieved from the website:

    https://www.amnesty.org/en/latest/research/2018/02/annual-report-201718/.

17. Attached hereto as Exhibit O is a true and correct copy of the report entitled, "Weathering the Storm: Defending human rights in Turkey's climate of fear," published in April 2018 by Amnesty International. The report was retrieved from the website:

    https://www.amnesty.org/en/documents/eur44/8200/2018/en/.

18. Attached hereto as Exhibit P is a true and correct copy of the U.N. High Commissioner's Statement entitled, "High Commissioner's global update of human rights concerns," issued March 7, 2018 at the 37th Session of the Human Rights Council. The statement was retrieved from the website:

    http://www.ohchr.org/EN/NewsEvents/Pages/DisplayNews.aspx?NewsID=22772&LangID=E.

19. Submitted in connection with Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 and for Leave for Jane Does I-III to proceed in Pseudonym and for Leave to File Documents Under Seal, is Exhibit Q, a true and correct copy of the Declaration of Plaintiff Jane Doe I in Support of her Motion to Commence an Action and Proceed Under a Pseudonym.

20. Submitted in connection with Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 and for Leave for Jane Does I-III to proceed in Pseudonym and for Leave to File Documents Under Seal, is Exhibit R, a true and correct copy of the Declaration of

Plaintiff Jane Doe II in Support of her Motion to Commence an Action and Proceed Under a Pseudonym.

21. Submitted in connection with Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 and for Leave for Jane Does I-III to proceed in Pseudonym and for Leave to File Documents Under Seal, is Exhibit S, a true and correct copy of the Declaration of Plaintiff Jane Doe III in Support of her Motion to Commence an Action and Proceed Under a Pseudonym.

22. Submitted in connection with Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 and for Leave for Jane Does I-III to proceed in Pseudonym and for Leave to File Documents Under Seal, is Exhibit T, a true and correct copy of the Declaration of Plaintiff Kasim Kurd in Support of his Motion to Commence an Action and Proceed Without Listing his Address.

23. Submitted in connection with Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 and for Leave for Jane Does I-III to proceed in Pseudonym and for Leave to File Documents Under Seal is Exhibit U, a true and correct copy of the Declaration of Plaintiff Ceren Borazan in Support of her Motion to Commence an Action and Proceed Without Listing her Address.

24. Submitted in connection with Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 and for Leave for Jane Does I-III to proceed in Pseudonym and for Leave to File Documents Under Seal, is Exhibit V, a true and correct copy of the Declaration of Plaintiff Jalal Kheirabadi in Support of his Motion to Commence an Action and Proceed Without Listing his Address.

25. Submitted in connection with Plaintiffs' Ex Parte Motion for Waiver of Local Civil Rules 5.1(c)(1) and 11.1 and for Leave for Jane Does I-III to proceed in Pseudonym and for Leave to File Documents Under Seal, is Exhibit W, a true and correct copy of the Declaration of Plaintiff Mehmet Tankan in Support of his Motion to Commence an Action and Proceed Without Listing his Address.

26. Attached hereto as Exhibit X is a true and correct copy of a report by Human Rights Watch entitled, "Turkey: Convicted for Critical Ideas," dated February 16, 2018 and retrieved from the Human Rights Watch website.

27. Attached hereto as Exhibit Y is a true and correct copy of a document entitled "Turkey: UN experts seek release of all rights defenders as clampdown worsens," dated July 14, 2017, obtained from the U.N. Office of the High Commissioner for Human Rights' website.

28. Attached hereto as Exhibit Z is a true and correct copy of a document entitled, "European Parliament resolution of 8 February 2018 on the current human rights situation in Turkey," obtained from the European Parliament website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May 2018 in the District of Columbia.

*[signature]*

FREDERICK G. JAUSS IV