IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> The Republic of Turkey, *et al.*, <br><br> Defendants. | Civil Action No.: 1:18-cv-1117-CKK |

## SUPPLEMENTAL DECLARATION OF JOSHUA COLANGELO-BRYAN IN CONNECTION WITH APPLICATION FOR ADMISSION *PRO HAC VICE*

I, JOSHUA COLANGELO-BRYAN, depose and state as follows:

1. My full name is Joshua Colangelo-Bryan.

2. I am Of Counsel with Dorsey & Whitney LLP.

3. I submit this supplemental declaration pursuant to the Court's June 20, 2018 Order.

4. I hereby certify that I am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 22 day of June, 2018.

Joshua Colangelo-Bryan
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
Fax: (212) 953-7201
colangelo.joshua@dorsey.com