CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

KASIM KURD, *et al.*,
          Plaintiff(s)

vs.

THE REPUBLIC OF TURKEY, *et al.*,
          Defendant(s)

Civil Action No.: 1:18-CV-01117-CKK

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

THE REPUBLIC OF TURKEY
c/o Turkish Ministry of Foreign Affairs
Dr. Sadik Ahmet Cad.
No:8 Balgat /Ankara, Turkey 06100

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☒ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☒ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): _____N/A_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Agnieszka Fryszman
(Signature)

Agnieszka M. Fryszman, DC Bar No. 459208
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com