IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KASIM KURD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CV-01117-CKK |
| | ) | |
| THE REPUBLIC OF TURKEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT EYUP YILDIRIM'S ANSWER TO FIRST AMENDED COMPLAINT

Defendant Eyup Yildirim ("Yildirim"), by and through undersigned counsel, hereby answers Plaintiffs' First Amended Complaint ("Complaint"), and asserts his defenses thereto as follows:

## I.    INTRODUCTION – NATURE OF THE ACTION[1]

1.    Yildirim denies the allegations set forth in paragraph 1 of the Complaint. Yildirim further states that Plaintiffs' allegations do not accurately describe the events that occurred on May 16, 2017, and omit material facts.  Most notably, Plaintiffs, some of whom had been displaying support for, or association with, the Kurdistan Worker's Party ("PKK"), which is a U.S.-designated Foreign Terrorist Organization that is estimated to be responsible for the deaths of over 40,000 people since the 1980's, and which is a constant national security threat to the Republic of Turkey ("Turkey"), assembled in Sheridan Circle, across the street from the Turkish Chief of Mission's residence ("Residence") where Turkey's President Recep Tayyip Erdogan and his senior ministers were expected to arrive.  Plaintiffs and others in the group they

---

[1] The Complaint's headings and subheadings are not factual allegations to which a response is required.  To the extent a response is required, Yildirim denies any and all allegations in the Complaint's headings and subheadings.

were among (the "Anti-Turkey Group") had no assembly permit and began crossing into the traffic flowing on Massachusetts Avenue between Sheridan Circle and the Residence. The Metropolitan Police Department ("MPD") did not stop the Anti-Turkey Group from advancing towards the Residence and members of the Anti-Turkey Group, including Jalal Kheirabadi ("Kheirabadi") and Kasim Kurd ("Kurd"), began taunting supporters of Turkey and Turkish security officers in the middle of the street as they approached the Residence sidewalk where many pro-Turkey civilian demonstrators and Turkish security officers were assembled. A physical altercation broke out during which Kheirabadi kicked and punched at the Turkish security officers, and Kurd violently smashed a bullhorn on civilian co-defendant Alpkenan Dereci's head, grievously injuring him and leaving him bloodied. Kurd then threw his bullhorn towards an MPD officer and others as a weapon, and also threw a water bottle that hit civilian co-defendant Sinan Narin in the head, drawing blood. Plaintiff Ceren Borazan also threw items and sprayed a clear liquid at the Turkish security officers and pro-Turkey supporters, and she ran into Massachusetts Avenue towards the Residence even after MPD instructed the Anti-Turkey Group to return to Sheridan Circle. MPD did not arrest Kheirabadi, Kurd, or anyone else in the Anti-Turkey Group despite their displays of violence and their support for, or association with, the PKK. Yildirim witnessed all these events in close range and was within feet of the bloodied Mr. Dereci. A second altercation arose in Mr. Yildirim's presence at or around the time President Erdogan arrived. The Anti-Turkey Group remained in close proximity to the Residence, presenting a dangerous security threat to President Erdogan, who is widely known to have been the subject of other assassination attempts, some near the time of the Sheridan Circle incident. When MPD took no action to move the Anti-Turkey Group farther away from the President's position, the Turkish presidential security detail took action to remove the threat and

disperse the Anti-Turkey Group while President Erdogan achieved safe passage from his car into the Residence.

## II.    JURISDICTION AND VENUE

2.      Paragraph 2 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 2 of the Complaint.

3.      Paragraph 3 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Yildirim denies the allegations in paragraph 3 of the Complaint.

4.      Paragraph 4 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Yildirim denies the allegations in paragraph 4 of the Complaint.

## III.    PARTIES

### Plaintiffs

5.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 5 of the Complaint and, therefore, denies them.

6.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 6 of the Complaint and, therefore, denies them.

7.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 7 of the Complaint and, therefore, denies them.

8.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 8 of the Complaint and, therefore, denies them.

9.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 9 of the Complaint and, therefore, denies them.

10.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 10 of the Complaint and, therefore, denies them.

11.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 11 of the Complaint and, therefore, denies them.

12.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 12 of the Complaint and, therefore, denies them.

13.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 13 of the Complaint and, therefore, denies them.

14.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 14 of the Complaint and, therefore, denies them.

15.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 15 of the Complaint and, therefore, denies them.

16.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 16 of the Complaint and, therefore, denies them.

17.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 17 of the Complaint and, therefore, denies them.

18.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 18 of the Complaint and, therefore, denies them.

19.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 19 of the Complaint and, therefore, denies them.

## Defendants

20.    Yildirim admits that Defendant Republic of Turkey is a foreign state and that Recep Tayyip Erdogan is Turkey's president and was Turkey's president on May 16, 2017. Paragraph 20 of the Complaint contains legal conclusions about Turkey's officials and employees and their legal capacity to which no response is required. To the extent a response to those allegations is required, Yildirim denies them. Yildirim lacks information and knowledge about the remaining allegations in paragraph 20 of the Complaint and, therefore, denies them.

