IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASIM KURD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF TURKEY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-CV-01117-CKK <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING VIDEO EXHIBITS

Pursuant to Local Civil Rule 5.4(e)(1) and the Court's July 21, 2020 Minute Order that "the video exhibits unsealed by the Court's June 24, 2020 Order . . . be identified in Notices of Filing on the docket," Defendant the Republic of Turkey ("Turkey"), by and through undersigned counsel, hereby files this Notice regarding its filing of the following twenty-five video exhibits to Turkey's Motion to Dismiss:  ECF No. 90-6 at File Nos. LS01-017, SC01, SC03-07, SC10-11.  These twenty-five video exhibits were originally filed under seal as Exhibit 6 to Turkey's Motion to Dismiss, and also as Exhibit B to Turkey's Sealed Motion for Leave to File Under Seal, ECF No. 91-2.  These video exhibits are "not in a format that readily permits electronic filing," LCvR 5.4(e)(1), so Turkey's undersigned counsel with Womble Bond Dickinson (US), LLP, will maintain these video exhibits in its possession in accordance with the Local Rules and the Court's July 21, 2020 Minute Order.  Members of the public may contact Cathy Hinger, Esq. at (202) 857-4489 or Cathy.Hinger@wbd-us.com for a copy of these exhibits or to otherwise arrange a viewing of them.  Turkey delivered courtesy copies of these video exhibits to the Plaintiffs and the Court via email on July 17, 2020.

Date:  July 31, 2020                           Respectfully submitted,

/s/ Cathy A. Hinger
Cathy A. Hinger (DC Bar No. 473697)
Victoria A. Bruno (DC Bar No. 484197)
Mark E. Schamel (DC Bar No. 463965)
Christopher M. Schafbuch (DC Bar No. 1615186)
WOMBLE BOND DICKINSON (US) LLP
1200 Nineteenth Street, NW, Suite 500
Washington, DC 20036
Tel:  202-857-4489
Fax:  202-261-0029
cathy.hinger@wbd-us.com
victoria.bruno@wbd-us.com
mark.schamel@wbd-us.com
chris.schafbuch@wbd-us.com

*And*

/s/ David S. Saltzman
David S. Saltzman (DC Bar No. 436201)
Saltzman & Evinch, PLLC
1050 K Street, NW, Suite 1150
Washington, DC  20001
Tel:  202-372-0092
Fax:  202-318-0892
dsaltzman@saltzmanevinch.com

*Counsel for Defendant Republic of Turkey*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2020, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to counsel of record who have entered an appearance in this case.

/s/ Cathy A. Hinger
Cathy A. Hinger

*Counsel for Defendant Republic of Turkey*