**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASIM KURD, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:18-cv-1117 (CKK) |
| | ) |
| THE REPUBLIC OF TURKEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF THE SUPREME COURT'S**
**CALL FOR THE VIEW OF THE SOLICITOR GENERAL**

Defendant the Republic of Turkey ("Turkey") files this notice to aid the Court's consideration of Turkey's Motion to Stay Pending Petition for a Writ of Certiorari to the Supreme Court of the United States, ECF No. 139.

On January 13, 2022, Turkey filed its petition for certiorari. Though Plaintiffs notified the Supreme Court that they waived their right to file a response, on February 14, 2022, the Supreme Court called for Plaintiffs to respond to Turkey's petition. *See* Sup. Ct. Dkt. No. 21-1013. Turkey's petition was distributed for the Supreme Court's Conference of April 14, 2022.

On April 18, 2022, the Supreme Court invited the Solicitor General to file a brief expressing the views of the United States. *See id.*

Dated: April 18, 2022

Respectfully submitted,

/s/ David S. Saltzman
David S. Saltzman
SALTZMAN & EVINCH, PLLC
1310 Nineteenth Street NW
Washington, DC 20036
Tel: (202) 637-9877
Fax: (202) 318-0892
dsaltzman@saltzmanevinch.com

/s/ Cathy A. Hinger
Cathy A. Hinger
Victoria A. Bruno
WOMBLE BOND DICKINSON (US) LLP
2001 K Street NW, Suite 400 South
Washington, DC 20006
Tel: (202) 857-4489
Fax: (202) 467-6910
cathy.hinger@wbd-us.com
victoria.bruno@wbd-us.com

*Counsel for Defendant*
*The Republic of Turkey*

/s/ Mark E. Schamel
Mark E. Schamel
Christopher M. Schafbuch
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue NW, Suite 500E
Washington, DC 20037
Tel: (202) 753-3805
Fax: (202) 753-3838
mschamel@lowenstein.com
cschafbuch@lowenstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Christopher M. Schafbuch*
Christopher M. Schafbuch