Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KASIM KURD et al

                Plaintiff(s)

v.

REPUBLIC OF TURKEY et al

                Defendant(s)

Civil Action: 18-cv-01117-CKK

**RE:**   REPUBLIC OF TURKEY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 11, 2019, and an affidavit on behalf of the plaintiff having been filed, it is this  22nd  day of  November , 2022  declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:   /s/ Jiselle Manohar
        Deputy Clerk