**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASIM KURD, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 1:18-1117-CKK |
| | ) |
| v. | ) |
| | ) |
| THE REPUBLIC OF TURKEY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

1.    My name is Nicholas J. Jacques. I am an attorney of record for the Plaintiffs in the above-captioned case.

2.    Defendant Ahmet Cengizhan Dereci was served on April 18, 2022, pursuant to Federal Rule of Civil Procedure 4(f)(1), Article 10(b) of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), and Ontario Rule of Civil Procedure 16.03(5), when a private process server left a copy of the summons and Amended Complaint with a responsible adult at Defendant Dereci's place of residence at 81 Winston Park Boulevard, North York, Ontario, Canada, and then mailed Defendant a copy of the summons and Amended Complaint at the same residence. *See* Dkt. 145.

3.    Service of process established personal jurisdiction over Defendant Dereci pursuant to D.C. Code § 13-423(a)(3) because Plaintiffs' claims against Defendant Dereci arise from his causing tortious injury in the District of Columbia.

4.     Attorney Mark E. Schamel entered an appearance for Defendant Dereci on May 9, 2022. *See* Dkt. 149.

5.      By the parties' consent, the Court stayed the case against Defendant Dereci on May 26, 2022, "until the earlier of (a) the date on which the United States Supreme Court rules on the Republic of Turkey's petition for a writ of certiorari in *Republic of Turkey v. Lusik Usoyan, et al.*, No. 21-1013, or (b) November 3, 2022." *See* Dkt. 156.

6.      The stay expired on October 31, 2022, when the Supreme Court denied certiorari in *Usoyan*. On December 27, 2022, the Court again stayed the case until February 9, 2023. *See* Dkt. 177.

7.      Pursuant to the Court's order, the stay of the case against Defendant Dereci expired on February 9, 2023. Defendant Dereci has not moved for a new stay.

8.      Defendant Dereci's answer was thus due, at the latest, on March 2, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Defendant Dereci has not filed an answer or motion to dismiss, nor has he requested an extension of time to file an answer or motion to dismiss. Defendant Dereci has thus "failed to plead" pursuant to Fed. R. Civ. p. 55(a).

9.      Defendant Dereci has not contested service or personal jurisdiction.

10.     The Clerk of the Court previously entered default against Defendant Dereci's co-defendant, the Republic of Turkey. *See* Dkt. 173.

11.     For the above reasons, entry of default is appropriate, and the Clerk is requested to enter default against Defendant Ahmet Cengizhan Dereci.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct to the best of my knowledge.

April 7, 2023                        */s/ Nicholas J. Jacques*
                                    _____

                                    Nicholas J. Jacques, DC Bar No. 1673121
                                    **COHEN MILSTEIN SELLERS &**

**TOLL  PLLC**
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
njacques@cohenmilstein.com