**PUBLIC REDACTED COPY**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Kurd, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No.:  1:18-cv-1117-CKK |
| v. ) | |
| ) | |
| The Republic of Turkey, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR
MOTION FOR DEFAULT JUDGEMENT**

I.      **President Erdogan's May 2017 Visit to Washington, D.C.**

a.  **President Erdogan Visited the White House to Meet with President Trump**

1. **On May 15 and 16, 2017, President Erdogan and Turkish Foreign Minister Mevlut Cavusoglu visited Washington, D.C**. The trip included a visit at the White House. Ex. 1, Sinan Narin Proffer of Facts at 1; Ex. 2, Eyup Yildirim Proffer of Facts at 1.[1]

2. **The Turkish President and Foreign Minister were accompanied on their visit by Turkish security officials.** Ex. 3, DS Command Center Situational Report on Turkish FM Incident, May 16-17, 2017 at 2:50 EDT at 1; Ex. 4, Narin Charging Document; Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman; Ex. 6, Affidavit in Support of Arrest of Yasin Simsek.[2]

3. **Local Kurdish activists applied for and received a protest permit for President Erdogan's visit.** In anticipation of President Erdogan's visit, leaders of the local Kurdish community applied for a permit to be able to lawfully protest during the visit. On May 4, 2017, the U.S. National Park Service issued a permit for the protest. Ex. 7, White House Permit.

---

[1] Plaintiffs submit Exhibits 1 and 2 in lieu of the testimony they would elicit from Narin and Yildirim at a live evidentiary hearing. In the event the Court deems a live evidentiary hearing necessary, Plaintiffs would plan to call Narin and Yildirim and would expect them to testify consistently with the proffers of fact they submitted to the Superior Court.

[2] Exhibits 3, 4, 5 and 6, sworn affidavits by law-enforcement officers, are admissible under Federal Rule of Evidence 803(6) and 803(8). *E.g.*, *United States v. American Tel. & Tel. Co.*, 498 F. Supp. 353, 360, 363-64 (D.D.C. 1980). Although police reports are sometimes excluded under Rule 803(6)(E) and 803(8)(B) for lack of trustworthiness, it is the objecting party's burden to prove lack of trustworthiness. *Id.* at 364.

**PUBLIC REDACTED COPY**

4. **Protestors gathered at Lafayette Square around noon to peacefully protest President Erdogan's political policies and Turkey's actions in the Middle East.** *See, e.g.*, Ex. 8, Yildirim Charging Documents at 4-5.[3] Plaintiffs joined the planned protest against President Erdogan in Lafayette Square, near the White House. Ex. 9, Decl. of Stephen Arthur at ¶ 4; Ex. 10, Decl. of Heewa Arya at ¶ 4; Ex. 11, Decl. of Abbas Azizi at ¶ 3; Ex. 12, Decl. of Ceren Borazan at¶ 5; Ex. 13, Decl. of Jane Doe I at ¶ 4; Ex. 14, Decl. of Jane Doe II at ¶ 4; Ex. 15, Decl. of Jane Doe III at ¶ 5; Ex. 16, Decl. of Elif Genc at ¶ 4; Ex. 17, Decl. of Jalal Kheirabadi at ¶ 4; Ex. 18, Decl. of Kasim Kurd at ¶ 4; Ex. 19, Decl. of Mehmet Özgen at ¶ 4; Ex. 20, Decl. of Mehmet Tankan. at ¶ 4; Ex. 21, Decl. of Murat Yasa at ¶ 4.

5. **Plaintiffs wished to express their opposition to policies and practices of President Erdogan toward the Kurdish people; express support for Kurdish political parties, especially the HDP, and call for the release of HDP political prisoners; and express opposition to President Erdogan's human rights abuses.** *See e.g.*, Ex. 9, Arthur Decl. at ¶ 3 (Arthur wished to protest the Turkish regime's treatment of its own people, particularly Kurds, and Turkey's policies in Syria and Iraq); Ex. 10, Arya Decl. at ¶ 3 (Arya wanted to express opposition to Turkey's mistreatment of Kurdish people); Ex. 15, Jane Doe III Decl. at ¶ 4 (Doe III wanted to express her opposition to Turkey's mass arrest of elected mayors and parliamentarians from the HDP); Ex. 16, Genc Decl. at ¶ 3 (Genc wanted to protest the systemic oppression of Kurdish people by Turkey, specifically the ongoing crackdown on pro-Kurdish HDP politicians); Ex. 17, Kheirabadi Decl. at ¶ 3 (Kheirabadi demonstrated to

---

[3] Exhibit 8, a sworn affidavit from MPD Detective Victor J. Peralta, is admissible under Federal Rule of Evidence 803(6) and 803(8). *See supra* n.2.

**PUBLIC REDACTED COPY**

express opposition to Turkish military operations that have caused the deaths of Kurdish people).

6. **The protest was peaceful.**  Ex. 13, Jane Doe I Decl. at ¶3 ("I went to Washington, D.C. to participate in a peaceful demonstration against the policies and practices of the Turkish government toward the Kurds."); Ex. 18, Kurd Decl. at ¶ 3 ("I traveled to Washington, D.C. with friends to participate in a peaceful demonstration against the human rights abuses of the regime of Turkish President Recep Tayyip Erdogan."). Ex. 6, Affidavit in Support of Arrest of Yasin Simsek ("there was a small group of approximately 12 individuals conducting a peaceful First Amendment assembly"); Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman (victim "was included within a group conducting a peaceful First Amendment assembly").

7. **As the protest in Lafayette Square was winding down, Plaintiffs heard that President Erdogan would be travelling from the White House to the Turkish Chief of Mission's Residence on Massachusetts Avenue, NW, at Sheridan Circle. In small groups or individually, Plaintiffs decided to go to Sheridan Circle to continue their protest.** Ex. 9, Arthur Decl. at ¶ 5; Ex. 10, Arya Decl. at ¶ 5; Ex. 11, Azizi Decl. at ¶ 5; Ex. 12, Borazan Decl. at ¶ 6; Ex. 13, Jane Doe I Decl. at ¶ 5; Ex. 14, Jane Doe II Decl. at ¶ 5; Ex. 15, Jane Doe III Decl. at ¶ 6; Ex. 16, Genc Decl. at ¶ 5; Ex. 17, Kheirabadi Decl. at ¶ 5; Ex. 18, Kurd Decl. at ¶ 5; Ex. 19, Özgen Decl. at ¶ 5; Ex. 20, Tankan Decl. at ¶ 5; Ex. 21, Yasa Decl. at ¶ 5. Plaintiffs did not reach Sheridan Circle together. They gathered in Sheridan Circle, across the street from the Residence. Ex. 6, Affidavit in Support of Arrest of Yasin Simsek ("Within Sheridan Circle NW there was a small group of approximately 12 individuals conducting a

**PUBLIC REDACTED COPY**

peaceful First Amendment assembly. This group was protesting its views against President Erdogan"); Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman (victim "was included within a group conducting a peaceful First Amendment assembly").

8. **Eventually, approximately 20 people gathered at Sheridan Circle**. Ex. 23, (photo of protestors holding flag and signs);[4] Ex. 27, (photo of protesters holding peace signs); Ex. 32, (photo of protesters facing street holding signs); Ex. 4, Narin Charging Document at 6 ("The pro-Erdogan group outnumbered the protesters by two to one at a minimum"); Ex. 6, Affidavit in Support of Arrest of Yasin Simsek; Ex. 26, Indictment at 4-5.[5] Plaintiffs and a small handful of other protestors were in attendance. *E.g.*, Ex. 19, Özgen Decl. at ¶ 5 ("I walked to Sheridan Circle with a number of friends and others to continue protesting"). They ranged from children as young as four, who attended with their parents, to individuals in their sixties to local businesspeople, federal government contractors, retirees, and graduate students. *See, e.g.*, Ex. 10, Arya Decl. at ¶ 3 ("On May 16, 2017, I was in Washington D.C. with my then-seven-year-old daughter."); Ex. 9, Arthur Decl. at ¶ 2 ("work for a U.S. government contractor."); Ex. 16, Genc Decl. at ¶ 2 ("Currently, I am pursuing a doctorate."); Ex. 18, Kurd Decl. at ¶ 2 ("I am a small business owner."); Ex. 11, Azizi Decl. at ¶ 2 ("I am 66-years old.").

---

[4] Exhibit 23 is a still from the video submitted as Exhibit A to the Declaration of Kasim Kurd, Ex. 18.

[5] Exhibit 26 is admissible under Federal Rule of Evidence 803(8). *See Carrizosa v. Chiquita Brands Int'l, Inc.*, 47 F.4th 1278, 1300 (11th Cir. 2022).

9.  **The protestors were not required to obtain a permit for their protest at Sheridan Circle**. Ex. 4, Narin Charging Document at 8.

10. **Plaintiffs and other protestors held signs calling for peace and justice and wore Kurdish colors.**  Some protesters held up the two-finger "peace sign" and held signs calling for "Peace in Kurdistan." Ex. 27, (photo of protesters holding peace signs); Ex. 18, Kurd Decl., Ex. A (at 0:11 and 0:49). Others held red, yellow, and green flags or scarves. *See, e.g.*, Ex. 23, (photo of protestors holding flag and signs); Ex. 28 (screenshot extracted from Ex. 18, Kurd Decl., Ex. A at 0:01). This combination of colors is culturally associated with the Kurdish people and is banned in Turkey. Ex.14, Jane Doe II Decl. at ¶ 10; Ex. 26, Indictment at 5. Jane Doe II waved a red, yellow, and green shawl. Ex. 14, Jane Doe II Decl. at ¶ 10. Stephen Arthur and Heewa Arya separately held flags with the same colors. Ex. 9, Arthur Decl. at ¶ 11; Ex. 10, Arya Decl. at ¶ 12; *see also* Ex. 18, Kurd Decl., Ex. A at 0:02 (Doe II is third from right), 0:05 (Arthur is second from left), 0:08 (Arya is at middle left with long hair and a blue long-sleeve shirt).

11. **Plaintiffs held signs in support of the People's Democracy Party (HDP), a pro-Kurdish political party.** Elif Genc held a large sign reading "Free Demirtas now," calling for the release of Selahattin Demirtas, a Kurdish politician and leader of the HDP, who has been imprisoned in Turkey since 2016 on political charges and in violation of international law. Ex. 16, Genc Decl. at ¶ 6; Ex. 23, (photo of protesters holding flag and signs); *see also infra* ¶¶ 182-84. Mehmet Tankan also held a sign calling for Demirtas's release. Ex. 20, Tankan Decl. at ¶ 9; *see also* Ex. 24, (photo of protester holding "Free Demirtas" sign). Other protestors

held signs calling for the release of imprisoned HDP party parliamentarians and mayors.  Ex. 72, (photo of protester holding "Free HDP MPs & Mayors" sign); Ex. 25, (photo showing collection of protest signs). *see also infra* ¶¶ 171, 181.

12. **Plaintiffs held signs in support of human rights, signs in support of Kurdish self-determination, and signs criticizing President Erdogan, including his record of human rights abuses**. Jane Doe I and Mehmet Özgen held a white banner that read, "Kurds fight ISIS, Turkey fights Kurds." Ex. 13, Jane Doe I Decl. at ¶ 10; Ex. 19, Özgen Decl. at ¶ 7; Ex. 18, Kurd Decl., Ex. A at 0:20 (Doe I and Özgen are to the far right of the screen holding a large banner). Jalal Kheirabadi held a sign that said, "Destroyed Kurdish Cities. Erdogan is a War Criminal." The sign included photographs of cities attacked by the Turkish military. Ex. 17, Kheirabadi Decl. at ¶ 8; *see also* Ex. 30, (still from Ex. 68 [Video SC03] at 0:35).

13. **Plaintiffs used a bullhorn and chanted to criticize President Erdogan.** Some of the protesters chanted "long live America, long live Kurdistan." Ex. 18, Kurd Decl., Ex. B at 0:32-0:48. The protesters also criticized President Erdogan, chanting anti-Erdogan slogans such as "dictator, Erdogan" and "terrorist, Erdogan" Ex. 18, Kurd Decl., Ex. B. at 1:30-1:45; Ex. 18, Kasim Kurd Decl., Ex. B at 0:05-0:13; *see also* Ex. 21, Yasa Decl. ¶10 (Yasa had a megaphone and was chanting "Erdogan, terrorist," and "Erdogan, stop killing Kurdish Children," among other things).

14. **A much larger group of Turkish officials and employees, including Embassy staff and Turkish security agents were on the sidewalk outside the Residence**. Ex. 4, Narin

Charging Document at 6 ("The Pro-Erdogan group outnumbered the protestors by two to one at a minimum; there were between thirty and fifty men, and a few women"); Ex. 33, (photos showing size of each group); Ex. 26, Indictment at 5 ("The members and associates of the conspiracy significantly outnumbered the anti-Erdoğan protesters, growing in size as the protest continued.").

15. **Turkish security agents were present at the Residence and were identifiable.** The Turkish security agents wore matching or similar uniforms of military-style khaki pants and olive-green jackets and others were in dark suits. Ex. 34, NYT Video 6 (identifying Turkish security agents standing in front of police);[6] Ex. 35, DC Metropolitan Department Public and Internal Narratives at 1 (suspects described as wearing all dark clothing);[7] Ex. 36, [Video SC08] at 1:40-1:50 (man in green khaki uniform identifying himself as "Turkish security");[8] Ex. 26, Indictment at 5 (describing the security officials' attire). At least some security officials wore earpieces, were armed with handguns, and wore Turkish breast pins and lanyards with identification cards. Ex. 37, NYT Video 2 (video identifying Turkish agents in suits with the Turkish presidential seal and wearing earpieces); Ex. 38, NYT Video 3 (Video identifying Turkish security agents kicking a protester on the ground); Ex. 39, NYT Video 4 (video identifying Turkish security agents kicking and punching protester); Ex. 40, NYT Video 5 (video showing Turkish security agent using chokehold on a female protester); Ex. 41, NYT Video 7 (video showing Turkish security agents rushing past police and attacking

---

[6] *See also* Ex. 9, Arthur Decl., ¶ 18 (authenticating Ex. 34).

[7] Exhibit 35 is admissible under Federal Rule of Evidence 803(6) and 803. *See supra* n.2.

[8] *See also, e.g.*, Ex. 9, Arthur Decl. ¶¶ 11-12 (authenticating Ex. 36).

multiple protesters); Ex. 42, NYT Video 8 (video identifying Turkish agents in green and brown uniform); [9] Ex. 26, Indictment at 5; Ex. 4, Narin Charging Document at 6 ("There were two groups of Turkish security officers - one group was wearing suits and the other was wearing what appeared to be an official uniform of khaki pants and an olive green military-style jacket. Members of both groups were wearing earpieces, and some were armed with firearms."). Plaintiffs saw that their attackers were armed: Kasim Kurd saw several Turkish security agents open their suit jackets to show they were carrying guns. Ex. 18, Kurd Decl. at ¶ 7; *see also* Ex. 13, Jane Doe I Decl. at ¶ 14 (Turkish security agent flashed his gun at Jane Doe I); Ex. 9, Arthur Decl. at ¶ 14 (saw Turkish security agents carrying guns during attack); Ex. 10, Arya Decl. at ¶ 14 (saw that the Turkish security agents attacking him carried guns). Those agents were joined by people who appeared to be staff members from the Turkish delegation. Ex. 4, Narin Charging Document at 6; Ex. 26, Indictment at 5.

16. **U.S. law enforcement officials identified the attackers as part of President Erdogan's security detail.** US law enforcement officials saw the Turkish security agents participate in the attack. Ex. 43, DS Command Center Situational Report on Turkish FM Incident, May 16-17, 2017 4:29 EDT at 2 ("Turkish security agents could be seen in the crowd fighting with protestors"; "At that point SA [redacted] noticed a female Turkish security agent attack a protestor, followed by numerous other Turkish security agents attacking protestors. SA [redacted] said the Turkish security agents seemed to be arriving from the front of the motorcade. The Turkish security agent in his car opened the door and jumped out, while the car was moving, to join the fighting."). Ex. 44, U.S. Dep't of State Information

---

[9] *See also* Ex. 9, Arthur Decl., ¶ 18 (authenticating Exs. 37 through 42).

Memorandum Dated May 17, 2017 at 1 (**"**Turkish security personnel physically assaulted protesters and U.S. law enforcement officers at the Turkish Ambassador's residence.");[10] Ex. 3, DS Command Center Situational Report on Turkish FM Incident, May 16-17, 2017 at 2:50 EDT at 2 (Officer in charge reports "the melee had been provoked by Turkish security officers who upon seeing the protesters had run directly into the crowd to physically engage them."); Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman (Turkish security agent Sarman "kicks and strikes" victim until MPD officer intervened); Ex. 26, Indictment at 5 (identifying attackers as Turkish security personnel).

17. **A handful of pro-Erdogan civilians were also present outside the Residence**. Also with the agents were a handful of civilians (making up the "pro-Erdogan" group). Ex. 26, Indictment at 5; Ex. 2, Eyup Yildirim Proffer of Facts at 1. Members of the pro-Erdogan group were carrying Turkish flags. Ex. 4, Narin Charging Document at 6; Ex. 2, Eyup Yildirim Proffer of Facts at 1.

18. **The small group of protestors, including Plaintiffs, was outnumbered by the Turkish officials and employees and pro-Erdogan civilians.** The approximately 20 pro-Kurdish protestors were greatly outnumbered by the pro-Erdogan group. Ex. 4, Narin Charging Document at 6 ("The Pro-Erdogan group outnumbered the protestors by two to one at a minimum; there were between thirty and fifty men, and a few women, on the sidewalk in front of the CMR."); Ex. 2, Eyup Yildirim Proffer of Facts at 1; Ex. 6, Affidavit in Support

---

[10] Exhibits 43 and 44 are admissible under Federal Rules of Evidence 803(6) and 803(8). *See supra* n.2.

of Arrest of Yasin Simsek at 1 ("there was a small group of approximately 12 individuals conducting a peaceful First Amendment assembly."); Ex. 33, (photos showing size of each group); Ex. 18, Kurd Decl., Ex A.

19. **The Turkish officials and employees, including members of the Turkish Security Detail shouted violent and hateful anti-Kurdish rhetoric.** The Turkish Security Detail yelled threats and anti-Kurdish slurs at the protesters, including: "die, fucking Kurds," "fuck you, Kurds," "Kurdish sons of bitches," "dogs," and "traitors," Ex. 10, Arya Decl. at ¶ 8; Ex. 14, Jane Doe II Decl. at ¶ 6 (in Turkey, references to dogs are often used to insult Kurdish people); Ex. 20, Tankan Decl. at ¶6. In the lead-up to the attack, the pro-Erdogan supporters played on a loudspeaker the "mehter march," a Turkish nationalist song. Ex. 26, Indictment at ¶ 17. During the attack, the Turkish security detail continued to curse the Kurdish protestors. As they kicked Murat Yasa, the Turkish security detail assailants yelled, "we are going to show you the power of the Turks" and "we will find and punish you [Kurds], no matter where you are." Ex. 21, Yasa Decl. at ¶ 15; *see also* Ex. 10, Arya Decl. at ¶ 14 (saw Turkish security agents attacking Jane Doe II and heard them yelling at her in Turkish, "die fucking bitch" and "fucking Kurd").

