**Video Exhibit Index:**

**HSD Video Exhibits:**

Ex. 28 Kurd Decl. Ex. A
Ex. 48 SC02
Ex. 58 VOA Video
Ex. 10 Arya Decl. Ex. A
Ex. 10 Arya Decl. Ex. C

**Sealed Video Exhibits:**

Ex. 10 Arya Decl. Ex. B
Ex. 18 Kurd Decl. Ex. B
Ex. 18 Kurd Decl. Ex. C
Ex. 20 Tankan Decl. Ex. A
Ex. 34 NYT Video 6
Ex. 36 SC08
Ex. 38 NYT Video 3
Ex. 39 NYT Video 4
Ex. 40 NYT Video 5
Ex. 41 NYT Video 7
Ex. 42 NYT Video 8
Ex. 45 SC09
Ex. 49 SC06
Ex. Pls.' Video A
Ex. 55 SC05
Ex. 56 SC12
Ex. 64 Pls.' Video C
Ex. 65 SC10
Ex. 66 Pls.' Video D
Ex. 67 Pls.' Video E
Ex. 68 SC03
Ex. 89 Pls.' Video F

**Public Video Files:**

Ex. 37 NYT Video 2
Ex. 69 NYT Video 8

Case 1:18-cv-01117-CKK-ZMF    Document 241-3    Filed 09/29/23    Page 2 of 2