21.    Yildirim admits Defendant Ahmet Cengizhan Dereci was present in front of the Residence on May 16, 2017, and was wearing a dark shirt and khaki-colored pants that day. Yildirim also admits that Defendant Ahmet Cengizhan Dereci was indicted, but denies Plaintiffs' characterization of the indictment. Yildirim denies the remaining allegations in paragraph 21 and footnote 1 of the Complaint.

22.    Yildirim admits Defendant Alpkenan Dereci was present in front of the Residence on May 16, 2017, and was wearing a yellow shirt that day. Yildirim denies the remaining allegations in paragraph 22 of the Complaint.

23.    Yildirim admits that Defendant Mahmut Sami Ellialti was present in front of the Residence on May 16, 2017. Yildirim also admits that Defendant Mahmut Sami Ellialti was indicted, but denies Plaintiffs' characterization of the indictment. Yildirim denies the remaining allegations in paragraph 23 of the Complaint.

24.    Yildirim admits that Defendant Sinan Narin was present in front of the Residence on May 16, 2017, was wearing a dark suit, pleaded guilty to one count of assault, and served time in prison. Yildirim denies the remaining allegations set forth in paragraph 24 of the Complaint.

25.     Yildirim admits that he is a citizen of the United States, was present in front of the Residence on May 16, 2017, pleaded guilty to one count of assault, and served time in prison. Yildirim denies the remaining allegations set forth in paragraph 25 of the Complaint.

26.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 26 of the Complaint and, therefore, denies them.

**Other Relevant Actors**

27.     Yildirim admits that some Turkish security officers wore suits and others wore khaki pants and olive green jackets.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 27 of the Complaint and, therefore, denies them.

28.     Paragraph 28 of the Complaint contains legal conclusions about Turkish security officers' employment and legal capacity to which no response is required.  To the extent a response to those allegations is required, Yildirim denies them.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 28 of the Complaint and, therefore, denies them.

29.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 29 of the Complaint and, therefore, denies them.

**IV.    STATEMENT OF FACTS**

A.  **Background**

1.  **Peaceful Protest Is Protected by the United States Constitution**

30.     Paragraph 30 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 30 of the Complaint.

31.     Paragraph 31 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 31 of the Complaint.

32.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 32 of the Complaint and, therefore, denies them.

33.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 33 of the Complaint and, therefore, denies them.

34.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 34 of the Complaint and, therefore, denies them.

35.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 35 of the Complaint and, therefore, denies them.

36.     Paragraph 36 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 36 of the Complaint.

### 2.    The Deterioration of Human Rights Under the Erdogan Regime

37.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 37 of the Complaint and, therefore, denies them.

38.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 38 of the Complaint and, therefore, denies them.

39.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 39 and footnotes 2 and 3 of the Complaint and, therefore, denies them.

40.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 40 and footnote 4 of the Complaint and, therefore, denies them.

41.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 41 and footnotes 5, 6, and 7 of the Complaint and, therefore, denies them.

42.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 42 and footnote 8 of the Complaint and, therefore, denies them.

43.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 43 and footnote 9 of the Complaint and, therefore, denies them.

44.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 44 and footnotes 10, 11, and 12 of the Complaint and, therefore, denies them.

### 3.   **The Defendants' Attack at Sheridan Circle is Endemic of Bias Against the Kurds**

45.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 45 of the Complaint and, therefore, denies them.

46.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 46 and footnote 13 of the Complaint and, therefore, denies them.

47.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 47 of the Complaint and, therefore, denies them.

48.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 48 and footnote 14 of the Complaint and, therefore, denies them.

49.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 49 and footnotes 15 and 16 of the Complaint and, therefore, denies them.

50.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 50 and footnotes 17 and 18 of the Complaint and, therefore, denies them.

### B.  Defendants' Attack on Plaintiffs at Sheridan Circle

#### 1.  President Erdogan's Visit to the United States

51.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 51 of the Complaint and, therefore, denies them.

52.      Yildirim lacks information and knowledge about the allegations set forth in paragraph 52 of the Complaint and, therefore, denies them.

53.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 53 of the Complaint and, therefore, denies them.

#### 2.  Protest in Front of the White House

54.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 54 of the Complaint and, therefore, denies them.

55.     Yildirim admits that individuals gathered in Lafayette Square in front of the White House on May 16, 2017.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 54 of the Complaint and, therefore, denies them.

56.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 56 of the Complaint and, therefore, denies them.

#### 3.  Protest at Sheridan Circle

57.     Yildirim admits that, at some point on May 16, 2017, President Erdogan arrived at the Residence.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 57 of the Complaint, and therefore, denies them.

58.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 58 of the Complaint and, therefore, denies them.

59.     Yildirim admits that he and Defendants Sinan Narin, Mahmut Sami Ellialti, Ahmet Cengizhan Dereci, and Alpkenan Dereci were in front of the Residence in Sheridan Circle.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 59 and footnote 19 of the Complaint and, therefore, denies them.

60.     Yildirim admits that individuals in front of the Residence were carrying Turkish flags.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 60 of the Complaint and, therefore, denies them.

61.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 61 of the Complaint and, therefore, denies them.