20. **The Turkish Security detail used misogynist threats, including threats of gender-based violence and sexual assault.** The Turkish agents yelled misogynist taunts such as: "I am going to fuck your mother," Ex. 45, [Video SC09] at 2:42-2:44; *see also* Ex. 46, (Translated Transcript of Ex. 45) at 3; "I'm going to take that flag to put in your mom's pussy. I'm going to fuck your mom's pussy," Ex. 36, [Video SC08] at 5:00-5:05; *see also* Ex. 47, (Translated

Transcript of Ex. 36) at 3; "tell him, I am going to fuck his mother … I am going to fuck your mom." Ex. 45 [Video SC09] at 0:39-0:45; *see also* Ex. 46, Translated Transcript of Ex. 45 at 2. Kasim Kurd heard a Turkish agent say to him "we are already fucking your mothers." Ex. 18, Kurd Decl. at ¶ 7; *see also* Ex. 20, Tankan Decl. at ¶ 13 (Turkish agent shouts at Tankan "your mother is a whore").  The Turkish security agent who used a choke hold on Ceren Borazan told her "you're dead, bitch", "you're going to get more" and "you haven't had enough yet."  Ex. 12, Borazan Decl. at ¶¶ 16-17; *see also* Ex. 48, [Video SC02] at 3:41.[11] The Turkish security agent who chased Ruken Isik (who was carrying her four year old son) yelled "I am going to fuck you!" and "you whores!" Am. Compl., Dkt. 63, ¶ 163.  A Turkish security agent yelled at Jala Kheirabadi, in Turkish, "motherfucker, we did your mom and your sister in Turkey," referring crudely to sex acts. Ex. 17, Kheirabadi Decl. at ¶ 7.

21. **The Turkish officials and employees, including members of the Turkish Security Detail shouted violent threats, challenged to protestors to fight, and threatened to kill the protestors.** The Turkish security detail threatened to kill the protesters. Turkish agents threatened to kill Mehmet Tankan, telling him, "we will kill you" and "you will be done." Ex. 20, Tankan Decl. at ¶ 13. People in the group of Turkish security agents and civilians cursed at Jane Doe I, yelling in Turkish, "we will kill you bitch**.**" Ex. 13, Jane Doe I Decl. at ¶ 11; *see also* Ex. 15, Jane Doe III Decl. at ¶ 8 (same)**;** Ex. 16, Genc Decl. at ¶ 11 (attacker yells in Turkish, "I will kill you, bitch"). Plaintiff Arya heard someone in the pro-Erdogan group shout "die, fucking Kurds." Ex. 10, Arya Decl. at ¶ 8. An agent told Plaintiff Kurd that

---

[11] *See also, e.g.*, Ex. 9, Arthur Decl. ¶ 11 (authenticating Exhibits 45, and 48).

Kurd should go to Turkey so the agents could beat him. Ex. 18, Kurd Decl. at ¶ 7. Agent

Sumercan made a throat-slashing motion by moving his hand horizontally across his throat

with his palm facing down. Ex. 26, Indictment at ¶ 7.  Turkish Agent Turgut Akar (Subject

AL) wagged his finger at protesters in a gesture that means, essentially, "I will get you." Ex.

49 [Video SC06] at 0:04-0:12;[12] Ex. 18, Kurd Decl. at ¶ 14 (meaning of gesture). Agent Akar

also yelled: "I am going to stick [inaudible] in your ass. You fucking son of a bitch." Ex. 45

at 2:42-2:52; Ex. 46, Translated Transcript of Video 45 at 3; Ex. 45 at 2:40 (Akar's face is

visible as he begins to yell).


22. **The curses, threats and taunts were loud and shouted repeatedly**. Both Turkish security

agents and civilians were shouting. The threats, curses and taunts were loud and repeated

over and over.  *E.g.*, Ex. 11, Azizi Decl. ¶ 7; Ex 10, Arya Decl. ¶ 8.


23. **Turkish security agents flashed firearms at the protestors.** *See* Ex. 18, Kurd. Decl. at ¶ 7

("[S]everal of the Turkish agents opened their suit jackets to show they were carrying

handguns."); *See also* Ex. 13, Jane Doe I Decl. at ¶ 14 (same); Ex. 9, Arthur Decl. at ¶ 14

(saw Turkish security agents were carrying guns during the attack); Ex. 10, Arya Decl. at

¶ 14 (saw that the Turkish security agents were carrying guns during attack); *see also* Ex. 36

[Video SC08] at 2:10-2:17 (U.S. law enforcement to Turkish agent: "You guys got guns.

Enough!"); Ex. 43, DS Command Center Situational Report on Turkish FM Incident, May

16-17, 2017 4:29 EDT at 4(reporting on Turkish security agents resisting arrest: Special

---

[12] *See also, e.g.*, Ex. 9, Arthur Decl. ¶ 11 (authenticating Exhibit 49).

Agent "said he saw the Turkish security guards pistol" and was unsure if the agent was trying

to draw his pistol).

24. **The Turkish security agents taunted the protestors, urging them to move closer to the**

**Residence.** Turkish Agent Ismail Ergunduz (Subject F) extended his arm and moved his

hand in a downward gesture that is well-known in Turkey and elsewhere as indicating "come

here." Ex. 49 [Video SC06] at 0:02-0:04 (khaki-clad agent on the right gestures); Ex. 18,

Kurd Decl. at ¶ 13 (describing meaning of gesture). Turkish Agent Mustafa Sumercan

(Subject AM) made the same gesture at protesters numerous times, including over the

interlocked arms of police officers who were trying to restrain him. Ex. 49, [Video SC06] at

0:06-0:12 (in the middle-right of the screen) and Agent Sumercan yelled at the protesters:

"You come here! Come here, I said! Come here! Come!" Ex. 45, [Video SC09] at 2:42-2:53;

Ex. 46, Translated Transcript of Ex. 45 at 3; Ex. 45 at 0:59 (Sumercan's face is visible); *see

also* Ex. 16, Genc Decl. at ¶ 8. "Some of [the agents] made gestures, indicating that the

protestors should come across the street to fight. One agent said, in Turkish, 'come.'").

25. **A brief initial altercation between the two groups was broken up by law enforcement**

**officers.** Around 4:05 p.m. an altercation lasting "less than a minute" involved a handful of

individuals. Ex. 8, Yildirim Charging Document at 7; Ex. 26, Indictment at 6-7. Following

this brief altercation, U.S. law enforcement officers, including D.C. MPD officers, separated

the groups. *See, e.g.*, Ex. 2, Eyup Yildirim Proffer of Facts at 1; Ex. 8, Yildirim Charging

Document at 7; Ex. 10, Arya Decl. at ¶ 10 ("Quickly, the police separated the groups."); Ex.

21, Yasa Decl. at ¶¶ 8, 9 ("Soon after I arrived, some of the agents and civilians with them

moved toward the protestors and in fact hit some of the protestors... Fairly quickly, the police
separated the groups.").

26. **Plaintiffs remained on the sidewalk, as instructed by law enforcement**. After the initial
altercation, the protestors remained on their designated side of the street, Ex. 2, Eyup
Yildirim Proffer of Facts at 1; Ex. 8, Yildirim Charging Document at 7-8;  Ex. 21, Yasa Decl.
at ¶ 10 ("My fellow protestors and I stood on the sidewalk and continued our
demonstration."); Ex. 10, Arya Decl. at ¶ 11 ("At the direction of police, the protestors went
to the sidewalk that was next to Sheridan Circle."); Ex. 51, [Pls.' Video A] (protesters
holding signs on the sidewalk);[13] Ex. 4, Narin Charging Document at 7-8 ("The anti-Erdogan
protesters returned to the sidewalk and area within Sheridan Circle Park N.W.").

27. **Plaintiffs conducted their protest peacefully.** *See* Ex. 51, [Pls.' Video A] (protesters
holding signs on the sidewalk); Ex. 52, Statement of MPD Officer Tabitha Aliberti (stating
the group of protestors were "peaceful" and referring to them as "a group of peaceful
protestors");[14] Ex. 35, DC Metropolitan Department Public and Internal Narratives at 1
(victims "were peacefully protesting and were attacked").

28. **U.S. law-enforcement officers lined up to create a human barrier to contain the pro-
Erdogan group**. Metropolitan Police Department ("MPD") officers, U.S. Secret Service
("USSS") officers, and Diplomatic Security Service ("DSS") officers were present at

---

[13] *See also* Ex. 9, Arthur Decl. ¶ 18 (authenticating Exhibit 51).

[14] Exhibit 52, a sworn statement made under penalty of perjury, is admissible under
Federal Rules of Evidence 803(6) and 803(8). *See supra* n.2.

Sheridan Circle (collectively, "U.S. law enforcement officers"). Ex. 66, [Pls.' Video D] (showing police barrier positioned in front of pro-Erdogan group); Ex. 67, [Pls.' Video E] (showing secret service officials regrouping after attack)[15]. The officers lined up to create a human barrier to contain the pro-Erdogan group, with most of them facing the pro-Erdogan group. Ex. 2, Eyup Yildirim Proffer of Facts at 1; Ex. 21, Yasa Decl. at ¶ 11("Police officers were lined up, facing that group."); Ex. 26, Indictment at 5 ("law enforcement attempted to create a physical barrier to restrain the members and associates of the conspiracy."); Ex. 18, Kurd Decl., Ex. A at 0:15-0:55, Ex. B at 0:44-2:00; Ex. 68 [Video SC03] at 0:20-0:35.[16] U.S. law enforcement faced the pro-Erdogan group, sometimes with arms extended to direct the pro-Erdogan group not to move toward the protesters, as members of the pro-Erdogan group pushed forward. Ex. 45 at 0:00-0:31, 0:48-1:15, 1:34-1:50, 2:38-3:02, 3:44-4:05, 7:16-7:30; Ex. 49, [Video SC06] at 0:00-0:15 (Video of police lining up in front of pro-Erdogan group); Ex. 10, Arya Decl. at ¶ 12 ("Police officers facing them repeatedly had to keep them from coming toward us."); Ex. 17, Kheirabadi Decl. at ¶ 9 ("Numerous times police had to restrain members of that group from coming across the street toward us.").

29. **U.S. law enforcement set up a barricade of motorcycles between the large crowd of Turkish officials and employees and pro-Erdogan civilians and the small group of protestors.** Additional police arrived on motorcycles, which were used to create a second barrier behind the row of officers already facing the pro-Erdogan group. Ex. 18, Kurd Decl., Ex. A at 0:13-0:40, Ex. B at 1:32-2:00; Ex. 36, [Video SC08] at 0:52-1:00.

---

[15] *See also* Ex. 9, Arthur Decl. ¶ 18 (authenticating Exhibits 66 and 67).

[16] *See also* Ex. 9, Arthur Decl. ¶ 18 (authenticating Exhibit 68).

II.    **Violent Attack at Sheridan Circle**

a.    **Turkish Security Agents Repeatedly Ignored Commands of Law Enforcement in the Lead-Up to the Attack**

30. **U.S. law enforcement officers repeatedly ordered the Turkish officials and employees, including the Turkish security agents, out of the street and onto the sidewalk next to the Residence, and at times U.S. law enforcement officers were required to physically restrain the Turkish security detail from advancing on protesters.** Ex. 54, Decl. of Dr. Ronald M. Layton at ¶ 66; Ex. 55, [Video SC05] at 0:01-0:15; Ex. 36, [Video SC08] at 0:01-0:24; Ex. 45, [Video SC09] at 0:01- 7:14; Ex. 56 [Video SC12] at 0:01-7:10;[17] *see also, e.g.*, Ex. 9, Arthur Decl. at ¶ 11; Ex. 10, Arya Decl. at ¶ 12; Ex. 11, Azizi Decl. at ¶ 10; Ex. 12, Borazan Decl. at ¶ 12; Ex. 13, Jane Doe I Decl. at ¶ 9; Ex. 14, Jane Doe II Decl. at ¶ 11; Ex. 17, Kheirabadi Decl. at ¶ 9. Other examples of U.S. law enforcement seeking to contain the threat of the pro-Erdogan group include:

- A U.S. officer yelled, "you are the head of security… keep your guys back."  Ex. 45, [Video SC09] at 6:55-7:00.

- An officer struggled to hold back the pro-Erdogan group, yelling, "Stay back, stay back, you're not helping us, you need to contain yourselves!" Ex. 45, [Video SC09] at 0:47-0:56;

- A U.S. officer pointed to three Turkish security agents out to another officer and said, "Watch those guys: See these three guys here? Don't let them cross the street." Ex. 56, [Video SC12] at 4:16-4:22;

---

[17] *See also, e.g.*, Ex. 9, Arthur Decl. ¶ 11 (authenticating Exhibits 55 and 56).

- Officers had to hold their arms up to keep agents in place. Ex. 49;

- Two officers were forced to link arms to restrain agents Mustafa Sumercan (Subject AM) and Turgut Akar (Subject AL). Ex. 49, [Video SC06] at 0:02-0:20;

- An officer said, "Sir, don't cross this line. Just stay here." Ex. 45, [SC09] at 0:25-0:28;

- An officer yelled, "You need to contain yourselves!" Ex. 45, [Video SC09] at 0:54-1:13;

- An officer yelled, "Stay back!" Ex. 45, [Video SC09] at 0:49-0:51; 1:43-1:45; 2:42-2:49;

- An officer said, "Don't cross the white line!" Ex. 45, [Video SC09] at 2:51-2:53;

- An officer yelled, "We need order right now." Ex. 45, [Video SC09] at 3:39-3:42; and

- An officer directed, "I need you to back up!" Ex. 45, [Video SC09] at 3:47-3:50. *See also* Ex. 54, Layton Decl. at ¶ 65.

31. **The Turkish officials and employees repeatedly sought to stop the protestors from speaking**. Agent Sumercan yelled: "Make those fuckers shut up! Shut them up!" Ex. 45, [Video SC09] at 6:55-6:58; Ex. 46, Translated Transcript of Ex. 45 at 3; Ex. 45 at 6:38-6:57 (Sumercan can be seen walking up to an officer, from where he yells at 6:55). The Turkish Ambassador responded to a U.S. law enforcement officer who told him, "they can protest," by stating "here, they cannot." Ex. 36, [Video SC08] at 3:28. At another point, the Ambassador complained that the protestors were "provocating" and "they keep on insulting" Ex. 36, [Video SC08] at 5:35-5:50. As one U.S. law enforcement officer said to another:

"Anybody who opposes their president, they're supposed to rip their fucking head off …. I was here with these guys and all of a sudden they fucking snuck up from behind us … they ripped the sign out of the lady's hand …" Ex. 56, [Video SC12] at 3:21:30-3:22:14;[18] *see also* ¶ 45.

32. **U.S. law enforcement sought to protect the First Amendment Rights of the protestors, including Plaintiffs, to criticize President Erdogan**.  Referring to the protesters, an officer said: "Let them talk!" They have a right to talk!" Ex. 45, [Video SC09] at 1:26-1:37; *see also* Ex. 56, [Video SC12] at 3:21:30-3:22:14 (U.S. law enforcement officer, describing the Turkish security agents efforts to silence protestors: "you can't do that in our country, you got a First Amendment right); Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman (describing "First Amendment assembly"*)*. Ex. 6, Affidavit in Support of Arrest of Yasin Simsek (describing "First Amendment assembly").

33.  **Both the MPD and the Secret Service are trained to protect First Amendment Rights**. The MPD has extensive experience managing First Amendment demonstrations, many of which are far larger than the Sheridan Circle protest. Office of the District of Columbia Auditor, *Metropolitan Police Monitor Nearly 2,500 Demonstrations in 2014-2016 and Report No First Amendment Inquiries* at 9 (July 3, 2017), http://dcauditor.org/report/metropolitan-police-monitor-nearly-2500-demonstrations-in-2014-2016-and-report-no-first-amendment-inquiries/. The report notes that "Every year thousands of individuals gather in the District of Columbia to exercise their First Amendment right to

---

[18] The officer's statement is admissible under Federal Rule of Evidence 803(2).

assemble. In 2016 alone, the District hosted approximately 1,224 marches and demonstrations." The Secret Service is also trained to protect First Amendment rights. Ex. 54, Layton Decl. at ¶ 38 ("Secret Service agents are trained to distinguish between civil protests or acts of civil disturbance, and an actual attack on protectees. The Secret Service is well versed in the principle that civil protest by individuals who exercise their First Amendment rights to assembly and freedom of speech must be respected."). Dr. Layton notes, that in his experience, officials "from countries that do not respect free speech and assembly will often ask the Secret Service to prohibit any assembly in proximity to their protectee. This request is always denied…" Dr. Layton further notes that "it is standard procedure for Secret Service agents to brief visiting head of state security details about civil protest and the impropriety of U.S. law enforcement arresting people for simple assembly, protest, and speech maligning a head of state." Ex. 54, Layton Decl. at ¶ 40.

34. **Turkish security agents challenged the actions of U.S. law enforcement, shouting at the officers and continuing to try to break through the barricades to get at the protestors.** Turkish security officials including Gokhan Yildirim, Turgut Akar, Mustafa Murat Sumercan, "bumped up" against the MPD officers at the cordon line. Ex. 26, Indictment at ¶ 9. Turkish security official Gokhan Yildirim told an MPD officer, "you need to take them," referring to the protestors, and "if you don't, I will." *Id*. ¶ 10. Later, he told a Secret Service officer, "we are waiting [for] you to take them out, because President [Erdogan] is coming. If you don't take … I will take." *Id*. ¶ 15.

35. **The protestors, including Plaintiffs remained on the sidewalk and in Sheridan Circle, making no attempts to advance toward the Turkish agents or toward the Residence.** Ex. 54, Layton Decl. at ¶ 64. Over the several long minutes that the U.S. law enforcement officers worked to contain the Turkish security agents and pro-Erdogan civilians, the protestors remained on the sidewalk, where they had been directed to stay. *See, e.g.*, Ex. 4, Narin Charging Document at 7-8; Ex. 51, [Pls.' Video A] (protesters holding signs on the sidewalk); Ex. 18, Kurd Decl., Ex. A (video of protestors on sidewalk across from pro-Erdogan group). U.S. government charging documents stated that the protestors "were not physically aggressive in any way, nor were they even physically proximate to the pro-Erdogan contingent." Ex. 4, Narin Charging Document at 8; *see also* Ex. 8, Yildirim Charging Document at 8 (same).

    **b.  Turkish Security Agents Charged through the police line to Brutally Attack Plaintiffs**

36. **Turkish agents forced their way through the police barriers to charge at Plaintiffs.** "At approximately 4:13 p.m., Turkish security personnel wearing suits, who were standing on the sidewalk in front of the CMR, pushed through the MPD cordon, crossed the street into Sheridan Circle where the anti-Erdogan protesters were demonstrating, and commenced a second assault on the anti-Erdogan protesters. Seconds later, Turkish security personnel in khaki pants and olive green military-style jackets… followed." Ex. 1, Sinan Narin Proffer of Facts at 2; *see also* Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman ("Defendant is seen pushing pass the MPD officer to assault the Complainant"). Despite the presence and efforts of U.S. law enforcement personnel, the Turkish Security Detail aggressively pushed

past the officers and barricades to physically attack the protesters, including Plaintiffs. *See* Ex. 48, [Video SC02] at 2:36-2:54; Ex. 36, [Video SC08] at 0:23-0:32; Ex. 45, [Video SC09] at 7:16-7:30; Ex. 56, [Video SC12] at 7:10-7:20; Ex. 58, [Pls.' Video B] at 0:00-0:10;[19] *see also, e.g.*, Ex 18, Kurd Decl. at ¶ 16 ("[A] large group of Turkish agents charged across the street directly at me and the other protestors."); Ex. 12, Borazan Decl. at ¶ 13 ("[A] large group of Turkish agents and others shoved the police out of the way and ran directly at me and the other protestors, yelling at us."). The United States identified these officials as Turgut Akar, Ismail Dalkiran, Servet Erkan, Tugay Erkan, Ahmet Karabay, Feride Kayasan, Lutfu Kutluca, Mustafa Murat Sumercan, Gokhan Yildirim, Ismail Ergunduz, Mehmet Sarman, Hamza Yurteri and Harrettin Eren. Ex. 26, Indictment at ¶ 20. Two MPD officers agreed that the Turkish "head of security was the one that ran over" to start the assault on the protestors. Ex. 54, Layton Decl. at ¶ 90; Ex. 45, [Video SC09] at 1:07:52-1:08:06.[20] Photos of the attack include Ex. 59, (Photo of a Turkish security agent leaping to kick Plaintiff Azizi); Ex. 60, (Photo of a Turkish security agent kicking plaintiff on the ground); Ex. 61, (Photo of three Turkish security agents surrounding and beating a victim).[21]

37. **Plaintiffs witnessed the Turkish Security Detail running at them and feared imminent physical harm.** Plaintiffs were terrified for their physical safety as the attackers rushed at them. *See, e.g.* Ex. 9, Arthur Decl. at ¶ 12 ("I was immediately frightened for my physical safety and that of the other protesters."); Ex. 10, Arya Decl. at ¶ 13 ("These individuals were

---

[19] *See also* Ex. 9, Arthur Decl. ¶ 18 (authenticating Exhibit 58).