62.     Yildirim admits that individuals gathered across from the Residence.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 62 of the Complaint and, therefore, denies them.

63.     Yildirim admits that some of the individuals gathered across from the Residence held signs, and red, yellow, and green flags and scarves.  Yildirim further states that some of the people in Sheridan Circle held flags marked with the letters "YPG" or that showed support for the PKK's founder.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 63 of the Complaint and, therefore, denies them.

64.     Yildirim admits that at least one individual had a bullhorn and that some individuals shouted anti-Erdogan slogans.  Yildirim denies the remaining allegations set forth in paragraph 64 of the Complaint.

65.     Yildirim denies the allegations in paragraph 65 of the Complaint.

66.     Yildirim admits that some police officers were present during the incident. Yildirim denies the remaining allegations set forth in paragraph 66 of the Complaint, and

specifically denies U.S. law enforcement officers stood between the two groups prior to the first altercation in which Plaintiff Kheirabadi assaulted Turkish security officers and Plaintiff Kurd maimed Defendant Alpkenan Dereci with his bullhorn, assaulted an MPD officer with his bullhorn, and threw a hard plastic bottle at Defendant Sinan Narin's face, causing him to bleed.

**4.   The Pro-Erdogan Group Attacks the Peaceful Protesters**

67.   Yildirim denies the allegations in paragraph 67 of the Complaint.

68.   Yildirim denies the allegations in paragraph 68 of the Complaint, and specifically denies Plaintiffs' descriptions of the events, which omit material facts and mischaracterize the facts.

69.   Yildirim denies the allegations in paragraph 69 of the Complaint.

70.   Yildirim denies the allegations in paragraph 70 of the Complaint.

71.   Yildirim denies the allegations in paragraph 71 of the Complaint.

72.   The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 72 of the Complaint.

73.   The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 73 of the Complaint.

74.   The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 74 of the Complaint.

75.   Yildirim lacks information and knowledge as to the allegations in paragraph 75 of the Complaint about what the Turkish ambassador did or said, or what he meant, and therefore, denies them.

76.   The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 76 of the Complaint.

77.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 77 of the Complaint and, therefore, denies them.

78.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 78 of the Complaint and, therefore, denies them.

79.    Yildirim admits that at some point on May 16, 2017, President Erdogan arrived at the Residence.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 79 and, therefore, denies them.

80.    Yildirim lacks information and knowledge about the allegations in paragraph 80 of the Complaint regarding communications between President Erdogan and his security officers, and between the security officers, and therefore, denies them.  The criminal affidavits speak for themselves, and Yildirim denies Plaintiffs' characterization of them.  Yildirim denies the remaining allegations set forth in paragraph 80 of the Complaint.

81.    Yildirim denies the allegations in paragraph 81 of the Complaint.

82.    Yildirim denies the allegations in paragraph 82 of the Complaint.

83.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 83 of the Complaint and, therefore, denies them.

84.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 84 of the Complaint and, therefore, denies them.

85.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 85 of the Complaint and, therefore, denies them.

86.    Yildirim denies the allegations in paragraph 86 of the Complaint.

87.     The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 87 of the Complaint and, therefore, denies them.

88.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 88 of the Complaint and, therefore, denies them.

89.     Yildirim denies that he stomped on a protestor's flag.  The criminal affidavits and indictment speak for themselves, and Yildirim denies Plaintiffs' characterization of them. Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 89 of the Complaint and, therefore, denies them.

90.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 90 of the Complaint and, therefore, denies them.

### 5.    The Attacks on Individual Plaintiffs, and Plaintiffs' Injuries

Kasim Kurd

91.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 91 of the Complaint and, therefore, denies them.

92.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 92 of the Complaint and, therefore, denies them.

93.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 93 of the Complaint and, therefore, denies them.

94.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 94 of the Complaint and, therefore, denies them.

95.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 95 of the Complaint and, therefore, denies them.

96.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 96 of the Complaint and, therefore, denies them.

97.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 97 of the Complaint and, therefore, denies them.

Stephen Arthur

98.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 98 of the Complaint and, therefore, denies them.

99.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 99 of the Complaint and, therefore, denies them.

100.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 100 of the Complaint and, therefore, denies them.

101.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 101 of the Complaint and, therefore, denies them.

Heewa Arya

102.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 102 of the Complaint and, therefore, denies them.

103.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 103 of the Complaint and, therefore, denies them.

104.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 104 of the Complaint and, therefore, denies them.

105.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 105 of the Complaint and, therefore, denies them.

106.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 106 of the Complaint and, therefore, denies them.

107.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 107 of the Complaint and, therefore, denies them.

108.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 108 of the Complaint and, therefore, denies them.

109.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 109 of the Complaint and, therefore, denies them.

110.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 110 of the Complaint and, therefore, denies them.

111.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 111 of the Complaint and, therefore, denies them.

112.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 112 of the Complaint and, therefore, denies them.

113.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 113 of the Complaint and, therefore, denies them.

114.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 114 of the Complaint and, therefore, denies them.

<u>C.A., by and through her guardian, Heewa Arya</u>

115.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 115 of the Complaint and, therefore, denies them.