[20] The officers' statement is admissible under Federal Rule of Evidence 803(2).

[21] Exhibit 59 is a still from Exhibit 49. Exhibit 60 is a still from Exhibit 45. Exhibit 61 is a still from Exhibit 56.

screaming at us. I could only think about my daughter's safety. I was terrified for her."); Ex. 11, Azizi Decl.at ¶ 11 ("I had no doubt that the Turkish agents and the others were going to attack us. It was terrifying."); Ex. 12, Borazan Decl. at ¶ 13 ("I realized that the agents and the others charging with them wanted to assault us, I was terrified."); Ex. 13, Jane Doe I Decl. at ¶ 12 ("I was afraid for my safety . . . ."); Ex. 14, Jane Doe II Decl. at ¶ 13 ("I knew there was danger and feared for the safety of all of us . . . ."); Ex. 15, Jane Doe III Decl. at ¶ 10; ("All of a sudden, I saw Turkish agents running toward us. I was petrified. I was afraid that I would be killed and I was afraid for the children with us."); Ex. 16, Genc Decl. at ¶ 11 ("I knew I was in extreme danger"); Ex. 17, Kheirabadi Decl. at ¶ 10 ("I was very scared for the safety of us all"); Ex. 18, Kurd Decl. at ¶ 16 ("I had no doubt that the Turkish agents and the others running with them toward us planned to attack us. It was terrifying."); Ex. 19, Özgen Decl. at ¶ 8 ("I saw a group of Turkish agents running together in my direction as if to attack me and other protestors. They were yelling. I was terrorized."); Ex. 20, Tankan Decl. at ¶ 12 ("It was a terrifying sight. I expected that I would be hurt very badly."); Ex. 21, Yasa Decl. at ¶ 12 ("It was clear that the Turkish agents and others were attacking us. I was terrified.").

38. **As Plaintiffs and other protestors fled from the onslaught of attackers, several were knocked to the ground.** Several protestors, including Plaintiffs Heewa Arya, Abbas Azizi, Jane Doe II, Jane Doe III, Elif Genc, Jalal Kheirabadi, and Murat Yasa, were knocked to the ground with kicks, punches, or shoves. *See, e.g.*, Ex. 10, Arya Decl. at ¶ 14; Ex. 10, Arya Decl. Ex A.; Ex. 11, Azizi Decl. at ¶ 11; Ex. 14, Jane Doe II Decl. at ¶ 14; Ex. 15, Jane Doe III Decl. at ¶ 12; Ex. 16, Genc Decl. at ¶ 10; Ex. 17, Kheirabadi Decl. at ¶ 11; Ex. 21, Yasa

Decl. at ¶ 14; Ex. 36, [Video SC08] at 0:27-0:31; *see also* Ex. 54, Layton Decl. at ¶ 86

(people were "knocked down and were on the ground in positions of extreme vulnerability").

39. **Turkish security agents surrounded the fallen protestors, kicking and striking at them
repeatedly.** Turkish security officials and civilians repeatedly hit, punched, and kicked

protesters, including Plaintiffs as described below. *See, e.g.*, Ex. 54, Layton Decl. at ¶ 86

("[m]ost of the protestors kicked were already on the ground in positions of vulnerability,

and posed no threat to law enforcement and offered no resistance"); *see also* Section III, *infra*

(describing attacks on each Plaintiff).

40. **Turkish security agents chased Plaintiffs who were running away and attacked those
Plaintiffs.** While some Plaintiffs fell, other Plaintiffs fled, including with children, running

away to the far side of Sheridan Circle and beyond, but were chased and attacked by Turkish

security agents.  See *infra* ¶¶ 54-56  & Ex. 9, Arthur Decl. at ¶¶ 13-14 (Plaintiff Stephen

Arthur fled, was chased and grabbed by several Turkish agents who punched and kicked

him); *infra* ¶¶ 82-85  & Ex. 12, Borazan Decl. at ¶¶13-16 (Borazan chased by Turkish

security agent who placed her in a chokehold as she tried to escape into the  refuge offered by

a passing motorist); *infra* ¶¶ 91-92 & Ex. 13, Jane Doe I Decl. at ¶¶ 12-13 (Jane Doe I

attempted to escape and ducked behind tree branch but was grabbed and punched by Turkish

security agent); *infra* ¶¶ 111-13  & Ex. 15, Jane Doe III Decl. at ¶¶ 11,12 (Jane Doe III ran

from attackers with Ruken Isik and the children, but was knocked down and kicked from

behind); *infra* ¶ 135-36  & Ex. 18, Kurd Decl. at ¶¶ 9, 20 (Kurd called 9-1-1, and ran away

from the oncoming agents); *id.* Ex. C (video taken by Kurd while running away); *infra*

¶¶ 140-42 & Ex. Özgen at ¶¶8-10 (Özgen was kicked and chased); Ex. 89, [Pls.' Video F] at 0:03-0:12 (Ceren Borazan running away from pro-Erdogan group rushing past police).

41. **The Turkish security agents beat the Plaintiffs so viciously that some Plaintiffs feared they would die.** *See* Ex. 10, Arya Decl. at ¶ 14 ("As I was on the ground, agents kicked me repeatedly. These were heavy blows and painful. I thought I was going to die and I tried to protect my head."); Ex. 11, Azizi Decl. at ¶ 14 ("I was afraid that I was going to be killed during the attack."); Ex. 14, Jane Doe II Decl. at ¶ 14 ("I believed that my attackers were trying to kill me"); Ex. 20, Tankan Decl. at ¶ 13 ("As these agents cursed at me and hit me violently, I thought I would die."); Ex. 21, Yasa Decl. at ¶ 14 ("I was shaking with fear and scared that I would die. I thought of my wife and two kids and that I might never see them again . . . ."). As agents were kicking Jane Doe II in the head and she drifted in and out of consciousness, she recalled hearing about "a Kurdish youth who had been killed in Turkey by security forces who kicked him in the head." Ex. 14, Jane Doe II Decl. at ¶ 14.

42. **The Turkish security agents kept up their attack, even when U.S. law enforcement officers tried to protect the Plaintiffs and stop the battery.** E.g. Ex. 11, Azizi Decl. at ¶ 12 ("Police came to help and I was able to stand. But, then, a very large agent in a black suit punched me" and citing Ex. 48, [Video SC02] at 3:04-3:15; Ex. 13, Jane Doe I Decl. at ¶ 14 (agents circled her as she sat by Jane Doe II, who was convulsing. The Turkish security agents left only after being pushed away repeatedly by police); Ex. 14, Jane Doe II Decl. at ¶ 14-15 (Jane Doe II slipped in and out of consciousness. She saw Turkish security agents standing above her, and a police officer "trying to protect [her] by pushing people away and

yelling at people to leave [her] alone."); Ex. 16, Genc Decl. at ¶ 12 ("I heard a police officer

telling me to run … I believe the officer saved my life by pushing my attackers away."); Ex.

17, Khereibadi Decl. at ¶ 11 ("agents grabbed me and punched me, even though a police

officer was at my side. Eventually, police officers were able to pull me away from the attack

and to safety"); Ex. 20, Tankan Decl. at ¶ 14 ("several police officers tried to protect me,

including by putting their bodies between the agents and me.  They tried to push my attackers

away.  Despite this, the agents kept hitting me and tried to pull me away from the police … I

believe the police officers saved my life."); see also Ex. 5, Affidavit in Support of Arrest of

Mehmet Sarman (an MPD officer intervened in the attack and struck the Defendant with his

baton, causing Defendant to cease his assault); Ex. 8, Yildirim Charging Document at 16 ("as

officers were trying to stop the assault, Turkish security personnel for and pro-Erodgan

civilians continued to rush into Sheridan Circle to attack protesters. It took several minutes

for officers to fully contain the assault on the protesters"). Multiple law enforcement officials

were injured by the agents in attempt to protect the anti-Erdogan protesters from the attack,

Ex. 44, U.S. Dep't of State Information Memorandum Dated May 17, 2017 at 1 (Department

of State Command Center reporting that a "Turkish security officer had punched a MPD

officer directly in the nose causing massive blood flow, and other MPD officers were also

assaulted"); *see also infra* ¶ 46.

43. **The Turkish security officers had to be restrained by U.S. law enforcement in order to
stop the attack.**  After the attack, U.S. law enforcement officers repeatedly had to direct the
pro-Erdogan group to remain on the sidewalk in front of the Residence and had to physically
restrain members of the group from crossing the street and confronting the victims. *See* Ex.

36, [Video SC02] at 00:30-00:55 (officer pulling a Turkish security agent off a fallen

protester and pushing a pro-Erodgan civilian assaulting fallen protester back to the sidewalk

toward the residence); Ex. 36, [SC08] at 3:00-7:30; Ex. 56, [Video SC12] at 11:40-14:10; *see*

*also* Ex. 10, Arya Decl. at ¶ 14 ("even after police pushed the attackers back and were

standing near us, agents continued to try to approach Jane Doe II and me. Based on their

actions, it was clear they wanted to attack us again"); *see also infra* ¶ 66.

44. **The Turkish security agents did not search or question the protestors.** The Turkish

security agents did not try to move the protestors away from the Residence and President

Erdogan, nor did they attempt to search or question the protestors in Sheridan Circle. Ex. 54,

Layton Decl. at ¶ 75 ("they did not attempt to engage in any law enforcement action, let

alone action that would be consistent with a belief that protesters were too close to the

CMR."); *see also* Ex. 9, Arthur Decl. at ¶ 15; Ex. 10, Arya Decl. at ¶ 17; Ex. 11, Azizi Decl.

at ¶ 13; Ex. 14, Jane Doe II Decl. ¶ 17; Ex. 15, Jane Doe III Decl. at ¶ 13. Rather, the agents

indiscriminately punched and kicked at the protestors, many of whom were lying on the

ground covering their heads with their hands. *See, e.g.*, Ex. 38, [NYT Video 3] (Turkish

security agents kicking a protester on the ground); Ex. 39, [NYT Video 4] (showing Turkish

security agents kicking and punching protester); Ex. 41, [NYT Video 6] (showing Turkish

security agents rushing past police and attacking multiple protesters); *see also infra* Section

III.

45. **Turkish security agents destroyed the protestors' signs.** Turkish security officials Ismail

Ergunduz, Hamza Yurteri, Mehmet Sarman, and others "took the anti-Erdogan protesters'

signs, tore them up, and either threw them on the ground or carried them across the street."
Ex. 26, Indictment at ¶ 43; Ex. 4, Narin Charging Document at 15 (Ismail Ergunduz recorded
on video tearing a sign with a pro-Kurdish message and throwing it to the ground); Ex. 48,
[Video SC02] at 5:00; Ex. 36. [Video SC08] at 1:22-1:26 (lower left), 1:40-1:45, 1:52-1:58;
Ex. 62, (photo of TDS agent collecting protest signs); Ex. 36, [Video SC08] at 1:54 (Turkish
security agents collect and destroy protest signs); Ex. 63, (photo of TDS agent destroying
protest signs); Ex. 64, [Pls.' Video C] (showing agents destroying protest signs);[22] *see also*
Ex. 56, [Video SC12] at 3:21-3:30, 3:22:14 (U.S. law enforcement officer, describing the
Turkish security agents efforts to silence protestors: "all of sudden they fucking snuck up
from behind us … they ripped the sign out of the lady's hand...").

46. **U.S. law enforcement witnesses affirm the accounts of Plaintiffs.** A U.S. State
Department memoranda summarizing the incident reported:

- "Turkish security personnel physically assaulted protesters and U.S. law enforcement
  officers."

- "Turkish security personnel physically assaulted protestors and U.S. law enforcement
  officers at the Turkish Ambassador's Residence"

- "Turkish security personnel continued to confront and assault protestors."

Ex. 44, U.S. Dep't of State Information Memorandum Dated May 17, 2017 at 1. A "Sit Rep"
sent by the Department of State Command Center the day after the attack explained that "the
"melee had been provoked by Turkish security officers who upon seeing the protesters had run
directly into the crowd to physically engage them, and that one Turkish security officer had

---

[22] *See also* Ex. 9, Arthur Decl. ¶ 18 (authenticating Exhibit 64).

PUBLIC REDACTED COPY

punched a MPD officer directly in the nose causing massive blood flow, and other MPD officers were also assaulted." Ex. 3, DS Commander Situational Report on Turkish FM Incident 2:50 EDT at 2; *see also* Ex. 43, DS Command Center Situational Report on Turkish FM Incident, May 16-17, 2017 4:29 EDT at 2 (Turkish agents "assaulted protestors" and resisted arrest); Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman (describing protestors as "a group conducting a peaceful First Amendment assembly"); Ex. 26, Indictment at 5 ("The members and associates of the conspiracy used threats and physical violence—intensely kicking at protesters—to dispel the anti-Erdoğan protesters, attack the anti-Erdoğan protesters, and blatantly ignore American law enforcement commands to cease the violence.").

### c.   President Erdogan was Present for the Attack and May Have Ordered It

47. **President Erdogan arrived at the Residence shortly before the attack and may have authorized the brutality toward Plaintiffs.** Turkish agents and President Erdogan were aware of the initial altercation that had transpired in Sheridan Circle prior to President Erdogan's arrival. *See, e.g.*, Dkt. 90, Def. Republic of Turkey's Mot. to Dismiss at 24-25 (President Erdogan "and his security detail no doubt were aware" of events in Sheridan Circle); *see also* Ex. 54, Layton Decl. at ¶ 77 ("Before the TSD and Secret Service left the White House to bring President Erdogan to the CMR, agents would have been provided a situation report to indicate the level of threat at the arrival location). Between 4:10 p.m. and 4:13 p.m., President Erdogan arrived at the Residence. Ex. 48, [Video SC02] at 2:33-2:45 (depicting attack with 4:13 p.m. time stamp), 5:04-5:12 (depicting presidential motorcade

"moments before" attack)[23]; Ex. 55, [Video SC05] at 1:00-2:27 (motorcade arrival from different angle). Immediately upon arrival, a Turkish agent and an individual who was likely a USSS agent (Ex. 54, Layton Decl. at ¶ 96), opened the rear doors to President Erdogan's vehicle. *See* Ex. 55, [Video SC05] at 1:30-1:36. The protesters stood in Sheridan Circle, well over 100 feet away from Erdogan's car. Ex. 54, Layton Decl. at ¶ 45. Upon arrival he was confronted by their loud denunciation of his policies.  Dkt. 90, Def. Republic of Turkey's Mot. to Dismiss at 3, 24. The car doors remained open for over a minute. Ex. 6, Affidavit in Support of Yasin Arrest Warrant; Ex. 65, [Video SC10] at 0:01-1:15;[24] Ex. 54, Layton Decl. at ¶ 96.

48. **President Erdogan spoke with his head of security just before several Turkish security agents left the area to move toward the attack.** After the car door opened, agent Muhsin Kose (Subject M), the head of Turkish security, leaned into the vehicle to speak with President Erdogan. Ex. 48, [Video SC02] at 5:08. Then, Kose appears to have spoken into his wireless communication system. Ex. 26, Indictment at ¶ 19. Agent Yusuf Ayar (Subject N) turned to look at Kose and nodded. Ex. 48, [Video SC02] at 5:15-5:25. Ayar left the vehicle and moved toward the protest, as did a burly, bald agent who appears to be Servet Erkan (Subject O). Ex. 48, [Video SC02] at 5:25-5:28 (an agent of Servet Erkan's build is visible to the right of the screen, walking toward Sheridan Circle.). As agents were leaving the area of President Erdogan's vehicle, agents in front of the Residence appear to have received wireless communications. *See* Ex. 56, [Video SC12] at 6:59 (toward the left of the frame, an

---

[23] The textual overlay on Exhibit 48 is admissible under Federal Rule of Evidence 803(8). *See supra* n.2.

[24] *See also* Ex. 9, Arthur Decl. ¶ 14 (authenticating Exhibit 65).

agent (Subject Q) holds his earpiece as if listening); Ex. 56, [Video SC12] at 7:08 (on the left

of the frame, agent Ahmet Karabay (Subject AE) does the same); see also Ex. 26, Indictment

at ¶ 19 ("between approximately 4:05 p.m. and 4:13 p.m., Muhsin Kose, Yusuf Ayar, Feride

Kayasan, Ahmet Karabay, and other persons . . . communicated with one another via

earpieces.").

49. **The Turkish security agents moved forward to attack the protestors in a coordinated
fashion after President Erdogan communicated with his security team.** The pro-Erdogan

group rushed across the street toward the protestors in a "nearly simultaneous, coordinated

throng." Ex. 4, Narin Charging Document at 8; Ex. 1, Sinan Narin Proffer of Facts at 2; Ex.

58, [Pls.' Video B] at 0:00-0:10. Members of the Turkish security detail were seen speaking

with each other and touching their communication devices seconds before they collectively

rushed the protestors. Ex. 69, [NYT Video 8] (showing Turkish security agents

communicating with President Erdogan and then with each other before rushing toward

protesters). Moments before the attack, Turkish agent Yasin Simsek spoke to a different

Turkish agent who had just finished speaking to President Erdogan and nodded his head in

acknowledgment. Simsek then jogged to the pro-Erdogan. Seconds later, the group launched

a coordinated attack. Ex. 6, Affidavit in Support of Arrest Warrant of Yasin Simsek.

50. **The security agents who left President Erdogan to join in the attack were acting
contrary to standard security procedures.** Ex. 54, Layton Decl. at ¶ 74. The decision of

Turkish security agents to pursue protesters located in Sheridan Circle, across the street from

the Residence and away from President Erdogan's arrival point, contradicts standard security

**PUBLIC REDACTED COPY**

procedures for perimeter control and belies any claims that the Turkish security agents perceived a genuine security threat from the protesters. Ex. 54, Layton Decl. at ¶ 74. As the agents left President Erdogan's proximity, they opened "holes" in the protective perimeter around the President. Ex. 54, Layton Decl. at ¶ 74.

51. **President Erdogan and other Turkish officials present for the attack did nothing to stop the attack and some officials from Erdogan's retinue actively joined in.** Upon exiting his vehicle, President Erdogan stopped next to and then behind the car to gaze at the spectacle of his agents attacking the protestors. He then walked leisurely to the Residence, taking over 30 seconds to reach his destination. Ex. 65, [Video SC10] at 1:15-1:50; Ex. 54, Layton Decl. at ¶ 97. Numerous other unidentified Turkish agents and officials watched the attack from the driveway or from the sidewalk in front of the Residence. Ex. 65, [Video SC10] at 0:01-1:15. Others left the Residence to participate in the attack. Agent Erkan is clearly visible assaulting protestors in Sheridan Circle (Subject O in Ex. 48, [Video SC02] at 5:46-6:06), before returning to President Erdogan's vehicle. Ex. 48, [Video SC02] at 6:32. *See also* SMF ¶¶ 15-16, 166.