116.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 116 of the Complaint and, therefore, denies them.

117.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 117 of the Complaint and, therefore, denies them.

118.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 118 of the Complaint and, therefore, denies them.

119.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 119 of the Complaint and, therefore, denies them.

Abbas Azizi

120.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 120 of the Complaint and, therefore, denies them.

121.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 121 of the Complaint and, therefore, denies them.

122.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 122 of the Complaint and, therefore, denies them.

123.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 123 of the Complaint and, therefore, denies them.

124.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 124 of the Complaint and, therefore, denies them.

125.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 125 of the Complaint and, therefore, denies them.

Ceren Borazan

126.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 126 of the Complaint and, therefore, denies them.

127.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 127 of the Complaint and, therefore, denies them.

128.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 128 of the Complaint and, therefore, denies them.

129.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 129 of the Complaint and, therefore, denies them.

130.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 130 of the Complaint and, therefore, denies them.

131.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 131 of the Complaint and, therefore, denies them.

132.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 132 of the Complaint and, therefore, denies them.

133.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 133 of the Complaint and, therefore, denies them.

<u>Jane Doe I</u>

134.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 134 of the Complaint and, therefore, denies them.

135.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 135 of the Complaint and, therefore, denies them.

136.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 136 of the Complaint and, therefore, denies them.

137.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 137 of the Complaint and, therefore, denies them.

138.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 138 of the Complaint and, therefore, denies them.

139.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 139 of the Complaint and, therefore, denies them.

140.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 140 of the Complaint and, therefore, denies them.

Jane Doe II

141.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 141 of the Complaint and, therefore, denies them.

142.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 142 of the Complaint and, therefore, denies them.

143.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 143 of the Complaint and, therefore, denies them.

144.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 144 of the Complaint and, therefore, denies them.

145.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 145 of the Complaint and, therefore, denies them.

146.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 146 of the Complaint and, therefore, denies them.

147.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 147 of the Complaint and, therefore, denies them.

148.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 148 of the Complaint and, therefore, denies them.

149.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 149 of the Complaint and, therefore, denies them.

150.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 150 of the Complaint and, therefore, denies them.

151.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 151 of the Complaint and, therefore, denies them.

152.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 152 of the Complaint and, therefore, denies them.

<u>Jane Doe III</u>

153.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 153 of the Complaint and, therefore, denies them.

154.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 154 of the Complaint and, therefore, denies them.

155.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 155 of the Complaint and, therefore, denies them.

156.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 156 of the Complaint and, therefore, denies them.

<u>Elif Genc</u>

157.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 157 of the Complaint and, therefore, denies them.

158.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 158 of the Complaint and, therefore, denies them.

159.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 159 of the Complaint and, therefore, denies them.

160.     The criminal affidavits and indictment speak for themselves, and Yildirim denies Plaintiffs' characterization of them.  Yildirim denies the remaining allegations in paragraph 160 of the Complaint.

161.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 161 of the Complaint and, therefore, denies them.

162.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 162 of the Complaint and, therefore, denies them.

Ruksen Isik

163.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 163 of the Complaint and, therefore, denies them.

164.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 164 of the Complaint and, therefore, denies them.

165.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 165 of the Complaint and, therefore, denies them.

Jalal Kheirabadi

166.     Yildirim denies the allegations in paragraph 166 of the Complaint.

167.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 167 of the Complaint and, therefore, denies them.

168.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 168 of the Complaint and, therefore, denies them.

169.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 169 of the Complaint and, therefore, denies them.

170.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 170 of the Complaint and, therefore, denies them.

171.    Yildirim denies the allegations in paragraph 171 of the Complaint.

172.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 172 of the Complaint and, therefore, denies them.

Mehmet Ozgen

173.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 173 of the Complaint and, therefore, denies them.

174.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 174 of the Complaint and, therefore, denies them.

175.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 175 of the Complaint and, therefore, denies them.

176.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 176 of the Complaint and, therefore, denies them.

Mehmet Tankan

177.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 177 of the Complaint and, therefore, denies them.

178.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 178 of the Complaint and, therefore, denies them.

179.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 179 of the Complaint and, therefore, denies them.

180.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 180 of the Complaint and, therefore, denies them.

181.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 181 of the Complaint and, therefore, denies them.

182.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 182 of the Complaint and, therefore, denies them.

183.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 183 of the Complaint and, therefore, denies them.

184.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 184 of the Complaint and, therefore, denies them.

185.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 185 of the Complaint and, therefore, denies them.

<u>Murat Yasa</u>

186.    Yildirim denies the allegations in paragraph 186 of the Complaint that are directed at him.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 186 of the Complaint and, therefore, denies them.

187.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 187 of the Complaint and, therefore, denies them.

188.    Yildirim denies the allegations in paragraph 188 of the Complaint that are directed at him.  Yildirim lacks information and knowledge about the remaining allegations set forth in paragraph 188 of the Complaint and, therefore, denies them.

189.    The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 189 of the Complaint.

190.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 190 of the Complaint and, therefore, denies them.

191.     The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 191 of the Complaint.

192.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 192 of the Complaint and, therefore, denies them.