### III.    Experiences and Injuries of Individual Plaintiffs

#### a.  Stephen Arthur

52. **Plaintiff Stephen Arthur is a citizen of the United States who works for a U.S. government contractor.** Ex. 9, Arthur Decl. at ¶ 2.

53. **Stephen Arthur traveled to Washington, D.C. on May 16, 2017, to protest Turkey's treatment of Kurdish people and its policies in Iraq and Syria.** Ex. 9, Arthur Decl. at ¶ 3. He attended the peaceful protest at Lafayette Square during President Erdogan's meeting with President Trump. Ex. 9, Arthur Decl. at ¶ 4. He then went with several other protestors to attend the second protest at Sheridan Circle. Ex. 9, Arthur Decl. at ¶ 5.

54. **Arthur saw the Turkish security agents running toward the protestors and attempted to flee.** Arthur saw a large group of Turkish agents and others push past the police and sprint at him and the protestors, while screaming. Ex. 9, Arthur Decl. at ¶ 12; Ex. 48, [Video SC02] at 2:36-2:54; Ex. 36, [Video SC08] at 0:23-0:32; Ex. 45, [Video SC09] at 7:16-7:30; Ex. 56, [Video SC12] at 7:10-7:20. It was clear to him that the agents and others wanted to attack the protestors. He was immediately frightened for his physical safety and that of the other protestors. Ex. 9, Arthur Decl. at ¶ 12. Given the number of assailants, Arthur felt that he had no choice but to flee. As he ran, he put his hands near his head to try to protect himself from blows he feared would come. Ex. 9, Arthur Decl. at ¶ 13.

55. **Arthur was beaten by multiple Turkish security agents.** While he was running away, several Turkish agents grabbed Arthur. Ex. 9, Arthur Decl. at ¶ 14. They punched him in the head and body and kicked him in the leg, even as a police officer tried to protect him. Ex. 48, [Video SC02] at 2:37-2:58 (at the far right, Arthur with long hair, a red t-shirt, and a flag retreats as an agent (Subject Q) punches and kicks him; Arthur then continues to retreat as another agent hits him, while a police officer attempts to intervene); Ex. 36, [Video SC08] at 0:28-0:33 (a different angle of a portion of the attack on Arthur who is toward the right at the

segment's start); Ex. 65, [Video SC10] at 0:34-0:39 (view from President Erdogan's vehicle, showing agents throwing fierce overhead punches at and kicking Arthur in the middle of the screen).

56. **As he fled out of Sheridan Circle, away from the attack, Arthur was kicked by a Turkish agent.** Ex. 20, Tankan Decl., Ex. A at 0:01-0:02 (Arthur is kicked at the very start of the video as he runs from Sheridan Circle).

57. **Arthur sought to assist the other protestors after the attack.** When the attack was over, Arthur returned to the area near the sidewalk to help other protestors who were injured. He went with some of them to the hospital. Ex. 9, Arthur Decl. at ¶ 16.

58. **The attack caused physical injuries and emotional stress to Arthur.** The experience of being chased and struck repeatedly was quite painful physically and terrifying emotionally. Ex. 9, Arthur Decl. at ¶ 14. As a result of the attack, Arthur suffered injuries, including to his head, leg, and arm, which caused pain and suffering. Ex. 9, Arthur Decl. at ¶ 17. After the attack he began to experience cluster headaches. Ex. 9, Arthur Decl. at ¶ 17.

      **b. Heewa Arya**

59. **Plaintiff Heewa Arya is a citizen of the United States of Kurdish heritage**. He previously lived in Turkey and learned to speak Turkish there. Ex. 10, Arya Decl. at ¶ 2.

PUBLIC REDACTED COPY

60. **Arya traveled with his daughter to Washington, D.C. on May 16, 2017, to protest Turkey's mistreatment of the Kurdish people.** On the day of the attack, Arya was with his then-seven-year-old daughter who also is a Plaintiff in this litigation (referred to as "C.A."). Ex. 10, Arya Decl. at ¶ 3. Arya and C.A. initially attended the protest at Lafayette Square during Erdogan's visit to the White House. Ex. 10, Arya Decl. at ¶ 4; Ex. 4, Narin Charging Document at 10. They then traveled to Sheridan Circle.

61. **Arya and C.A. witnessed protestors being struck during the initial altercation, which led Arya to move C.A. away from the sidewalk.** Arya was carrying C.A. on his shoulders. Ex. 10, Arya Decl. at ¶ 9.  He saw Turkish agents and pro-Erdogan civilians punch and kick other protestors during the altercation. Ex. 10, Arya Decl. at ¶ 9. C.A. was very frightened. Ex. 10, Arya Decl. at ¶ 9. Arya yelled, "This is America, not Turkey." Ex. 10, Arya Decl. at ¶ 10. After witnessing the initial altercation, Arya left his daughter C.A. with Jane Doe III near some trees a short distance away from the Sheridan Circle sidewalk where protestors were gathering. Ex. 10, Arya Decl. at ¶ 11.

62. **Arya watched the pro-Erdogan group push past law enforcement and run at the protestors.** From his position within Sheridan Circle, Arya saw Turkish agents rushing past the police and directly at the protestors. Ex. 10, Arya Decl. at ¶ 13. He heard the agents screaming as they ran. Ex. 10, Arya Decl. at ¶ 13; Ex. 48, [Video SC02] at 2:36-2:54; Ex. 36, [Video SC08] at 0:23-0:32; Ex. 45, [Video SC09] at 7:16-7:30; Ex. 56, [Video SC12] at 7:10-7:20. He was terrified for his daughter's safety. Ex. 10, Arya Decl. at ¶ 13. He also feared he would be attacked. Ex. 10, Arya Decl. at ¶ 13.

63. **Arya attempted to move away from the agents multiple times as they attacked him.**

Initially, Arya moved toward a statue on the opposite side of Sheridan Circle, away from the attack. While moving toward the statue, an agent caught him and hit him in the face. Ex. 10, Arya Decl. at ¶ 14; Ex. 4, Narin Charging Document at 10. ("Mustafa Murat Sumercan, a Turkish security official in a suit and tie, and an unidentified Turkish security official rushed toward Mr. Arya and started hitting him."); Ex. 48, [Video SC02] at 2:50-2:58 (at the start of the segment, Arya is toward the upper left of the frame in a blue button-down shirt with long hair, before being attacked at the upper right of the screen by an agent in a suit); Ex. 10, Arya Decl. at ¶ 14. Agent Sumercan punched Arya in between his eyes, cutting his face. Ex. 4, Narin Charging Document at 10. Arya was able to continue moving away from the main area of the attack, going to the side of Sheridan Circle where he hoped to find C.A. Ex. 10, Arya Decl. at ¶ 14.

64. **Arya was knocked to the ground, kicked, and beaten to the point that he thought he would die.** As he moved toward the side of Sheridan Circle, a civilian knocked him to the ground. Ex. 10, Arya Decl. at ¶ 14. Then, in front of a police officer, an agent kicked and grabbed him. Ex. 10, Arya Decl. at ¶ 14. As Arya was on the ground, agents (and civilians) kicked him repeatedly with heavy, painful blows while he attempted to protect his head. Ex. 10, Arya Decl. at ¶ 14; Ex. 4, Narin Charging Documents at 10; Ex. 10, Arya Decl., Ex. A; Ex. 10, Arya Decl., Ex. B at 0:18-1:12 (Arya is toward the top center of the frame at the start of the segment and later toward the left); Ex. 70, (Screenshot of Ex. 48 at 2:45). Arya thought

he was going to die. Ex. 10, Arya Decl. at ¶ 14. Eventually, the police officers pushed back

the Turkish agents, Arya was able to get to his feet. Ex.10, Arya Decl. at ¶ 14.

65. **Arya saw agents and civilians punch and kick Jane Doe II while yelling slurs at her.**

Arya witnessed the agents and civilians kicking Jane Doe II as she was lying on the ground

next to him. Ex. 10, Arya Decl. at ¶ 14. The men kicking Jane Doe II were yelling at her in

Turkish, "bitch," "Die, fucking bitch," and "fucking Kurd." Ex. 10, Arya Decl. at ¶ 14. Arya

feared that Jane Doe II would die when he saw her, shaking on the ground, appearing to have

a seizure. Ex. 10, Arya Decl. at ¶ 16.

66. **Despite the police moving the attackers back, they continued to act aggressively toward**
**Arya and Jane Doe II.** Even after police pushed the attackers back and were standing

nearby, agents continued to approach Doe II and Arya. Ex. 10, Arya Decl. at ¶ 14. It was

clear to Arya that these individuals wanted to attack again. Ex. 10, Arya Decl. at ¶ 14; *id.*,

Ex. 10, Arya Decl. Ex. A at 0:14-1:06; Ex. 10, Arya Decl., Ex. B at 1:05-1:12; Ex. 48, at

4:20-4:50 (Video identifying agents, including Ismail Dalkiran (Subject AF) and Harrettin

Eren (Subject L), approaching).

67. **Arya witnessed other protestors being attacked.** Arya also saw agents attack other

protestors, including his friends, Jalal Kheirabadi, Murat Yasa, and Abbas Azizi. Ex. 10,

Arya Decl. at ¶ 17.

68. **Arya suffered serious injuries from the attack.** Arya brought C.A. home and then went to

the hospital, where he was diagnosed with a concussion. He also had injuries to his face,

chest, shoulders, leg, and neck. Ex. 10, Arya Decl. at ¶ 19; Ex. 4, Narin Charging Document at 11.

     **c.  C.A.**

69. **Plaintiff C.A. was a young child who attended the protests with her father, Heewa Arya.** C.A. was seven years old at the time of the Sheridan Circle events. Ex. 10, Arya Decl. at ¶ 3.C.A. attended the Sheridan Circle protest with her father. Initially she was riding on his shoulders. Ex. 10, Arya Decl. at ¶ 9.

70. **After witnessing the altercation, C.A. was terrified.** After watching protestors be struck by Turkish security agents and civilians, C.A. began to shake with fear. Ex. 10, Arya Decl. at ¶ 9.  She said to Arya, "Dad, let's go, please!" Ex. 10, Arya Decl. at ¶ 9.  Her father then moved her to stand with Jane Doe III near some trees a short distance away. Ex. 10, Arya Decl. at ¶ 11.

71. **C.A. witnessed the brutal attack on her father and the other protestors.** From her position near the protestors, she could see the events unfold. After the attack, she was crying and shaking with fear. She told Arya it had been the worst day of her life. Ex. 10, Arya Decl. at ¶ 18.

72. **Witnessing the attack left C.A. with lasting fear.** She told her father that she was scared every night that the attackers would come to their house. Ex. 10, Arya Decl. at ¶ 21. She would repeatedly check that the doors and windows in their home were locked so that the

attackers would not be able to hurt us. Ex. 10, Arya Decl. at ¶ 21. She asked repeatedly why

the attackers hated people so much. Ex. 10, Arya Decl. at ¶ 21.

### d. Abbas Azizi

73. **Plaintiff Abbas Azizi is a United States of Kurdish heritage, who has taught Kurdish professionally and worked as a contractor-linguist for the U.S. government**. Ex. 11, Azizi Decl. at ¶ 2.

74. **Azizi traveled to Washington, D.C. on May 16, 2017, to protest Turkey's treatment of Kurdish people and Turkey's foreign policy.** Ex. 11, Azizi Decl. at ¶ 3. He attended the peaceful protest at Lafayette Square during President Erdogan's meeting with President Trump. Ex. 11, Azizi Decl. at ¶ 4; Ex. 4, Narin Charging Document at 13. He then went with several other protestors to attend the second protest at Sheridan Circle. Ex. 11, Azizi Decl. at ¶ 5.

75. **Azizi saw Turkish agents run past the police and at the protestors.** While he protested from the Sheridan Circle sidewalk, Azizi saw the pro-Erdogan group running past the police and directly at him and the other protestors, screaming. Ex. 11, Azizi Decl. at ¶ 10; Ex. 48 [Video SC02] at 2:36-2:54; Ex. 36 at 0:23-0:32; Ex. 45 at 7:16-7:30; Ex. 56 at 7:10-7:20. Azizi had no doubt the pro-Erdogan group was going to attack the protestors, including him. He was very frightened. Ex. 11, Azizi Decl. at ¶ 11.

76. **Abbas Azizi was kicked to the ground and brutally beaten by Turkish security agents.** While Azizi was attempting to help his friend Jalal Kheirabadi, an agent in a black suit

jumped high in the air and kicked Azizi in the chest, knocking him down. Ex. 11, Azizi Decl. at ¶ 12; Ex. 70, (Screenshot of Ex. 48 [Video SC02] at 2:45) ; Ex. 48 at 2:37-2:48 (near the middle of the frame, Azizi is in a white button-down shirt and white pants, bending down to help Kheirabadi in a blue t-shirt); Ex. 36 at 0:27-0:31 (flying kick from a different angle). As Azizi lay on the ground, agents, including Servet Erkan (Subject O), who had left President Erdogan's vehicle, kicked him repeatedly in his body, neck, head, and face. Ex. 4, Narin Charging Document at 13; Ex. 48, [Video SC02] at 2:50-3:10; Ex. 45 at 7:27-7:33 (Azizi is at the center-left of the frame). Azizi tried to get up, but other agents kicked him as well. Ex. 48, [Video SC02] at 3:04-3:15 (at the right of the frame); Ex. 48, [Video SC02] at 5:45-5:57 (same scene from a different angle, with subject identifiers); Ex. 65, [Video SC10] at 0:33-0:45 (same scene with higher resolution, but no identifiers). It was painful, and Azizi was scared he was going to die. Ex. 11, Azizi Decl. at ¶¶ 12, 14. With the help of police, Azizi was able to stand, but, then a large agent punched him. Ex. 65, [Video SC10] at 0:43-0:45 (Azizi stands up in left center of the frame, agent in a dark suit punches him, then Azizi runs off camera to the left); Ex. 11, Azizi Decl. at ¶ 12; Ex. 48, [Video SC02] at 2:37-3:24, 5:45-5:57; Ex. 65, [Video SC10] at 0:35-0:45; Ex. 36, [Video SC08] at 0:27-0:30; Ex. 45, [Video SC09] at 7:27-7:50.

77. **Azizi witnessed Turkish agents strike other protestors.** Azizi saw an agent hit Jalal Kheirabadi, who was standing close to him. Ex. 11, Azizi Decl. at ¶ 12. During the attack, Azizi saw Turkish agents kicking his friends and fellow protestors Murat Yasa and Lucy Usoyan. Ex. 11, Azizi Decl. at ¶ 13.

78. **Azizi was severely injured by the Turkish agents' attack and was treated overnight at a hospital for his injuries.** By the time the attack ended, Azizi's face and shirt were bloodied. Ex. 48 [Video SC02] at 3:58-4:14; Ex. 45, [Video SC09] at 7:47-7:50. He was disoriented, felt severe chest pain, and could not breathe easily. He felt as though he was having a heart attack. Ex. 11, Azizi Decl. at ¶ 15. After the attack, Azizi went to the hospital, where he had X-rays and spent the night. Ex. 11, Azizi Decl. at ¶ 16. He was diagnosed with a chest wall contusion. Ex. 11, Azizi Decl. at ¶ 16. The next day, he had a CT scan and was diagnosed with a concussion and post-concussion syndrome. Azizi also suffered cuts requiring six stitches, bruises, back pain, ear pain, memory loss, high blood pressure, and difficulty walking. Ex. 11, Azizi Decl. at ¶ 17; Ex. 4, Narin Charging Document at 13.

79. **The attack caused Azizi lasting emotional distress.** This emotional distress has manifested in symptoms including difficulty sleeping and concentrating, depression, and anxiety. Ex. 11, Azizi Decl. at ¶ 18. His ability to work has been impaired as a result of this distress. Ex. 11, Azizi Decl. at ¶ 18.

       **e. Ceren Borazan**

80. **Plaintiff Ceren Borazan is a lawful permanent resident of the United States and is of Kurdish heritage.** Ex. 12, Borazan Decl. ¶¶ 2-3. She grew up in Turkey and speaks Turkish fluently. Ex. 12, Borazan Decl. at ¶ 3.

81. **Borazan traveled to Washington, D.C. on May 16, 2017, to protest the Turkish government's persecution of Kurdish people.** Ex. 12, Borazan Decl. at ¶ 4. She attended the peaceful protest at Lafayette Square during President Erdogan's meeting with President

Trump. Ex. 12, Borazan Decl. at ¶ 5. She then went with several other protestors to attend the second protest at Sheridan Circle. Ex. 12, Borazan Decl. at ¶ 6.

82. **Borazan witnessed the Turkish agents running toward her and the other protestors.** A large group of Turkish agents and others shoved the police out of the way and ran directly at Borazan and the other protestors, yelling at them. Ex. 12, Borazan Decl. at ¶ 13. She knew they wanted to attack her and the other protestors. Ex. 12, Borazan Decl. at ¶ 13.

83. **Borazan was chased down by a Turkish security agent while she and another protestor tried to flee to safety.** Borazan tried to flee the agents running at her by running deeper into Sheridan Circle, away from the Residence. Ex. 12, Borazan Decl. at ¶ 14; Ex. 36, [Video SC08] at 2:36-2:46 (Borazan is in a white shirt and black pants, holding a handbag, in front of a banner at the center of the frame before moving to the left and away); Ex. 10, Arya Decl., Ex. B. As she ran, Borazan heard a voice behind her yelling in Turkish, "Bitch, come here," and "Where are you running?" Ex. 12, Borazan Decl. at ¶ 14. While being chased, Borazan ran to the street bordering the far side of Sheridan Circle. She saw Ruken Isik and Isik's young son. Ex. 12, Borazan Decl. at ¶ 15; Ex. 18, Kurd Decl., Ex. D (image of Borazan and Isik in the street, being chased by an agent). Borazan and Isik unsuccessfully begged to be let into cars. They then moved in opposite directions, trying to find safety Ex. 12, Borazan Decl. at ¶ 15. Finally, a driver agreed to allow Borazan into a car. Ex. 12, Borazan Decl. at ¶ 16.

84. **Borazan was placed into a violent chokehold by a Turkish security agent as she attempted to escape.** Borazan was about to get into the car of a passer-by when an agent grabbed her from behind. Ex. 12, Borazan Decl. at ¶ 16; *see also* Ex. 18, Kurd Decl. at ¶ 21 He also saw a Turkish agent grab Borazan as she was trying to get into a car. Ex. 18, Kurd Decl. at ¶ 21 ("I saw Ceren Borazan, a fellow protestor who was a friend, trying to get in a car in the street bordering Sheridan Circle on the opposite side from the CMR. I saw an agent grab her."). The agent was much bigger and taller than Borazan. He wrapped one arm tightly around her neck and put her in a chokehold. Ex. 12, Borazan Decl. at ¶ 16; Ex. 48, [Video SC02] at 3:41 (screenshot of chokehold, stating that agent Ismail Dalkiran (Subject AF) "uses choke hold on [Borazan] behind statue. Verified by additional video"); Ex. 71, (Photos of agent Dalkiran choking Ceren and confronting police); Ex. 4, Narin Charging Document at 12. With his other hand, he grabbed her wrist and twisted her arm behind her back. Ex. 12, Borazan Decl. at ¶ 16. While doing this, he threatened Borazan in Turkish, "You're dead, bitch," and "You're going to get more." Ex. 12, Borazan Decl. at ¶ 16. The agent pulled Borazan's hair, hit her on the back of the head, threw her to the ground, and kicked her as she lay there. This experience was painful physically and terrifying. Ex. 12, Borazan Decl. at ¶ 16; Ex. 48, [Video SC02] at 3:41.