193.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 193 of the Complaint and, therefore, denies them.

194.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 194 of the Complaint and, therefore, denies them.

### C.  Aftermath of the Attack

195.     Yildirim lacks information and knowledge as to the allegations in paragraph 195 of the Complaint about reactions to the incident and, therefore, denies them.  The criminal charges speak for themselves, and Yildirim denies Plaintiffs' characterization of them.  Yildirim denies the remaining allegations set forth in paragraph 195 of the Complaint.

### 1.  The U.S. Government Condemned the Attack

196.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 196 of the Complaint and, therefore, denies them.

197.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 197 of the Complaint and, therefore, denies them.

198.     Yildirim lacks information and knowledge about the allegations set forth in paragraph 198 of the Complaint and, therefore, denies them.

199.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 199 of the Complaint and, therefore, denies them.

200.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 200 of the Complaint and, therefore, denies them.

201.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 201 of the Complaint and, therefore, denies them.

202.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 202 of the Complaint and, therefore, denies them.

203.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 203 of the Complaint and, therefore, denies them.

204.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 204 of the Complaint and, therefore, denies them.

205.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 205 of the Complaint and, therefore, denies them.

206.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 206 of the Complaint and, therefore, denies them.

207.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 207 of the Complaint and, therefore, denies them.

### 2.    Pro-Erdogan Supporters Were Criminally Charged for the Attack

208.    The criminal charges speak for themselves, and Yildirim denies Plaintiffs' characterization of them.  Yildirim denies the remaining allegations set forth in paragraph 208 of the Complaint.

209.    The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 209 of the Complaint.

210.    The indictment speaks for itself, and Yildirim denies Plaintiffs' characterization of it.  Yildirim denies the remaining allegations set forth in paragraph 210 of the Complaint.

211.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 211 of the Complaint and, therefore, denies them.

212.    Yildirim admits that he and Defendant Sinan Narin pleaded guilty to one count of assault each, but either denies Plaintiffs' characterization of what caused their pleas, or otherwise lacks information and knowledge about the remaining allegations set forth in paragraph 212 of the Complaint and, therefore, denies them.

### 3.    Turkey Has Defended and Even Celebrated the Attack

213.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 213 of the Complaint and, therefore, denies them.

214.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 214 of the Complaint and, therefore, denies them.

215.    Yildirim lacks information and knowledge about the allegations set forth in paragraph 215 of the Complaint and, therefore, denies them.

216.    Yildirim denies the allegations in Paragraph 216 of the Complaint.

217.    Paragraph 217 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 217 of the Complaint.

### 4.   The Attack at Sheridan Circle Is Not an Isolated Incident

218.   Yildirim lacks information and knowledge about the allegations set forth in paragraph 218 of the Complaint and, therefore, denies them.

219.   Yildirim lacks information and knowledge about the allegations set forth in paragraph 219 of the Complaint and, therefore, denies them.

220.   Yildirim lacks information and knowledge about the allegations set forth in paragraph 220 of the Complaint and, therefore, denies them.

221.   Yildirim lacks information and knowledge about the allegations set forth in paragraph 221 of the Complaint and, therefore, denies them.

## V.    CAUSES OF ACTION

### GENERAL ALLEGATIONS

222.   Paragraph 222 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 222 of the Complaint.

223.   Paragraph 223 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 223 of the Complaint.

224.   Paragraph 224 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 224 of the Complaint.

225.   Paragraph 225 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 225 of the Complaint.

226.    Paragraph 226 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 226 of the Complaint.

227.    Paragraph 227 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Yildirim denies the allegations in paragraph 227 of the Complaint.

## COUNT I

### ASSAULT
**(Each Plaintiff against each Defendant)**

228.    Yildirim incorporates by reference all of his responses to the preceding paragraphs as if set forth herein.

229.    Paragraph 229 of the Complaint contains legal conclusions about Turkey's officials and employees and their legal capacity to which no response is required.  To the extent a response to those allegations is required, Yildirim denies them.  The allegations set forth in paragraph 229 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 229 of the Complaint.

230.    Yildirim denies the allegations in paragraph 230 of the Complaint.

231.    Yildirim denies the allegations in paragraph 231 of the Complaint.

232.    Yildirim denies the allegations in paragraph 232 of the Complaint.

233.    Yildirim denies the allegations in paragraph 233 of the Complaint.

234.    Yildirim denies the allegations in paragraph 234 of the Complaint.

## COUNT II

### BATTERY

**(Plaintiffs Kasim Kurd, Stephen Arthur, Heewa Arya, Abbas Azizi, Ceren Borazan, Jane Doe I, Jane Doe II, Jane Doe III, Elif Genc, Jalal Kheirabadi, Mehmet Ozgen, Mehmet Tankan, and Murat Yasa)**

235.    Yildirim incorporates by reference all of his responses to the preceding paragraphs as if set forth herein.

236.    Paragraph 236 of the Complaint contains legal conclusions about Turkey's officials and employees and their legal capacity to which no response is required.  To the extent a response to those allegations is required, Yildirim denies them.  The allegations set forth in paragraph 236 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 236 of the Complaint.