85. **After escaping the Turkish agent by getting into a car, the agent continued to threaten her with additional violence.** Borazan was able to get up and into a different car. The agent continued to threaten Borazan through the window, saying, "Bitch, get out of the car, you haven't had enough yet." Ex. 12, Borazan Decl. at ¶ 17. Because of his words, Borazan

feared that the agent would open the door and pull her out. Ex. 12, Borazan Decl. at ¶ 17. At

Borazan's urging, the driver locked the car doors. Ex. 12, Borazan Decl. at ¶ 17.

86. **In the aftermath of the attack, Borazan saw Jane Doe II lying on the ground.** After the

attack in Sheridan Circle was over and police had restored some order, Borazan returned to

the Circle. Ex. 12, Borazan Decl. at ¶ 18. She felt as if she was in shock. She was crying. Ex.

12, Borazan Decl. at ¶ 19. Borazan saw her friend, Jane Doe II, lying on the ground,

evidently unconscious. Ex. 12, Borazan Decl. at ¶ 19.

87. **Borazan had significant injuries from the agent's chokehold.** Borazan went to the

hospital. She had neck pain, a burst blood vessel in her eye, and bruises. Doctors prescribed

pain medication. Ex. 12, Borazan Decl. at ¶ 20.

88. **The attack caused lasting emotional distress to Borazan.** As a result of the attack, Borazan

has experienced emotional distress, which has manifested itself in symptoms, including

difficulty concentrating, nightmares, fear, anger, disinterest in social activities, depression,

and hopelessness. Ex. 12, Borazan Decl. at ¶ 21. The image of the agent holding her in a

chokehold in Sheridan Circle has circulated widely on the internet and, when she has seen the

image inadvertently, it has been re-traumatizing. Ex. 12, Borazan Decl. at ¶ 21.

   f.   **Jane Doe I**

89. **Plaintiff Jane Doe I is a college professor residing in Canada, where she has received**

**asylum based upon the risk of persecution she would face in Turkey, her home country,**

43

**due to her participation in the the protest at Sheridan Circle.** Jane Doe I speaks Turkish fluently. Ex. 13, Doe I Decl. at ¶ 2. In May 2017 she was living and studying in the United States. Ex. 13, Doe I Decl. at ¶ 3.

90. **Doe I traveled to Washington, D.C. on May 16, 2017, to protest the policies and practices of the Turkish government toward the Kurds.** Ex. 13, Doe I Decl. at ¶ 3.  She initially attended the peaceful protest at Lafayette Square. Doe I Decl. ¶ 4. She then went with other protestors to Sheridan Circle to continue protesting outside of the Residence. Ex. 13, Doe I Decl. at ¶ 5.

91. **Doe I witnessed Turkish agents running toward the protestors and attempted to escape the attack.** While standing on the Sheridan Circle sidewalk, Doe I saw Turkish agents and other people running at her and the other protestors. Ex. 13, Doe I Decl. at ¶ 12. She was afraid for her safety. Ex. 13, Doe I Decl. at ¶ 12. She ducked under a large tree branch to attempt to put distance between herself and the attackers. Ex. 13, Doe I Decl. at ¶ 13.

92. **Doe I was grabbed, punched, and kicked several times in the attack by Turkish security agents.** After Doe I ducked under the tree branch, a Turkish agent grabbed her, tearing off her necklace. Ex. 13, Doe I Decl. at ¶ 13. She was then punched in the neck and ear and kicked in the leg, all of which caused significant physical pain and made her fear even more for her safety. Ex. 13, Doe I Decl. at ¶ 13.; Ex. 48, [Video SC02] at 2:39-2:47 (as the attack begins, Doe I is wrapped in a white banner, just to the left of a tree in the center of the frame, before an agent in a black suit appears to strike her).

PUBLIC REDACTED COPY

93. **During the ongoing attack Jane Doe I came to the aid of Jane Doe II, who was severely injured and seizing on the ground.** Doe I was able to move away from the agents who had attacked her and went to her friend and fellow protestor, Ex. 13, Doe I Decl. at ¶ 14. Doe II was lying on her back, holding her stomach, and obviously in pain. Ex. 13, Doe Decl. at ¶ 14. Doe I stayed next to Doe II while Doe II slipped in and out of consciousness and suffered what appeared to be seizures. Ex. 13, Doe Decl. at ¶ 14. Doe I saw Doe II convulsing and hitting her head on the ground involuntarily. *Id*. Doe I turned Doe II to the side and held Doe II's head in her hands so that Doe II would not swallow her tongue or otherwise suffer more harm. Ex. 13, Doe Decl. at ¶ 14.

94. **While Doe I attended to Doe II on the ground, Turkish security agents continued to act threateningly toward them.** Turkish agents kept circling Doe I and Doe II in a way that made Doe I think of "vultures." Ex. 13, Doe Decl. at ¶ 14. Some of those agents were wearing khaki uniforms. Ex. 13, Doe Decl. at ¶ 14. One agent opened his jacket to show Doe I his gun. Ex. 13, Doe Decl. at ¶ 14.

95. **Based on this threatening behavior, Doe I feared for her safety and the safety of Doe II.** Based on the threatening behavior and the attack she had suffered, Doe I had no doubt that the agents wanted to attack her and Doe II again. Ex. 13, Doe Decl. at ¶ 14. She feared for the safety of herself and Doe II. Ex. 13, Doe Decl. at ¶ 14. Doe I tried both to watch for anyone approaching her and Doe II from the front and also to look behind her, while guarding her head with her hand. Ex. 13, Doe Decl. at ¶ 14.; Ex. 10, Arya Decl., Exs. A and

C. The agents left the area only after being pushed away repeatedly by police. Ex. 13, Doe I Decl. at ¶ 14.

96. **Doe I and Doe II went to the hospital after the attack.** After police officers were finally able to end the attack in Sheridan Circle, Doe I went with Doe II in an ambulance to the hospital. Ex. 13, Doe I Decl. at ¶ 15.

97. **The attack caused injuries to Doe I.** Due to being punched and kicked by Turkish agents, Doe I suffered injuries, including neck and shoulder pain, swelling to her ear, and bruising. Ex. 13, Doe I Decl. at ¶ 16.

### g.  Jane Doe II

98. **Plaintiff Jane Doe II is a U.S. citizen of Kurdish heritage and a college educator**. Ex. 14, Doe II Decl. at ¶ 2. She grew up in Turkey and speaks Turkish fluently. Ex. 14, Doe II Decl. at ¶ 2.

99. **Doe II traveled to Washington, D.C. on May 16, 2017, to protest against the policies and practices of Turkish President Erdogan, including the politically motivated arrests of leading Kurdish political figures in Turkey.** Ex. 14, Jane Doe II Decl. at ¶ 3. She initially attended the peaceful protest at Lafayette Square. Ex. 14, Jane Doe II Decl. at ¶ 4. That protest was ongoing when she arrived. Ex. 14, Jane Doe II Decl. at ¶ 4. After the Lafayette Square protest was ending, Doe II traveled with other protestors to Sheridan Circle to continue protesting near the Residence. Ex. 14, Jane Doe II Decl. at ¶ 5. Jane Doe II brought

a yellow, red, and green shawl to the protest, which she held in view of the pro-Erdogan group. Ex. 14, Jane Doe II Decl. at ¶ 10. She intentionally chose that shawl to bring to the protest because those colors are culturally associated with the Kurdish people. Ex. 14, Jane Doe II Decl. at ¶ 10.

100.    **Doe II saw Turkish agents running toward her.** Doe II initially perceived the group of people running at her from across the street as a "swirl of darkness." Ex. 14, Jane Doe II Decl. at ¶ 13. She heard very loud footsteps. Ex. 14, Jane Doe II Decl. at ¶ 13. She knew that she was in danger and feared for her safety and for the safety of the other protestors. Ex. 14, Jane Doe II Decl. at ¶ 13. She saw a large man in a black suit standing next to her. Ex. 14, Jane Doe II Decl. at ¶ 14.

101.    **Doe II was grabbed by a person from behind.** As the pro-Erdogan group reached the Sheridan Circle side of the street, someone grabbed Doe II's long hair from behind. Ex. 14, Jane Doe II Decl. at ¶ 14; *see also* Ex. 58, [Pls.' Video B] at 0:02-0:06 (Jane Doe II, in a brown sweater with the yellow shawl in her hand, is surrounded by agents). The person grabbing her hair dragged her backward. She was able to keep from falling. The act of someone grabbing and pulling her hair caused her excruciating pain. She closed her eyes. Ex. 14, Jane Doe II Decl. at ¶ 14.

102.    **Doe II was punched in the head, causing her to lose consciousness.** Doe II heard a set of heavy footsteps running toward her. Ex. 14, Jane Doe II Decl. at ¶ 14. The person running toward her punched her in the temple, causing her to fall to the ground. Ex. 10, Arya Decl.

Ex. A at 0:02-0:03;Ex. 14, Doe II Decl. at ¶ 14. An agent then dragged her by the hair before

kicking her in the head. Ex. 10, Arya Decl. Ex. A at 0:04-0:07; Ex. 14, Doe II Decl. at ¶ 14.

103.    **While laying on the ground incapacitated, a group of agents and civilians kicked
Doe II multiple times in the head, face, and arms.** As Doe II was on the ground, briefly

unconscious from the blows to her head, several agents and a civilian continued to kick her

as she lay on the ground. Ex. 10, Arya Decl. Ex. A at 0:07-0:12; Ex. 14, Jane Doe II Decl. at

¶ 14. Doe II felt awful pain and believed her assailants were trying to kill her. Ex. 14, Jane

Doe II Decl. at ¶ 14. She attempted to put her hands around her head for protection as she lay

on the ground. Ex. 14, Jane Doe II Decl. at ¶ 14. She was kicked in the face and arms as she

tried to protect herself. Ex. 14, Jane Doe II Decl. at ¶ 14; *see also* Ex. 10, Arya Decl. at ¶¶14-

16 (identifying assailants as both agents and civilians); Ex. 10, Arya Decl., Ex. A at 0:02-

0:12; Ex. 19, Özgen Decl. at ¶ 11.

104.    **Doe II suffered a seizure.** While laying on the ground being kicked, Doe II felt herself

slip in and out of consciousness. Ex. 14, Doe II Decl. at ¶ 14; *see also* Ex. 12, Borazan Decl.

at ¶ 19 ("I saw Jane Doe II, who I had met that day. She was on the ground and did not look

fully conscious."); Ex. 15, Jane Doe III Decl. at ¶ 14 (Jane Doe II "was on the ground and did

not look fully conscious"). At some point, Jane Doe II had a seizure. *See* Ex.10, Arya Decl.

Ex. C; Ex. 14, Jane Doe II Decl. at ¶ 17; Ex. 16, Genc Decl. at ¶ 13; *see also supra* ¶ 93.

105.    **Doe II saw Turkish agents standing over her and a police officer trying to push
attackers away.** At one point during the attack, Doe II opened her eyes and saw agents

standing above her, looking ready to hit her again. Ex. 14, Jane Doe II Decl. at ¶ 15. She was

lying on her back and felt panic to be in that position, incapacitated. Ex. 14, Jane Doe II

Decl. at ¶ 15. She saw a police officer trying to protect her by pushing people away and

yelling that they should leave her alone. Ex. 14, Jane Doe II Decl. at ¶ 15; Ex. 10, Arya Decl.

Ex. A at 0:46-0:50, *id.* Ex. B at 1:05-1:12; Ex. 48, [Video SC02] at 4:20-4:50 (video of

agents, including Ismail Dalkiran (Subject AF) and Harrettin Eren (Subject L), approach Doe

II menacingly).


106.    **The attack left Jane Doe II with lasting, serious injuries.** After the attack on Doe II

ended, she tried to get up, but felt dizzy immediately. Doe II was put into an ambulance and

taken to Georgetown University Hospital. There, she had another seizure. Ex. 14, Jane Doe II

Decl. at ¶ 18. Doe II was diagnosed with a frozen shoulder. She could not move her left arm

more than 30 degrees in any direction. She required years of intense physical therapy for her

injury, which has still not healed more than seven years later. She has experienced serious

pain due to this harm up through the present. Doe II could barely get out of bed for months

and could not work for a year after the attack before she returned to work part time, despite

being in pain and struggling with everyday activities. During this time, she struggled to bathe

herself, needed her son's help to get dressed, and couldn't take her son to school.  Ex. 14,

Jane Doe II Decl. at ¶ 19.


107.    **Doe II experienced significant emotional distress from the attack.** Her emotional

distress has manifested in symptoms including headaches, difficulty sleeping, irritability, loss

of interest in social activities, anxiety, stress, and difficulty concentrating. Ex. 14 Jane Doe II

**PUBLIC REDACTED COPY**

Decl. at ¶ 20. She has been unable to view the videos of the attack because they are too traumatic for her to relive. Ex. 14, Jane Doe II Decl. at ¶ 16. Unlike when she lived in Turkey, Jane Doe II used to feel safe being out in the streets in the United States, but since the attack she no longer does. Ex. 14, Jane Doe II Decl. ¶ 20.

### h.  Jane Doe III

108.    **Plaintiff Jane Doe III is a permanent legal resident of the United States who grew up in Turkey and lived there most of her life. After the attack, she received asylum in the United States based on the risk of persecution she would face in Turkey.** She speaks Turkish fluently. Ex. 15, Jane Doe III Decl. at ¶ 2.

109.    **Doe III was in Washington, D.C. on May 16, 2017, to protest the mass arrests of mayors, parliamentarians, and journalists as well as the destruction of Kurdish towns, all by the Turkish government.** Ex. 15, Jane Doe III Decl. at ¶ 4. She initially attended the peaceful protest at Lafayette Square, near the White House. Ex. 15, Jane Doe III Decl. at ¶ 5. She joined the protest already occurring at Lafayette Square. Ex. 15, Jane Doe III Decl. at ¶ 5. From Lafayette Square, she and other protestors walked to Sheridan Circle to continue protesting. Ex. 15, Jane Doe III Decl. at ¶ 6.

110.    **Doe III met Heewa Arya and C.A., and remained with C.A. by some trees, a distance away from the protestors.** Doe III stood a short distance away from the protestors on the sidewalk with C.A. and Doe III's friend Ruken Isik. Ex. 15, Jane Doe III Decl. at ¶ 9. Isik was with her young son, who also stood with them. Ex. 15, Jane Doe III Decl. at ¶ 9.

PUBLIC REDACTED COPY

111.    **Doe III witnessed the Turkish agents run across the street toward Sheridan Circle.**

Doe III saw Turkish agents and others from the group in front of the Residence running

toward the main group of protestors on the Sheridan Circle sidewalk. Ex. 15, Jane Doe III

Decl. at ¶ 10. The agents also ran toward Doe III and the children she was standing with. Ex.

15, Jane Doe III Decl. at ¶ 10. Doe III was *petrified* that she and the children would be

attacked. Ex. 15, Jane Doe III Decl. at ¶ 10.

112.    **Doe III, Ruken Isik and the children fled from the oncoming Turkish agents.**. Jane

Doe III, Isik and the children attempted to flee from the oncoming Turkish agents. Ex. 15,

Jane Doe III Decl. at ¶ 11.

113.    **Doe III was kicked several times by, she believes, Turkish agents.** As Doe III was

trying to run, she felt a kick in her back. Ex. 15, Jane Doe III Decl. at ¶ 112.  She believes

that kick came from a Turkish agent, given that most people who had been charging at her

were agents. Ex. 15, Jane Doe III Decl. at ¶ 12. Doe III fell down and was kicked several

times in the back and head by people she believes were agents. Ex. 15, Jane Doe III Decl. at

¶ 12.

114.    **Doe III observed Doe II in distress after the attack.** Doe III returned to Sheridan Circle

to check on fellow protestors when she believed the attack to be over. Ex. 15, Jane Doe III

Decl. at ¶ 14. She saw Doe II, who was on the ground and did not look fully conscious. Doe I

was holding Doe II's hand. Ex. 15, Jane Doe III Decl. at ¶ 14. *She was* very upset by the

scene. Ex. 15, Jane Doe III Decl. at ¶ 14. Eventually, Doe III helped Doe II into an

ambulance. Ex. 15, Jane Doe III Decl. at ¶ 14.

115.    **Doe III experienced physical symptoms after the attack.** After the attack, Doe III had

trouble keeping her balance and felt lightheaded. Due to the attack, she had back pain and

headaches that caused vision problems. Ex. 15, Jane Doe III Decl. at ¶ 15.

116.    **The attack caused Doe III emotional distress.** That emotional distress has manifested

in symptoms including difficulty sleeping, nightmares, depression, and a lack of interest in

seeing friends and engaging in her other normal life activities. Ex. 15, Jane Doe III Decl. at

¶ 16.

       **i.  Elif Genc**

117.    **Plaintiff Elif Genc is a Canadian citizen of Kurdish heritage.** She speaks Turkish

fluently. She is pursuing a doctorate. Ex. 16, Genc Decl. at ¶ 2.

118.    **Genc traveled to Washington, D.C. on May 16, 2017, to protest the policies of the**

**Turkish government.** She wanted to protest the systemic oppression of Kurdish people by

the government of Turkey, specifically the ongoing crackdown on pro-Kurdish politicians

and the destruction of Kurdish cities in Turkey. Ex. 16, Genc Decl. at ¶ 3. She heard about

the protest in Lafayette Square regarding President Erdogan's visit to the White House. Ex.

16, Genc Decl. at ¶ 4. She went to Lafayette Square and joined that protest. Ex. 16, Genc

Decl. at ¶ 4. She then walked with a friend to Sheridan Circle because she heard that

President Erdogan would be going to the Residence there. Ex. 16, Genc Decl. at ¶ 4.

119.    **Genc joined in the protest with other protestors already at Sheridan Circle.** After

arriving at Sheridan Circle, Genc joined the group of protestors standing on the sidewalk next

to Sheridan Circle. Ex. 16, Genc Decl. at ¶ 6. She held a large sign calling for the release of

Selahattin Demirtas. Ex. 16, Genc Decl. at ¶ 6. Demirtas is a Kurdish HDP leader who has

been imprisoned in Turkey since 2016 on political charges. Ex. 16, Genc Decl. at ¶ 6; *see

also infra* ¶¶ 181-84.  **Genc saw the agents running toward the protestors.** From the

Sheridan Circle sidewalk, Genc saw Turkish agents and civilians push past police officers

and run at the protestors. Ex. 16, Genc Decl. at ¶ 9. The agents had "furious" expressions on

their faces. Ex. 16, Genc Decl. at ¶ 9. She felt that her life was in danger. Ex. 16, Genc Decl.

at ¶ 11.

120.    **Genc was knocked to the ground and repeatedly kicked by a group of Turkish

agents and Erdogan supporters as she attempted to flee.** Genc turned to run away from

the oncoming agents, but Agent Hamza Yurteri (Subject E) kicked her, knocking her down.

Ex. 16, Genc Decl. at ¶ 10; Ex. 4, Narin Charging Document at 14; Ex. 36, [Video SC08] at

0:27-0:30 (at the start of the segment, on the right, agent Yurteri kicks Genc, causing her to

fall). Then, agents Yurteri and Mehmet Sarman (Subject G) as well as individual defendants

Mahmut Sami Ellialti (Subject C), Eyup Yildirim (Subject K), and Sinan Narin (Subject H)

kicked and hit Genc ferociously as she lay on the ground. Ex. 16, Genc Decl. at ¶ 10; Ex. 4,

Narin Charging Document at 14; Ex. 5, Affidavit in Support of Arrest of Mehmet Sarman;

Ex. 48, [Video SC02] at 2:36-3:00 (at the start of this segment, Genc is toward the right of
the frame, wearing a baseball hat and a long skirt, with a "Free Selahattin Demirtas" sign,
before being identified as Subject AB); Ex. 9, Arthur Decl. at ¶ 15 ("I also saw agents hit Elif
Genc and kick her after she fell."); Ex. 74, (photo of Genc on the ground); Ex. 75, (photos of
Turkish security agents kicking and punching Elif); Ex. 60, (photo of a Turkish security
agent kicking plaintiff on the ground). She felt painful blows all over her body. Ex. 16, Genc
Decl. at ¶ 10.