237.    Yildirim denies the allegations in paragraph 237 of the Complaint.

238.    Yildirim denies the allegations in paragraph 238 of the Complaint.

239.    Yildirim denies the allegations in paragraph 239 of the Complaint.

(a) The allegations set forth in paragraph 239(a) of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 239(a) of the Complaint.

(b) The allegations set forth in paragraph 239(b) of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 239(b) of the Complaint.

(c) The allegations set forth in paragraph 239(c) of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 239(c) of the Complaint.

(d) The allegations set forth in paragraph 239(d) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(d) of the Complaint.

(e) The allegations set forth in paragraph 239(e) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(e) of the Complaint.

(f) The allegations set forth in paragraph 239(f) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(f) of the Complaint.

(g) The allegations set forth in paragraph 239(g) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(g) of the Complaint.

(h) The allegations set forth in paragraph 239(h) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(h) of the Complaint.

(i) Yildirim denies that he kicked Plaintiff Genc. The remaining allegations in paragraph 239(i) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the remaining allegations in paragraph 239(i) of the Complaint.

(j) The allegations set forth in paragraph 239(j) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(j) of the Complaint.

(k) The allegations set forth in paragraph 239(k) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(k) of the Complaint.

(l) The allegations set forth in paragraph 239(l) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 239(l) of the Complaint.

(m) Yildirim admits that he pleaded guilty to one count of assault as to Plaintiff Yasa and denies the remaining allegations directed at him. The remaining allegations set forth in paragraph 239(m) of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the remaining allegations in paragraph 239(m) of the Complaint.

240. Paragraph 240 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Yildirim denies the allegations in paragraph 240 of the Complaint.

**COUNT III**

**FALSE IMPRISONMENT**
**(Plaintiff Ceren Borazan against Defendant Turkey)**

241. Yildirim incorporates by reference all of his responses to the preceding paragraphs as if set forth herein.

242. Paragraph 242 of the Complaint contains legal conclusions about Turkey's officials and employees and their legal capacity to which no response is required. To the extent a response to those allegations is required, Yildirim denies them. The allegations set forth in paragraph 242 of the Complaint are not alleged against Yildirim. To the extent a response is required, Yildirim denies the allegations in paragraph 242 of the Complaint.

243.    The allegations set forth in paragraph 243 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 243 of the Complaint.

244.    The allegations set forth in paragraph 244 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 244 of the Complaint.

## COUNT IV

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**(Plaintiffs Kasim Kurd, Heewa Arya, C.A., Abbas Azizi, Ceren Borazan, Jane Doe II, Jane Doe III, Ruken Isik, Elif Genc, Jalal Kheirabadi, Mehmet Tankan, and Murat Yasa against each Defendant)**

245.    Yildirim incorporates by reference all of his responses to the preceding paragraphs as if set forth herein.

246.    Paragraph 246 of the Complaint contains legal conclusions about Turkey's officials and employees and their legal capacity to which no response is required.  To the extent a response to those allegations is required, Yildirim denies them.  The allegations set forth in paragraph 246 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 246 of the Complaint.

247.    Yildirim denies the allegations in paragraph 247 of the Complaint.

248.    Yildirim denies the allegations in paragraph 248 of the Complaint.

249.    Yildirim denies the allegations in paragraph 249 of the Complaint.

250.    Yildirim denies the allegations in paragraph 250 of the Complaint.

## COUNT V

### HATE CRIME PURSUANT TO D.C. CODE § 22-3704
**(Each Plaintiff against each Defendant)**

251.   Yildirim incorporates by reference all of his responses to the preceding paragraphs as if set forth herein.

252.   Paragraph 252 of the Complaint contains legal conclusions about Turkey's officials and employees and their legal capacity to which no response is required.  To the extent a response to those allegations is required, Yildirim denies them.   The allegations set forth in paragraph 252 of the Complaint are not alleged against Yildirim.   To the extent a response is required, Yildirim denies the allegations in paragraph 252 of the Complaint.

253.   Paragraph 253 of the Complaint contains legal conclusions to which no response is required.   To the extent a response is required, Yildirim denies the allegations in paragraph 253 of the Complaint.

254.   Yildirim denies the allegations in paragraph 254 of the Complaint.

255.   Yildirim denies the allegations in paragraph 255 of the Complaint.

256.   Yildirim denies the allegations in paragraph 256 of the Complaint.

257.   Yildirim denies the allegations in paragraph 257 of the Complaint.

## COUNT VI

### VIOLATION OF ENFORCEMENT JURISDICTION UNDER THE ALIEN TORT STATUTE, 28 U.S.C. § 1350
**(Plaintiffs Ceren Borazan, Jane Doe I, Jane Doe III, Elif Genc, Ruken Isik, Mehmet Ozgen, and Mehmet Tankan against Defendant Turkey)**

258.   Yildirim incorporates by reference all of his responses to the preceding paragraphs as if set forth herein.

259.    Paragraph 259 of the Complaint contains legal conclusions about Turkey's officials and employees and their legal capacity to which no response is required.  To the extent a response to those allegations is required, Yildirim denies them.  The allegations set forth in paragraph 259 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 259 of the Complaint.