121.    **The men kicking Genc yelled threats and slurs that indicated hatred.** During the
attack, one of her attackers yelled at Genc in Turkish, "I will kill you, bitch." Ex. 16. Genc
Decl. at ¶ 11.  Genc understood this threat because she is fluent in Turkish. Ex. 16, Genc
Decl. at ¶ 2. Genc understands that the Turkish word used by her attacker connotes not only
"bitch," but also "whore." Ex. 16, Genc Decl. at ¶ 11. This phrase would not be used by a
man toward a woman in Turkish unless the man wanted to express extreme hatred. Ex. 16,
Genc Decl. at ¶ 11.

122.    **Genc was eventually able to run away with the assistance of a police officer.** Genc
knew she was in great danger, being assaulted on the ground, and that she had to find a way
to escape. Ex. 16, Genc Decl. at ¶ 11. She heard a police officer telling her to run and was
able to pull herself up by holding onto the officer's leg. She fled down Massachusetts
Avenue, away from Sheridan Circle. Ex. 16, Genc Decl. at ¶ 12; Ex. 20 Tankan Decl., Ex. A
at 0:01-0:06 (Genc is visible running away from Sheridan Circle).

123.    **Genc witnessed other protestors severely injured by the attack.** When the attack on

the other protestors seemed to be over, Genc returned to Sheridan Circle. Ex. 16, Genc Decl.

at ¶ 13. She saw fellow protestor Abbas Azizi covered in blood. Ex. 16, Genc Decl. at ¶ 13;

Ex. 76, (photos of Azizi during attack). Another protestor's head was bleeding, so she

wrapped it in a scarf that immediately turned red with blood. She saw her friend and fellow

protestor, Lucy Usoyan, on the ground. Ex. 16, Genc Decl. at ¶ 13. She also saw her friend,

Jane Doe II, on the ground, shaking. Ex. 16, Genc Decl. at ¶ 13. She felt traumatized by

seeing her friends in this condition. Ex. 76, (photos of Abbas during attack).

124.    **Genc experienced numerous physical injuries from the attack.** Genc went to the

hospital with some other protestors. Ex. 16, Genc Decl. at ¶ 14. She had numerous bruises

and cuts, including on her arms, legs, and ribs. Ex. 16, Genc Decl. at ¶ 14. She felt

disoriented and light-headed. Later that evening, after leaving the hospital, Genc felt dizzy

and even more light-headed, which felt similar to when she previously had a concussion. Ex.

16, Genc Decl. at ¶ 14. Genc also developed a bruise on her arm in the shape of fingers. Ex.

16, Genc Decl. at ¶ 14. Over the next several days, she felt severe pain in her knee, and it was

very difficult to walk. She continued to feel dizzy. Ex. 16, Genc Decl. at ¶ 14.

125.    **The attack caused Genc emotional distress.** This emotional distress manifested itself in

symptoms including nightmares, fearfulness, and difficulty concentrating. Ex. 16, Genc Decl.

at ¶ 15. Her coursework at school was negatively affected by this distress. Ex. 16, Genc Decl.

at ¶ 15.

### j.  Jalal Kheirabadi

126.    **Plaintiff Jalal Kheirabadi is a U.S. citizen. He is owns and operates a small-electrical business. He is of Kurdish heritage**. Kheirabadi has lived in Turkey and speaks conversational Turkish. Ex. 17, Kheirabadi Decl. at ¶ 2.

127.    **Kheirabadi went to Washington, D.C. on May 16, 2017, to protest the Turkish military operations that have caused the deaths of Kurdish people.** Ex. 17, Kheirabadi Decl. at ¶ 3. He initially joined the protest in Lafayette Square, near the White House. Ex. 17, Kheirabadi Decl. at ¶ 4. There, he heard that President Erdogan would be going to the Residence near Sheridan Circle. He went to Sheridan Circle with some other protestors to continue protesting. Ex. 17, Kheirabadi Decl. at ¶ 5. He held a sign that said "Destroyed Kurdish Cities. Erdogan is a War Criminal." The sign included photographs of cities attacked by the Turkish military. Ex. 17, Kheirabadi Decl. at ¶ 8; Ex. 33, (photos showing size of each group).

128.    **Kheirabadi saw Turkish agents push past police and run at him.** While he stood on the sidewalk, Kheirabadi saw a large group of agents and civilians push through law enforcement officers standing between the groups and run straight at the protestors. Ex. 17, Kheirabadi Decl. at ¶ 10. One agent sprinted directly at Kheirabadi. Ex. 17, Kheirabadi Decl. at ¶ 10. Although Kheirabadi could see many people charging the protestors, which caused him to fear for his safety and that of the entire group, he focused on the agent who clearly was coming for him. Ex. 17, Kheirabadi Decl. at ¶ 10.

129. **Kheirabadi was punched and struck by multiple Turkish security agents.** The agent Kheirabadi saw running at him grabbed Kheirabadi and began punching him. Ex. 17, Kheirabadi Decl. at ¶ 11. The agent then grabbed Kheirabadi and threw punches until Kheirabadi was knocked to the ground. Ex. 17, Kheirabadi Decl. at ¶ 11; Ex. 48, [Video SC02] at 2:36-2:55 (at the start of this segment, Kheirabadi, in a blue t-shirt and holding a sign, is in front of a tree in the middle of the frame; at the end, he is to the left); *see also* Ex. 17, Kheirabadi Decl. at ¶ 11; Ex. 11, Azizi Decl. at ¶ 12. Kheirabadi was able to get up from the ground but was hit again. Ex. 17, Kheirabadi Decl. at ¶ 11; Ex. 48, [Video SC02] at 2:56-3:00.

130. **Kheirabadi moved away from the main area and was attacked by other Turkish agents.** For a moment, Kheirabadi escaped the main area of the attack and moved further into Sheridan Circle. Ex. 17, Kheirabadi Decl. at ¶ 11. While there, agent Servet Erkan, kicked at and repeatedly punched Kheirabadi in the head, despite the police officer standing next to Kheirabadi. Ex. 17, Kheirabadi Decl. at ¶ 11; Ex. 4, Narin Charging Documents at 14; Ex. 48, [Video] SC02 at 5:45-5:56 (at the start of this segment, Kheirabadi can be seen toward the left of the frame; Erkan is identified as Subject O); Ex. 65, [Video SC10] at 0:34-0:45 (same scene with higher resolution, but no reference to subjects); Ex. 36, [Video SC08] at 0:26-0:41 (Kheirabadi is toward the right of the frame at the start of this segment and then reappears briefly to the far right as the segment ends). Agent Erkan had left the vicinity of President Erdogan to participate in the beatings. Ex. 48, [Video SC02] at 5:46-6:06 (Erkan is Subject O). Eventually, police officers were able to pull Kheirabadi away from the attack. Ex. 17, Kheirabadi Decl. at ¶ 11.

131.    **Kheirabadi sustained lasting injuries from the attack.** After the attack, Kheirabadi

was taken to the hospital. Ex. 17, Kheirabadi Decl. at ¶ 12. He was diagnosed with high

blood pressure, even though his blood pressure otherwise had always been normal. *Id.* He

had injuries, including full-body pain and bruises on his face and body. Within a few days,

one of his teeth fell out as a result of the attack. Ex. 17, Kheirabadi Decl. at ¶ 12.

132.    **The attack caused Kheirabadi emotional distress which affected his life.** That

emotional distress manifested in symptoms including reduced appetite, nightmares, difficulty

sleeping, fearfulness, severe anxiety (including around unknown people), and headaches. Ex.

17, Kheirabadi Decl. at ¶ 13. These symptoms have negatively affected Kheirabadi's

personal and professional life. Ex. 17, Kheirabadi Decl. at ¶ 13.

      **k.  Kasim Kurd**

133.    **Plaintiff Kasim Kurd is a citizen of the United States and a resident of New York.**

He is married with two children and a small business owner. He is of Kurdish heritage but

grew up in Turkey and speaks Turkish fluently. Ex. 18, Kurd Decl. at ¶ 2.

134.    **Kasim Kurd went to Washington, D.C. on May 16, 2017, to protest against the**

**human rights abuses of President Erdogan.** Ex. 18, Kurd Decl. at ¶ 3. He attended the

peaceful protest at Lafayette Square during President Erdogan's meeting with President

Trump. Ex. 18, Kurd Decl. at ¶ 4. He then went with several other protestors to attend the

second protest at Sheridan Circle. Ex. 18, Kurd Decl. at ¶ 5.

135.     **After the initial altercation, Kurd was afraid that the Turkish agents would attack the protestors again, so he called 9-1-1 twice.** He asked the operator to send additional police units because he feared that the Turkish agents and the civilian Erdogan supports would attack again. Ex. 18, Kurd Decl. at ¶ 9. Though he could not hear the 9-1-1 operator's response over the noise, he left the call running so that they could hear what was happening at Sheridan Circle. Ex. 18, Kurd Decl. at ¶ 9.

136.     **When the attack began, Kurd was chased by Turkish security agents who ran toward him and the other protestors.** While protesting on the sidewalk next to Sheridan Circle, Kurd saw a large group of Turkish agents and others charge across the street directly at the protestors, including him. Ex. 18, Kurd. Decl. at ¶ 16. The agents looked enraged and were yelling. Ex. 18, Kurd. Decl. at ¶ 16.; Ex. 48, [Video SC02] at 2:36-2:54; Ex. 36, [Video SC08] at 0:23-0:32; Ex. 45, [Video SC09] at 7:16-7:30; and Ex. 56, [Video SC12] at 7:10-7:20. Kurd had no doubt that the agents and others planned to attack the protestors and was terrified. Ex. 18, Kurd. Decl. at ¶ 16. Kurd ran toward the opposite side of Sheridan Circle in order to avoid the assailants. Agents chased Kurd, but he escaped. Ex. 18, Kurd. Decl. at ¶ 17; *id*., Ex. C (video taken by Kurd while running).

          **l.    Mehmet Özgen**

137.     **Plaintiff Mehmet Özgen is a citizen of the United States who** works as an editor. Ex. 19, Özgen Decl. at ¶ 2.

138.    **Özgen attended demonstrations in Washington, D.C. on May 16, 2017, to express his opposition to the persecution of the Kurdish people and the Turkish government's arrests of academics and journalists.** Ex. 19, Özgen Decl. at ¶ 3. He first attended the peaceful protest at Lafayette Square because he had heard about the meeting between President Erdogan and President Trump. Ex. 19, Özgen Decl. at ¶ 4. At the conclusion of the Lafayette Square protest, he walked with a number of friends to Sheridan Circle to continue protesting. Ex. 19, Özgen Decl. at ¶ 5. They went to Sheridan Circle because they were told President Erdogan was likely to be there. Ex. 19, Özgen Decl. at ¶ 5.

139.    **Özgen stood on the Sheridan Circle sidewalk, protesting.** He and Jane Doe I held a banner reading: "Kurds fight ISIS, Turkey fights Kurds." Ex. 19, Özgen Decl. at ¶ 7.

140.    **Özgen saw a group of Turkish agents running toward the protestors.** After several minutes of protesting, Özgen saw the group of Turkish agents running together at him. Ex. 19, Özgen Decl. at ¶ 8. The agents were yelling. Ex. 19, Özgen Decl. at ¶ 8. He felt that they were going to attack him and felt terrorized. Ex. 19, Özgen Decl. at ¶ 8.

141.    **Özgen was kicked by a Turkish security agent before he was able to flee.** An agent kicked Özgen's leg, causing Özgen to stumble backwards. Ex. 19, Özgen Decl. at ¶ 9. In the hope of not being attacked further, Özgen ran toward the edge of Sheridan Circle, to the side opposite from the Residence. Ex. 19, Özgen Decl. at ¶ 10. At least one agent chased him. Ex. 19, Özgen Decl. at ¶ 10. He feared for his safety but was able to escape without further

physical harm. Ex. 19, Özgen Decl. at ¶ 10; Ex. 18, Kurd Decl., Ex. C (at the very start of the video, to the left of the screen, Özgen can be seen running in sunglasses and a blue jacket).

142.    **Özgen was wounded by the Turkish agent's kick.** The kick caused a painful gash to his leg. Ex. 19, Özgen Decl. at ¶ 12.

> **m. Mehmet Tankan**

143.    **Plaintiff Mehmet Tankan is a lawful permanent resident of the United States of Kurdish heritage**. Tankan grew up in Turkey and speaks Turkish fluently. Ex. 20, Tankan Decl. at ¶ 2.

144.    **Tankan was in Washington, D.C. on May 16, 2017, to protest the Turkish regime's treatment of Kurds and destruction of Kurdish communities.** Ex. 20, Tankan Decl. at ¶ 3. He initially attended the peaceful protest at Lafayette Square because it had been announced that President Erdogan was meeting with President Trump at the White House. Ex. 20, Tankan Decl. at ¶ 4; Ex. 4, Narin Charging Documents at 14. When he arrived at Lafayette Square, the protest was already happening, and he joined in. Ex. 20, Tankan Decl. at ¶ 4. Tankan understood that President Erdogan was going to the Residence after the White House. Ex. 20, Tankan Decl. at ¶ 5. He then went with others to Sheridan Circle to continue protesting. Ex. 20, Tankan Decl. at ¶ 5.

145.    **After the initial altercation, Tankan stood on the sidewalk of Sheridan Circle and continued protesting.** Ex. 20, Tankan Decl. at ¶¶ 8-9. As part of the protest, Tankan periodically held a sign calling for the release of Selahattin Demirtas, a Kurdish HDP leader

wrongfully imprisoned in Turkey. Ex. 20, Tankan Decl. at ¶ 9; Ex. 79, (photo showing Tankan on the sidewalk holding a protest sign); *see also infra* ¶181-82. Tankan also wore a yellow flag with "YPG" on it around his shoulders. Ex. 20, Tankan Decl. at ¶ 9. The YPG is a military force in Syria that is a critical ally of the United States in the fight against ISIS. Ex. 80, Decl. of Dr. Steven A. Cook at ¶ 62. The YPG is mainly staffed by Syrians of Kurdish ethnicity and makes up the bulk of the Syrian Democratic Forces. Ex. 80, Cook Decl.  at ¶ 61. In their meeting in the White House on the day of the Sheridan Circle protest, President Trump refused President Erdogan's request that the U.S. stop arming the YPG. Ex. 80, Cook Decl. at ¶ 64. Tankan wore the YPG flag to show his support for Kurdish people battling ISIS. Ex. 20, Tankan Decl. at ¶ 9.

146.    **Tankan saw the pro-Erdogan group rushing toward the protestors.** Tankan saw Turkish agents and civilians racing toward him with "furious" expressions on their faces. Ex. 20, Tankan Decl. at ¶ 12. The people running at him were yelling. Ex. 20, Tankan Decl. at ¶ 12. Tankan was very scared and expected to be hurt badly. Ex. 20, Tankan Decl. at ¶ 12.

147.    **Tankan was viciously beaten by multiple Turkish security agents.** Turkish agents surrounded Tankan. Ex. 20, Tankan Decl. at ¶ 13. He could see that the agents were armed. Ex. 20, Tankan Decl. at ¶ 13. The agents repeatedly kicked and punched him, including in the head, face, neck, and back. Ex. 48 [Video SC02] at 3:26-3:50 (Tankan, wearing a white shirt (Subject AA), is attacked by agents, including Turgut Akar (Subject AL), an unidentified khaki-clad agent (Subject S), and agent Ahmet Karabay (Subject AE)); Ex. 56 [Video SC12] at 7:25-7:50; Ex. 20, Tankan Decl., Ex. A (attack from a different angle); Ex.

4, Narin Charging Documents at 14 ("Video footage from Sheridan Circle shows Mr. Tankan being kicked by Turkish security officials Ismail Ergunduz, Turgut Akar (a Turkish security official wearing a suit and tie), Ahmet Karabay (a Turkish security official wearing a suit and tie), and Mustafa Murat Sumercan, as well as civilian Ahmet Cengizhan Dereci. Additionally, Mr. Tankan was punched by an unidentified Turkish security official.) The blows were very painful. Ex. 20, Tankan Decl. at ¶ 13. Tankan did everything he could to stay on his feet, knowing he would be at even greater risk if he fell. He feared he would die. Ex. 20, Tankan Decl. at ¶ 13.

148.    **The Turkish security agents insulted and threatened Tankan as they beat him.** The agents cursed at Tankan in Turkish, saying, "son of a bitch," "traitor," and "terrorist." Ex. 20, Tankan Decl. at ¶ 13. One said, "Your mother is a whore." Ex. 20, Tankan Decl. at ¶ 13. Agents also threatened Tankan, "We will kill you" and "You will be done." Ex. 20, Tankan Decl. at ¶ 13. Tankan understood these insults and threats because he is fluent in Turkish and grew up in Turkey. Ex. 20, Tankan Decl. at ¶ 2.

149.    **Turkish security agents continued to beat Tankan despite the attempts by law enforcement officers to stop them.** Police officers tried to protect Tankan, including by placing themselves between him and the agents and trying to push the agents away. Ex. 20, Tankan Decl. at ¶ 14. Despite this, the agents kept hitting Tankan and tried to pull him away from the police. Ex. 20, Tankan Decl. at ¶ 13; *see also* Ex. 48 [Video SC02] at 3:26-3:50; Ex. 56 [Video SC12] at 7:25-7:50; Ex. 20, Tankan Decl., Ex. A. Ultimately, the officers were able to stop the attack and moved Tankan to the side of Sheridan Circle.

PUBLIC REDACTED COPY

150.     **Tankan saw other injured protestors.** After the police had secured Sheridan Circle,
officers took Tankan to an area where his friends, Murat Yasa and Lucy Usoyan, were
sitting. Both were bleeding and appeared to be seriously hurt. Ex. 20, Tankan Decl. at ¶ 15.

151.     **Tankan was seriously injured by the attack.** Tankan went by ambulance to George
Washington University Hospital. He had a concussion, contusions, and dizziness. Ex. 20,
Tankan Decl. at ¶ 16. He felt serious pain throughout his body, particularly in his back, head,
and face. It was difficult for him to move or even sit. Ex. 20, Tankan Decl. at ¶ 16. Several
days later, he returned to the hospital because of continuing pain, especially in his head. It
took weeks for the pain to ease. Ex. 20, Tankan Decl. at ¶ 16.

152.     **Tankan suffered emotional distress from the attack which significantly impacted his
life.** The distress has manifested itself in symptoms that include sleeplessness, nightmares,
irritability, disinterest in social activities and friends, depression, memory loss, and
fearfulness. Ex. 20, Tankan Decl. at ¶ 17. These symptoms had a significant negative impact
on Tankan's ability to run the small business that he owned at the time of the attack. Ex. 20,
Tankan Decl. at ¶ 17.

     **n.  Murat Yasa**

153.     **Plaintiff Murat Yasa is a U.S. citizen** of Kurdish heritage. Yasa grew up in Turkey and
is a fluent Turkish speaker. At the time of the attack, he was a 59-year-old small-business
owner. Ex. 21, Yasa Decl. at ¶ 2.

154.    **Yasa traveled to Washington, D.C. on May 16, 2017, to attend protests to express his opposition to President Erdogan.** He specifically sought to protest the Turkish regime's oppression of Kurdish people and the imprisonment of Kurdish civil society leaders in Turkey. Ex. 21, Yasa Decl. at ¶ 3. Yasa initially attended the peaceful protest at Lafayette Square, near the White House, where he understood that President Erdogan was meeting with President Trump. Ex. 21, Yasa Decl. at ¶ 4; Ex. 4, Narin Charging Documents at 9. When he learned that President Erdogan was going to the Residence, he and others went to Sheridan Circle to continue protesting. Ex. 21, Yasa Decl. at ¶ 5.