260.    The allegations set forth in paragraph 260 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 260 of the Complaint.

261.    The allegations set forth in paragraph 261 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 261 of the Complaint.

262.    The allegations set forth in paragraph 262 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 262 of the Complaint.

263.    The allegations set forth in paragraph 263 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 263 of the Complaint.

264.    The allegations set forth in paragraph 264 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 264 of the Complaint.

265.    The allegations set forth in paragraph 265 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 265 of the Complaint.

266.    The allegations set forth in paragraph 266 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 266 of the Complaint.

267.    The allegations set forth in paragraph 267 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 267 of the Complaint.

268.    The allegations set forth in paragraph 268 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 268 of the Complaint.

269.    The allegations set forth in paragraph 269 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 269 of the Complaint.

270.    The allegations set forth in paragraph 270 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 270 of the Complaint.

271.    The allegations set forth in paragraph 271 of the Complaint are not alleged against Yildirim.  To the extent a response is required, Yildirim denies the allegations in paragraph 271 of the Complaint.

## **AFFIRMATIVE AND OTHER DEFENSES**

The following affirmative and other defenses are asserted in response to the Complaint based on information presently available to Yildirim.  Yildirim reserves the right to amend and/or supplement these defenses as more information becomes available upon further investigation and discovery.

**FIRST DEFENSE**

Plaintiffs' claims fail because Plaintiffs, some of them experienced protestors, took the risk that each of them might be harmed when, shortly before the arrival of President Erdogan at the Residence, Plaintiffs and others in their group gathered without a permit; touted their support for, or affiliation with, a foreign terrorist organization in close proximity to Turkish security officers and the secure zone around the Residence; taunted, threatened, and harassed Turkish security officers and other pro-Turkey supporters; shouted and screamed in a threatening and harassing manner; repeatedly ignored MPD's commands to remain on Sheridan Circle; repeatedly blocked traffic by entering into Massachusetts Avenue; brought Plaintiff C.A., a minor child, into oncoming traffic in Massachusetts Avenue, imperiling her safety; repeatedly approached the Residence and came less than 100 feet away from President Erdogan's arrival point, the Turkish Ambassador, and the Residence; engaged in illegal acts, including initiating the first altercation, and assaulting Defendants Sinan Narin and Alpkenan Dereci, MPD officers, and Turkish security officers; and in doing so, violated sections of the federal criminal code, including 28 U.S.C. § 112.  Plaintiffs' alleged damages could have been avoided and/or mitigated if Plaintiffs had not engaged in the behavior described above.

**SECOND DEFENSE**

Plaintiffs' claims fail because Yildirim is not responsible for the alleged acts of other persons.

**THIRD DEFENSE**

Plaintiff Jalal Kheirabadi's claim for damages for his alleged physical injuries fail because Yildirim is not liable for any physical injuries that Plaintiff Kheirabadi sustained in the course of his own arrest, during which he was thrown on the ground by a police officer and

aggressively handcuffed, for assaulting a police officer. Any injuries sustained by Plaintiff Kheirabadi were due to his own violent actions against a police officer, and the resulting arrest, and were not caused by Yildirim's alleged conduct.

### FOURTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because Yildirim did not engage in any conduct that threatened, attempted to cause, or caused a harmful or offensive contact as to any Plaintiff or caused any Plaintiff to imminently fear or apprehend harmful or offensive contact by Yildirim.

### FIFTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because each Plaintiff's alleged apprehension or fear of harmful or offensive contact was not caused by Yildirim's conduct.

### SIXTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because Yildirim did not intend to threaten, attempt to cause, or cause a harmful or offensive contact to each and every Plaintiff.

### SEVENTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because Yildirim did not aid or abet any other Defendant by encouraging or substantially assisting any alleged conduct against any Plaintiff.

### EIGHTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because Yildirim cannot be held liable for the alleged acts of other persons, whether intervening, superseding, or otherwise.

### NINTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because the alleged damages were caused by other events, persons, or issues, including without limitation, each Plaintiff himself or herself.

### TENTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails to state a claim upon which relief can be granted.

### ELEVENTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because Yildirim's conduct did not cause any Plaintiff's alleged damages.

### TWELFTH DEFENSE

Each Plaintiff's claim for assault (Count I) fails because, to the extent any Plaintiff was injured, each Plaintiff failed to mitigate his or her damages.

### THIRTEENTH DEFENSE

Each Plaintiff's claim for battery (Count II) fails because Yildirim did not intentionally or knowingly commit wrongful acts that resulted in harmful or offensive bodily contact with any of Plaintiff.

### FOURTEENTH DEFENSE

Each Plaintiff's claim for battery (Count II) fails because the alleged contact suffered by each Plaintiff was not a result of Yildirim's intentional acts.

### FIFTEENTH DEFENSE

Each Plaintiff's claim for battery (Count II) fails because Yildirim acted in self-defense.

### SIXTEENTH DEFENSE

Each Plaintiff's claim for battery (Count II) fails because Yildirim did not aid or abet any other Defendant by encouraging or substantially assisting any alleged conduct against any Plaintiff.