155.    **Yasa used a megaphone to lead chants expressing his opposition to President Erdogan.** Ex. 21, Yasa Decl. at ¶ 10. These included chants like, "terrorist, Erdogan," "Erdogan, stop killing Kurdish children," "Turkey supports ISIS," and "Kurds fight ISIS, Erdogan attacks Kurds." Ex. 21, Yasa Decl. at ¶ 10. He protested for about 10 minutes before the attack occurred. Ex. 21, Yasa Decl. at ¶ 12. Yasa stood on the sidewalk of Sheridan Circle as he protested. Ex. 4, Narin Charging Documents at 9.

156.    **Yasa saw Turkish agents run past police toward the protestors.** A group of Turkish agents and others sprinted together past the police line and directly toward the protestors. Ex. 21, Yasa Decl. at ¶ 12. The agents were yelling. Ex. 21, Yasa Decl. at ¶ 12. It was clear to Yasa that the agents were attacking the protestors, and he was terrified. Ex. 21, Yasa Decl. at ¶ 12.

157.    **Yasa was attacked by a group of Turkish security agents and civilians who kicked him repeatedly as he lay on the ground.** Yasa was hit from behind, causing him to fall to the ground. Ex. 21, Yasa Decl. at ¶ 14. As Yasa attempted to stand, another agent and individual defendant Ahmet Dereci hit him repeatedly, causing him to fall again, this time on the sidewalk. Ex. 4, Narin Charging Documents at 9; Ex. 48 [Video SC02] at 2:39-2:58 (as the segment begins, Yasa is in the middle of the screen, in an open button-down shirt and holding a megaphone, before being identified as Subject U); Ex. 36 [Video SC08] at 0:26-0:32 (different angle, with Yasa toward the right of the screen as the segment begins). As Yasa lay on the sidewalk, agent Tugay Erkan (Subject AI), agent Ismail Ergunduz (Subject F), and individual defendant Ahmet Dereci (Subject J) brutally kicked him. Ex. 4, Narin Charging Documents at 9; *see also* Ex. 11, Azizi Decl. at ¶ 13. Agent Gokhan Yildirim (Subject D) then kicked Yasa in the face, before individual defendant Eyup Yildirim and other civilians kicked Yasa, who held up his hands in a futile attempt to protect his head. Ex. 21, Yasa Decl. at ¶ 14; Ex. 48 [Video SC02] 2:59-3:20 (identifying subjects as they attack Yasa); Ex. 45 [Video SC09] at 7:28-7:35; Ex. 9, Arthur Decl. at ¶ 15 ("I saw Turkish agents threaten and attack other protestors, including Murat Yasa and Lucy Usoyan, who were my friends. Agents knocked them down and kicked them while they were on the ground.") Ex. 94, (still extracted from Ex. 58 [Pls.' Video B] at 0:17 showing an agent kicking Plaintiff Yasa in the head).

158.    **The Turkish security agents who attacked Yasa yelled slurs and threats while they attacked.** The assailants yelled at Yasa in Turkish, "We are going to show you the power of the Turks" and "We will find and punish you [Kurds], no matter where you are." Others

yelled in Turkish, "I will fuck your wife," "I will fuck your sister," and "I will fuck your mother." Ex. 21, Yasa Decl. at ¶ 15. These phrases are among the most hateful things said in Turkish. Ex. 21, Yasa Decl. at ¶ 15. Yasa understood these remarks and their cultural connotation because he grew up in Turkey and is a fluent Turkish speaker. Ex. 21, Yasa Decl. at ¶ 2.

159.    **The attack was very painful and Yasa was afraid for his life as it continued.** While being repeatedly kicked, Yasa felt pain all over his body, including in his back, head, hands and legs. Ex. 21, Yasa Decl. at ¶ 14. He feared the assault would not end and that he would die, never again seeing his wife or two children. Ex. 21, Yasa Decl. at ¶ 14. When the attack did end, it was only because police officers pushed the assailants away. Some officers helped Yasa sit up. His face and shirt were covered in blood. Ex. 21, Yasa Decl. at ¶ 16; Ex. 48, at 4:17-4:21; Ex. 84, (photo of Yasa injured and being helped up after attack); Ex. 85, (Photo of Yasa bloodied).

160.    **The beating caused serious, lasting injuries.** Emergency medical personnel treated Yasa at the scene and then took him to the hospital. Ex. 21, Yasa Decl. at ¶ 17. Yasa had head injuries, a broken tooth, loose teeth, facial cuts and contusions, a hand injury, back pain, and leg pain. Ex. 21, Yasa Decl. at ¶ 17. He received stiches for a gash on his face. Ex. 4, Narin Charging Documents at 9. The next day, his head was hurting so badly that he returned to the hospital, where he was diagnosed with a concussion.  Ex. 21, Yasa Decl. at ¶ 17. He continues to suffer from leg and back pain. Ex. 21, Yasa Decl. at ¶ 17.

161.    **The attack caused Yasa emotional distress which severely impacted his life.** Since the

attack, Yasa has experienced symptoms from the emotional distress, including mental

confusion, difficulty sleeping, and memory loss. Ex. 21, Yasa Decl. at ¶ 18. As a result of

those symptoms, Yasa was eventually forced to close his business. Ex. 21, Yasa Decl. at ¶

18. He has been diagnosed with Post-Traumatic Stress Disorder. Ex. 21, Yasa Decl. at ¶ 18.

162.    **The Turkish Security Agents injured U.S. law enforcement officers** A U.S. State

Department memorandum and contemporaneous State Department email correspondence

documented that Turkish security agents attacked and injured U.S. law enforcement

personnel who were trying to keep the peace. See Ex. 44, U.S. Dep't of State Information

Memorandum Dated May 17, 2017 at 1 (multiple Turkish security personnel used undue

force against  protestors/demonstrators and U.S. law enforcement personnel; Turkish security

personnel physically assaulted protestors and law enforcement officers); Ex. 3, DS Command

Center Situational Report on Turkish FM Incident, May 16-17, 2017 at 2:50 EDT at 2

(Turkish security officer punched an MPD officer in the nose, causing massive blood flow;

special agent injured, sent to hospital); Ex. 43, DS Command Center Situational Report on

Turkish FM Incident, May 16-17, 2017 4:29 EDT(detailing injuries and emergency room

visits by U.S law enforcement agents injured by Turkish security agents).

163.    **President Erdogan's Security Detail has in the past attacked pro-Kurdish**

**protestors, journalists and local law enforcement.** The attack at Sheridan Circle was not

the first time President Erdogan's security detail committed violence against protestors – pro-

Kurdish protestors in particular – while President Erdogan was travelling abroad. *See* Ex. 80,

Cook Decl. at ¶¶ 15-19; *see also* Ex. 44, U.S. Dep't of State Information Memorandum Dated May 17, 2017 at 2 (reporting that past "incidents have occurred and noted to have been instigated by Turkish security. Results have ranged from verbal to physical altercations with protestors, journalists, and U.S. security personnel."). President Erdogan's security detail attacked pro-Kurdish protestors in February 2016 in Ecuador and then a month later in Washington, D.C., outside of the Brookings Center. *See* Ex. 80, Cook Decl. at ¶¶ 18-19; Ex. 44, U.S. Dep't of State Information Memorandum Dated May 17, 2017 at 2 ("President Erdogan's security team tried to remove journalists and protestors from events, which escalated."). President Erdogan witnesses the Ecuador incident and directly told the victims – three women – that they "will get what they deserve." Ex. 80, Cook Decl. at ¶ 18. President Erdogan's security agents have even employed needless violence on local law enforcement officers in the past. *See, e.g.*, Ex. 80, Cook Decl. at ¶ 16 (attack on UN security officers at UN headquarters in New York in 2011, resulting in one officer's hospitalization); Ex. 44, U.S. Dep't of State Information Memorandum Dated May 17, 2017 at 2 ("One DS agent was thrown against a wall by Turkish security, and one DS agent was assaulted while attempting to stop Turkish security from harming the first DS agent" during UN incident); Ex. 80, Cook Decl. at ¶ 17 (fights with members of Belgium's VIP protection service during visit to Belgium).

164. **President Erdogan's meeting at the White House was unsuccessful**.  In their meeting in the White House on the day of the Sheridan Circle protest, President Trump refused President Erdogan's request that the U.S. stop arming the YPG, a Kurdish militia that was engaged in fighting ISIS with U.S. support. Ex. 80, Cook Decl. at ¶ 64.

IV.    **Aftermath of the Attack**

a.    **The U.S. Government Brought Criminal Charges Against Turkish Security Agents for Their Roles in the Attack**

165.    **The U.S. Attorney's Office filed criminal charges against nineteen people for their roles in the attack.** On August 29, 2017, a District of Columbia grand jury indicted nineteen individuals for their role in the May 16, 2017, attack. Ex. 26, Indictment. The individuals indicted include fifteen Turkish security officials and four civilians. The four civilians are Defendants in this action. Collectively they were charged with bias-related (hate) crimes, including conspiracy, aggravated assault, assault with a dangerous weapon, assault with a dangerous weapon against a senior citizen, assault with significant bodily injury, and simple assault. Ex. 26, Indictment.

166.    **The process to properly identify the assailants before bringing criminal charges was extensive.** The U.S. Attorney's Office filed affidavits in support of arrest.  One affiant was Detective Victor J. DePeralta, a member of the Metropolitan Police Department. Ex. 4, Narin Charging Document; Ex. 8, Yildirim Charging Document. The affidavits state that to identify the individuals who attacked and assaulted the protesters, "the Diplomatic Security Visa and Passport Analysis Unit assisted the DSS Office of Protective Intelligence Investigations, the Diplomatic Security Command Center, and the Washington Metropolitan Police Department in identifying Turkish security personnel" "by comparing screen captures from video footage to visa and passport images using facial recognition methodologies." Ex. 8, Yildirim Charging Document at 4; Ex. 4, Narin Charging Document at 4.

167.    **Turkish security agents were indicted for bias-related assault on several of the peaceful protestors.** The Indictment found that the Turkish security officials, staff members from the Turkish diplomatic delegation, and pro-Erdogan civilians, including the individual Defendants in this action, were members and associates of the conspiracy. Ex. 26, Indictment at 5. The Indictment found that the members of the conspiracy "did knowingly and willfully combine, conspire, confederate and agree together to assault with a dangerous weapon with a shod-foot and to assault." Ex. 26, Indictment at 2. Further, the Indictment found that "the members and associates of the conspiracy attacked the anti-Erdogan protesters because of their opposition to Mr. Erdogan, their support of the HDP, their support of ethnic Kurds, and their belief that the protesters were ethnically Kurdish." Ex. 26, Indictment at 5.

168.    **Several of the perpetrators left the country, while others served jail time for their role in the attack.** The Turkish security officials left the U.S. after the attack. *See, e.g.*, Ex. 3, DS Commander Situational Report on Turkish FM Incident 2:50 EDT at 4 (foreign minister, Turkish President, and delegation departed the U.S. on the evening of May 16, 2017). Ultimately, the U.S. Attorney's Office dropped the charges against some of the Turkish security officials who were indicted. Zachary Cohen, *US Dropped charges against Turkish bodyguards over DC Brawl before Tillerson Trip*, CNN (Mar. 22, 2018), https://www.cnn.com/2018/03/22/politics/turkey-erdogan-security-charges-dropped/index.html. Outstanding charges remain against Turkish security officials Ismail Dalkiran, Mehmet Sarman, Ahmet Karabay, and Servet Erkan, as well as civilians Ahmet Cengizhan Dereci and Mahmut Sami Ellialti. Associated Press, *Charges dropped against*

*Turkish president's bodyguards in DC brawl ahead of State Dept. Meeting,* NBC News (March 22, 2018), https://www.nbcnews.com/news/us-news/charges-dropped-against-turkish-president-s-bodyguards-d-c-brawl-n859286; *see also* Br. for the United States as Amicus Curiae, *Republic of Turkey v. Usoyan*, 143 S. Ct. 395, 2022 WL 4585328 at *4, n.1 (U.S. Sept. 28, 2022). Several civilians were also charged. Two pled guilty and served time in prison *See United States v. Narin*, No. 2017 CF3 010331 (D.C. Super. Ct.); *United States v. Yildirim*, No. 2017 CF3 011114 (D.C. Super. Ct.). Charges remain pending against two others. *See United States v. Ellialti*, No. 2017 CF3 014899 (D.C. Super. Ct.); *United States v. Dereci*, 2017 CF3 014902 (D.C. Super. Ct.).

### b. U.S. Government Officials Condemned the Attack

169. **The U.S. State Department expressed its concern over the attack and stated that it was communicating that concern to Turkey.** The day after the attack, the U.S. Department of State issued a statement, saying: "We are concerned by the violent incidents involving protestors and Turkish security personnel Tuesday evening. Violence is never an appropriate response to free speech, and we support the rights of people everywhere to free expression and peaceful protest. We are communicating our concern to the Turkish government in the strongest possible terms." Ex. 81, U.S. Dept. of State, Press Statement (May 17, 2017), https://2017-2021.state.gov/united-states-concerned-by-violence-outside-turkish-diplomatic-facilities/.

170. **The U.S. House of Representatives Foreign Affairs Committee called for an immediate investigation.** On May 17, 2017, the day after the attack, Chairman of the House

Foreign Affairs Committee, Representative Edward Royce, sent a letter to Attorney General

Jeff Sessions and Secretary of State Rex Tillerson. Ex. 86, Letter from Edward Royce to Jeff

Sessions and Rex Tillerson Dated May 17, 2017. That letter called for the Department of

Justice and Department of State to "immediately look into this matter and bring all

appropriate criminal charges before these individuals leave the United States." Ex. 86, Letter

from Edward Royce to Jeff Sessions and Rex Tillerson Dated May 17, 2017. Representative

Royce referenced the "[v]ideo evidence indicat[ing] men dressed in suits viciously beat

multiple individuals, throwing them to the ground and kicking them in the head." Ex. 86,

Letter from Edward Royce to Jeff Sessions and Rex Tillerson Dated May 17, 2017. He also

made clear that "Agents of foreign governments should never be immune from prosecution

for felonious behavior [and that a]bove all else, they should never be permitted to violate the

protections afforded by the First Amendment of the U.S. Constitution." Ex. 86, Letter from

Edward Royce to Jeff Sessions and Rex Tillerson Dated May 17, 2017.

171.    **A U.S. House of Representatives Subcommittee held an emergency hearing on the**

**attacks, condemning the actions of Turkish security and calling for justice.** On May 25,

2017, the U.S. House of Representatives Subcommittee on Europe, Eurasia and Emerging

Threats, Committee on Foreign Affairs held an emergency hearing about the attack. *Violence*

*Outside the Turkish Ambassador's Residence: The Right to Peaceful Protest: Hearing Before*

*the Subcomm. on Europe, Eurasia, and Emerging Threats of the H. Comm. on Foreign Affs.*,

115th Cong. (2017). Victims, including Plaintiff Murat Yasa, testified before the Committee.

*Violence Outside the Turkish Ambassador's Residence: The Right to Peaceful Protest:*

*Hearing Before the Subcomm. on Europe, Eurasia, and Emerging Threats of the H. Comm.*

*on Foreign Affs.*, 115th Cong. 11-17 (2017) (statement of Murat Yasa, local businessman and protest organizer). Chairman of the Subcommittee, Representative Dana Rohrabacher, opened the hearing by stating: "The attempt by members of the Turkish security service is an affront to the democratic values that we hold dear in the United States and was an act of supreme disrespect for the American people and our institutions." *Violence Outside the Turkish Ambassador's Residence: The Right to Peaceful Protest: Hearing Before the Subcomm. on Europe, Eurasia, and Emerging Threats of the H. Comm. on Foreign Affs.*, 115th Cong. 1 (2017). He also shared his view that President Erdogan verbally encouraged the attack and placed the attack in the context of "Turkey's ongoing crackdown against fundamental freedoms, including freedom of the press and peaceful assembly." *Id*. at 3. Echoing Mr. Rohrabacher's sentiments, Representative Brad Sherman stated that "this was not just an attack on American values, on international values of human rights, this was an attack on American sovereignty. Quasi-military forces of a foreign nation beat and attacked Americans on American soil." *Id*. at 4.

172.     **Congress condemned the attack as showing "clear disrespect for our laws and those who enforce them".** On May 25, 2017, 40 members of Congress sent a letter to Attorney General Jeff Sessions and then-Secretary of State Rex W. Tillerson expressing their "outrage over the remorseless acts of violence inflicted upon individuals exercising their Constitutionally-protected First Amendment right to free speech" and reiterating that the attack was "a clear disrespect for our laws and those who enforce them." Ex. 87, Letter from Members of Congress to Jeff Sessions and Rex Tillerson Dated May 25, 2017. The Members called for "the individuals involved in Tuesday's attacks on Americans on U.S. soil [to be]

identified and brought to justice." Ex. 87, Letter from Members of Congress to Jeff Sessions and Rex Tillerson Dated May 25, 2017. On May 26, 2017, 20 U.S. Senators sent a letter to then-Secretary of State Rex W. Tillerson expressing their outrage over the attack. The Senators called for accountability, urging the State Department to work with the MPD to identify the perpetrators of the assault, and urged that "those responsible should be held accountable under applicable U.S. law." Ex. 88, Letter from Members of U.S. Senate to Rex Tillerson Dated May 26, 2017. On June 6, 2017, the House of Representatives unanimously passed House Resolution 354, condemning the attack on the protesters gathered outside the Residence. H.R. Res. 354, 115th Cong. (2017). The Resolution stated that the "demonstrators did not instigate the violence," but that "[v]iolence erupted when pro-Erdogan supporters and individuals from the Turkish embassy grounds pushed past District of Columbia police officers to brutally attack the demonstrators." *Id*. at 1. It also stated, "[a]t no point was President Erdogan in danger." *Id*. at 2. The Resolution called for "any Turkish security officials who directed, oversaw, or participated in efforts by Turkish security forces to illegally suppress peaceful protests on May 16, 2017, [to] be charged and prosecuted under United States law." *Id*. at 3. Representatives spoke in support of the Resolution and condemned the violence against peaceful protesters. For instance, Representative Royce expressed his outrage over the attack and remarked that "at no time was President Erdogan in danger. This was not an act of protection. It was an act of suppression on our American soil." 163 Cong. Rec. H4629 (daily ed. June 6, 2017). He explained that "the violent attacks…by officers assigned to Turkish President Erdogan's security detail against peaceful protesters back on May 16 were designed to…silence those protesters' criticism of the Turkish government." *Id*. at H4631. Representative Norton explained that she was "unsurprised at the

bipartisan nature of [the] resolution" because "this was an assault, after all, not only on the protesters, but on one of our most important American values: the right to assemble and use the First Amendment to protest." *Id*. at H4629. Representative Sarbanes shared a similar sentiment. He condemned the "shocking assault" by "trained paramilitary agents of the Turkish Presidential security force against a peaceful assembly of protesters." *Id*. He also expressed the view that "President Erdogan sanctioned the attack," and that "the assault on innocent protesters in the streets of Washington, D.C. is entirely consistent with the impulses of an autocratic Turkey." *Id*. at H4629-30.