### SEVENTEENTH DEFENSE

Each Plaintiff's claim for battery (Count II) fails because Yildirim cannot be held liable for the alleged acts of other persons, whether intervening, superseding, or otherwise.

### EIGHTEENTH DEFENSE

Each Plaintiff's claim for battery (Count II) fails because the alleged damages were caused by other events, persons, or issues, including without limitation, each Plaintiff himself or herself.

### NINETEENTH DEFENSE

Each Plaintiff's claim for battery (Count II) fails to state a claim upon which relief can be granted.

### TWENTIETH DEFENSE

Each Plaintiff's claim for battery (Count II) fails because Yildirim's conduct did not cause any Plaintiff's alleged damages.

### TWENTY-FIRST DEFENSE

Each Plaintiff's claim for battery (Count II) fails because, to the extent any Plaintiff was injured, each Plaintiff failed to mitigate his or her damages.

### TWENTY-SECOND DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because Yildirim did not engage in any extreme and outrageous conduct as to any Plaintiff.

### TWENTY- THIRD DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because Yildirim did not intentionally engage in extreme and outrageous conduct.

### TWENTY- FOURTH DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because Yildirim did not recklessly engage in extreme and outrageous conduct.

### TWENTY- FIFTH DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because Yildirim's alleged conduct did not directly or proximately cause any Plaintiff to suffer pain, severe emotional distress, or mental anguish.

### TWENTY- SIXTH DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because Yildirim did not aid or abet any other Defendant by encouraging or substantially assisting any alleged conduct against any Plaintiff.

### TWENTY- SEVENTH DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because Yildirim cannot be held liable for the alleged acts of other persons, whether intervening, superseding, or otherwise.

## TWENTY- EIGHTH DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because the alleged damages were caused by other events, persons, or issues, including without limitation, each Plaintiff himself or herself.

## TWENTY- NINTH DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails to state a claim upon which relief can be granted.

## THIRTIETH DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because Yildirim's conduct did not cause any Plaintiff's alleged damages.

## THIRTY-FIRST DEFENSE

Each Plaintiff's claim for intentional infliction of emotional distress (Count IV) fails because, to the extent any Plaintiff was injured, each Plaintiff failed to mitigate his or her damages.

## THIRTY- SECOND DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because Yildirim did not commit an act that demonstrates prejudice based on actual or perceived race, color, national origin, or political affiliation, including but not limited to prejudice against Kurds.

## THIRTY- THIRD DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because Yildirim was not prejudiced against any Plaintiff on the basis of his or

her actual or perceived race, color, national origin, or political affiliation, including but not limited to prejudice against Kurds.

### THIRTY- FOURTH DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because Yildirim did not act with intent to commit a bias-related crime against any Plaintiff.

### THIRTY- FIFTH DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because Yildirim's alleged conduct is not the proximate cause of Plaintiffs' alleged injuries and damages.

### THIRTY- SIXTH DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because Yildirim cannot be held liable for the alleged acts of other persons, whether intervening, superseding, or otherwise.

### THIRTY- SEVENTH DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because the alleged damages were caused by other events, persons, or issues, including without limitation, each Plaintiff himself or herself.

### THIRTY- EIGHTH DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails to state a claim upon which relief can be granted.

## THIRTY- NINTH DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because Yildirim's conduct did not cause any Plaintiff's alleged damages.

## FORTIETH DEFENSE

Each Plaintiff's civil claim for bias-related crime pursuant to D.C. Code § 22-3704 (Count V) fails because, to the extent any Plaintiff was injured, each Plaintiff failed to mitigate his or her damages.

## FORTY-FIRST DEFENSE

Yildirim hereby incorporates by reference, as if fully restated, all defenses asserted in his Motion to Dismiss, including those defenses asserted in briefs in support of Yildirim's pleadings.

## FORTY-SECOND DEFENSE

Yildirim hereby pleads all other legal and equitable defenses available under District of Columbia law.

**WHEREFORE**, Yildirim prays the Court as follows:

1.      that the Court dismiss all remaining claims in Plaintiffs' First Amended Complaint with prejudice and without leave to amend as against Yildirim;

2.      that Plaintiffs have and recover nothing;

3.      that the Court award Yildirim his costs and expenses, including attorneys' fees, pursuant to Fed. R. Civ. P. 54(d); and

4.      that the Court enter any further relief it deems just and proper.

Date:  May 10, 2019                    Respectfully submitted,


                                       */s/ Cathy A. Hinger*
                                       Cathy A. Hinger (DC Bar No. 473697)
                                       Victoria Bruno (DC Bar No. 484197)
                                       Mark E. Schamel (DC Bar No. 463965)
                                       WOMBLE BOND DICKINSON (US) LLP
                                       1200 Nineteenth Street, N.W.
                                       Suite 500
                                       Washington, DC  20036
                                       Tel:  202-857-4489
                                       Fax:  202-261-0029
                                       Email:  cathy.hinger@wbd-us.com
                                       Email:  victoria.bruno@wbd-us.com
                                       Email:  mark.schamel@wbd-us.com

                                       *Counsel for Defendant Eyup Yildirim*