173.    **Many of the Plaintiffs have lasting, significant fears caused by the attack at Sheridan Circle.** Following the attack at Sheridan Circle, many of the Plaintiffs fear being recognized and harmed again. *See* Pls.' Mot. for Protective Order, Dkt. 194-1 at 3-6; *see generally* Ex. 29, Decl. of Dr. James S. Gordon (Plaintiffs are suffering from "the full spectrum of symptoms of post-traumatic stress"). As Dr. Gordon explained, the Plainitffs "have been afflicted by a variety of debilitating cognitive, psychological, behavioral, and social symptoms that have profoundly and negatively changed their capacity to function." *Id*. at 2. His report details the impact suffered by the Plaintiffs, including anxiety, depression, and feelings of helplessness. Id. at 3. His report also details the "great sadness about the collateral damage to their families" felt by the Plaintiffs, who fear their families in Turkey will suffer retaliation, have had to cut or severely limit contact with their families as a result, and cannot return to Turkey to see ill and aging relatives. *Id*. Even in the United States, Plaintiffs report avoiding places where Turkish people may gather. Pls.' Mot. for Protective Order, Dkt. 194-1 at 3-5. Some have felt the need to use a fake name on social media or on

apps such as Uber and Lyft. *Id.* at 4-5. These fears of persecution were deemed sufficiently
credible for two of the Plaintiffs to be granted asylum in the United States and Canada,
respectively. *Id.* at 11. Jane Doe III is so afraid of retaliation by Turkish agents and Erdogan
supporters that she has not told any of her family or friends that she is a Plaintiff in this case
in order to protect them. *Id.* at 6.

## V.    Republic of Turkey's Well-documented targeting and Oppression of Dissidents and Minority Groups, particularly the Kurds and the HDP

174.    **From his initial election onward, President Erdogan has chipped away at freedoms
in Turkey and solidified his regime.** In 2018, Freedom House, an internationally renowned
non-governmental organization, determined that Turkey is "Not Free." Freedom House,
*Freedom in the World Report: Turkey* (2018),
https://freedomhouse.org/country/turkey/freedom-world/2018; *see also* Human Rights
Watch, *World Report: Turkey* (2017), https://www.hrw.org/world-report/2017/country-
chapters/turkey; Office of the UN High Commissioner on Human Rights, Report on the
Human Rights Situation in Southeast Turkey (2016),
https://www.ohchr.org/sites/default/files/Documents/Countries/TR/OHCHR_South-
East_TurkeyReport_10March2017.pdf#sthash.c6fifoZ6.dpuf; US Dept. of State, *Country
Reports on Human Rights Practices: Turkey (2017)*, https://www.state.gov/wp-
content/uploads/2019/01/Turkey.pdfo. This finding is based on the fact that the Turkish press
is not free; individual liberties like freedom of expression, freedom of thought, and freedom
of assembly are routinely violated; and the government employs coercion and force against
its opponents. Ex. 91, Decl. of ▉▉▉▉▉▉▉ at ¶¶ 9-11; Ex. 92, Decl. of Dr. ▉▉▉▉▉▉
at ¶¶ 5-7.  During almost two decades in power, President Recep Tayyip Erdogan and his
Justice and Development Party (known by its Turkish acronym, AKP) have hollowed out

Turkey's institutions in order to consolidate power. Ex. 80, Cook Decl. at ¶ 10; Freedom House, *supra*.

175.    **The Erdogan regime used a 2016 coup attempt to justify a wave of oppressive crackdowns on people critical of the government.** After an attempted coup on July 15, 2016, President Erdogan declared a state of emergency and put in place policies and procedures to restrict fundamental freedoms across the country. U.S. Dep't of State, Country Reports on Human Rights Practices: Turkey (2017) at 1. The Erdogan regime has used its emergency powers to crack down on criticism of the state, detaining tens of thousands of individuals, including journalists and academics, and firing thousands of civil servants and judges, amounting to what Human Rights Watch declared to be an "alarming deterioration of rights." Human Rights Watch, T*urkey: Alarming Deterioration of Human Rights* (Jan. 12, 2017), https://www.hrw.org/news/2017/01/12/turkey-alarming-deterioration-rights.  The United States Acting Secretary of State also observed that these actions by the regime "undermined the rule of law." John J. Sullivan, *Remarks on the Release of the 2017 Country Reports on Human Rights Practices* (Apr. 20, 2018), https://2017-2021.state.gov/remarks-on-the-release-of-the-2017-country-reports-on-human-rights-practices/. In just one example, the 2017 United States Department of State Country Report on Human Rights Practices reports that Turkey prosecuted almost 4,000 persons on charges related to insulting the president in 2016. U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2017) at 26. The Erdogan regime also closed roughly 200 media outlets critical of the government U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2016)  at 27. Among the incidents catalogued by the State Department Report is the detention of members of a group calling itself Women for Peace on the grounds that their press statement insulted the Turkish state

and the mass prosecution of members of the People's Democratic Party (HDP). *Id.* at 40. These actions have been condemned worldwide, including by human rights organizations, and regional and international organizations. *See, e.g.*, HRW, T*urkey: Alarming Deterioration of Human Rights*, *supra*. The European Parliament passed a resolution criticizing Turkey for using the coup attempt to "stifle legitimate and peaceful opposition," preventing the "exercise of freedom of expression through disproportionate and illegal actions and measures." European Parliament, *Current Human Rights Situation in Turkey* (2018) at ¶ 1.

176.    **The Erdogan regime has responded with prejudice and violence to political protests, particularly those in support of Kurdish causes, in Turkey.** Around the time of the attack in Washington, D.C., the Erdogan regime had routinely banned protests and deployed riot police and security forces "that regularly responded with excessive force," resulting in "dozens of injuries, detentions, arrests, and even deaths". U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2016) at 39; U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2017) at 35-36. The State Department further found that "[a]t times, the government used its authority to detain persons before protests," and "banned many demonstrations outright if they touched on sensitive issues." U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2016)  at 39; U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2017)  at 36. Particularly relevant to the Sheridan Circle attacks, the State Department has repeatedly found that "[p]ro-Kurdish demonstrations of many kinds faced violent police responses throughout the year." U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2016) at 40; U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2017) at 36. For example, in March of 2016, following months long lockdowns and curfews on several predominately Kurdish towns in

**PUBLIC REDACTED COPY**

the District of Sur, police used teargas, water cannons, and rubber bullets on thousands of

people peacefully demonstrating[25] in Diyarbakir and in May of 2016, police violently

suppressed demonstrations in Ecuador [26]. Ex. 80, Cook Decl. at ¶ 18.


177.    **The Erdogan regime has a well-established practice of branding its political**

**opponents terrorists.** The U.S. State Department, the European Parliament, the U.N., and

human rights organizations have all expressed concern about the Erdogan Regime's misuse of

terrorism charges to silence criticism. The European Parliament expressed concern over the

Erdogan regime's abusive use of "broadly defined Turkish anti-terrorism legislation," finding it

was being used "to punish citizens and media for exercising their right of freedom of

expression." Resolution P8_TA-PROV(2018)0040, of the European Parliament of February 8

2018 on the Current human rights situation in Turkey at ¶ 5. Such was the case when the head of

Amnesty International's Istanbul office was arrested with 10 others in the fall of 2017. Ex. 80,

Cook Decl. at ¶ 43. The most recent U.S. State Department Report notes that, as of 2022,

332,884  people have been arrested and 101,000 people have been detained on terror-related

grounds following the coup. U.S. State Dep't Human Rights Report Turkey 2022 at 11, 20.

The report also notes that in many of these cases charges were levied "often applying

questionable evidentiary standards and without the full due process provided under the law"

and that "the courts in some cases applied the law unevenly, with legal critics and rights

activists asserting court and prosecutor decisions were sometimes subject to executive

---

[25] Constanze Letsch, *Sur, Turkey: Residents Pay Price of Violence as Curfew Enters Fourth Month*, The Guardian (March 3, 2016), https://www.theguardian.com/world/2016/mar/03/turkish-police-kurd-actvists-clash-diyarbakir-curfew.

[26] U.S. State Dep't Human Rights Report Turkey 2016 at 40.

interference." *Id.* at 11-12. The United Nations High Commissioner for Human Rights has

found "respect for fundamental human rights continues to deteriorate" citing "credible reports" of

"arbitrary detention of people arrested on broad allegations of links to terrorist organizations."

U.N.H.R. Office of the High Comm'r. , *High Commissioner's Global Update of Human Rights*

*Concerns,* (Mar. 8, 2018) at 10. Recently, three Turkish journalists were convicted on what

Human Rights Watch calls "bogus charges" and sentenced to life in prison. Human Rights

Watch, *Turkey: Convicted for Critical Ideas* (Feb. 16, 2018),

https://www.hrw.org/news/2018/02/16/turkey-convicted-critical-ideas..

### a.  Kurdish People are Historically and Currently Oppressed in Turkey

178.    **The Turkish state has a long history of discrimination against and oppression of the**

**Kurdish people.** The Republic of Turkey was founded as an ethno-nationalist state centered

on the identity of being Turkish. Ex. 90, Decl. of Alan O. Makovsky at 1-2; Decl. of ██

██████████████████ at ¶  7; Decl. of ██████████ at ¶ 2. As an ethnic and linguistic

minority that is considered *other* from the Turkish nationality, Kurds face widespread

discrimination. Id.;. Since the 1920s, Kurds have been the target of numerous forced

assimilation measures imposed by the Turkish state. *See*, Minority Rights Group

International, *World Directory of Minorities and Indigenous Peoples: Kurds*, (2018)

https://minorityrights.org/minorities/kurds-

2/#:~:text=In%20September%202003%2C%20the%20law,names%20that%20include%20th

ese%20letters. For example, laws limiting the public and private use of the Kurdish language

and Kurdish expression date back to the 1920s and in many instances continue to this day.

Such restrictions include the prohibition of publications in Kurdish, limits on parents'

freedom to assign Kurdish names to their children, censorship of Kurdish language

departments in schools and universities, and even the use of State police power to detain

musicians performing in Kurdish. Ex. 91, ██████. at ¶¶ 5-8, 21. *See also*, Human Rights

Watch, *Restrictions on the Use of the Kurdish Language* (1999),

https://www.hrw.org/reports/1999/turkey/turkey993-08.htm; U.S. State Dep't Human Rights

Report Turkey (2022) at 85-86. Another example of Turkey's long history of forced

assimilation measures against the Kurds is the State's campaign of village destruction in the

south-east region of the country as a means of fostering rapid urbanization and repressing

pro-Kurdish sentiment. *See*, Minority Rights Group International, W*orld Directory of

Minorities and Indigenous Peoples: Kurds*, (2018)

https://minorityrights.org/minorities/kurds-

2/#:~:text=In%20September%202003%2C%20the%20law,names%20that%20include%20th

ese%20letters. These policies of forced evacuations and village destruction accounted for the

displacement of 3 million people and the destruction of 3,000 villages by 1996. *Id.* The

impacts of these displacement campaigns starkly impacted Kurdish communities even before

the escalation of the conflict following the attempted coup in 2016. According to the Internal

Displacement Monitoring Centere, as of 2014 there were approximately 953,700 people

internally displaced in Turkey, most of them Kurdish individuals originally displaced

between 1986 and 1995. *See,* Internal Displacement Monitoring Centere, *Global Overview*

(2014), https://www.internal-displacement.org/sites/default/files/inline-files/201405-global-

overview-2014-en.pdf. Turkey's historical oppression of the Kurds has greatly contributed to

the socio-economic marginalization of Kurdish communities throughout the country. The

predominantly Kurdish provinces of Turkey are poorer, less educated, have fewer

employment opportunities, greater dependency rations, and higher infant mortality rates than

other parts of the country. Decl. of Alan O. Makovsky at 1-2. For decades the U.S. State Department and human rights organizations, such as Human Rights Watch, have reported on the oppression faced by Turkey's Kurds and have most recently expressed concern that the Erdogan regime has used the post-coup state of emergency to further target, and persecute, the Kurdish population. *See, e.g.,* U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2017) at 18-19; Human Rights Watch, *Crackdown on Kurdish* Opposition (Mar. 20, 2017), https://www.hrw.org/news/2017/03/20/turkey-crackdown-kurdish-opposition.

179. **The Erdogan regime's political oppression of the Kurdish people is active and ongoing.** Human Rights Watch reported that, as of March 2017, the Erdogan regime had arrested thousands of members of pro-Kurdish political parties and jailed members of the pro-Kurdish democratic opposition in parliament. *Id.* Human Rights Watch examined 11 indictments issued against the pro-Kurdish Peoples' Democracy Party ("HDP") members of parliament and found that "the indictments consists mainly of political speeches rather than any conduct that could reasonably support charges of membership of an armed organization or separatism." *Id.* The regime also has used its state of emergency powers to remove elected officials on spurious grounds. As of December 2016, Turkey had removed 106 elected mayors from office, 93 of whom were from pro-Kurdish parties. U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2017) at 18. In March 2017, just before the events in this case, the Erdogan regime had taken control of all those municipalities in which the mayor removed was from a pro-Kurdish party, but allowed elected representatives to take over in municipalities in which the mayor was from another party. *Id.* Under emergency

decrees issued in 2016, thousands of Kurdish or pro-Kurdish lawyers, judges, journalists, teachers, and academics have been dismissed or have lost their jobs. *See*, Office of the UN High Commissioner on Human Rights ("OHCHR"), *Report on the Impact of the State of Emergency on Human Rights in Turkey, Including an Update on the South-East* (2017),https://www.ohchr.org/sites/default/files/Documents/Countries/TR/2018-03-19_Second_OHCHR_Turkey_Report.pdf. These wide scale dismissals were also accompanied by "the systematic confiscation of assets and cancellation of passports" further restricting the movement of Kurdish people and "severely jeopardiz[ing] the right to an adequate standard of living and the right to adequate housing of many people." *Id.* at 16. According to the U.S. State Dep't, in 2017 "Kurdish communities were disproportionately affected by violence between the PKK and security forces" with government-imposed curfews on "predominantly Kurdish communities" and further restrictions on Kurdish and pro-Kurdish civil society organizations that included the closing of Kurdish language media outlets and the prohibition of Kurdish language instruction in public and private education. *See*, U.S. State Dep't, *Human Rights Report Turkey* 2017 at 55-56; Hasan Aydin, *Status of Education and Minorities Right in Turkey*, Georgetown J. of Int'l Affs. (2020). Draconian measures taken after the attempted coup have further disadvantaged Kurdish communities.

180.    **Kurdish voices who speak out against oppression in Turkey are disproportionately and violently silenced.** The U.S. State Department reports that the Turkish government has closed hundreds of Kurdish civil society organizations as well as Kurdish language newspapers, television channels, and radio stations. *See* U.S. Dep't of State, *Country Reports on Human Rights Practices: Turkey* (2017) at 27, 56. The OHCHR has "documented numerous cases of excessive use of force; killings; enforced disappearances; torture;

destruction of housing and cultural heritage; incitement to hatred; prevention of access to

emergency medical care, food, water and livelihoods; violence against women; and severe

curtailment of the right to freedom of opinion and expression as well as political

participation" in South-East Turkey, which is majority Kurdish. Rep. of the Office of the UN

High Comm'r on the Human Rights Situation in Southeast Turkey (Feb. 2017), at ¶ 2.

Focusing on the South-East, the OHCHR expressed concern that the measures taken under

the state of emergency which target dissent in general and opposition political parties have

been "disproportionately affecting citizens of Kurdish origin." *Id.* at ¶ 12. Amnesty

International's report on Turkey for 2016/2017 found that "people expressing dissent,

especially in relation to the Kurdish issue, were subjected to threats of violence and criminal

prosecution." Amnesty International, *Report 2016-17: The State of the World's Human

Rights* (Feb. 22, 2017) at 368. Similarly, the 2017 State Department Report notes that 38 of

56 editors from a newspaper that reported on Kurdish issues and mainly was read by Kurdish

people faced prosecution for alleged "terror propaganda." U.S. Dep't of State, *Country

Reports on Human Rights Practices: Turkey* (2017) at 29. In what Human Rights Watch calls

"a new low," the government has even detained and prosecuted over 600 people on terrorism

charges for social media posts advocating for peace, including an end to the Turkish-Kurdish

conflict. Human Rights Watch, *Turkey Crackdown on Social Media Posts* (Mar. 20, 2018),

https://www.hrw.org/news/2018/03/27/turkey-crackdown-social-media-posts.

181. **The mass prosecution and detention of HDP officials.** The pro-Kurdish HDP political

party successfully ran on a campaign that overtly challenged Erdogan's authoritarian

measures, achieving a 13 percent vote in the June 2015 national elections and obtaining 80

parliamentary seats. *See* Carnegie Endowment for International Peace: *What the HDP Success Means for Turkey* (June 11, 2015), https://carnegieendowment.org/sada/60370. The success of the HDP cost Erdogan's AKP party its parliamentary majority. Ex. 90, Decl. of Alan Makovsky at 4; Ex. 92, ████ Decl. at ¶ 6. The Erdogan regime has since falsely charged the HDP with supporting terrorism and aimed to increase prosecutions of HDP members, including by passing a constitutional amendment that facilitated the removal of deputies' immunity from prosecution in May of 2016.  Ex. 92, ████ Decl. at ¶¶ 5-7; Ex. 91, ████. at ¶¶ 10-11. *See,* Freedom House, *Freedom Around the World Report: Turkey* (2017). In September of 2016 28 HDP mayors were removed from their posts and 45 more were dismissed between October and December. *Id.* By the end of 2016 nearly 2,700 local HDP politicians had been jailed. *Id.*

182.     **A key Kurdish political figure and leader of the HDP, Selahattin Demirtas, was arrested on political charges in November 2016.** Demirtas, a human rights lawyer and former co-chair of the HDP, became a prominent voice for Kurdish equality in the Turkish parliament. Carlotta Gall, Erdogan's Most Charismatic Rival in Turkey Challenges Him, From Jail, N.Y. Times (Jul. 31, 2018), https://www.nytimes.com/2018/07/31/world/europe/turkey-kurds-selahattin-demirtas.html . Demirtas and 11 other HDP officials were arrested on November 4, 2016. His arrest and sentencing to four years in prison was widely denounced. *See*, Turkey Human Rights Litigation Support, Human Rights Watch & International Commission of Jurists, et al., *Joint Submission to the Committee of Ministers of the Council of Europe Rule 9.2: Selahattin Demirtas v. Turkey*, Human Rights Watch (May 24, 2022),

https://www.hrw.org/sites/default/files/media_2022/06/Submission%20Rule%209.2%20-%20Demirtas%20v%20Turkey.pdf. *See also*, Amnesty International, Turkey: European Court Decision on Detained Opposition Leader Exposes Broken Judicial System (Nov. 20, 2018), https://www.amnesty.org/en/latest/press-release/2018/11/european-court-decision-on-detained-opposition-leader-exposes-turkeys-broken-judicial-system/.

183.    **The European Court of Human Rights (ECHR) ordered the release of Selahattin Demirtas** The European Court of Human Rights found that Demirtas was arrested for the purposes of "limiting freedom of political debate" and ordered his release. *Selahattin Demirtas v. Turkey (No.2)*, App. No. 14305/17, (Nov. 20, 2018).

184.    **Turkey defied the ECHR and refused to release Demirtas**. The Turkish government refused to comply with the ECHR ruling and refused to release Demirtas. *Selahattin Demirtas v. Turkey (No.2)*, App. No. 14305/17, (Nov. 20, 2018), https://www.courthousenews.com/wp-content/uploads/2018/11/DEMIRTAS-TURKEY.pdf; *Selahattin Demirtas v. Turkey (No.2)* App. No. 14305/17, (Dec. 20, 2020), https://hudoc.echr.coe.int/fre#{%22itemid%22:[%22001-207173%22]}. Mr. Demirtas remains in prison as of August 2023, despite international and domestic calls for his release. *See, e.g.*, Human Rights Watch, Turkey: *End Abuse of Criminal Proceedings Against Selahttin Demirtas* (Jun. 7, 2022), https://www.hrw.org/news/2022/06/07/turkey-end-abuse-criminal-proceedings-against-selahattin-demirtas.