# Exhibits 1-2 SEALED

# Exhibit 3

Case 1:18-cv-01117-CKK Document 105-4 Filed 09/27/2023 Page 85 of 173
USCA Case #20-7017    Document #1872595    Filed: 11/20/2020    Page 84 of 268

F013
b6
b7c



| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **To:** | |
| **Cc:** | |
| **Subject:** | Fwd: (SBU//LES) DS SSA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 - 05/17/2017 |
| **Date:** | Wednesday, May 17, 2017 5:50:34 AM |

(b) statement.

**From:** DS Command Center <DSCommandCenter@state.gov>

**Date:** May 17, 2017 at 02:50:24 EDT

**To:** (b) (6), (b) (7)(C)

Miller, Bill A <MillerBA2@state.gov>, (b) (6), (b) (7)(C)

Schurman, Christian J <SchurmanCJ2@state.gov>, DS Command
Center <DSCommandCenter@state.gov>

**Cc:** (b) (6), (b) (7)(C)

**Subject:** (SBU//LES) DS SSA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 - 05/17/2017

*ALCON:*

*The DS Command Center is sharing the following event information for your situational awareness. Please contact the DS Command Center directly for any follow-up requests for information.*

The following is a general Situation Report (SitRep) from Office of Protection (P), Dignitary Protection Division (DP), Agent-in-Charge (AIC) (b) (6), (b) (7)(C) who served as the AIC for the visit of the Republic of Turkey's, Foreign Minister (FM) Mevlut Çavusoglu who visited Washington, DC along with Turkish President Recep Tayyip Erdogan on May 15-16, 2017. It is not intended to be an exhaustive report, but a general outline of activity as observed by the AIC. A full and comprehensive incident report is forthcoming.

---------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------

The Republic of Turkey's, Foreign Minister (FM), Mevlut Çavusoglu, and accompanying delegation arrived at Joint Base Andrews (JBA) on Monday, May 15, 2017 at approximately 1915 hrs. The DS detail had only three vehicles amongst dozens of other vehicles in the lengthy U.S. Secret Service (USSS) motorcade. Shortly prior to wheels down as the DS Detail vehicles waited on the tarmac, I suddenly heard someone shouting extremely loudly near the DS Limousine. As I looked over to the left, I observed what appeared to be a

member of the Turkish delegation screaming at 5-10 other members of the Turkish delegation and that his face was about a half inch from the face of one gentleman. Fearing a possible altercation or assault on the tarmac, I immediately exited the limousine and yelled out asking the Turkish official what was going on. I quickly discovered that this was a Turkish security officer who was screaming at his fellow Turkish security officers. As I continued to approach the group, a couple of them said to me that it was "ok" as this was the Turkish Presidential Security Detail Leader who was berating his team. I stated that this behavior was not ok, and I asked the Detail Leader to please speak with me on the side. The Turkish Presidential Detail Leader refused to speak with me privately and began to walk away; however, he lingered long enough for me to tell him that it was unacceptable behavior for him to scream publically at his team during what is supposed to be a diplomatic visit. The Turkish Presidential Detail Leader departed my immediate area without further incident.

On Tuesday, May 16, 2017 at approximately 10:00 – 10:30 am, the FM decided to do a walking move from his hotel (St. Regis Hotel, 923 16th Street, NW, Washington, DC) past the Blair House to Peet's Coffee shop to have a coffee and conversation with the Turkish Energy Minister. Upon arrival at the coffee shop, the DS Shift Leader, SA (b) (6), (b) (7), reported to me that during the walk one of the Turkish FM security officers had noticed someone taking video footage of the FM and DS detail as we walked along 16th Street, so the Turkish security officer grabbed the man by the arm and told him that he must stop filming immediately. I discreetly asked the Turkish security officer to speak with me on the side and explained to him and one of his Turkish colleagues that in the United States, it is inappropriate for police or other law enforcement officers to physically intervene with members of the public who videotape protective details or other law enforcement actions, unless there is some imminent danger, and that I would not expect a similar occurrence during the remainder of the visit. The Turkish officers denied that he had actually touched the man, but agreed with my request.

Later on Tuesday May 16, at approximately 4:00 – 4:30 pm, the DS detail was on a vehicle move with the FM to the Turkish Ambassador's residence located off Sheridan Circle, at 1606 23rd Street, DS Lead Advance Agent (b) (6), (b) (7) informed the detail over the radio that there were dozens of protesters in the vicinity of the residence and that a fight had broken out there. SA (b) (6), recommended that we delay our imminent arrival. As we rounded Sheridan Circle, the Limo Driver, SA (b) (6), (b) (7)(C), and I looked over and could see what appeared to be dozens of protesters fighting and some of them throwing items such as water bottles. I immediately gave the motorcade the command, "abort, abort, abort" and we continued driving to the right up Massachusetts Avenue. We continued a few blocks and made a right turn through a neighborhood, delaying our arrival until police (MPD and USSS UD) could restore order. I explained the situation directly to the FM who seemed grateful for our actions. After 15 – 20 minutes, SA (b) (6), advised the detail that we could safely arrive at the Ambassador's Residence. After arrival, I learned from USSS agents and police on site that the melee had been provoked by Turkish security officers who upon seeing the protesters had run directly into the crowd to physically engage them, and that one Turkish security officer had punched a MPD officer directly in the nose causing massive blood flow, and other MPD officers were also assaulted. MPD officers stated that Turkish security officers used some sort of unknown aerosol on the protesters which they are investigating further. Several protesters were transported to George Washington University Hospital. MPD arrested one Turkish man who was originally thought to have been a member of the Turkish traveling delegation, however, Turkish protocol officers later identified him as a Turkish doctor from New York. DS Protective Liaison (PL) SA (b) (6), (b) (6), (b) (6) responded to the Ambassador's Residence to liaise with police and agents regarding the ongoing protest. MPD officers

informed DS detail agents that they were wearing body cameras, the footage of which might identify which Turkish security officers had assaulted protesters or police officers, and if so, MPD might arrest them. I informed the DS Command Center (DSCC) and other DS Principals at 5:11 pm that MPD and USSS UD had the situation under control, however, the protests were ongoing with approximately 100 – 150 protesters, and that the FM and all DS agents were safe and secure.

Later on Tuesday May 16, at approximately 6:00 – 6:15 pm, the DS detail proceeded on a joint vehicle move with the USSS from the Ambassador's Residence to the Embassy of Turkey located nearby at 2525 Massachusetts Ave, NW. Just prior to departure, I asked the (b) (7)(E) SA (b) (6); (b) (7) to get an update from our Site Advance Agent, (b) (6), , regarding the possibility of protesters near the Embassy of Turkey. SA (b) advised that she could see a few protesters, however, the police appeared to have appropriate control. As we arrived, approximately 200 meters from the entrance of the Embassy, the motorcade came to a complete stop due to the length of the large USSS motorcade and our placement near the rear. In addition, we suddenly noticed dozens more protesters in the street and on the sidewalks adjacent to us with police trying to gain control. As the motorcade vehicles could not move further forward and fearing for the safety of the FM and DS detail agents if we engaged in a walking move, I directed the detail that the FM would hold in the armored limousine, and I explained to the FM our course of action. As we waited, I observed not only police in the streets, but also Turkish security officers running down Massachusetts Ave in an effort to physically engage with protesters once again. Finally after about 7 – 10 minutes holding in the DS Limo, Adv Agent (b) and SL (b) (6). advised that we could safely walk the FM down the left side of the street and police had protesters cordoned off on the right side of the street. I then gave the command to the detail for a 200 meter walking move to the Embassy with the FM in a (b) (7)(E) . We moved the FM safely inside the Embassy without incident. Shortly after arrival, SL (b) (6), and Police Lead SA (b) (6). informed me that as we were holding in the armored limousine in the street, SA (b) realized that the Turkish FM Detail Leader who was riding in his GOV was exiting the vehicle, ostensibly to walk around and possibly engage the protesters. Hence, SA (b) yelled out to the Turkish FM Detail Leader that he should not/not get out of the car, however, the Turkish FM Detail Leader ignored his directive and walked down the street. SA (b) advised me that he did not feel comfortable transporting a foreign security officer that refused to heed his advice. I immediately spoke to the Turkish FM Detail Leader and his Assistant Detail Leader and advised them of my decision that the Turkish FM Detail Leader could no longer ride in any DS vehicles due to his failure to heed the advice of a DS agent and possibly further provoking already irate protesters. I advised that he would have to find alternate transportation to JBA for the final departure in one of the many Embassy vehicles in the motorcade. They argued with me for a few minutes, however, departed my presence without incident.

Limo Driver SA (b) (6), subsequently informed me that the Turkish FM Detail Leader and his Assistant Detail Leader departed the Embassy and proceeded in the street to the DS Limo where they asked him to open the trunk to pull out some of the FM's luggage. SA (b) (6). related to me that as he opened the trunk, the Turkish officers began to grab everything present including the DS Med and Chem-Bio bags, for example, so SA (b) (6). advised them to please stop and that he would pull out the appropriate bags. SA (b) (6). reported to me that as he attempted to pull out the FM's luggage, one of the Turkish officers slapped his hand. SA (b) (6), ignored the assault and allowed the Turkish security officers to depart with the FM's luggage. (Note: I was not aware contemporaneously of the removal of the

FM's luggage from the trunk of the DS Limo, however, upon being informed, I posited that the Turkish FM Detail Leader had made a decision at that point that the FM would not ride in the DS Limo for the final move to JBA due to my decision not to allow the Turkish FM Detail Leader to ride in the DS ████████. A few minutes later, ████████, SA ████. ████████, called me on the radio asking if he could send an agent to relieve me, as he needed my assistance outside for an incident that might require him to make an arrest. I agreed, and began to walk from the door of the Embassy toward the Embassy front gate when I suddenly saw SA ████████, SA ██ and others (possibly USSS) physically struggling with the Turkish FM Detail Leader and his Assistant Detail Leader on the sidewalk. In an instant, the gaggle of officers and agents went down to the ground in a physical altercation. I yelled over to an adjacent MPD officer that the agents needed assistance, and within seconds, 5-10 MPD officers ran over, assisted in subduing and detaining the Turkish security officers for assaulting federal agents and police officers. Within another minute or so, at least 5 -7 Turkish Presidential security officers (lead by the Presidential detail leader who had caused the disturbance on the tarmac of JBA) attempted to storm out of the Embassy pedestrian gate to assist their detained colleagues, however, several MPD officers intercepted them and physically restrained them from exiting Embassy property. As I returned to the Embassy door entrance in case the FM might exit, I requested ████████ to assist and to again contact PL SA ████. to respond and assist. I contacted DP leadership and ████████ informed DSCC. Minutes later SA ████. responded and began liaison with the Office of Foreign Missions (OFM), State and DS Legal (L) and other entities regarding the possible arrest or possible release of the two Turkish security officers. The FM and Turkish Ambassador to the United States, Serdar Kiliç, eventually exited the Embassy and asked me for an explanation of what had occurred. After my synopsis, Ambassador Kiliç asked me if I could find a way to have the Turkish security officers released by "looking past" what had happened and allowing them to fly back to Turkey as scheduled. I informed Ambassador Kiliç that the appropriate entities were discussing the incident, and the release of the Turkish security officers for subsequent return to Turkey was one of the possibilities. After about an hour and a half, due to SA ████. efforts, the Turkish security officers were released. I informed Ambassador Kiliç of their release, and he thanked me for my efforts. (Note: The names and identifying information of the Turkish FM Detail Leader and his Assistant Detail Leader will be provided in other SitReps submitted by detail agents.)

SA ████. was taken to GW Hospital for observation and subsequently diagnosed with a sprained wrist, some lower back pain, and a swollen lip.

Upon departure from the Embassy, the FM, without informing me, suddenly jumped into one of the Embassy-rented unarmored Mercedes Sprinter Vans and closed the door, rather than ride in the DS Limo. I directed the DS ████████ cars to move up several cars in the line to place our vehicles behind the Mercedes Sprinter, and the DS detail followed it to JBA for the final departure of the delegation at approximately 9:30 pm. Just prior to boarding the aircraft, the FM shook my hand and thanked me for our support; however, the FM said that "this was not good" and that he was told by Turkish officials that DS agents were the main cause of the incident. I informed the FM that this was indeed a regrettable incident, however, not one that DS agents bear responsibility for. The FM, Turkish President and delegation boarded two official Turkish aircraft and departed JBA.

Official - SBU (Sensitive-Law Enforcement)
UNCLASSIFIED

**PUBLIC REDACTED COPY**

# Exhibit 4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA   **PUBLIC REDACTED COPY**

### CRIMINAL DIVISION

| | DCTN: | |
|---|---|---|
| **COMPLAINT** | Lockup No: | |
| | Case No: | |

**District of Columbia ss:**

| Defendant's Name: | **Sinan Narin** | | | | | **17082178** |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | | (PDID) | (CCNO) |
| **Also Known As:** | | | | | | |
| | (First) | (Middle) | | (Last) | | |
| **Address:** | | | | | | |

On or about May 16, 2017, within the District of Columbia, Sinan Narin did by any means, knowingly and purposely cause serious bodily injury to Lusik Usiyan. (**Aggravated Assault, in violation of 22 D.C. Code, Section 404.01 (2001 ed.)**)

On or about May 16, 2017, within the District of Columbia, Sinan Narin unlawfully assaulted and threatened Elif Genc in a menacing manner. (**Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.)**)

**Co-Defendants:**

|  |  |
|---|---|
| | Affiant's Name |
| Subscribed and sworn to before me this ___ **13** ___ day of ___ **June, 2017** ___ | |
| | (Judge) (Deputy Clerk) |

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
    **WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been sub-mitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for** _____ **Sinan Narin** _____
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

**Issued** _____   _____
                                                                                    Judge - Superior Court of the District of Columbia

**Title 16:** ☐          **Rule 105:** ☐ **Judge:** _____

| Sex: Male | DOB: | CCN: 17082178 | PDID: |
|---|---|---|---|
| **Papering Officer: Det. Deperalta** | | **Badge No.:** D21402 | |

| OFFICER MUST EXECUTE RETURN | |
|---|---|
| **Officer's Name:** | **Date / Time: June 13, 2017** |

| **AUSA Signature:** | **Fel. I** ☐ | **AFTC** ☒ | **Fel. II** ☐ |
|---|---|---|---|

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

I, Victor J. DePeralta, being first duly sworn, hereby depose and state as follows:

## I.    Introduction and Agent Background

Your Affiant, Detective Victor J. DePeralta, has been a sworn member of the Metropolitan Police Department, Washington DC, for nine years. I am assigned to the Criminal Investigations Division, Second District Detective's Unit. Since becoming a member of the Metropolitan Police Department; I have held the position of "Patrol Officer", "Investigator", and "Detective II". During my tenure I have investigated and assisted with the arrest of hundreds of persons to include, but not limited to, narcotics offenses and offenders, burglary and robbery offenses and offenders, sexual assaults, and assault offenses and offenders. In addition, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, burglary and robbery investigations, and a variety of tools available to law enforcement.

I submit this affidavit in support of a criminal complaint charging Sinan Narin with Aggravated Assault, in violation of 22 D.C. Code § 404.01; and Assault, in violation of 22 D.C. Code § 404. These crimes were committed based on the actual or perceived race or ethnicity of the complainants, in violation of 22 D.C. Code §§ 3701, 3703.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK** NCLC approved

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Revision Date: 11-29-06

# Superior Court of the District of Columbia **PUBLIC REDACTED COPY**

### CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT          **USW NO.:**

| DEFENDANT'S NAME:<br>Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN:<br>17-082-145 | PDID / FBI:<br>None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX:<br>M | RACE:<br>W | DOB:<br>02/24/1972 | HGT:<br>Unk. | WGT:<br>Unk. | EYES:<br>Unk. | HAIR:<br>Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ███████████████████████ | TELEPHONE NUMBER:<br>(703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS:<br>Unknown | TELEPHONE NUMBER:<br>Unknown |
| COMPLAINANT'S NAME:<br>On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE:<br>Sheridan Circle N.W. | DATE OF OFFENSE:<br>May 16, 2017 | TIME OF OFFENSE:<br>4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

## II.    Probable Cause

On May 16, 2017, Turkish President Recep Tayyip Erdoğan and Turkish Foreign Minister Mevlut Çavuşoğlu attended official meetings in Washington, D.C., including a visit at the White House with President Donald Trump. Turkish security and diplomatic personnel accompanied President Erdoğan and Foreign Minister Çavuşoğlu during their trip. Additionally, the U.S. Secret Service (hereinafter "USSS") and the Diplomatic Security Service (hereinafter "DSS"), who actively work with foreign security personnel during protective operations, were part of President Erdoğan and Foreign Minister Çavuşoğlu's security details. USSS is tasked with the protection of foreign Heads of State. The Diplomatic Security Service is tasked with the protection of Foreign Minister Level and Special Protectees in the United States.

During the course of the official Turkish visit, Turkish security personnel and others assaulted protestors and U.S. law enforcement officers in at least three separate incidents in Sheridan Circle, located across the street from the Turkish Ambassador's residence, also known as the Turkish Chief of Mission Residence (hereinafter "CMR"), and on Massachusetts Avenue N.W., near the Turkish Embassy. Those incidents are described more fully below.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                     **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

The Diplomatic Security Visa and Passport Analysis Unit assisted the DSS Office of Protective Intelligence Investigations, the Diplomatic Security Command Center, and the Washington Metropolitan Police Department in identifying Turkish security personnel, pro-Erdoğan civilians, and anti-Erdoğan protesters by comparing screen captures from video footage to visa and passport images using facial recognition methodologies.

### Events Outside the White House

On May 16, 2017, at approximately 11:06 a.m., the USSS was monitoring an anti-Erdoğan protest outside the White House near the 1600 Block of Pennsylvania Avenue N.W., adjacent to Lafayette Square. The protesters were demonstrating in the Square pursuant to a valid permit from National Park Service, obtained on May 4, 2017. The permit lists the group that participated in the demonstration as the "Washington Kurdish Community." Pro-Erdoğan supporters and Turkish security personnel confronted the protestors as they chanted slogans and waved signs indicating their unfavorable opinion of President Erdoğan and his administration based on his treatment of Kurds in Turkey, and his policy towards Kurds in Iran, Iraq, and Syria. The pro-Erdoğan supporters shouted loudly in response to counter the anti-Erdoğan statements. One suspected pro-Erdoğan supporter, clad in a suit and tie, attempted to grab an anti-Erdoğan sign from one of the protesters.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: Aggravated Assault

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                     Revision Date: 11-29-06                     Page **3** of **17**

PUBLIC REDACTED COPY

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**  **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|
| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

In order to prevent any escalation of the situation, uniformed USSS officers on scene formed an officer barrier to separate the two groups. Video footage of the event from Lafayette Square shows that the anti-Erdoğan protesters did not exhibit any physically threatening behavior toward the pro-Erdoğan group or anyone else at any point during their protest. After approximately three minutes of tense verbal exchanges between the pro-Erdoğan and anti-Erdoğan groups, the pro-Erdoğan supporters were led away from the scene by USSS uniformed officers. The groups dispersed and no further incidents were observed or reported in Lafayette Square. MPD did not receive any reports or complaints by persons present outside the White House during this protest. President Erdoğan completed his visit at the White House without further incident and departed from the Turkish Ambassador's residence. Several participants in the Washington Kurdish Community protest outside the White House also traveled to the Turkish Ambassador's residence after President Erdoğan left the White House.

### First Confrontation Outside Turkish Ambassador's Residence

The Turkish Ambassador's residence, also known as the Turkish Chief of Mission Residence or Turkish CMR, is located at 2306 Sheridan Circle N.W., on 23rd Street N.W., across from Sheridan Circle. Approximately ten to twenty protestors who oppose President Erdoğan; supporters of pro-Kurdish political parties in Turkey and Syria; and Kurds from Iran, Iraq, Syria, and Turkey (collectively, the anti- Erdoğan protestors) were gathered in

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050            Revision Date: 11-29-06            Page 4 of 17

PUBLIC REDACTED COPY

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| 00 = Armed and Dangerous | 25 = Escape Risk | 65 = Epilepsy | 01 = Other (Explain) |
| 05 = Violent Tendencies | 30 = Sexually Violent Predator | 70 = Suicidal | 90 = Diabetic |
| 10 = Martial Arts Expert | 50 = Heart Condition | 80 = Medication Required | 60 = Allergies |
| 15 = Explosive Expertise | 55 = Alcoholic | 85 = Hemophiliac | 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

the vicinity of Sheridan Circle prior to President Erdoğan's arrival at the CMR. The anti-Erdoğan protesters were carrying signs and chanting with the use of bullhorns. Some of the signs advocated for the release of Selahattin Demirtaş, the imprisoned Zaza Kurdish leader of the Turkish pro-Kurdish People's Democratic Party, or HDK. Additionally, at least one of the protesters was carrying the flag of the Syrian Kurdish Democratic Union Party. Many, though not all, of the protesters at the CMR had also participated in the lawful protest that occurred earlier in the day outside of the White House. When the protesters arrived in the area, the pro-Erdoğan supporters started yelling threats and anti-Kurdish statements at them, including, "F**k you, Kurds!"

Pro-Erdoğan supporters, Turkish security personnel, and people who appear to be additional staff members from the Turkish delegation were gathered on the corner of 23rd Street N.W. and Sheridan Circle, in front of the Turkish CMR. There were two groups of Turkish security officers – one group was wearing suits and the other was wearing what appeared to be an official uniform of khaki pants and an olive green military-style jacket. Members of both groups were wearing earpieces, and some were armed with firearms. The pro-Erdoğan group outnumbered the protesters by two to one at a minimum; there were between thirty and fifty men, and a few women, on the sidewalk in front of the CMR. Some of the members of the pro-Erdoğan group were waving Turkish and American flags, and others carried signs comparing the PKK, a militant Kurdish group, to the Islamic State of Iraq and Syria, or ISIS. The pro-Erdoğan supporters congregated on the Turkish CMR sidewalk, behind a soft MPD police cordon line near the 1600 Block of 23rd Street N.W. Anti-Erdoğan protesters were

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**PUBLIC REDACTED COPY**

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▮▮▮▮▮▮▮ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

located within Sheridan Circle Park and the public street in front of the Turkish CMR, on the other side of the police cordon.

Video footage from Sheridan Circle N.W. shows that at approximately 4:05 p.m. members of the anti-Erdoğan group began voicing their verbal opposition of President Erdoğan and their support of Kurds in the region to the assembled pro-Erdoğan supporters. This heated verbal exchange resulted in a physical altercation between the two groups which had to be broken up by MPD officers. As vehicles associated with President Erdoğan's motorcade came into the Circle, members of the pro-Erdoğan group bypassed the MPD cordon and officers who were stationed in the street and moved toward the collective group of anti-Erdoğan protesters. Video from the scene shows Sarman Mehmet, a member of President Erdoğan's security detail clad in khaki pants and an olive green military-style jacket, push ▮▮▮▮▮▮▮, a civilian protester, to the ground. A few seconds later, an unidentified member of the pro-Erdoğan group hit Ms. ▮▮▮▮ in the face with a flag.

From there, the physical confrontation continued between the two sides as several members of the pro-Erdoğan group rushed the protesters. In the ensuing melee, one of the anti-Erdoğan protesters, Kasim Mollaoglu, threw a megaphone at Alp Kenan Dereci, a pro-Erdoğan Canadian citizen, after Mr. Dereci punched Jalal Kehirabadi, another anti-Erdoğan protester. The melee was less than a minute long and was quickly stopped as MPD officers separated the two groups. The anti-Erdoğan protesters returned to the sidewalk and area within

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page 6 of __ 17

**PUBLIC REDACTED COPY**

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ███████ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

Sheridan Circle Park N.W. The pro-Erdoğan group was directed back to the front of the Turkish CMR by MPD. After MPD was able to separate the two groups, video footage shows an agitated Halil Mutli yelling loudly at an MPD officer, stating that the protesters did not have a permit. Though the protesters required a permit to demonstrate in Lafayette Square, they were not required to obtain a permit to protest in Sheridan Circle N.W. They were thus participating in lawful demonstrations at both locations.

### Assault of Protesters Outside of Turkish Ambassador's Residence

At approximately 4:13 p.m., Turkish security personnel wearing suits, who were standing on the sidewalk in front of the CMR, pushed through the MPD cordon, crossed the street into Sheridan Circle where the anti-Erdoğan protesters were demonstrating, and commenced a second assault on the anti-Erdoğan protesters. Seconds later, Turkish security personnel in khaki pants and olive green military-style jackets and pro-Erdoğan civilians followed. The pro-Erdoğan group appeared to rush across the street in a nearly simultaneous, coordinated throng. Members of the Turkish security detail were seen speaking with each other and touching communication devices seconds before the rush to the anti-Erdoğan group happened. At the time that the pro-Erdoğan group rushed into Sheridan Circle, the anti-Erdoğan protesters were in the circle itself; though they continued to chant and shout anti-Erdoğan and pro-Kurdish messages, they were not physically aggressive in any way, nor were they even physically proximate to the pro-Erdoğan contingent.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                                Revision Date: 11-29-06                    Page 7 of 17

# Superior Court of the District of Columbia    **PUBLIC REDACTED COPY**

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▇▇▇▇▇▇▇▇▇ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| ___ 00 = Armed and Dangerous | ___ 25 = Escape Risk | ___ 65 = Epilepsy | ___ 01 = Other (Explain) |
| ___ 05 = Violent Tendencies | ___ 30 = Sexually Violent Predator | ___ 70 = Suicidal | ___ 90 = Diabetic |
| ___ 10 = Martial Arts Expert | ___ 50 = Heart Condition | ___ 80 = Medication Required | ___ 60 = Allergies |
| ___ 15 = Explosive Expertise | ___ 55 = Alcoholic | ___ 85 = Hemophiliac | ___ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

Nine protesters in Sheridan Circle were injured in the vicious attack by Erdoğan supporters and Turkish security personnel. The victims appeared to have been sought out based on their opposition to President Erdoğan and support of Kurds in Iran, Iraq, Syria, and Turkey.

### Complainant 1: Murat Yasa

Complainant 1, Murat Yasa, was located on the sidewalk inside Sheridan Circle N.W. immediately before the beginning of the assault. Mr. Yasa was one of the organizers of the anti-Erdoğan protest that afternoon, and participated in the lawful protest that took place earlier in the day outside of the White House.

Video footage from Sheridan Circle shows Mr. Yasa standing on the sidewalk at Sheridan Circle N.W. directly across from where the Erdoğan supporters and Turkish security personnel were congregated. When the pro-Erdoğan group rushed into Sheridan Circle, Ahmet Cenigizhan Dereci (a Canadian citizen) grabbed Mr. Yasa and threw him to the ground. Once Mr. Yasa was on the ground, Tugay Erkan (a Turkish security official wearing a suit and tie), Ismail Ergunduz (a Turkish security official wearing khaki pants and an olive green

military-style jacket), Ahmet Cenigizhan Dereci, Gokhan Yildirmi (a Turkish security official wearing a suit and tie), Eyup Yildirim (a U.S. citizen), and an unidentified Erdoğan supporter kicked him in the head and face.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page 3 of 17

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▉▉▉▉▉▉▉ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

After the assault, Mr. Yasa was transported to George Washington University Hospital. He suffered contusions to his face and head, one broken tooth, two loose teeth, and memory loss. Additionally, he suffered a laceration to forehead that required five stitches to close, and continues to have limited use of a finger on his left hand. Mr. Yasa also continues to suffer pain as a result of the assault.

### Complainant 2: Heewa Arya

Complainant 2, Heewa Arya, an Iranian Kurd, participated in the lawful protest that occurred earlier in the day outside of the White House, and was at Sheridan Circle with his four-year-old daughter that afternoon. When Mr. Arya arrived at the Turkish CMR, he encountered a group of pro-Erdoğan supporters who were behind an MPD cordon. Mr. Arya was with a group of anti-Erdoğan protesters at the time; they received death threats from the pro- Erdoğan supporters during this encounter. Shortly thereafter, Mr. Arya was standing behind a tree in Sheridan Circle Park talking with another anti-Erdoğan protestor when the Erdoğan supporters rushed into the Park. Mustafa Murat Sumercan, a Turkish security official in a suit and tie, and an unidentified Turkish security official rushed toward Mr. Arya and started hitting him. Mr. Sumercan punched Mr. Arya in between his eyes, cutting his face. The unidentified Turkish security official kicked Mr. Arya in the chest, and he fell to the ground. Mr. Sumercan, the unidentified Turkish security official, and other unidentified security officials continued to kick him while he was on the ground.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

PUBLIC REDACTED COPY

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
|---|---|---|---|
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

Mr. Arya went to Kaiser Permanente Hospital in Tyson's Corner, Virginia that evening. He was not transported to George Washington University Hospital that afternoon with the other protesters because he first took his daughter home. Though she was in another part of the Circle during the attack and was uninjured, it took several hours for Mr. Arya to calm her down. That evening, doctors performed a chest x-ray and a CT scan. Mr. Arya suffered from a concussion and had bruising and pain in his chest and leg as a result of the assault.

### Complainant 3: Lusik Usiyan

Complainant 3, Lusik Usiyan, participated in the lawful protest that occurred earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. When the pro-Erdoğan supporters rushed the Circle, Ms. Usiyan was kicked by Hamza Yurteri (a Turkish security official wearing khaki pants and an olive green military-style jacket), Mehmet Sarman (a Turkish security official wearing khaki pants and an olive green military-style jacket), and Eyup Yildirim. Ms. Usiyan fell to the ground and Eyup Yildirim, Sinan Narin (a U.S. citizen), Mehmet Sarman, and Mahmut Sami Ellialti (a Canadian citizen) kicked her head and body. Ms. Usiyan lost consciousness as the pro-Erdoğan supporters kicked her repeatedly and she did not regain consciousness until the assault subsided. When she regained consciousness, an officer was trying to speak with her but Ms. Usiyan had trouble remembering words to communicate with the officer. Additionally, and her legs were heavy

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050          Revision Date: 11-29-06          Page 10 of 17

PUBLIC REDACTED COPY

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▓▓▓▓▓▓▓ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

and she could not get off the ground without assistance. Ms. Usiyan was transported to George Washington University Hospital that afternoon. As a result of the assault, Ms. Usiyan suffered bruises to her brain. The following morning Ms. Usiyan fell as she tried to get out of bed and felt excessive dizziness for the remainder of the day. She went back to George Washington University Hospital that evening. Ms. Usiyan continues to have trouble maintaining her balance, and to feel dizziness and nausea from her brain injuries. Ms. Usiyan's recovery is expected to take six weeks.

### Complainant 4: Ceren Borazan

Complainant 4, Ceren Borazan, participated in the lawful protest that occurred earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Video footage from Sheridan Circle shows Ismail Dalkiran (a Turkish security official wearing a suit and tie) grabbing Ms. Borazan from behind and placing her in a tight chokehold.

### Complainant 5: Mahir Ahyan

Complainant 1, Mahir Ahyan, participated in the lawful protest that took place earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Mr. Ahyan fell to the ground where he was assaulted

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

PUBLIC REDACTED COPY

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

by two unidentified Turkish security officials. One Turkish security official kicked Mr. Ahyan in his lower back while the other unidentified Turkish security official kicked him in the face. Both officials who assaulted Mr. Ahyan were wearing a uniform consisting of khaki pants and an olive green military-style jacket.
Mr. Ahyan went to the hospital the following day and again a few days after his initial visit due to the injuries sustained from the assault. He suffered swelling, bruising, pain, and soreness to his lower back, head and jaw. Mr. Ahyan continues to suffer pain as a result of the assault.

### Complainant 6: Abbas Azizi

Complainant 6, Abbas Azizi, participated in the lawful protest that took place earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Mr. Azizi was assaulted by two Turkish security officials. Mr. Azizi fell to the ground where Servet Erkan (a Turkish security official wearing a suit and tie) and Mahmut Sami Ellialti kicked him in his chest, back, arms, and head. After the assault, Mr. Azizi went to the George Washington University Hospital where he received five to six stiches. He suffered contusions to his head and bruising on his chest, arms, and back. Mr. Azizi continues to suffer pain as a result of the injuries sustained from the assault.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050          Revision Date: 11-29-06          Page __ of __ 17

PUBLIC REDACTED COPY

### Superior Court of the District of Columbia
**CRIMINAL DIVISION**

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**　　　　**USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▮▮▮▮▮▮▮ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

### Complainant 7: Mehmet Tankan

Complainant 7, Mehmet Tankan, participated in the lawful protest that took place earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Video footage from Sheridan Circle shows Mr. Tankan being kicked by Turkish security officials Ismail Ergunduz, Turgut Akar (a Turkish security official wearing a suit and tie), Ahmet Karabay (a Turkish security official wearing a suit and tie), and Mustafa Murat Sumercan, as well as civilian Ahmet Cengizhan Dereci. Additionally, Mr. Tankan was punched by an unidentified Turkish security official. After the assault, Mr. Tankan sought medical treatment for his injuries. As a result of the assault, he has suffered dizziness lasting for days, as well as soreness and pain.

### Complainants 8 and 9: Jalal Kheirabadi and Elif Genc

The video footage from Sheridan Circle also captured Turkish security officials and pro- Erdoğan supporters assaulting anti-Erdoğan protestors Jalal Kheirabadi (Complainant 8) and Elif Genc (Complainant 9). Video surveillance shows Mr. Kheirabadi being punched by Servet Erkan. Ms. Genc was knocked to the ground and kicked by Hamza Yurteri, and continued to get kicked all over her body by Mehmet Sarman, Eyup Yildirim, Sinan Narin, and Mahmut Sami Ellialti. Ms. Genc was transported to George Washington University Hospital after the assault and suffered abrasions to her knees.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**.

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

PUBLIC REDACTED COPY

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

MPD and USSS officers attempted to stop the assault against the anti-Erdogan protestors. Emergency assistance was requested by MPD units on scene to protect the protestors and prevent further injury. Additional police units arrived on scene within minutes and the altercation between the two groups was put to rest after the police physically moved the Erdoğan supporters out of the Circle and across the street to the sidewalk in front of the CMR. In the video footage from the assault, Turkish security personnel can be seen carrying away the protestors' signs after the assault. Ismail Ergunduz, one of the Turkish security officers involved in the assault, can be seen tearing one of the signs with a pro-Kurdish message and throwing it to the ground as he crosses the street. Further, video footage shows that as officers were trying to stop the assault, Turkish security personnel and pro-Erdoğan civilians continued to rush into Sheridan Circle to attack protesters. It took several minutes for officers to fully contain the assault on the protestors.

### Assault of Female Protester on Massachusetts Avenue N.W.

A short while later the Turkish presidential motorcade and the FM's motorcade departed the Turkish Ambassador's residence for the Turkish Embassy, located at 2525 Massachusetts Avenue N.W. At approximately 6:17 p.m., Lacy Macauley (Complainant 10), a lone protester on Massachusetts Avenue N.W., was holding a sign and yelling pro-Kurd, pro-democracy, and anti-Erdoğan messages at the Foreign Minister's motorcade as it passed along Massachusetts Avenue N.W. Ms. Macauley was surrounded by MPD officers. A

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**     **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▮ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

female member of the Turkish security detail, Feride Kayasan, approached Ms. Macauley, told her to "Stop!", and grabbed her hand. Three other members of the Turkish security detail, Lutfu Kutluca, Tugay Erkan, and an unidentified male who also broke away from one of the motorcades, joined Ms. Kayasan a few seconds later and surrounded Ms. Macauley in the presence of MPD officers. The unidentified member of the Turkish security detail grabbed Ms. Macauley's sign, crumpled it up, and carried it away as she yelled at him for taking her property. Ms. Kayasan then put her hand over Ms. Macauley's mouth in an attempt to silence her as Ms. Macauley yelled, "we are not in Turkey."

Mr. Kutluca and Mr. Erkan continued to manhandle Ms. Macauley as she tried to break away from their grip and as an MPD officer intervened to help Ms. Macauley. Other officers helped to free Ms. Macauley from Mr. Katluca, Mr. Erkan, and Ms. Kayasan. The Turkish security officers were herded back towards the Turkish motorcade, located in the 2500 Block of Massachusetts Ave. NW, by USSS agents and MPD officers. The Turkish security officers were briefly detained by USSS agents but were eventually released and attempted to rejoin the Foreign Minister's motorcade.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page 15 of 17

PUBLIC REDACTED COPY

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |
|---|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: ▮▮▮▮▮▮ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

### Events Outside Turkish Embassy

On May 16, 2017, shortly after the incident involving Ms. Macauley, a Diplomatic Security Service special agent supporting the Turkish Foreign Minister Protective Detail reported that a member of the FM's Turkish security team struck him at the DSS FM limousine while he attempted to sort U.S. Government property from the FM's personal property. The incident happened near the Turkish Embassy on Massachusetts Avenue N.W. The DSS SA indicated that the Turkish security agent involved in the incident was agitated due to his expulsion from the DSS FM motorcade for failing to follow DSS security protocols. The DSS SA informed U.S. law enforcement personnel on the scene that he did not want to press charges. Consequently, in the attempt to contact the Turkish security official regarding the incident, the Turkish security official became combative and failed to comply with federal law enforcement officer commands. The aforementioned Turkish security official, along with a second Turkish security official, who also became combative with other U.S. law enforcement personnel, were subsequently restrained and detained for officer safety. Several U.S. law enforcement personnel suffered minor injuries as a result of the combative nature of the Turkish security officials. The Turkish security officials were released and departed the country with the Turkish delegation.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page 6 of 17

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Sinan Narin | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/24/1972 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: Brown | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▉▉▉▉▉▉ | TELEPHONE NUMBER: (703) 499-6725 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 · TIME OF OFFENSE: 4:13 p.m. |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

## III.    Conclusion

Based on the foregoing, I respectfully submit that there is probable cause to believe that Sinan Narin has committed the offenses of Aggravated Assault, in violation of 22 D.C. Code § 404.01; and Assault, in violation of 22 D.C. Code § 404. These crimes were committed based on the actual or perceived race or ethnicity of the complainants, in violation of 22 D.C. Code §§ 3701, 3703.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Sinan Narin**

Charge With: **Aggravated Assault**

_____
**ASSISTANT UNITED STATES ATTORNEY**

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050                         Revision Date: 11-29-06                         Page 17 of 17

# Exhibit 5

5005
b6
b7c

### Superior Court of the District of Columbia
#### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: |
|---|

| DEFENDANT'S NAME: | | NICKNAME: | ALIASES: | CCN: | | PDID: |
|---|---|---|---|---|---|---|
| Sarman, Mehmet | | N/A | N/A | 17-082178 | | N/A |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | Wht. | Unknown | Unk. | Unk. | Unk. | Unk. | Light | Unknown |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| Unknown | Unknown |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| Genc, Elif | On File |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| Sheridan Circle NW, Washington, DC 20008 | May 16, 2017 | 4:15 PM |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| __ 20 = Known to abuse drugs | __ 60 = Allergies | __ 90 = Diabetic | |

On May 16th, 2017 at approximately 4:15 PM, the president of Turkey was visiting the United States accompanied by the Turkish protection detail. Within Sheridan Circle NW the Complainant was included within a group conducting a peaceful First Amendment assembly. Soon after the Turkish presidential motorcade arrived, the Defendant crossed the street and approached the Complainant who was within Sheridan Circle NW. The Defendant was included in a larger group which attacks the Complainant and additional protestors. The Defendant pushes down the Complainant who falls to the ground. While the Complainant was on the ground the Defendant kicks and strikes the Complainant about the head and body. A D.C. Metropolitan Police (MPD) officer intervenes and strikes the Defendant with its ASP baton. This causes the Defendant to cease the assault against the Complainant. The Complainant reported contusions to her body and pain to its head. The Complainant reported continued pain in the areas described as a result of the assault. The Complainant claimed the assault was to silence its protest of the Turkish president. The Complainant was transported from the scene to a local D.C. hospital for treatment.

The Affiant reviewed footage of the incident which revealed the aforementioned events. Within the footage the Defendant is seen pushing pass the MPD officer to assault the Complainant. The Defendant pushes the Complainant to the ground and violently kicks the Complainant on its body. The Defendant then continues to punch to the Complainant with his right hand, reportedly to its head area. The Complainant did not know the number of strikes she received by the Defendant.

The Affiant was made aware by the United States State Department of the Defendant's identity. The State Department was able to retrieve a photograph and information matching the Defendant's through a police database. The State Department confirmed the Defendant was a member of the Turkish delegation. The Affiant viewed the BWC footage and compared the picture provided by the State Department of the Defendant. It appeared to be a match. The Defendant's identity has been confirmed as Mehmet Sarman.

Based on the above facts and circumstances, your Affiant believes probable cause exists and respectfully request that a D.C. Superior Court Arrest Warrant be issued for the Defendant, Mehmet Sarman.

AFFIANT'S SIGNATURE:

**PLEASE ISSUE A WARRANT FOR:**

(b) (6), (b) (7)(C)

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** _____

_____ DAY OF _____

ASSISTANT UNITED STATES ATTORNEY

(JUDGE) SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA

# Exhibit 6

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

**USW NO.:**

| DEFENDANT'S NAME: | | | NICKNAME: | | ALIASES: | | | CCN: | | PDID: |
|---|---|---|---|---|---|---|---|---|---|---|
| Simsek, Yasin | | | N/A | | N/A | | | 17-082178 | | N/A |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|
| M | Wht. | Unknown | Unk. | Unk. | Unk. | Unk. | Light | Unknown |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| Unknown | Unknown |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| N/A | N/A |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| Society/ Public | N/A |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| Sheridan Circle NW, Washington, DC 20008 | May 16, 2017 | 4:15 PM |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy    __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac |
| __ 20 = Known to abuse drugs | __ 60 = Allergies | __ 90 = Diabetic |

On May 16th, 2017 at approximately 4:15 PM, the president of Turkey was visiting the United States accompanied by the Turkish protection detail. Within Sheridan Circle NW there was a small group of approximately 12 individuals conducting a peaceful First Amendment assembly. This group was protesting its views against President Erdogan. Soon after the Turkish presidential motorcade arrived, the Defendant was located with President Erdogan's limousine. The peaceful protest continued and a counter protest was being held across the street located in the front of the Turkish residence at 23rd and Sheridan NW. The Defendant was seen within the counter protest group which included supporters of President Erdogan.

The Affiant reviewed footage of the incident which revealed the aforementioned events. Within the footage the Defendant is seen standing outside the presidential limousine. The Defendant is seen acknowledging by nodding his head to the Turkish Agent who finished speaking to President Erdogan. The Defendant then jogs to the protestor group associated with President Erdogan. Within seconds the Turkish delegation along with President Erdogan supporters attack the individuals protesting in the area of Sheridan Circle NW. Multiple assaults and injuries were reported by approximately 10 victims. 10 victims were transported to a local D.C. hospital for treatment. Approximately 1 minute later the Defendant is seen returning the presidential limousine at which time President Erdogan exiting the vehicle. President Erdogan pauses to view the fighting then walks into the Turkish residence accompanied by the Defendant.

The Affiant was made aware by the United States State Department of the Defendant's identity. The State Department was able to retrieve a photograph and information matching the Defendant's through a police database. The State Department confirmed the Defendant was a member of the Turkish delegation. The Affiant viewed the BWC footage and compared the picture provided by the State Department of the Defendant. It appeared to be a match. The Defendant's identity has been confirmed as Yasin Simsek.

Based on the above facts and circumstances, your Affiant believes probable cause exists and respectfully request that a D.C. Superior Court Arrest Warrant be issued for the Defendant, Yasin Simsek.

| | AFFIANT'S SIGNATURE: |
|---|---|
| **PLEASE ISSUE A WARRANT FOR:** | |
| | (b) (6), (b) (7)(C) |
| | **SUBSCRIBED AND SWORN TO BEFORE ME THIS** |
| **CHARGED WITH:** _____ | _____ DAY OF _____ |
| **ASSISTANT UNITED STATES ATTORNEY** | **(JUDGE) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA** |

PUBLIC REDACTED VERSION

# Exhibit 7

PUBLIC REDACTED VERSION



# United States Department of the Interior

**NATIONAL PARK SERVICE**
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

## PUBLIC GATHERING PERMIT

Permit: 17-1228                               Date: May 4, 2017

In accordance with Park Regulations as contained in C.F.R., Title 36, Chapter 1, Section 7.96, permission is granted to conduct a public gathering to the following:

Person(s) and/or Organization(s):  Washington Kurdish Community

Dates(s): Tuesday, May 16, 2017                To:  Wednesday, May 17, 2017
Time: Starting: 11:00 pm                       Ending: 5:00 pm
Location(s):
White House Sidewalk-Center Portion
Lafayette Park-Southeast Quadrant

Purpose:  To protest Turkish government's war against its Kurdish Community to support minority right in Turkey

Anticipated Number or Participants: 80

Person(s) in Charge:  Omer Pacal
Address(es): ███████████████████████
Phone Number: ███████████

This permit is granted subject to the following conditions:

1. Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police.

2. All sidewalks, walkways, and roadways must remain unobstructed to allow for the reasonable use of these areas by pedestrians, vehicles and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO ATTACHED ADDITIONAL CONDITIONS.

**ADDITIONAL CONDITIONS**
**PERMIT #17-1228**
**WASHINGTON KURDISH COMMUNITY**
**LAFAYETTE PARK, SOUTHEAST QUADRANT AND THE WHITE HOUSE**
**SIDEWALK, CENTER PORTION**
**MAY 16 AND MAY 17, 2017 (11:00 AM -5:00 PM EACH DAY)**

A.   Participants (80) will use the southeast quadrant of Lafayette Park without a speaker's platform, for a demonstration, "to protest Turkish government's war against its Kurdish community and to support minority right in Turkey" through speeches and picketing on the White House sidewalk.   Permittee states participants will carry signs and banners.   Permittee also states no set up will take place, however a megaphone may be used for sound amplification in Lafayette Park.

**Note: Due to the possibility of Presidential movements, and Head of State visits, permitted activity may be temporarily moved and/or suspended.**

Permittee must contact Metropolitan Police Department for use of their jurisdiction of the closed portion of Pennsylvania Avenue including taking any group photographs of participants. Participants cannot stand on the White House sidewalk for a group photograph.

B. For Lafayette Park, a temporary "soapbox" speaker's platform is allowed as long as such platform is being erected, dismantled or used, providing that only one speaker's platform is allowed per demonstrating group, and provided further that the speaker's platform is no larger than three (3) feet in length, three (3) feet in width, and three (3) feet in height.  A hand held megaphone may be used for sound amplification. Permittee is not authorized to have a portable sound system, chairs, tents, easels, carts, and/or tripods placed on the ground, nor a "soapbox" of 3'x3'x3'.

C.   Within Lafayette Park, the erection, placement or use of structures of any kind is prohibited. The term "structure" includes props and displays, such as coffins, crates, crosses, theaters, cages, and statues; furniture and furnishings, such as desks, chairs, tables, bookcases, cabinets, platforms, podiums, and lecterns, shelters, such as tents, boxes and other enclosures; wagons and carts; and all other similar types of property which might tend to harm park resources including aesthetic interests.  **Tents, podium, tripods, tables and chairs are not allowed.**

D.   Special attention is drawn to the last sentence item #7, concerning sound amplification. Noise level must not intrude upon surrounding areas and upon others in the park not involved with the event.   Sound amplification cannot be directed towards the White House at any given time.

E.   The use of hand-carried signs are allowed regardless of size.

F.   Signs that are not being hand-carried and that are no larger than four (4) feet in length, four (4) feet in width and one-quarter (1/4) inch in thickness (exclusive of braces that are reasonably required to meet support and safety requirements and that are not used so as to form an enclosure

of two (2) or more sides) may be used in Lafayette Park, provided that no individual may have more than two (2) such signs in the park at any one time, and provided further that such signs must be attended at all times (the term "attended" is defined as an individual being within three (3) feet of his or her sign(s)), and provided further that such signs may not be elevated in a manner so as to exceed a height of six (6) feet above the ground at their highest point, may not be arranged or combined in a manner so as to exceed the size limitations set forth in this paragraph, and may not be arranged in such a fashion as to form an enclosure of two (2) or more sides.

G.  Balloons are prohibited on park land.

H.  A copy of this permit must be made available upon request and permittee must adhere to any and all instructions issued by the United States Park Police and/or by an official representative of President's Park.

I.  All vehicles must park in designated, available public spaces.

J.  No attachments to trees, plantings, structures, etc.

K.  Upon arrival onsite, person in charge is responsible for checking with Park Ranger and/or U. S. Park Police personnel onsite for coordination and/or additional instructions concerning this permit.

L.  Camping is prohibited.  Camping is defined as the use of the park land for living accommodation purposes such as sleeping activities, or making preparation to sleep (including the laying down or bedding for the purpose of sleeping), or storing personal belongings, or making any fire, or using any tents or shelter or other structure or vehicle for sleeping or doing any digging or earth breaking or carrying on cooking activities.  The above-listed activities constitute camping when it reasonably appears, in light of all the circumstances that the participants, in conducting these activities, are in fact using the area as a living accommodation regardless of the intent of the participants or the nature of any other activities in which they may also be engaging.

M.  **Demonstration Marshals:**

Any of your demonstration marshals may be identified by armbands and will help maintain order among your participants.  Demonstration marshals should be aware of their responsibilities and locations(s) where they will be stationed and have received from demonstration organizers adequate training and instructions.  Demonstration marshals should be aware of the time and location of the assembly and any march routes, the location of any first aid stations, water, and toilets, be knowledgeable of the NPS permit conditions, be able to communicate with law enforcement, as well as what to do if they think they observe any problems.  While demonstration marshals do not act as police, they do help maintain order among participants, explain to nonparticipants that a particular area may be under permit, and be able to alert their supervisor and the United States Park Police in the event that they observe a problem on Federal parkland.

N. Permittee is responsible for coordinating all logistics with Amy Dailey, President's Park at 202-208-1631, prior to event.

O. **NPS Regulations for the White House Sidewalk found at 36CFR §7.96(g) (5) (vii) (A), (viii) (ix) generally provides that:**

Permittee will conduct picketing on the White House sidewalk, center portion, from 11:00 am – 5:00 pm on Tuesday and Wednesday, May 16 and May 17, with a total of up to 80 stated participants each day

A bullhorn/megaphone can ONLY be used to direct participant's movement who are picketing. Sitting on the sidewalk, speeches and group photographs cannot take place on the White House sidewalk. Photographs and videotaping of the group as well as speeches, sitting, assembling and dispersing must be done in the closed portion of Pennsylvania Avenue with permission from the Metropolitan Police Department.

- Structures are not permitted on the White House sidewalk.

- No signs or placards shall be permitted on the White House sidewalk except those made of cardboard, poster board or cloth having dimensions no greater than three feet in width, twenty feet in length, and one quarter inch in thickness. No supports shall be permitted for signs or placards except those made of wood having cross-sectional dimensions no greater than three-quarter of an inch by three-quarter of an inch. Stationary signs or placards shall be no closer than three feet from the White House sidewalk fence. All signs and placards shall be attended at all times that they remain on the White House sidewalk. Signs or placards shall be considered to be attended only when they are in physical contact with a person. No signs or placards shall be tied, fastened or otherwise attached to or leaned against the White House fence, lampposts or other structures on the White House sidewalk. No signs or placards shall be held, placed, or set down on the center portion of the White House sidewalk, comprising ten yards on either side of the center point on the sidewalk; provided, however, that individuals may demonstrate while carrying signs on that portion of the sidewalk if they continue to move along the sidewalk.

  - No parcel, container, package, bundle or other property shall be placed stored on the White House sidewalk or on the west sidewalk of East Executive Avenue NW., between Pennsylvania Avenue NW., and E Street NW.; provided, however,§ that such property, except structures, may be momentarily placed or set down in the immediate presence of the owner on those sidewalks.

**Demonstration Marshals:**

Each of your demonstration marshals may be identified by armbands and will help maintain order among your participants. Demonstration marshals should be aware of their responsibilities and locations(s) where they will stationed and have received from demonstration organizers adequate training and instructions. Demonstration marshals should be aware of the time and location of the assembly and any march routes, the location of any

PUBLIC REDACTED VERSION

first aid stations, water, and toilets, be knowledgeable of the NPS permit conditions, be able to communicate with law enforcement, as well as what to do if they think they observe any problems. While demonstration marshals do not act as police, they do help maintain order among participants, explain to nonparticipants that a particular area may be under permit, and be able to alert their supervisor and the United States Park Police in the event that they observe a problem on Federal parkland.



3.  All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4.  No fee may be collected, donation solicited, or commercial activity conducted.

5.  The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6.  This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7.  The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW., sidewalk between East Executive Avenue and West Executive Avenue).  All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8.  The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated.

Robert Vogel
Regional Director
National Capital Region

By:
Robbin M. Owen
Chief, Division of Permits Management
National Mall & Memorial Parks

PUBLIC REDACTED COPY

# Exhibit 8

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**COMPLAINT**

DCTN:

Lockup No:

Case No:

**District of Columbia ss:**

| Defendant's Name: | Eyup Yildirim | | | | 17082178 |
|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) |
| Also Known As: | | | | | |
| | (First) | (Middle) | | (Last) | |
| Address: | | | | | |

On or about May 16, 2017, within the District of Columbia, Eyup Yildirim, unlawfully assaulted and threatened Murat Yasa in a menacing manner and intentionally, knowingly, and recklessly caused significant bodily injury to Murat Yasa. **(Assault with Significant Bodily Injury, in violation of 22 D.C. Code, Section 404 (a)(2) (2001 ed.))**

On or about May 16, 2017, within the District of Columbia, Eyup Yildirim did by any means, knowingly and purposely cause serious bodily injury to Lusik Usiyan. **(Aggravated Assault, in violation of 22 D.C. Code, Section 404.01 (2001 ed.))**

On or about May 16, 2017, within the District of Columbia, Eyup Yildirim unlawfully assaulted and threatened Elif Genc in a menacing manner. **(Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))**

_____

Affiant's Name

Subscribed and sworn to before me this ___13___ day of _____June, 2017_____

_____

(Judge)  (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
**WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for** _____ **Eyup Yildirim**

**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

Issued _____    _____

Judge - Superior Court of the District of Columbia

Title 16: ☐          Rule 105: ☐  Judge: _____

| Sex: Male | DOB: | CCN: 17082178 | PDID: |
|---|---|---|---|

| Papering Officer: Det. Deperalta | Badge No.:  D21402 |
|---|---|

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: June 13, 2017 |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☒   Fel. II ☐ |

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 — TIME OF OFFENSE: 4:13 p.m. |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

I, Victor J. DePeralta, being first duly sworn, hereby depose and state as follows:

## I.    Introduction and Agent Background

Your Affiant, Detective Victor J. DePeralta, has been a sworn member of the Metropolitan Police Department, Washington DC, for nine years. I am assigned to the Criminal Investigations Division, Second District Detective's Unit. Since becoming a member of the Metropolitan Police Department; I have held the position of "Patrol Officer", "Investigator", and "Detective II". During my tenure I have investigated and assisted with the arrest of hundreds of persons to include, but not limited to, narcotics offenses and offenders, burglary and robbery offenses and offenders, sexual assaults, and assault offenses and offenders. In addition, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, burglary and robbery investigations, and a variety of tools available to law enforcement.

I submit this affidavit in support of a criminal complaint charging Eyup Yildirim with Aggravated Assault, in violation of 22 D.C. Code § 404.01; Assault with Significant Bodily Injury, in violation of 22 D.C. Code § 404(a)(2); and Assault, in violation of 22 D.C. Code § 404. These crimes were committed based on the actual or perceived race or ethnicity of the complainants, in violation of 22 D.C. Code §§ 3701, 3703.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK** NCIC approved

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_Giovanne Cli._
**ASSISTANT UNITED STATES ATTORNEY**

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Patel - B1A

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                          **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | | |
|---|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 08759 | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy  __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal  __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required  __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac  __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

## II.    Probable Cause

On May 16, 2017, Turkish President Recep Tayyip Erdoğan and Turkish Foreign Minister Mevlut Çavuşoğlu attended official meetings in Washington, D.C., including a visit at the White House with President Donald Trump. Turkish security and diplomatic personnel accompanied President Erdoğan and Foreign Minister Çavuşoğlu during their trip. Additionally, the U.S. Secret Service (hereinafter "USSS") and the Diplomatic Security Service (hereinafter "DSS"), who actively work with foreign security personnel during protective operations, were part of President Erdoğan and Foreign Minister Çavuşoğlu's security details. USSS is tasked with the protection of foreign Heads of State. The Diplomatic Security Service is tasked with the protection of Foreign Minister Level and Special Protectees in the United States.

During the course of the official Turkish visit, Turkish security personnel and others assaulted protestors and U.S. law enforcement officers in at least three separate incidents in Sheridan Circle, located across the street from the Turkish Ambassador's residence, also known as the Turkish Chief of Mission Residence (hereinafter "CMR"), and on Massachusetts Avenue N.W., near the Turkish Embassy. Those incidents are described more fully below.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050                          Revision Date: 11-29-06                    Page 2 of 17

**PUBLIC REDACTED COPY**

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | | |
|---|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

The Diplomatic Security Visa and Passport Analysis Unit assisted the DSS Office of Protective Intelligence Investigations, the Diplomatic Security Command Center, and the Washington Metropolitan Police Department in identifying Turkish security personnel, pro-Erdoğan civilians, and anti-Erdoğan protesters by comparing screen captures from video footage to visa and passport images using facial recognition methodologies.

### Events Outside the White House

On May 16, 2017, at approximately 11:06 a.m., the USSS was monitoring an anti-Erdoğan protest outside the White House near the 1600 Block of Pennsylvania Avenue N.W., adjacent to Lafayette Square. The protesters were demonstrating in the Square pursuant to a valid permit from National Park Service, obtained on May 4, 2017. The permit lists the group that participated in the demonstration as the "Washington Kurdish Community." Pro-Erdoğan supporters and Turkish security personnel confronted the protestors as they chanted slogans and waved signs indicating their unfavorable opinion of President Erdoğan and his administration based on his treatment of Kurds in Turkey, and his policy towards Kurds in Iran, Iraq, and Syria. The pro-Erdoğan supporters shouted loudly in response to counter the anti-Erdoğan statements. One suspected pro-Erdoğan supporter, clad in a suit and tie, attempted to grab an anti-Erdoğan sign from one of the protesters.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page 3 of 17

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

In order to prevent any escalation of the situation, uniformed USSS officers on scene formed an officer barrier to separate the two groups. Video footage of the event from Lafayette Square shows that the anti-Erdoğan protesters did not exhibit any physically threatening behavior toward the pro-Erdoğan group or anyone else at any point during their protest. After approximately three minutes of tense verbal exchanges between the pro-Erdoğan and anti-Erdoğan groups, the pro-Erdoğan supporters were led away from the scene by USSS uniformed officers. The groups dispersed and no further incidents were observed or reported in Lafayette Square. MPD did not receive any reports or complaints by persons present outside the White House during this protest. President Erdoğan completed his visit at the White House without further incident and departed for the Turkish Ambassador's residence. Several participants in the Washington Kurdish Community protest outside the White House also traveled to the Turkish Ambassador's residence after President Erdoğan left the White House.

### First Confrontation Outside Turkish Ambassador's Residence

The Turkish Ambassador's residence, also known as the Turkish Chief of Mission Residence or Turkish CMR, is located at 2306 Sheridan Circle N.W., on 23rd Street N.W., across from Sheridan Circle. Approximately ten to twenty protestors who oppose President Erdoğan; supporters of pro-Kurdish political parties in Turkey and Syria; and Kurds from Iran, Iraq, Syria, and Turkey (collectively, the anti- Erdoğan protestors) were gathered in

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**  **USW NO.:**

| DEFENDANT'S NAME:<br>Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN:<br>17-082-145 | PDID / FBI:<br>None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX:<br>M | RACE:<br>W | DOB:<br>02/01/1967 | HGT:<br>Unk. | WGT:<br>Unk. | EYES:<br>Unk. | HAIR:<br>N/A | COMPL: | SCARS, MARKS, TATOOS | |

| DEFENDANT'S HOME ADDRESS: ███████ | TELEPHONE NUMBER:<br>(732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS:<br>Unknown | TELEPHONE NUMBER:<br>Unknown |

| COMPLAINANT'S NAME:<br>On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE:<br>Sheridan Circle N.W. | DATE OF OFFENSE:<br>May 16, 2017 | TIME OF OFFENSE:<br>4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

the vicinity of Sheridan Circle prior to President Erdoğan's arrival at the CMR. The anti-Erdoğan protesters were carrying signs and chanting with the use of bullhorns. Some of the signs advocated for the release of Selahattin Demirtaş, the imprisoned Zaza Kurdish leader of the Turkish pro-Kurdish People's Democratic Party, or HDK. Additionally, at least one of the protesters was carrying the flag of the Syrian Kurdish Democratic Union Party. Many, though not all, of the protesters at the CMR had also participated in the lawful protest that occurred earlier in the day outside of the White House. When the protesters arrived in the area, the pro-Erdoğan supporters started yelling threats and anti-Kurdish statements at them, including, "F**k you, Kurds!"

Pro-Erdoğan supporters, Turkish security personnel, and people who appear to be additional staff members from the Turkish delegation were gathered on the corner of 23rd Street N.W. and Sheridan Circle, in front of the Turkish CMR. There were two groups of Turkish security officers – one group was wearing suits and the other was wearing what appeared to be an official uniform of khaki pants and an olive green military-style jacket. Members of both groups were wearing earpieces, and some were armed with firearms. The pro-Erdoğan group outnumbered the protesters by two to one at a minimum; there were between thirty and fifty men, and a few women, on the sidewalk in front of the CMR. Some of the members of the pro-Erdoğan group were waving Turkish and American flags, and others carried signs comparing the PKK, a militant Kurdish group, to the Islamic State of Iraq and Syria, or ISIS. The pro-Erdoğan supporters congregated on the Turkish CMR sidewalk, behind a soft MPD police cordon line near the 1600 Block of 23rd Street N.W. Anti-Erdoğan protesters were

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050              Revision Date: 11-29-06              Page 5 of 17

**PUBLIC REDACTED COPY**

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: ███████ ██ ██ | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

located within Sheridan Circle Park and the public street in front of the Turkish CMR, on the other side of the police cordon.

Video footage from Sheridan Circle N.W. shows that at approximately 4:05 p.m. members of the anti-Erdoğan group began voicing their verbal opposition of President Erdoğan and their support of Kurds in the region to the assembled pro-Erdoğan supporters. This heated verbal exchange resulted in a physical altercation between the two groups which had to be broken up by MPD officers. As vehicles associated with President Erdoğan's motorcade came into the Circle, members of the pro-Erdoğan group bypassed the MPD cordon and officers who were stationed in the street and moved toward the collective group of anti-Erdoğan protesters. Video from the scene shows Sarman Mehmet, a member of President Erdoğan's security detail clad in khaki pants and an olive green military-style jacket, push ███ ███ a civilian protester, to the ground. A few seconds later, an unidentified member of the pro-Erdoğan group hit Ms. ███ in the face with a flag.

From there, the physical confrontation continued between the two sides as several members of the pro-Erdoğan group rushed the protesters. In the ensuing melee, one of the anti-Erdoğan protesters, Kasim Mollaoglu, threw a megaphone at Alp Kenan Dereci, a pro-Erdoğan Canadian citizen, after Mr. Dereci punched Jalal Kehirabadi, another anti-Erdoğan protester. The melee was less than a minute long and was quickly stopped as MPD officers separated the two groups. The anti-Erdoğan protesters returned to the sidewalk and area within

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_Gioranell_
**ASSISTANT UNITED STATES ATTORNEY**

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME:<br>Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN:<br>17-082-145 | PDID / FBI:<br>None |
|---|---|---|---|---|---|---|---|---|---|
| SEX:<br>M | RACE:<br>W | DOB:<br>02/01/1967 | HGT:<br>Unk. | WGT:<br>Unk. | EYES:<br>Unk. | HAIR:<br>N/A | COMPL: | SCARS, MARKS, TATOOS | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER:<br>(732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS:<br>Unknown | TELEPHONE NUMBER:<br>Unknown |
| COMPLAINANT'S NAME:<br>On File | TELEPHONE NUMBER: |

| LOCATION OF OFFENSE:<br>Sheridan Circle N.W. | DATE OF OFFENSE:<br>May 16, 2017 | TIME OF OFFENSE:<br>4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

Sheridan Circle Park N.W. The pro-Erdoğan group was directed back to the front of the Turkish CMR by MPD. After MPD was able to separate the two groups, video footage shows an agitated Halil Mutli yelling loudly at an MPD officer, stating that the protesters did not have a permit. Though the protesters required a permit to demonstrate in Lafayette Square, they were not required to obtain a permit to protest in Sheridan Circle N.W. They were thus participating in lawful demonstrations at both locations.

### Assault of Protesters Outside of Turkish Ambassador's Residence

At approximately 4:13 p.m., Turkish security personnel wearing suits, who were standing on the sidewalk in front of the CMR, pushed through the MPD cordon, crossed the street into Sheridan Circle where the anti-Erdoğan protesters were demonstrating, and commenced a second assault on the anti-Erdoğan protesters. Seconds later, Turkish security personnel in khaki pants and olive green military-style jackets and pro-Erdoğan civilians followed. The pro-Erdoğan group appeared to rush across the street in a nearly simultaneous, coordinated throng. Members of the Turkish security detail were seen speaking with each other and touching communication devices seconds before the rush to the anti-Erdoğan group happened. At the time that the pro-Erdoğan group rushed into Sheridan Circle, the anti-Erdoğan protesters were in the circle itself; though they continued to chant and shout anti-Erdoğan and pro-Kurdish messages, they were not physically aggressive in any way, nor were they even physically proximate to the pro-Erdoğan contingent.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 / TIME OF OFFENSE: 4:13 p.m. |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
|---|---|---|---|
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

Nine protesters in Sheridan Circle were injured in the vicious attack by Erdoğan supporters and Turkish security personnel. The victims appeared to have been sought out based on their opposition to President Erdoğan and support of Kurds in Iran, Iraq, Syria, and Turkey.

### Complainant 1: Murat Yasa

Complainant 1, Murat Yasa, was located on the sidewalk inside Sheridan Circle N.W. immediately before the beginning of the assault. Mr. Yasa was one of the organizers of the anti-Erdoğan protest that afternoon, and participated in the lawful protest that took place earlier in the day outside of the White House.

Video footage from Sheridan Circle shows Mr. Yasa standing on the sidewalk at Sheridan Circle N.W. directly across from where the Erdoğan supporters and Turkish security personnel were congregated. When the pro-Erdoğan group rushed into Sheridan Circle, Ahmet Cenigizhan Dereci (a Canadian citizen) grabbed Mr. Yasa and threw him to the ground. Once Mr. Yasa was on the ground, Tugay Erkan (a Turkish security official wearing a suit and tie), Ismail Ergunduz (a Turkish security official wearing khaki pants and an olive green

military-style jacket), Ahmet Cenigizhan Dereci, Gokhan Yildirmi (a Turkish security official wearing a suit and tie), Eyup Yildirim (a U.S. citizen), and an unidentified Erdoğan supporter kicked him in the head and face.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page 8 of 17

PUBLIC REDACTED COPY

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: ▮▮▮▮▮▮▮ | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

After the assault, Mr. Yasa was transported to George Washington University Hospital. He suffered contusions to his face and head, one broken tooth, two loose teeth, and memory loss. Additionally, he suffered a laceration to forehead that required five stitches to close, and continues to have limited use of a finger on his left hand. Mr. Yasa also continues to suffer pain as a result of the assault.

### Complainant 2: Heewa Arya

Complainant 2, Heewa Arya, an Iranian Kurd, participated in the lawful protest that occurred earlier in the day outside of the White House, and was at Sheridan Circle with his four-year-old daughter that afternoon. When Mr. Arya arrived at the Turkish CMR, he encountered a group of pro-Erdoğan supporters who were behind an MPD cordon. Mr. Arya was with a group of anti-Erdoğan protesters at the time; they received death threats from the pro-Erdoğan supporters during this encounter. Shortly thereafter, Mr. Arya was standing behind a tree in Sheridan Circle Park talking with another anti-Erdoğan protestor when the Erdoğan supporters rushed into the Park. Mustafa Murat Sumercan, a Turkish security official in a suit and tie, and an unidentified Turkish security official rushed toward Mr. Arya and started hitting him. Mr. Sumercan punched Mr. Arya in between his eyes, cutting his face. The unidentified Turkish security official kicked Mr. Arya in the chest, and he fell to the ground. Mr. Sumercan, the unidentified Turkish security official, and other unidentified security officials continued to kick him while he was on the ground.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050          Revision Date: 11-29-06          Page 9 of 17

**PUBLIC REDACTED COPY**

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME:<br>Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN:<br>17-082-145 | PDID / FBI:<br>None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX:<br>M | RACE:<br>W | DOB:<br>02/01/1967 | HGT:<br>Unk. | WGT:<br>Unk. | EYES:<br>Unk. | HAIR:<br>N/A | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS:<br>████ ██████ ████ | TELEPHONE NUMBER:<br>(732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS:<br>Unknown | TELEPHONE NUMBER:<br>Unknown |

| COMPLAINANT'S NAME:<br>On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE:<br>Sheridan Circle N.W. | DATE OF OFFENSE:<br>May 16, 2017 | TIME OF OFFENSE:<br>4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

Mr. Arya went to Kaiser Permanente Hospital in Tyson's Corner, Virginia that evening. He was not transported to George Washington University Hospital that afternoon with the other protesters because he first took his daughter home. Though she was in another part of the Circle during the attack and was uninjured, it took several hours for Mr. Arya to calm her down. That evening, doctors performed a chest x-ray and a CT scan. Mr. Arya suffered from a concussion and had bruising and pain in his chest and leg as a result of the assault.

### Complainant 3: Lusik Usiyan

Complainant 3, Lusik Usiyan, participated in the lawful protest that occurred earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. When the pro-Erdoğan supporters rushed the Circle, Ms. Usiyan was kicked by Hamza Yurteri (a Turkish security official wearing khaki pants and an olive green military-style jacket), Mehmet Sarman (a Turkish security official wearing khaki pants and an olive green military-style jacket), and Eyup Yildirim. Ms. Usiyan fell to the ground and Eyup Yildirim, Sinan Narin (a U.S. citizen), Mehmet Sarman, and Mahmut Sami Ellialti (a Canadian citizen) kicked her head and body. Ms. Usiyan

lost consciousness as the pro-Erdoğan supporters kicked her repeatedly and she did not regain consciousness until the assault subsided. When she regained consciousness, an officer was trying to speak with her but Ms. Usiyan had trouble remembering words to communicate with the officer. Additionally, and her legs were heavy

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_~~signature~~_

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: ▮▮▮ ▮▮▮▮▮ | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|
| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 / TIME OF OFFENSE: 4:13 p.m. |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy       __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal       __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required   __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac      __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

and she could not get off the ground without assistance. Ms. Usiyan was transported to George Washington University Hospital that afternoon. As a result of the assault, Ms. Usiyan suffered bruises to her brain. The following morning Ms. Usiyan fell as she tried to get out of bed and felt excessive dizziness for the remainder of the day. She went back to George Washington University Hospital that evening. Ms. Usiyan continues to have trouble maintaining her balance, and to feel dizziness and nausea from her brain injuries. Ms. Usiyan's recovery is expected to take six weeks.

## Complainant 4: Ceren Borazan

Complainant 4, Ceren Borazan, participated in the lawful protest that occurred earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Video footage from Sheridan Circle shows Ismail Dalkiran (a Turkish security official wearing a suit and tie) grabbing Ms. Borazan from behind and placing her in a tight chokehold.

## Complainant 5: Mahir Ahyan

Complainant 5, Mahir Ahyan, participated in the lawful protest that took place earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Mr. Ahyan fell to the ground where he was assaulted

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_ASSISTANT UNITED STATES ATTORNEY_

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**     **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | | |
|---|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

by two unidentified Turkish security officials. One Turkish security official kicked Mr. Ahyan in his lower back while the other unidentified Turkish security official kicked him in the face. Both officials who assaulted Mr. Ahyan were wearing a uniform consisting of khaki pants and an olive green military-style jacket.
Mr. Ahyan went to the hospital the following day and again a few days after his initial visit due to the injuries sustained from the assault. He suffered swelling, bruising, pain, and soreness to his lower back, head and jaw. Mr. Ahyan continues to suffer pain as a result of the assault.

### Complainant 6:  Abbas Azizi

Complainant 6, Abbas Azizi, participated in the lawful protest that took place earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Mr. Azizi was assaulted by two Turkish security officials. Mr. Azizi fell to the ground where Servet Erkan (a Turkish security official wearing a suit and tie) and Mahmut Sami Ellialti kicked him in his chest, back, arms, and head. After the assault, Mr. Azizi went to the George Washington University Hospital where he received five to six stiches. He suffered contusions to his head and bruising on his chest, arms, and back. Mr. Azizi continues to suffer pain as a result of the injuries sustained from the assault.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With:  Aggravated Assault

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050            Revision Date: 11-29-06            Page 12 of 17

**PUBLIC REDACTED COPY**

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |
| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 / TIME OF OFFENSE: 4:13 p.m. |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

### Complainant 7: Mehmet Tankan

Complainant 7, Mehmet Tankan, participated in the lawful protest that took place earlier in the day outside of the White House, and was at Sheridan Circle that afternoon. Video footage from Sheridan Circle shows Mr. Tankan being kicked by Turkish security officials Ismail Ergunduz, Turgut Akar (a Turkish security official wearing a suit and tie), Ahmet Karabay (a Turkish security official wearing a suit and tie), and Mustafa Murat Sumercan, as well as civilian Ahmet Cengizhan Dereci. Additionally, Mr. Tankan was punched by an unidentified Turkish security official. After the assault, Mr. Tankan sought medical treatment for his injuries. As a result of the assault, he has suffered dizziness lasting for days, as well as soreness and pain.

### Complainants 8 and 9:  Jalal Kheirabadi and Elif Genc

The video footage from Sheridan Circle also captured Turkish security officials and pro- Erdoğan supporters assaulting anti-Erdoğan protestors Jalal Kheirabadi (Complainant 8) and Elif Genc (Complainant 9). Video surveillance shows Mr. Kheirabadi being punched by Servet Erkan. Ms. Genc was knocked to the ground and kicked by Hamza Yurteri, and continued to get kicked all over her body by Mehmet Sarman, Eyup Yildirim, Sinan Narin, and Mahmut Sami Ellialti. Ms. Genc was transported to George Washington University Hospital after the assault and suffered abrasions to her knees.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

SUBSCRIBED AND SWORN BEFORE ME THIS _____

Charge With: **Aggravated Assault**

_____ DAY OF _____ 20 _____

ASSISTANT UNITED STATES ATTORNEY

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page 13 of 17

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**   **USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 3 Overlook Court; | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
|---|---|---|---|
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

MPD and USSS officers attempted to stop the assault against the anti-Erdogan protestors. Emergency assistance was requested by MPD units on scene to protect the protestors and prevent further injury. Additional police units arrived on scene within minutes and the altercation between the two groups was put to rest after the police physically moved the Erdoğan supporters out of the Circle and across the street to the sidewalk in front of the CMR. In the video footage from the assault, Turkish security personnel can be seen carrying away the protestors' signs after the assault. Ismail Ergunduz, one of the Turkish security officers involved in the assault, can be seen tearing one of the signs with a pro-Kurdish message and throwing it to the ground as he crosses the street. Further, video footage shows that as officers were trying to stop the assault, Turkish security personnel and pro-Erdoğan civilians continued to rush into Sheridan Circle to attack protesters. It took several minutes for officers to fully contain the assault on the protestors.

### Assault of Female Protester on Massachusetts Avenue N.W.

A short while later the Turkish presidential motorcade and the FM's motorcade departed the Turkish Ambassador's residence for the Turkish Embassy, located at 2525 Massachusetts Avenue N.W. At approximately 6:17 p.m., Lacy Macauley (Complainant 10), a lone protester on Massachusetts Avenue N.W., was holding a sign and yelling pro-Kurd, pro-democracy, and anti-Erdoğan messages at the Foreign Minister's motorcade as it passed along Massachusetts Avenue N.W. Ms. Macauley was surrounded by MPD officers. A

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050

Revision Date: 11-29-06

Page 14 of 17

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**                    **USW NO.:**

| DEFENDANT'S NAME:<br>Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN:<br>17-082-145 | PDID / FBI:<br>None |
|---|---|---|---|---|---|---|---|---|---|

| SEX:<br>M | RACE:<br>W | DOB:<br>02/01/1967 | HGT:<br>Unk. | WGT:<br>Unk. | EYES:<br>Unk. | HAIR:<br>N/A | COMPL: | SCARS, MARKS, TATOOS | |
|---|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER:<br>(732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS:<br>Unknown | TELEPHONE NUMBER:<br>Unknown |

| COMPLAINANT'S NAME:<br>On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE:<br>Sheridan Circle N.W. | DATE OF OFFENSE:<br>May 16, 2017 | TIME OF OFFENSE:<br>4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

female member of the Turkish security detail, Feride Kayasan, approached Ms. Macauley, told her to "Stop!", and grabbed her hand. Three other members of the Turkish security detail, Lutfu Kutluca, Tugay Erkan, and an unidentified male who also broke away from one of the motorcades, joined Ms. Kayasan a few seconds later and surrounded Ms. Macauley in the presence of MPD officers. The unidentified member of the Turkish security detail grabbed Ms. Macauley's sign, crumpled it up, and carried it away as she yelled at him for taking her property. Ms. Kayasan then put her hand over Ms. Macauley's mouth in an attempt to silence her as Ms. Macauley yelled, "we are not in Turkey."

Mr. Kutluca and Mr. Erkan continued to manhandle Ms. Macauley as she tried to break away from their grip and as an MPD officer intervened to help Ms. Macauley. Other officers helped to free Ms. Macauley from Mr. Katluca, Mr. Erkan, and Ms. Kayasan. The Turkish security officers were herded back towards the Turkish motorcade, located in the 2500 Block of Massachusetts Ave. NW, by USSS agents and MPD officers. The Turkish security officers were briefly detained by USSS agents but were eventually released and attempted to rejoin the Foreign Minister's motorcade.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

~~ASSISTANT~~ UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050

Revision Date: 11-29-06                    Page 15 of 17

**PUBLIC REDACTED COPY**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          **USW NO.:**

| DEFENDANT'S NAME:<br>Eyup Yildirim | | | | NICKNAME: | | ALIASES: | | CCN:<br>17-082-145 | PDID / FBI:<br>None |
|---|---|---|---|---|---|---|---|---|---|
| SEX:<br>M | RACE:<br>W | DOB:<br>02/01/1967 | HGT:<br>Unk. | WGT:<br>Unk. | EYES:<br>Unk. | HAIR:<br>N/A | COMPL: | SCARS, MARKS, TATOOS | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER:<br>(732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS:<br>Unknown | TELEPHONE NUMBER:<br>Unknown |
| COMPLAINANT'S NAME:<br>On File | TELEPHONE NUMBER: |
| LOCATION OF OFFENSE:<br>Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017    TIME OF OFFENSE: 4:13 p.m. |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
|---|---|---|---|
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

### Events Outside Turkish Embassy

On May 16, 2017, shortly after the incident involving Ms. Macauley, a Diplomatic Security Service special agent supporting the Turkish Foreign Minister Protective Detail reported that a member of the FM's Turkish security team struck him at the DSS FM limousine while he attempted to sort U.S. Government property from the FM's personal property. The incident happened near the Turkish Embassy on Massachusetts Avenue N.W. The DSS SA indicated that the Turkish security agent involved in the incident was agitated due to his expulsion from the DSS FM motorcade for failing to follow DSS security protocols. The DSS SA informed U.S. law enforcement personnel on the scene that he did not want to press charges. Consequently, in the attempt to contact the Turkish security official regarding the incident, the Turkish security official became combative and failed to comply with federal law enforcement officer commands. The aforementioned Turkish security official, along with a second Turkish security official, who also became combative with other U.S. law enforcement personnel, were subsequently restrained and detained for officer safety. Several U.S. law enforcement personnel suffered minor injuries as a result of the combative nature of the Turkish security officials. The Turkish security officials were released and departed the country with the Turkish delegation.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS_____

_____DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

Form CD(17)-1050          Revision Date: 11-29-06          Page 16 of 17

# Superior Court of the District of Columbia **PUBLIC REDACTED COPY**

## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

**USW NO.:**

| DEFENDANT'S NAME: Eyup Yildirim | | | | | NICKNAME: | | ALIASES: | | CCN: 17-082-145 | PDID / FBI: None |
|---|---|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: W | DOB: 02/01/1967 | HGT: Unk. | WGT: Unk. | EYES: Unk. | HAIR: N/A | COMPL: | SCARS, MARKS, TATOOS | | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: (732) 408-1468 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

| COMPLAINANT'S NAME: On File | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: Sheridan Circle N.W. | DATE OF OFFENSE: May 16, 2017 | TIME OF OFFENSE: 4:13 p.m. |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | __ 90 = Diabetic |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | __ 60 = Allergies |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | __ 20 = Known to abuse drugs |

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

## III.   Conclusion

Based on the foregoing, I respectfully submit that there is probable cause to believe that Eyup Yildirim has committed the offenses of Aggravated Assault, in violation of 22 D.C. Code § 404.01; Assault with Significant Bodily Injury, in violation of 22 D.C. Code § 404(a)(2); and Assault, in violation of 22 D.C. Code § 404. These crimes were committed based on the actual or perceived race or ethnicity of the complainants, in violation of 22 D.C. Code §§ 3701, 3703.

**AFFIANT'S SIGNATURE:**

X_____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

**Eyup Yildirim**

Charge With: **Aggravated Assault**

_____
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS _____

_____ DAY OF _____ 20 _____

(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | )   Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |
| | ) |

## <u>DECLARATION OF STEPHEN ARTHUR</u>

Stephen Arthur, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.      I am a citizen of the United States and a resident of Maryland.  I work for a U.S. government contractor.

3.      On May 16, 2017, I went to Washington, D.C. to express my opposition to the Turkish regime's treatment of its own people, particularly the Kurds, and to protest Turkey's policies in Syria and Iraq.

4.      I went first to Lafayette Square, near the White House, to protest in connection with a meeting that I understood was scheduled for Turkish President Recep Tayyip Erdogan and President Trump.

5.      I heard that, after this meeting, President Erdogan was going from the White House to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle.  With others, I went to Sheridan Circle to continue protesting.

6.       Upon arriving, I walked to the sidewalk that was adjacent to Sheridan Circle, across the street from the CMR.  There were a few other protestors on that sidewalk.

7.       In the street in front of and on the sidewalk next to the CMR, I saw individuals wearing matching or similar khaki uniforms and others in dark suits.  Based on their appearance, I assumed those people were Turkish security agents, and I will refer to them in this declaration as "agents" or "Turkish agents."   I saw other people with the agents who were wearing civilian clothing.

8.       Shortly after I arrived in Sheridan Circle, I saw people from the group of agents and accompanying civilians approach some of the protestors in an aggressive manner.  I walked to that area, worried for the welfare of my fellow protestors, many of whom were my friends.

9.       Within seconds, the Turkish agents and civilians with them began hitting protestors. I stepped into the street briefly in the hope of protecting other protestors.  I did not make physical contact with anyone and nobody struck me, but the actions of the agents and the accompanying civilians were frightening and I worried that I would be hit.  A few moments of this episode are depicted accurately on the video marked SC02 (at .17-1:10), which shows me to the right of the screen with a beard and glasses, wearing a red t-shirt (*id.* at .44 and .53).

10.       The police then separated the groups.  I went with my fellow protestors back to the sidewalk that was adjacent to Sheridan Circle, across the street from the CMR.

11.       For a number of minutes, I stood on that sidewalk with the other protestors.  I wrapped myself in a red, yellow and green flag.  These colors are associated historically with the Kurdish communities in Turkey and Syria.  During this time, I saw the Turkish agents and seemingly allied civilians standing on the sidewalk next to the CMR and also in the street in front of the CMR.  There were police officers in close proximity to and facing that group.  Repeatedly,

I saw police restrain members of that group from coming across the street to where I was with the other protestors.  The videos labelled SC05 (.01-1:01), SC06, SC08 (.00-.22), SC09 (.01-7:15), and SC12 (.01-7:09) are accurate representations of some of this activity.

12.     After a number of minutes – and without warning – a large group of Turkish agents and others pushed past the police and sprinted together directly at me and the other protestors.  These individuals were screaming at us.  The videos labelled SC02 (2:36-2:54), SC08 (.23-.32), SC09 (7:16-7:30), and SC12 (7:10-7:20) are accurate representations of some of this activity.  It was clear to me that the Turkish agents and the others charging with them wanted to assault us physically.  I was immediately frightened for my physical safety and that of the other protestors.

13.     Given the number of attackers running toward us, I had no choice but to flee from that area.  I ran away from the attackers, toward a statue at the far side of Sheridan Circle.  As I ran, I put my hands near my head to try to protect myself from the assault I feared would come.

14.     Despite my running away, several Turkish agents were able to grab me.  They punched me in the head and body and kicked me in the leg, even as a police officer tried to protect me.  In fact, even as I was running out of Sheridan Circle, an agent kicked me.  I saw that at least some of the agents were carrying guns.  This experience was very painful physically and terrifying emotionally.  The following videos, which have not been edited to my knowledge, are accurate representations of some of this activity: SC02 at 2:37-2:53 (I am toward the right of the screen, wearing a red t-shirt and holding a flag); SC08 at .28-.33 (I am toward the right of the screen); SC10 at .34-.39 (I am toward the far side of the group shown); Exhibit A to the Declaration of Mehmet Tankan (I am being kicked in the very first image of the video).

15.    I saw Turkish agents threaten and attack other protestors, including Murat Yasa and Lucy Usoyan, who were my friends.  Agents knocked them down and kicked them while they were on the ground.  I also saw agents hit Elif Genc and kick her after she fell; I did not know Ms. Genc at the time, but came to know her after.  I do not believe that the agents were trying to assess whether my fellow protestors and I were a security threat.  They did not try to search me or questions me; they just punched and kicked me.  I did not see them try to search or question any of my fellow protestors either.

16.    When the attack was over, I returned to the area near the sidewalk to try to help others who were injured.  I walked with other protesters to the hospital to help them receive treatment.

17.    As a result of these events, I suffered injuries, including to my head, leg, and arm, which caused pain and suffering.  Also, I have suffered emotional distress, which has manifested itself in symptoms, including cluster headaches.

18.    In addition to the videos referenced above, I have reviewed the videos submitted as Plaintiffs' Exhibits 34, 37, 38, 39, 40, 41 ,42, 51, 53, 58, 64, 66, 67, 68, and 69. Each of these videos appears to depict the events that occurred at Sheridan Circle on May 16, 2017.


Dated: September 29, 2023


STEPHEN ARTHUR

# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | ) |
| | ) |
| Defendants. | ) |

Civil Action No.: 1:18-cv-1117-CKK

### **DECLARATION OF HEEWA ARYA**

Heewa Arya, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.      I am a citizen of the United States and a resident of Virginia, although I presently live abroad.  I am of Kurdish heritage.  I am married.  I lived in Turkey and learned to speak Turkish there.

3.      On May 16, 2017, I was in Washington D.C. with my then-seven-year-old daughter (referred to in this litigation as "C.A.") to express my opposition to Turkey's mistreatment of the Kurdish people.

4.      Initially, we went to Lafayette Square, because Turkish President Recep Tayyip Erdogan was said to be meeting with President Trump nearby at the White House.

5.      In Lafayette Square, I heard that President Erdogan would be going next to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle.  I went to Sheridan Circle with C.A. and others to continue protesting.

6.    When we arrived, I saw a few protestors on the sidewalk that was next to Sheridan Circle, across the street from the CMR.

7.    I also saw individuals wearing matching or similar khaki uniforms and others with dark suits in the street and on the sidewalk next to the CMR.  Based on their appearance, I assumed those people were Turkish security agents, and I will refer to them in this declaration as "agents" or "Turkish agents."  There also were people in civilian clothes with the agents.

8.    I heard people from the group of agents and allied civilians yelling loudly, in English and Turkish, including, "fuck you, Kurds," "Armenian bastards," and "die, fucking Kurds." There were both agents and civilians were yelling.

9.    I was carrying my daughter on my shoulders, when a Turkish agent knocked down a woman I knew, who is referred to as Jane Doe II in this case.  We also saw agents and civilians punching and kicking other protestors.  I moved away from this violence, but it was very frightening for C.A.  She began to shake with fear and said, "Dad, let's go, please!"

10.    Quickly, the police separated the groups.  I yelled at the Turkish agents, "this is America, not Turkey."

11.    At the direction of police, the protestors went to the sidewalk that was next to Sheridan Circle, across the street from the CMR.  I left C.A. in the care of Jane Doe III, a friend of mine, near some trees at a distance from the area where the protestors stood.  I then joined the protestors.

12.    For approximately ten minutes, I was on the sidewalk.  I wore a flag that was red, yellow and green, colors that are associated historically with the Kurdish people.  I saw Turkish agents and seemingly allied civilians on the sidewalk next to the CMR and in the street in front of the CMR.  Police officers facing them repeatedly had to keep them from coming toward us.

13.     Then, all of a sudden, a large group of Turkish agents and others pushed past the police together and ran directly at me and the other protestors.  These individuals were screaming at us.  I could only think about my daughter's safety.  I was terrified for her.

14.     Once I fully grasped what was happening, I worried I would be attacked, so I moved toward a statue on the opposite side of Sheridan Circle to try to escape, but a Turkish agent caught me and hit me in the face.  I continued to move away from the main area of the attack, going to the side of Sheridan Circle, where I hoped to find my daughter.  There, a civilian knocked me to the ground.  Then, even as a police officer came to my side to protect me, a Turkish agent kicked me and grabbed me.  As I was on the ground, agents kicked me repeatedly.  These were heavy blows and painful.  I thought I was going to die and I tried to protect my head.  I saw that many agents carried guns.  Eventually, I was able to get to my feet.  I saw agents and civilians punch and kick Jane Doe II as she was on the ground near me.  The attackers were yelling at her in Turkish, "bitch," "die fucking bitch," and "fucking Kurd."  Even after police pushed the attackers back and were standing near us, agents continued to try to approach Jane Doe II and me.  Based on their actions, it was clear they wanted to attack us again.  The police were able to push them back once more.

15.     The following videos, which have not been edited to my knowledge, are accurate representations of a portion of these events: SC02 at 2:50-2:58 (I am toward the upper left in the frame, with a blue button down shirt and long hair); SC09 at 7:49-7:54 (I am kneeling next to a helmeted police officer when kicked by an agent); Exhibit A hereto (showing me next to Jane Doe II, who is wearing a brown sweater and has long, dark hair); Exhibit B hereto at .18-1.12, (showing me toward top center of the frame at the start of the segment and later toward the left).

16.     After she was viciously beaten, Jane Doe II was shaking on the ground and seemed to be having seizure.  I feared that she was going to die.  The video attached hereto as Exhibit C is an accurate representation of these events that has not been edited to my knowledge.

17.     I saw the Turkish agents violently attack my fellow protesters, including Jalal Kheirabadi, Murat Yasa, and Abbas Azizi, all of whom were friends of mine. I do not believe that the agents were trying to assess whether my fellow protestors and I were a security threat. They did not try to search me or questions me; they just beat me. I did not see them try to search or question any of my fellow protestors either.

18.     C.A. told me she saw the second attack as well and worried she was going to be attacked.  Afterwards, she was crying and, again, shaking with fear.  She told me it was the worst day of her life.  Even after the attack concluded, she continued to fear we would be attacked again.  As we left Sheridan Circle, we saw many Erdogan supporters with Turkish flags.  C.A. was terrified and expressed her fear that they were going to try to hurt us.  I have never seen her so scared. It was horrible.

19.     After the assault, I brought my daughter home and then went to the hospital, where I was diagnosed with a concussion.  In addition, I had injuries to my face, chest, shoulders, leg, and neck as a result of the attack.

20.     Since the attack, I have suffered emotional distress, which has manifested itself in symptoms, including, but not limited to, difficulty sleeping and concentrating, irritability, and disinterest in social activities.  Also, I had to take off time from work.

21.     After the attack, C.A. worried every night that the attackers would come to our house.  She would repeatedly check that the doors and windows in our home were locked so that

4

the attackers would not be able to hurt us.  She kept asking why the attackers hated people so much.

Dated: September 29, 2023

_____
HEEWA ARYA

# EXHIBITS A, B, C

**Exhibits A, B, and C are video exhibits that have been provided via thumb drive.**

Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | )  Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |

**DECLARATION OF ABBAS AZIZI**

Abbas Azizi, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.      I am a citizen of the United States and a resident of Virginia.  I am 66-years old.  I am of Kurdish heritage.  I have taught Kurdish professionally and have worked as a contractor-linguist for a U.S. government agency.

3.      On May 16, 2017, I went to Washington, D.C. to express my opposition to Turkey's treatment of the Kurdish people and to Turkey's foreign policy, given that I had heard Turkish President Recep Tayyip Erdogan was in Washington D.C. that day.

4.      I went first to protest at Lafayette Square, near the White House, because I understood that President Erdogan was meeting at the White House with President Trump.

5.      I learned that President Erdogan was going from the White House to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle.   I went to Sheridan Circle, with others, to continue protesting.

6.    When I arrived, there were some protestors on the sidewalk that was next to Sheridan Circle, across the street from the CMR.  I saw people in matching or similar khaki uniforms and others in dark suits on the sidewalk next to the CMR and in the street in front of the CMR.  Based on their appearance, I understood those people were security agents with the government of Turkey, and I will refer to them in this declaration as "agents" or "Turkish agents." I saw other people in civilian clothes standing with the agents.

7.    Agents and civilians in the group across the street were loudly and repeatedly shouting at us and making threatening gestures, such as swiping their hands across their necks. Both agents and civilians were shouting loudly and repeatedly. They were mostly shouting in Turkish, which I do not understand, but I understood they were threatening us because the word for "kill" in Turkish is similar to the word for "kill" in Arabic, which I do speak. Some of my Turkish-speaking fellow protestors told me that the agents and civilians were shouting threats and insults about Kurdish people, such as "we kill the Kurds" and "Kurdistan doesn't exist," and that they were using many bad words. I also heard people in the group of agents and shouting "terrorist" in English.

8.    Soon after I arrived, some of the agents and the civilians with them moved toward the protestors.  They hit Jalal Kheirabadi, a fellow protestor who was a friend of mine.  An agent in a dark suit hit me in the chest and leg.  I raised my hands in an attempt to defend myself, but did not hit anyone.  I was scared I would be attacked further by the agents.  The following video is an accurate representation of some of this activity: SC02 at .26-1:00 (at the start of this segment, I can be seen in a white button-down, long-sleeve shirt and white pants, toward the middle of the frame in the back, being hit by an agent in a black suit (later identified as Subject D) whose gun is visible; I am identified later in this segment as Subject Y).

2

9. The police separated the groups and told the protestors to go to the sidewalk that was next to Sheridan Circle. I went there with the other protestors.

10. On the sidewalk next to the CMR and in the street in front of the CMR, there were Turkish agents and allied civilians. Police officers were lined up, facing that group. A number of times, police restrained people in that group from coming across the street to where I was.

11. After approximately ten minutes, a group of Turkish agents and others ran together past the police and came directly at me and other protestors, screaming at us. I had no doubt that the Turkish agents and the others were going to attack us. It was terrifying.

12. An agent hit my fellow protestor Jalal Kheirabadi who was standing close to me. Mr. Kheirabadi fell to the ground. I tried to help him, but an agent in a black suit jumped in the air and kicked me in the chest, knocking me down. As I lay on the ground, agents kicked me again and again all over my body, neck, head, and face. I tried to get up, but other agents kicked me as well. This was very painful and terrifying. Police came to help and I was able to stand. But, then, a very large agent in a black suit punched me. The following videos are accurate representations of some of this activity: SC02 at 2:37-3:24 (at the start of this segment, I am to the right of Mr. Kheirabadi, who is wearing a blue t-shirt near the middle of the frame), SC02 at 5:45-5:57 (while I am on the ground at the center of the frame, a large agent with sunglasses kicks me, before another punches me, and then Subject O hits me), SC 10 at .35-.45 (same), SC08 at .27-.30 (includes my being kicked in the chest and falling to the ground), and SC09 at 7:27-7:50.

13. During this attack, I saw Turkish agents kicking fellow protestors Murat Yasa and Lucy Usoyan, who were friends of mine. I do not believe that the agents were trying to assess whether my fellow protestors and I were a security threat. They did not try to search me or

questions me; they just beat me. I did not see them try to search or question any of my fellow protestors either.

14.    I was afraid that I was going to be killed during the attack.

15.    When the attack ended, my face and shirt were covered in blood.  I was disoriented.  I felt severe chest pain and could not breath easily.  I believed I was having a heart attack.  The following video are accurate representations of me in that condition: SC02 at 3:58-4:14 and SC09 at 7:47-7:50.

16.    After the attack, I went to the hospital, where I had X-rays and spent the night.  I required six stiches on my forehead.  I was diagnosed with a chest wall contusion.  The next day, I had a CT scan and was diagnosed with a concussion and post-concussion syndrome.

17.    Due to the attack, I suffered not only painful injuries to my head and chest, but also cuts and bruises, back pain, knee pain, ear pain, memory loss, higher blood pressure, and difficulty walking.

18.    Since the attack, I have suffered emotional distress, which has manifested itself in symptoms, including, but not limited to, headaches, difficulty sleeping and concentrating, depression, and anxiety.  Also, my ability to work has been impaired.  I became scared of the Turkish government and was afraid Turkish agents would try to kill me or hurt me.  I tried to sell my house so I could change my address. I put it on the market in 2017, 2018, 2019, and 2020, but I was unable to sell it.

Dated: September 29, 2023

_____
ABBAS AZIZI

Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | ) Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |

### **DECLARATION OF CEREN BORAZAN**

I, Ceren Borazan, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.    I am a lawful permanent resident of the United States and a resident of Connecticut.  I am married.

3.    I am of Kurdish heritage.  I grew up in Turkey and speak fluent Turkish.

4.    On May 16, 2017, I went to Washington, D.C. to protest against the Turkish government's persecution of Kurdish people.

5.    I first went to Lafayette Square, because I understood that Turkish President Recep Tayyip Erdogan was to meet with President Trump at the White House, which is close to Lafayette Square.

6.    After that protest, I heard that President Erdogan was going to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle.  With others, I went to Sheridan Circle to continue protesting.

7.      When I arrived, there were people wearing matching or similar khaki uniforms and others in dark suits on the sidewalk next to the CMR and in the street in front of the CMR. Due to their appearance, I assumed that those people were Turkish security agents, and I will refer to them in this declaration as "agents" or "Turkish agents." I also saw people in civilian clothing with the agents.

8.      Across the street from the CMR, on the sidewalk next to Sheridan Circle, there were a few protestors. I joined them.

9.      Soon after, some agents and some of the civilians with them aggressively approached the protestors. Certain agents and civilians hit some of the protestors.

10.     I saw Kasim Kurd, a fellow protestor whom I knew, get hit in the face.

11.     Police officers separated the groups quickly and directed the protestors back to the sidewalk that was next to Sheridan Circle, across the street from the CMR.

12.     For some time, I was on that sidewalk with fellow protestors. I saw Turkish agents and seemingly allied civilians on the sidewalk next to the CMR and also in the street in front of the CMR. There were police officers facing that group. Officers repeatedly had to restrain members of that group from coming toward us.

13.     Then, all of a sudden, a large group of Turkish agents and others shoved the police out of the way and ran directly at me and the other protestors, yelling at us. I realized that the agents and the others charging with them wanted to attack us and I was terrified.

14.     I tried to flee by running into Sheridan Circle, away from the CMR. As I ran, I heard a voice behind me yelling in Turkish, "Bitch, come here," and asking, "Where are you running?" The following videos, which have not been edited to my knowledge, are accurate representations of portions of this activity: SC02 at 2:36-2:46 (I am wearing a white shirt and

2

black pants, and have a handbag, standing in front of a banner at the center of the frame before moving to the left and away from the attack), and Exhibit B to the Declaration of Heewa Arya.

15.     I managed to run to a line of cars in the street behind Sheridan Circle.  I saw Ruken Isik, a fellow protestor whom I met later, and her young son.  Exhibit D to the Declaration of Kasim Kurd accurately shows me in the street, to the right of the image.  Ruken and I begged people to let us into their cars, but nobody did.  Without discussion, Ruken and I split up.  I went to the left and Ruken went to the right.

16.     Then, a driver agreed to allow me into his car.  I was about to get in when a Turkish agent grabbed me from behind.  The agent was much bigger and taller than me.  He wrapped one arm tightly around my neck and put me in a chokehold.  With his other hand, he grabbed my wrist and twisted my arm behind my back.  While he was doing this, he threatened me in Turkish, "You're dead, bitch," and "You're going to get more."  He pulled my hair, hit me on the back of the head, threw me to the ground, and kicked me as I lay there.  This experience was incredibly painful physically and also terrifying.  The video labelled SC02 (at 3:41) is an accurate representation of a portion of this activity.

17.     I knew that I had to move quickly to save myself.  I was able to get up and into a car.  As I entered the car, I saw an agent who said in Turkish, "Bitch, get out of the car, you haven't had enough yet."  I was terrified that the agent would open the door and pull me from the car.  I urged the driver to lock the car doors, which he did.

18.     Soon, I saw more police officers in the area.  But, we then approached a large group of people with Turkish flags, whom I wanted to avoid.  Also, the car was moving around Sheridan Circle, back toward the CMR, which I desperately wanted to avoid.  Therefore, I thanked the driver, got out of the car, and crossed the street back into Sheridan Circle.

19.     I felt that I was in shock.  I was crying.  I saw Jane Doe II, who was a friend, lying on the ground.  She appeared to be unconscious.

20.     After the attack, I went to the hospital.  I had neck pain, a broken blood vessel in my eye, and bruises.  I was prescribed pain medication.

21.     Due to the attack, I have experienced emotional distress, which has manifested itself in symptoms, including, but not limited to, difficulty concentrating, nightmares, fear, anger, disinterest in social activities, depression, and hopelessness.  The image of the agent holding me in a chokehold in Sheridan Circle has circulated widely on the internet and, when I have seen the image inadvertently, it has been re-traumatizing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2023

CEREN BORAZAN

Exhibit 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:18-cv-1117-CKK |
| The Republic of Turkey, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JANE DOE I

I, Jane Doe I, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.      I reside in Canada, where I have received asylum, based upon the risk of persecution I would face in Turkey, where I grew up.  I speak Turkish fluently.  I am a college professor.

3.      I was living and studying in the United States on May 16, 2017, when I went to Washington, D.C. to protest the policies and practices of the Turkish government toward the Kurds.

4.      I went initially to Lafayette Square, because I understood that Turkish President Recep Tayyip Erdogan was meeting with President Trump at the White House.  I joined a protest that was underway in Lafayette Square.

5.      As that protest was ending, someone suggested that protestors go to Sheridan Circle, because President Erdogan was planning to go to the Turkish Chief of Mission's Residence ("CMR"), which is located in Sheridan Circle.  With other protestors, I went there.

6.    When we arrived, we went to the sidewalk next to Sheridan Circle, across the street from the CMR.

7.    I saw people wearing dark suits on the sidewalk next to the CMR and in the street in front of the CMR.  I understood those people were Turkish security agents, and I will refer to them in this declaration as "agents" or "Turkish agents."  In addition, people in civilian clothing were standing among the agents.

8.    I observed a physical confrontation between the agents and the civilians with them on the one hand and some protestors on the other.  The confrontation ended fairly quickly, with the police separating the groups and indicating that the protestors should go to the sidewalk that was adjacent to Sheridan Circle, across from the CMR, where I had been standing.

9.    From that sidewalk, I saw Turkish agents and accompanying civilians on the sidewalk next to the CMR and in the street in front of the CMR.  Police faced that group and continually had to restrain members of the group from approaching us.

10.    As I stood on the sidewalk next to Sheridan Circle, I held a white banner that read "Kurds fight ISIS, Turkey fights Kurds."  I had created this banner to recognize that the armed wing of the Kurdish political movement in Syria is a critical fighter against ISIS, in alliance with the United States.  By contrast, based on academic research and reporting by reputable sources, I understand that the Turkish state has provided military equipment, supplies, and intelligence to ISIS, allowed ISIS to freely recruit fighters in Turkish cities, treated wounded ISIS fighters in Turkish hospitals, allowed ISIS fighters to recover from their injuries in state-run Syrian refugee camps in Turkey, and allowed ISIS members to move freely across the border between Syria and Turkey, while ISIS planned and executed attacks against civilians in Turkey as well as against civilians and the Kurdish armed forces and self-defense units in Syria.  Additionally, I

understand that, on many occasions, Turkish fighters have been documented fighting alongside ISIS militants, and ISIS militants have been caught carrying police, military, and even secret-service identity cards issued by the Turkish state.

11.     People in the group of agents and civilians across the street from us threatened and cursed at me and the other protesters.  One yelled in Turkish, "We will kill you, bitch" at me.

12.     All of a sudden, I saw Turkish agents and others running at me and the other protesters.  When I saw this, I was afraid for my safety and that of other protestors.

13.     As the mob reached the protestors and began to assault them, I ducked under a large tree branch.  That seemed to slow down a person who was coming at me.  But, agents got to me nonetheless.  One grabbed me, tearing off my necklace in the process.  I was then punched in the neck and ear and kicked in the leg, all of which caused significant physical pain and made me fear even more for my safety.  The following video is an accurate representation of the start of this activity: SC02 at 2:39-2:47 (I am wrapped in the white banner, just to the left of a tree that is in the center of the screen).

14.     I was able to move away from the agents who had attacked me and went to fellow protestor, Jane Doe II, who was my friend.  She was lying on her back, holding her stomach and obviously hurt.  I stayed next to her while she slipped in and out of consciousness and suffered what appeared to be seizures.  She was convulsing, with her head hitting the ground involuntarily.  I turned her to her side and held her head in my hands to try and prevent her from swallowing her tongue or otherwise suffering more harm.  Turkish agents, including those in khaki uniforms, kept circling us like vultures.  One pulled his jacket open to show me his gun.  Based on all this, I had no doubt they wanted to attack us again.  I was afraid for my safety and that of Jane Doe II.  I tried both to watch out for who was approaching us directly and also to

look behind me, while guarding my head with my hand.  The agents left the area only after being pushed away repeatedly by police.  The following videos, which have not been edited to my knowledge, are accurate representations of some of this activity: Exhibit A to the Declaration of Heewa Arya (showing Jane Doe II in a brown sweater with long, dark hair), and Exhibit C to the Declaration of Heewa Arya.

15.    After police officers were finally able to end the attack in its entirety, I went with Jane Doe II in an ambulance to the hospital.  At the hospital, Jane Doe II continued to have seizures and was in and out of consciousness.

16.    Due to the attack, I suffered injuries, including neck and shoulder pain, swelling to my ear, and bruising.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 19, 2023

_Jane Doe I_
JANE DOE I

4

# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:18-cv-1117-CKK |
| The Republic of Turkey, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## <u>DECLARATION OF JANE DOE II</u>

Jane Doe II, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.      I am a citizen of the United States and reside in New York.  I work as an educator in a college.  I grew up in Turkey and speak Turkish fluently.  I am a Kurd.

3.      On May 16, 2017, I went to Washington, D.C. with some friends to express my opposition to the policies and practices of Turkish President Recep Tayyip Erdogan, including the politically motivated arrests of leading Kurdish political figures in Turkey.

4.      We went first to Lafayette Square, because it had been announced that President Erdogan was to meet with President Trump at the White House, which is close to Lafayette Square. A protest was ongoing when we arrived, which we joined.

5.      As the Lafayette Square demonstration was ending, it was suggested that we go to Sheridan Circle, because we had heard that President Erdogan was planning to travel to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle.  With others, I went there.

6.      As we approached Sheridan Circle, I heard people yelling ethnic slurs at me and my fellow protesters, including "Kurdish sons of bitches," "dogs," and "traitors" in Turkish.  In Turkey, references to dogs or other animals with tails are often made to insult Kurdish people.

7.      I saw that the people yelling were part of a group of individuals wearing similar khaki uniforms or dark suits.  I saw that some of them were armed.  On these bases, I understood those people to be Turkish security agents, and I will refer to them in this declaration as "agents" or "Turkish agents."  In addition, there were individuals in civilian clothing.  This group was on the sidewalk next to the CMR and in the street in front of the CMR.

8.      A moment later, someone pushed me forcefully from behind.  I fell to the ground, landing on my left arm in particular.  I did not see who pushed me, given that I was pushed from behind.  A civilian stood over me in a menacing fashion.  I knew I was in danger and had to get up as quickly as possible.  I tried to do that, but a civilian hit me in the head with a Turkish flag.  Another civilian stood over me also in a menacing fashion and I was scared that I would be hit again.  I tried to push him away.  The video labelled SC02 is an accurate representation of this activity.  *See* SC02 at .16-27 (I am the woman with long, dark hair lying on the ground in the middle of the screen at the outset of this clip).

9.      The police then separated the groups and directed the protestors to the sidewalk that was adjacent to Sheridan Circle, across the street from the CMR.  I went there with my fellow protestors.

10.      I felt disoriented and scared for my safety as result of the attack against me.  My hand began to hurt from being pushed to the ground.  I stood on the sidewalk, holding a yellow, red and green shawl; I intentionally brought this shawl because its colors are culturally associated with the Kurdish people.

11.    Turkish agents and accompanying civilians were on the sidewalk next to the CMR as well as in the street in front of the CMR.  Police officers facing that group repeatedly restrained people in the group from approaching us.

12.    As we stood on the sidewalk, a fellow protestor told me that President Erdogan had arrived at the CMR.

13.    Shortly thereafter, I saw what I perceived as a swirl of darkness, which I now realize was a group of agents and others running at me.  I heard very loud footsteps.  I knew there was danger and feared for the safety of all of us, but I felt like I was in a state of shock.

14.    Within what seemed like a nanosecond, I saw a large man in a black suit next to me.  Immediately, from behind, someone else grabbed my hair, which was very long, and pulled it, yanking my head up.  The person dragged me backwards.  I was able to keep from falling, but it was excruciating and I closed my eyes.  I then heard another set of heavy footsteps coming directly at me.  The person running at me punched me in the temple, a blow that stunned me.  I fell to the ground and saw stars.  I lost consciousness momentarily.  While I was on the ground, people kicked me in the head.  It was painful in a way that I cannot describe adequately.  I believed that my attackers were trying to kill me.  I tried to put my hands around my head for protection as I lay there.  It made me think for a split-second about a Kurdish youth who had been killed in Turkey by security forces who kicked him in the head.  I felt more blows raining down on me, including on my face and arms.  I believe I then slipped in and out of consciousness again.

15.    At one point, I opened my eyes and saw agents standing above me and also around me, looking to hit me more.  I was lying on my back and felt panic to be in that position, essentially incapacitated, while attackers circled me.  I saw a police officer who was a woman, trying to protect me by pushing people away and yelling at people to leave me alone.

16.     I am told there are several videos depicting the activity described in paragraphs 14 and 15 above.  I believe it would be entirely traumatic for me to view those videos.  As such, I have chosen not to view them and instead am relying on my fellow protestors who saw the activity at issue to attest to the accuracy of the videos.

17.     I do not believe that the agents were trying to assess whether my fellow protestors and I were a security threat. They did not try to search me or questions me; they just beat me. I did not see them try to search or question any of my fellow protestors either.

18.     After the attack on me ended, I was still lying on the ground.  A medic told me I had had a seizure.  I tried to get up, but felt dizzy immediately.  I was put into an ambulance and taken to Georgetown University Hospital.  There, I suffered another seizure.

19.     Due to the attack, I have had to receive extensive, long-term medical care, including for multiple herniated discs, bone bruises, and other injuries to my head, back, neck, arm, and shoulder. The doctor told me I had a "frozen shoulder." I could not move my left arm more than 30 degrees in any direction. I required years of intense physical therapy for my injury, which has still not healed, more than six years later.  Even to this day, I have experienced serious pain due to this harm.

20.     For a year after the attack, my injuries almost completely immobilized me. I could not work for a year, I could not take my son to school, I had difficulty bathing, and I even needed my son to help me get dressed. For months I could barely leave my bed. After a year I went back to work part time, although it remained painful and difficult for me to go about basic everyday activities.

21.     Since the attack, I also have experienced emotional distress, which has manifested itself in symptoms, including, but not limited to, headaches, difficulty sleeping, irritability, loss of

essentially incapacitated, while attackers circled me.  I saw a police officer who was a woman, trying to protect me by pushing people away and yelling at people to leave me alone.

16.     I am told there are several videos depicting the activity described in paragraphs 14 and 15 above.  I believe it would be entirely traumatic for me to view those videos.  As such, I have chosen not to view them and instead am relying on my fellow protestors who saw the activity at issue to attest to the accuracy of the videos.

17.     After the attack on me ended, I was still lying on the ground.  A medic told me I had had a seizure.  I tried to get up, but felt dizzy immediately.  I was put into an ambulance and taken to Georgetown University Hospital.  There, I suffered another seizure.

18.     Due to the attack, I have had to receive extensive, long-term medical care, including for four herniated discs, bone bruises, and other injuries to my head, back, neck, arm, and shoulder.  I have experienced serious pain due to this harm.  I have missed time at work, including many unpaid days.

19.     Since the attack, I also have experienced emotional distress, which has manifested itself in symptoms, including, but not limited to, headaches, difficulty sleeping, irritability, loss of interest in social activities, anxiety, stress, and difficulty concentrating.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2023

Jane Doe II
_____
JANE DOE II

Exhibit 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | ) Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |

## DECLARATION OF JANE DOE III

1.      I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.  The Court has permitted me to proceed in this case using a pseudonym, Jane Doe III.

2.      Until May 2017, I lived in Turkey. I speak Turkish fluently.

3.      After the May 16, 2017 attack, I received asylum in the United States, based on the risk of persecution I would face in Turkey.  I am now a legal permanent resident of the United States.

4.      In May, 2017, I was visiting the United States.  On May 16, 2017, I was in Washington, D.C. to express my opposition to the mass arrests of elected mayors and parliamentarians from the People's Democracy Party ("HDP"), the mass arrest of journalists, and the destruction of Kurdish towns, all by the Turkish government.

5.      On that day, I went first to Lafayette Square, near the White House, where a protest against President Erdogan was planned by the Kurdish community.

6.     At one point, it was suggested that the protestors walk to Sheridan Circle, because we had heard that President Erdogan was planning to go to the Turkish Chief of Mission's Residence ("CMR"), which is located there.  With other protestors, I walked to Sheridan Circle.

7.     When I arrived, I saw individuals in matching or similar khaki uniforms and others in dark suits in the street and on the sidewalk in front of the CMR.  Based on their appearance, I understood those people were security agents with the government of Turkey, and I will refer to them in this declaration as "agents" or "Turkish agents."  There also were people in civilian clothing with the agents.

8.     I heard people in the group of agents and civilians yelling in Turkish, "Armenian bitch," which is considered a general ethnic slur and insult in Turkey.  I also heard people in the group of agents and civilians yell in Turkish, "we will kill you." The agents shouted derogatory curses and words about Kurds. Their shouts were loud and repetitive.

9.     I stood somewhat off to the side, near Ruken Isik, a fellow protestor and friend, who was with her young son.  Also with us was Heewa Arya and his daughter, C.A.

10.    All of a sudden, I saw Turkish agents running toward us.  I was petrified. I was afraid that I would be killed and I was afraid for the children with us.

11.    We ran away from the Turkish security agents who were rushing towards us and shouting.

12.    As I was trying to run, I felt a kick in my back.  I believe that a Turkish security agent kicked me, because most of the people running in my direction were agents.  I fell down and was kicked several times in my back and head, again, I believe, by agents.

13.     I do not believe that the agents were trying to assess whether my fellow protestors and I were a security threat. They did not try to search me or question me. I did not see them try to search or question any of my fellow protestors either.

14.     After the attack, I went back to Sheridan Circle to check on people. I saw Jane Doe II, who I had met that day. She was on the ground and did not look fully conscious. Jane Doe I, a friend of mine, was holding her hand. It was very upsetting. Eventually, Jane Doe I and I helped Jane Doe II get in an ambulance.

15.     After the attack, I had trouble keeping my balance and felt lightheaded. I also experienced back pain and headaches that caused vision problems.

16.     As a result of the attack, I have further experienced emotional distress, which has manifested itself in symptoms, including difficulty sleeping, nightmares, depression, and a lack of interest in seeing friends and engaging in my other normal life activities.

17.     I am also afraid for my family in Turkey and worried that they could face retaliation.

Dated: September 29, 2023

J. Doe III

JANE DOE III

Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:18-cv-1117-CKK |
| The Republic of Turkey, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ELIF GENC

I, Elif Genc, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.    I am a Canadian citizen of Kurdish heritage.  I speak Turkish fluently.  Currently, I am pursuing a doctorate.

3.    I traveled to Washington, D.C. on May 16, 2017, to protest the systemic oppression of Kurdish people by the government of Turkey, specifically the ongoing crackdown on pro-Kurdish politicians and the destruction of Kurdish cities in Turkey.

4.    I had heard that there was to be a protest in Lafayette Square in connection with a meeting between Turkish President Recep Tayyip Erdogan and President Trump at the White House.  I went to Lafayette Square and joined that protest.

5.    After that, I walked with a friend to Sheridan Circle, because we understood that President Erdogan was going from the White House to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle.

6.      When we arrived, I joined protestors who were already on the sidewalk that was adjacent to Sheridan Circle, across the street from the CMR.  I held a large sign calling for the release of Selahattin Demirtas, a Kurdish politician who is the co-chair of the People's Democratic Party (referred to in Turkey as "HDP"); Mr. Demirtas has been imprisoned in Turkey since 2016 on political charges.

7.      I saw individuals in matching or similar khaki uniforms and others in dark suits in the street in front of and on the sidewalk next to the CMR.  Based on their appearance, I assumed those people were Turkish security agents, and I will refer to them in this declaration as "agents" or "Turkish agents."  I saw other people with the agents in civilian clothing.

8.      The agents were screaming at the protestors.  Some of them made gestures, indicating that the protestors should come across the street to fight.  One agent said in Turkish, "Come."

9.      Then, without warning, Turkish agents and others in civilian clothes pushed past police officers and ran at us with furious expressions on their faces.  I knew my life was in danger.

10.     I turned to run away, but I was immediately hit by a wave of people and was knocked down.  While I lay on the ground, I felt blows all over my body.  It was very painful. The following videos are accurate representations of some of this activity: SC02 at 2:36-3:02 (at the start of this segment, I am toward the right of the frame, wearing a baseball hat and a long, bright skirt, while holding a "Free Selahattin Demirtas" sign, before being identified later in the segment as Subject AB) and SC08 at .27-.31.

11.     During this attack, someone yelled at me in Turkish, "I will kill you, bitch."  The word used in Turkish connotes not only "bitch," but also "whore."  This phrase would not be

used by a man toward a woman in Turkish unless the man wanted to express extreme hatred. I thought to myself that I had to find a way to escape from the throng of attackers, because I knew I was in great danger.

12.     I heard a police officer telling me to run. I was able to pull myself up by holding onto the officer's leg. I believe the officer saved my life by pushing my attackers away. I felt a jolt of adrenaline and fled down Massachusetts Avenue. The video that is Exhibit A to the Declaration of Mehmet Tankan (at .01-.06) is an accurate representation of my running away from Sheridan Circle, which has not been edited to my knowledge.

13.     When the attack on the other protestors seemed to be over, I returned to Sheridan Circle to retrieve some personal items. I had not realized the extent to which other protestors had been attacked until I saw the scene in Sheridan Circle upon my return. I saw fellow protestor Abbas Azizi covered in blood, although I did not know him at the time. Another protestor's head was bleeding. I wrapped a scarf around his head, and immediately it was soaked in blood. I further saw my friend and fellow protestor Lucy Usoyan lying on the ground. Also, I saw Jane Doe II, who was a friend of mine, on the ground, shaking. Obviously, all of this was traumatizing to witness.

14.     I went to the hospital with other protestors. I had numerous bruises and cuts, including on my arms, legs, and ribs. The skin on my knee was particularly damaged. I felt disoriented and light-headed. Later that evening, after I had left the hospital, I felt dizzy and more light-headed. In fact, I felt similarly to how I had felt previously when I had had a concussion. I also developed a bruise on my arm in the shape of fingers. Over the next several days, I had severe pain in my knee. It was difficult to walk. I continued to feel dizzy as well.

15.    The attack caused me emotional distress, which has manifested itself in symptoms, including nightmares, fearfulness, and difficulty concentrating.  My course work at school also has been negatively affected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 9 , 2023

_Elif Genc_

_____
ELIF GENC

Exhibit 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | ) Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |

## **DECLARATION OF JALAL KHEIRABADI**

I, Jalal Kheirabadi, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.     I am a citizen of the United States and a resident of Virginia.  I have a son and own a small electrical business.  I am of Kurdish heritage.  I have lived in Turkey and speak Turkish fairly well.

3.     On May 16, 2017, I went to Washington, D.C. to express my opposition to military operations of the Turkish government that have caused the deaths of Kurdish people.

4.     I went to Lafayette Square, near the White House, because I had heard Turkish President Recep Tayyip Erdogan was meeting with President Trump at the White House.  I joined a protest in Lafayette Square.

5.     I heard that President Erdogan was going to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle after the White House.  With some other protestors, I went to Sheridan Circle so we could continue protesting.

6.     As I arrived in Sheridan Circle, I saw a group of people in the street and on the sidewalk adjacent to the CMR.  Some individuals in that group were wearing matching or similar khaki uniforms and others were in dark suits.  Based on their appearance, I understood that those individuals were security agents with the government of Turkey, and I will refer to them in this declaration as "agents" or "Turkish agents."  I saw other people with the agents who were wearing civilian clothing.

7.     Within a moment, words were exchanged between the groups.  Defendant Sinan Narin, a civilian who was standing among the agents, threw a punch at me.  He then pushed me, before agents grabbed me.  Defendant Alpeknan Dereci, another civilian, stepped in front of the agents and punched me in the head repeatedly.  As I tried to defend myself and move away, Turkish agents punched and kicked me.  One yelled at me in Turkish, "Motherfucker, we did your mom and your sister in Turkey," referring crudely to sex acts.  The following videos are accurate representations of some of this activity: SC01 at .48 (showing me in a bright blue t-shirt as Narin threw the first punch at me), SC02 at .18-1:00 (at the start of the segment, I can be seen toward the middle of the screen in the back, in the blue t-shirt, being punched by Dereci, who is in a yellow t-shirt).

8.     Police officers separated the groups and asked the protestors to go to the sidewalk that was next to Sheridan Circle, across the street from the CMR.  For approximately ten minutes, I stood on that sidewalk with my fellow protestors.  I held a sign that said "Destroyed Kurdish Cities.  Erdogan is a War Criminal."  The sign included photographs of cities attacked by the Turkish military.

9.     I saw Turkish agents and civilians on the sidewalk next to the CMR and in the street in front of the CMR.  Police officers faced them.  Numerous times police had to restrain

members of that group from coming across the street toward us.  I saw that the agents and the civilians with them were getting increasingly aggressive, including pushing against police officers and yelling at the protestors.

10.     Then, a large group of agents and civilians pushed past the police and, all together, ran straight at the protestors.  One agent sprinted directly at me.  Although I could see that many people were charging at our group, I focused just on the agent who clearly was coming for me.  I was very scared for the safety of us all.

11.     The agent I saw coming straight in my direction grabbed me and began punching me.  I did my best to stay on my feet, because I feared what the attackers would do if I fell.  Despite my efforts, the agent knocked me to the ground.  I was able to get up, but other agents began hitting me.  For a moment, I escaped the main area of the attack, moving further into Sheridan Circle.  But, again, agents grabbed me and punched me, even though a police officer was at my side.  Eventually, police officers were able to pull me away from the attack and to safety.  The following videos are accurate representations of some of this activity: SC02 at 2:36-3:00 (at the start of this segment, I can be seen in front of a tree in the middle of the frame, while at the end of the segment, I can be seen to the left of the frame), SC02 at 5:45-5:56 (I can be seen toward the left of the frame as this segment begins), SC08 at .26-.41 (I am toward the right of the frame at the start of this segment and at the far right, briefly, when the segment ends).

12.     After the attacks, I was taken to the hospital.  I was diagnosed with very high blood pressure, even though my blood pressure otherwise had always been normal.  I had injuries, including full-body pain and bruises on my face and body.  Within a few days, one of my teeth fell out as a result of the attack.

13.    Since the attack, I have experienced emotional distress, which has manifested itself in symptoms, including, but not limited to, reduced appetite, nightmares, difficulty sleeping, fearfulness, severe anxiety (including around unknown people), and headaches.   The symptoms have negatively impacted my professional and personal lives.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May __, 2023

05,22,2023

_____
JALAL KHEIRABADI

Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:18-cv-1117-CKK |
| The Republic of Turkey, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF KASIM KURD

I, Kasim Kurd, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.    I am a citizen of the United States and a resident of New York.  I am married with two children.  I am a small business owner.  I am of Kurdish heritage, but grew up in Turkey and speak Turkish fluently.

3.    On May 16, 2017, I traveled to Washington, D.C. with friends to participate in a peaceful demonstration against the human rights abuses of the regime of Turkish President Recep Tayyip Erdogan.

4.     I first went to Lafayette Square, because I understood President Erdogan was meeting with President Trump nearby, at the White House.  In Lafayette Square, I joined others and protested against President Erdogan's policies.

5.    After it appeared that President Erdogan had left the White House, I heard that he would be going to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle.  With others, I decided to go to Sheridan Circle to continue protesting.

6.      When I arrived there with other protestors, we went to the sidewalk next to Sheridan Circle, across the street from the CMR.  There was a larger group of people in the street and on the sidewalk next to the CMR.  Some individuals in that larger group had matching or similar khaki uniforms and others wore dark suits.  Based on their appearance, I understood that those individuals were security agents with the government of Turkey, and I will refer to them in this declaration as "agents" or "Turkish agents."  I saw other people in the group of Turkish agents who were wearing civilian clothing.

7.      Shortly after I arrived in Sheridan Circle, several agents opened their suit jackets to show they were carrying guns.  One said to me in Turkish that I should go to Turkey so they could beat me.  An agent also said to me in Turkish, "We are already fucking your mothers."

8.      Within moments, the agents and civilians with them began to hit some of the protestors.  Turkish agents, including one who had a gun, pushed me and punched me several times in the head.

9.      The altercation ended when police separated the groups.  I joined my fellow protestors on the sidewalk next to Sheridan Circle.  I called 911 twice to ask for additional police, because I feared that the Turkish agents and their allied civilians would attack the protestors again.  Because of the crowd noise, I could not understand the response, so I left the phone line open, hoping at least the 911 operator could hear what was happening.

10.     There were Turkish agents and civilians standing on the sidewalk next to the CMR and in the street in front of the CMR.  Police officers faced them.  A number of times, police restrained people in that group from coming across the street toward us.  The following videos, which have not been edited to my knowledge, are accurate representations of some of this activity: SC05 at .01-1:01, SC06, SC08 at .01-.22, SC09 at .01-7:15, and SC12 at .01-7:09.

11.    Attached hereto as **Exhibit A** is a true and correct copy of a video I took in Sheridan Circle on May 16, 2017 after the first attack.  I have not edited Exhibit A in any fashion and am not aware of any editing done to Exhibit A by anyone else.  This video is an accurate representation of a portion of the activity that occurred after the first attack.

12.    Attached hereto as **Exhibit B** is a true and correct copy of a video I took in Sheridan Circle on May 16, 2017 after the first attack.  I have not edited Exhibit B in any fashion and am not aware of any editing done to Exhibit B by anyone else.  This video is an accurate representation of a portion of the activity that occurred after the first attack.

13.    The video labelled SC06 shows Turkish agent Ismail Ergunduz (Subject F) extend his arm and move his hand in a downward gesture that is understood in Turkey as indicating "come here."  *See* SC06 at .02 (khaki-wearing agent on right).  Agent Mustafa Sumercan (Subject AM) makes the same gesture numerous times.  *See* SC06 at .06-.12 (middle-right of screen).

14.    In this same video, agent Turgut Akar (Subject AL) wags his finger at protesters in a gesture that is understood in Turkey as a threat, meaning, essentially, "I will get you."  *See* SC06 at .03-.04.

15.    In the same video, agent Ismail Ergunduz (Subject F) makes a gesture to the protesters that is understood in Turkey as meaning "fuck you."  *See* SC06 at .16 (agent on right).

16.    After a number of minutes during which my fellow protestors and I were standing on the sidewalk next to Sheridan Circle, a large group of Turkish agents charged across the street directly at me and the other protestors.  These individuals looked enraged and were yelling at us. The following videos, which have not been edited to my knowledge, are accurate representations of some of this activity: SC02 at 2:36-2:54, SC08 at .23-.32, SC09 at 7:16-7:30, and SC12 at

3

7:10-7:20.  I had no doubt that the Turkish agents and the others running with them toward us planned to attack us.  It was terrifying.

17.     I knew I had no chance of defending myself against this large group of attackers. Therefore, I began to run away from the attackers and toward the other side of Sheridan Circle. Turkish agents chased me, but I was able to escape.

18.     Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of a video I recorded as I was running.  I have not edited Exhibit C in any fashion and am not aware of any editing done to Exhibit C by anyone else.  This video is an accurate representation of a portion of what I saw as I fled.

19.     Exhibit C shows Plaintiff Mehmet Özgen running away from the agents as well. He was running a few steps behind me.  I had met him earlier that day.

20.     I stopped making the recording that is Exhibit C when I had to run even faster to escape the agents who were trying to catch me.

21.     As I was running, I saw Ceren Borazan, a fellow protestor who was a friend, trying to get in a car in the street bordering Sheridan Circle on the opposite side from the CMR. I saw an agent grab her.

22.     Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of a screen shot from Exhibit C (from approximately the .08 mark of the video).  In creating this screen shot, I did not alter the image contained in Exhibit D and am not aware of any editing done to Exhibit D by anyone else.  This screen shot shows Ruken Isik, whom I came to know later, with her child, and Ceren Borazan as both ran from a Turkish agent into the street on the opposite side of Sheridan Circle from the CMR.

23.    Due to being assaulted during the first attack, I suffered injuries to my head and hand.   As a result of my entire experience in Sheridan Circle on May 16, 2017, I have experienced emotional distress, which has manifested itself in symptoms, including, but not limited to, headaches and difficulty sleeping, concentrating, and working, including managing my businesses.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2023

_____
KASIM KURD

# EXHIBITS A, B, C

**Exhibits A, B, and C are video exhibits that have been provided via thumb drive.**

# EXHIBIT D





# Exhibit 19

BİRLEŞİK DEVLETLER COLUMBIA BÖLGESİ
BÖLGE MAHKEMESİNDE

| | |
|---|---|
| Kurd *ve diğerleri,* | ) |
| Davacılar, | ) |
| | ) |
| ve | ) Hukuk Davası No.: 1:18-cv-1117-CKK |
| | ) |
| Türkiye Cumhuriyeti *ve diğerleri,* | ) |
| Davalılar. | ) |
| | ) |

### MEHMET ÖZGEN'İN BEYANI

Ben, Mehmet Özgen 28 U.S.C § 1746 uyarınca aşağıdakileri beyan ederim:

1.      Yukarıda belirtilen konuda davacıyım ve aşağıda açıklanan vakıalar hakkında kişisel bilgim var.

2.      Birleşik Devletler vatandaşıyım ve New Jersey'de ikamet ediyorum. Editörüm.

3.      16 Mayıs 2017 tarihinde Kürt halkının yaşadığı zulme ve Türk hükümetinin akademisyenleri ve gazetecileri tutuklamasına itirazımı ifade etmek için Washington, D.C'deki gösterilere katıldım.

4.      Önce Beyaz Saray yakınındaki Lafayette Meydanında bir protestoya gittim çünkü Türkiye Cumhurbaşkanı Recep Tayyip Erdoğan'ın Beyaz Saray'da Başkan Trump ile bir araya geldiğini öğrenmiştim.

5.      Protestonun bitiminde bir arkadaş Sheridan Meydanındaki Türk Büyükelçilik Konutuna ("CMR") gitmeyi önerdi çünkü Cumhurbaşkanı Erdoğan muhtemelen oraya gidecekti. Birkaç arkadaşla Sheridan Meydanına yürüdüm, diğerleri protestoya devam ediyordu.

6.      Vardığımızda Sheridan Meydanının yanındaki kaldırımda sıra olduk. CMR ile aramızda bir yol vardı. Sokaklarda ve CMR'nin yanındaki kaldırımda birbirine uyumlu veya benzer haki üniformalar giymiş kişiler ve siyah takım elbiseli başkaları gördüm. Görünüşe göre bu insanların

Türk güvenlik görevlileri olduklarını düşündüm ve bu beyanda onlardan "görevliler" veya "Türk görevliler" olarak bahsedeceğim. Görevlilerle birlikte duran sivilleri de gördüm.

7.      Kaldırımda durdum ve bir başka protestocuyla "Kürtler İŞİD'le savaşıyor, Türkiye Kürtlerle savaşıyor" yazılı bir pankart taşıyorduk.

8.      Birkaç dakika sonra bir grup Türk görevlinin benim tarafıma doğru sanki bana ve diğer protestoculara saldıracakmış gibi koştuklarını gördüm. Bağırıyorlardı. Çok korkmuştum.

9.      Görevlilerden biri bacağıma tekme attı, arkaya doğru sendeledim.

10.     Bu güruh tarafından daha fazla saldırıya uğramama ümidiyle CMR'nin karşı tarafında Sheridan Meydanının kenarına doğru koşmaya başladım. En az bir görevli beni takip etti. Fiziksel güvenliğim için oldukça endişelendiysem de daha fazla fiziksel zarar almadan kaçmayı başarabildim. Kasım Kurd'un Beyanına ekli Ek C etiketli video, bu faaliyetin doğru bir temsilidir, ben en başında ekranın solunda güneş gözlüğüyle ve lacivert ceketli olarak görünüyorum.

11.     Birkaç dakika sonra Sheridan Meydanının yanına doğru gittim çünkü arkadaşım Jane Doe II'yi yerde tekmelenirken görmüştüm. Ona yardım etmek istedim ama bir polis memuru beni ondan uzaklaştırdı.

12.     Tekmelendiğim için bacağımda çok ağrılı bir kesik olmuştu.

Yalan yere yemin etmenin cezasını bilerek yukarıdakilerin doğru ve gerçek olduğunu beyan ederim.

Tarih:  10  Mayıs 2023

_____
MEHMET ÖZGEN



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Mehmet Özgen'in Beyan**" is, to the best of my knowledge and belief, a true and accurate translation of the "**Declaration of Mehmet Özgen.**"

_____
Dan McCourt

Sworn to before me this
May 19, 2023



_____
Signature, Notary Public

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | ) Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |

### DECLARATION OF MEHMET ÖZGEN

I, Mehmet Özgen, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.    I am a citizen of the United States and a resident of New Jersey.  I am an editor.

3.    I attended demonstrations in Washington, D.C. on May 16, 2017, to express my opposition to the persecution of Kurdish people and the arrests of academics and journalists by the government of Turkey.

4.    I went first to a protest in Lafayette Square, near the White House, because I understood that Turkish President Recep Tayyip Erdogan was meeting with President Trump at the White House.

5.    At the conclusion of that protest, a friend suggested we go to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle, because President Erdogan was likely to go there.  I walked to Sheridan Circle with a number of friends and others to continue protesting.

6.    When we arrived, we lined up along the sidewalk next to Sheridan Circle.  A road separated us from the CMR.  I saw individuals wearing matching or similar khaki uniforms and

others in dark suits in the street and on the sidewalk next to the CMR.  Given their appearance, I assumed those people were Turkish security agents, and I will refer to them in this declaration as "agents" or "Turkish agents."  I also saw civilians standing with the agents.

7.    I stood on the sidewalk and, with another protestor, held a banner that read, "Kurds fight ISIS, Turkey fights Kurds."

8.    After several minutes, I saw a group of Turkish agents running together in my direction as if to attack me and other protestors.  They were yelling.  I was terrorized.

9.    One of these agents kicked my leg, causing me to stumble backwards.

10.    In the hope of not being attacked further by this mob, I began to run toward the edge of Sheridan Circle on the opposite side from the CMR.  At least one agent chased me. Although I was very worried for my physical safety, I was able to escape without further physical harm.  The video labelled Exhibit C to the Declaration of Kasim Kurd is an accurate representation of part of this activity, showing me in sunglasses and a dark blue jacket to the left of the screen, at the very beginning.

11.    A few moments later, I went toward the side of Sheridan Circle, because I saw my friend Jane Doe II on the ground, being kicked.  I wanted to help her, but a police officer directed me away from her.

12.    Due to being kicked, I suffered a gash to my leg that was very painful.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May __, 2023


_____
MEHMET ÖZGEN

Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | )    Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |

### <u>DECLARATION OF MEHMET TANKAN</u>

I, Mehmet Tankan, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.    I am a lawful permanent resident of the United States and a resident of Connecticut.  I am of Kurdish heritage.  I grew up in Turkey and speak Turkish fluently.  I am married.

3.    On May 16, 2017, I was in Washington, D.C. to protest the Turkish regime's treatment of Kurds and destruction of Kurdish communities.

4.    I went first to Lafayette Square, near the White House, because it had been announced that President Recep Tayyip Erdogan was meeting with President Trump at the White House.  When I arrived in Lafayette Square, I joined people who had already gathered and were protesting.

5.    I understood that President Erdogan was going to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle after the White House.  With others, I decided to go to Sheridan Circle to continue protesting.

6.      In Sheridan Circle, I saw individuals with matching or similar khaki uniforms and others wearing dark suits on the sidewalk next to the CMR and in the street in front of the CMR. Based on their appearance, I understood those people were security agents with the government of Turkey, and I will refer to them in this declaration as "agents" or "Turkish agents." There were other people in civilian clothes with the agents. That group yelled at us in Turkish, "son of a whore," "terrorists" and "traitors."

7.      Just after I got to Sheridan Circle, some of the agents and civilians with them moved toward some of the protestors. I saw my friend and fellow protestor Jane Doe II on the ground with attackers standing over her. I attempted to defend her. I saw agents kicking and hitting other protestors and began to fear for my safety, including because I was aware that Turkish law enforcement personnel attack protestors regularly in Turkey. An agent in khaki came toward me aggressively, and I tried to defend myself. He kicked me.

8.      The police were able to separate the groups quickly and directed the protestors to the sidewalk next to Sheridan Circle, across from the CMR, where we then gathered.

9.      I stood on that sidewalk with my fellow protestors. Across my shoulders, I wore a large, yellow YPG flag. To the best of my understanding, the YPG is a military force in Syria, mainly staffed by Syrians of Kurdish ethnicity, that is a critical ally of the United States in the fight against ISIS. I wore the flag to show my support for Kurds who were battling ISIS. At times, I also held a sign calling for the release of Selahattin Demirtas, a Kurdish politician who is imprisoned in Turkey.

10.     At that time, I saw Turkish agents and some civilians on the sidewalk next to the CMR and in the street in front of the CMR. I saw police officers lined up, facing them. Repeatedly, police had to keep members of that group from moving toward the protestors.

11.     After a few moments of protesting, I saw my friend Ruken Isik pushing her young son in a stroller, coming across Massachusetts Avenue toward the side of Sheridan Circle. I went to greet them and help them cross the street. After they were settled near a tree to the side of Sheridan Circle, I took out my phone to check social media.

12.     I looked up for a moment and was shocked to see agents and others racing in my direction with furious expressions on their faces. They were yelling. It was a terrifying sight. I expected that I would be hurt very badly.

13.     I only had time to put my phone away before agents surrounded me. I saw they were armed. The agents repeatedly kicked my body and punched me, including in the head, face, neck, and back. The blows were very painful. The agents cursed at me in Turkish, "son of a bitch," "traitor," and "terrorist." One said, "Your mother is a whore." I also heard agents threaten me, "We will kill you," and "You will be done." I did everything I could to stay on my feet, because I knew that I would be at even greater risk if I fell. As these agents cursed at me and hit me violently, I thought I would die.

14.     Several police officers tried to protect me, including by putting their bodies between the agents and me. They tried to push my attackers away. Despite this, the agents kept hitting me and tried to pull me away from the police. Ultimately, police officers were able to stop the attack by moving me away from the agents, although I feared the agents would continue to come after me. I believe the officers saved my life. The following videos, which have not been edited to my knowledge, are accurate representations of some of this activity: SC02 at 3:26-3:50 (I am wearing a white shirt and surrounded by agents and police officers), SC12 7:25-7:50, and **Exhibit A** hereto.

15.    Officers took me to the side of Sheridan Circle where I sat for a moment.  When the area was secure, they took me to where my friends Murat Yasa and Lucy Usoyan were sitting.  Murat and Lucy both were bleeding and appeared to be seriously hurt.

16.    I was taken by ambulance to George Washington University Hospital.  I had a concussion, contusions, and dizziness.  I felt serious pain throughout my body, particularly in my back, head, and face.  It was difficult to move or even sit.  Several days later, I returned to the hospital, because of continuing pain, especially in my head.  It took weeks for the pain to ease.

17.    Since the attack, I have suffered emotional distress that has manifested itself in symptoms that include sleeplessness, nightmares, irritability, disinterest in social activities and friends, depression, memory loss, and fearfulness.  These symptoms had a significant negative impact on my ability to run a small business that I owned at the time of the attack.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 11, 2023

MEHMET TANKAN

# EXHIBIT A

**Exhibit A is a video exhibit that has been provided via thumb drive.**

Exhibit 21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) |
| The Republic of Turkey, *et al.,* | ) Civil Action No.: 1:18-cv-1117-CKK |
| | ) |
| Defendants. | ) |

## DECLARATION OF MURAT YASA

Murat Yasa, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a plaintiff in the above-referenced matter and have personal knowledge of the facts stated below.

2.      I am a citizen of the United States and a resident of Virginia.  I am 66-years old and Kurdish-American.  I grew up in Turkey and am a fluent Turkish speaker.  I previously owned a flooring business.

3.      On May 16, 2017, I went to Washington, D.C. to express my opposition to Turkish President Recep Tayyip Erdogan, the Turkish regime's oppression of Kurdish people, and the imprisonment of Kurdish civil society leaders in Turkey.

4.      I first went to protest in Lafayette Square, near the White House, because I understood that President Erdogan was meeting with President Trump at the White House.

5.      I heard that President Erdogan was going to the Turkish Chief of Mission's Residence ("CMR") in Sheridan Circle after he left the White House.  With others, I went to Sheridan Circle to continue protesting.

6.      When I arrived, there were people with matching or similar khaki uniforms and others in dark suits on the sidewalk next to the CMR and in the street in front of the CMR.  Based on their appearance, I understood those people were security agents with the government of Turkey, and I will refer to them in this declaration as "agents" or "Turkish agents."  I saw other people in civilian clothes standing with the agents.  This group began to boo when I got to Sheridan Circle with other protestors.

7.      Police officers directed us to the sidewalk that was next to Sheridan Circle, across the street from the CMR.

8.      Soon after I arrived, some of the agents and civilians with them moved toward the protestors and in fact hit some of the protestors.  I stayed on the sidewalk and was not hit, but I feared for my safety.

9.      Fairly quickly, the police separated the groups and told the protestors to go back to the sidewalk adjacent to Sheridan Circle, where I had been standing.  The protestors all gathered on that sidewalk.

10.      My fellow protestors and I stood on the sidewalk and continued our demonstration.  I had a megaphone and was saying, "Erdogan, terrorist," "Erdogan, stop killing Kurdish Children," "ISIS made in Turkey," and "Kurds fight ISIS, Erdogan attacks Kurds," among other things.

11.      Meanwhile, on the sidewalk next to the CMR and in the street in front of the CMR, I saw Turkish agents and some civilians.  Police officers were lined up, facing that group.  A number of times, police restrained members of that group from coming across the street.

12.     After approximately ten minutes of standing on the sidewalk, I saw a group of Turkish agents and others sprint together past the police and directly at me and other protestors, yelling.  It was clear that the Turkish agents and others were attacking us.  I was terrified.

13.     I saw agents hit my fellow protestors who were standing near me. I do not believe that the agents were trying to assess whether my fellow protestors and I were a security threat. They did not try to search me or questions me; they just beat me.  I did not see them try to search or question any of my fellow protestors either.

14.     From behind, someone hit me and knocked me down onto the sidewalk.  People repeatedly kicked me in the body and head as I lay in a fetal position.  I tried to protect my face with my hands.  It seemed as if the assault on me would never end.  I felt pain all over my body, including in my back, head, hands and legs.  I was shaking with fear and scared that I would die. I thought of my wife and two kids and that I might never see them again – this made my fear even worse.  The following videos are accurate representations of some of this activity: SC02 at 2:36-3:20 (I am in the middle of the screen, wearing an open button down shirt and holding a megaphone, as this segment begins, before being identified as Subject U), SC08 at .26-.32, SC09 at 7:28-7:42.

15.     The people attacking me yelled in Turkish, "we are going to show you the power of the Turks" and "we will find and punish you [Kurds], no matter where you are."  Others yelled, "I will fuck your wife," "I will fuck your sister," and "I will fuck your mother."  These are some of the most extreme and hateful things to say in Turkish.

16.     The assault ended, I believe because police officers pushed the attackers away. Some officers helped me sit up.  Blood covered my face and shirt.  The video labelled SC02 (at

4:17-4.21) is an accurate depiction of me in that condition. The photographs submitted as Plaintiffs' Exhibit 84 and 85 depict me immediately after the attack.

17.     Emergency medical personnel treated me at the scene.  They took me to the hospital.  I had head injuries, a broken tooth, loose teeth, facial cuts and contusions, a hand injury, back pain, and leg pain.  I received stiches for a gash on my nose.  The next day, my head was hurting so badly that I had someone drive me back to the hospital, where I was diagnosed with a concussion.  I have continued to suffer from leg and back pain.  I am still dealing with memory loss and I still have an injury to my nose caused by being kicked.

18.     Since the attack, I have suffered emotional distress that has manifested itself in symptoms, including mental confusion, difficulty sleeping, and memory loss.  These symptoms and others have had a hugely negative affect on my business, which eventually I was forced to close.  I have been diagnosed with post-traumatic stress disorder. To this day, I am still receiving treatment from a neuropsychiatrist because of the head injury I sustained when I was attacked on May 16, 2017.

Dated: September 29, 2023

_____
MURAT YASA

Exhibits 23-24 SEALED

Exhibit 25



Exhibit 26

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on July 17, 2017

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal Nos: 2017 CF3 10331 (Narin) |
| | : | 2017 CF3 11114 (Yildirim) |
| v. | : | GJO (Akar) |
| | : | GJO (Dalkiran) |
| SINAN NARIN, | : | GJO (Erkan, S.) |
| PDID: 723-623 | : | GJO (Erkan, T.) |
| | : | GJO (Karabay) |
| EYUP YILDIRIM, | : | GJO (Kayasan) |
| PDID: 723-944 | : | GJO (Kutluca) |
| | : | GJO (Sumercan) |
| TURGUT AKAR, | : | GJO (Yildirim, G.) |
| DCTN: U17028553 | : | GJO (Ergunduz) |
| | : | GJO (Sarman) |
| ISMAIL DALKIRAN, | : | GJO (Yurteri) |
| DCTN: U17028554 | : | GJO (Ellialti) |
| | : | GJO (Dereci) |
| SERVET ERKAN, | : | GJO (Kose) |
| DCTN: U17028555 | : | GJO (Ayar) |
| | : | GJO (Eren) |
| TUGAY ERKAN, | : | |
| DCTN: U17028556 | : | Violations: |
| | : | 22 D.C. Code, Sections 1805a(a)(1), |
| AHMET KARABAY, | : | 1805a(a)(2), 3701, 3703; |
| DCTN: U17028557 | : | 22 D.C. Code, Sections 402, 3701, 3703; |
| | : | 22 D.C. Code, Sections 402, 3601, 3701, |
| FERIDE KAYASAN, | : | 3703; |
| DCTN: U17028558 | : | 22 D.C. Code, Sections 404.01, 3701, 3703; |
| | : | 22 D.C. Code, Sections 404(a)(2), 3701, |
| LUTFU KUTLUCA, | : | 3703; |
| DCTN: U17028559 | : | 22 D.C. Code, Sections 404, 3701, 3703 |
| | : | (2001 ed.) |
| MUSTAFA MURAT SUMERCAN, | : | |
| DCTN: U17028560 | : | (Conspiracy, Bias-Related (Hate) Crime; |
| | : | Assault with a Dangerous Weapon, Bias- |
| GOKHAN YILDIRIM, | : | Related (Hate) Crime; Assault with a |
| DCTN: U17028561 | : | Dangerous Weapon of a Senior Citizen, Bias- |
| | : | Related (Hate) Crime; Aggravated Assault, |
| ISMAIL ERGUNDUZ, | : | Bias-Related (Hate) Crime; Assault with |
| DCTN: U17028562 | : | Significant Bodily Injury, Bias-Related |
| | : | (Hate) Crime; Assault, Bias-Related (Hate) |
| | : | Crime |

MEHMET SARMAN,                          :
DCTN: U17028563                         :
                                        :
HAMZA YURTERI,                          :
DCTN: U17028564                         :
                                        :
MAHMUT SAMI ELLIALTI,                   :
DCTN: U17028565                         :
                                        :
AHMET CENGIZHAN DERECI,                 :
DCTN: U17028566                         :
                                        :
MUHSIN KOSE,                            :
DCTN: U17028963                         :
                                        :
YUSUF AYAR,                             :
DCTN: U17028964                         :
                                        :
HARRETTIN EREN,                         :
DCTN: U17029021

*The Grand Jury charges:*

FIRST COUNT:

The Conspiracy

On or about May 16, 2017, within the District of Columbia, defendants Turgut Akar, Ismail Dalkiran, Servet Erkan, Tugay Erkan, Ahmet Karabay, Feride Kayasan, Lutfu Kutluca, Mustafa Murat Sumercan, Gokhan Yildirim, Ismail Ergunduz, Mehmet Sarman, Hamza Yurteri, Sinan Narin, Eyup Yildirim, Mahmut Sami Ellialti, Ahmet Cengizhan Dereci, Muhsin Kose, Yusuf Ayar, Harrettin Eren, and other persons whose identities are both known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together to assault with a dangerous weapon with a shod-foot and to assault, in violation of 22 D.C. Code Sections 402, 404.

Objects of the Conspiracy

The principal goals and purposes of this conspiracy were for the members of the conspiracy, including defendants Turgut Akar, Ismail Dalkiran, Servet Erkan, Tugay Erkan, Ahmet Karabay,

Feride Kayasan, Lutfu Kutluca, Mustafa Murat Sumercan, Gokhan Yildirim, Ismail Ergunduz, Mehmet Sarman, Hamza Yurteri, Sinan Narin, Eyup Yildirim, Mahmut Sami Ellialti, Ahmet Cengizhan Dereci, Muhsin Kose, Yusuf Ayar, Harrettin Eren, and other persons whose identities are both known and unknown to the grand jury, to: (1) assault and kick protesters who were assembled in front of the Turkish Chief of Mission Residence (hereinafter "CMR") in Sheridan Circle; and (2) assault American law enforcement officers who attempted to stop the continued assault against the protesters.

<u>Background of the Conspiracy</u>

Defendants Turgut Akar (a Turkish security official wearing a suit and tie), Ismail Dalkiran (a Turkish security official wearing a suit and a tie), Servet Erkan (a Turkish security official wearing a suit and tie), Tugay Erkan (a Turkish security official wearing a suit and tie), Ahmet Karabay (a Turkish security official wearing a suit and tie), Feride Kayasan (a Turkish security official wearing a suit), Lutfu Kutluca (a Turkish security official wearing a suit and tie), Mustafa Murat Sumercan (a Turkish security official wearing a suit and tie), Gokhan Yildirim (a Turkish security official wearing a suit and tie), Ismail Ergunduz (a Turkish security official wearing khaki pants and an olive green military-style jacket), Mehmet Sarman (a Turkish security official wearing khaki pants and an olive green military-style jacket), Hamza Yurteri (a Turkish security official wearing khaki pants and an olive green military-style jacket), Sinan Narin (a U.S. citizen), Eyup Yildirim (a U.S. citizen), Mahmut Sami Ellialti (a Canadian citizen), Ahmet Cengizhan Dereci (a Canadian citizen), Muhsin Kose (a Turkish security official wearing a suit and tie), Yusuf Ayar (a Turkish security official wearing a suit and tie), Harrettin Eren (a Turkish security official wearing khaki pants and an olive green military-style jacket), and other persons whose identities are both known and unknown to the grand jury, were members and associates of a group of political allies—

security personnel and supporters of Turkish President Recip Tayyip Erdoğan—who banded together in the District of Columbia on May 16, 2017. The members and associates of this group were bound together by their aversion towards a group of persons who oppose Mr. Erdoğan, support pro-Kurdish political parties in Turkey and Syria, and are of ethnic Kurdish background from Iran, Iraq, Syria, and Turkey (collectively, the "anti-Erdoğan protesters"). The anti-Erdoğan protesters had assembled earlier in the day outside of the White House near the 1600 block of Pennsylvania Avenue N.W, adjacent to Lafayette Square. The anti-Erdoğan protesters assembled to voice their unfavorable opinion of Mr. Erdoğan and his administration based on Mr. Erdoğan's treatment of Kurdish people in Turkey and Mr. Erdoğan's policies towards Kurds in Iran, Iraq, and Syria. The anti-Erdoğan protesters chose to demonstrate on May 16, 2017, when Mr. Erdoğan would be visiting the White House to meet with U.S. President Donald Trump. In anticipation of the protest, the anti-Erdoğan protesters obtained a valid permit from the U.S. National Park Service on May 4, 2017.

The anti-Erdoğan protesters peacefully demonstrated outside of the White House while Mr. Erdoğan met with President Trump. After Mr. Erdoğan's meeting with President Trump concluded, Mr. Erdoğan traveled to the CMR. The anti-Erdoğan protesters changed their protest venue, deciding to protest across from the CMR within Sheridan Circle, to continue to voice their opposition to the Turkish President. Approximately ten to twenty anti-Erdoğan protesters were gathered in the vicinity of Sheridan Circle prior to Mr. Erdoğan's arrival at the CMR. The anti-Erdoğan protesters were carrying signs and chanting with the use of bullhorns. Some of the signs advocated for the release of Selahattin Demirtaş, the imprisoned Zaza Kurdish leader of the Turkish pro-Kurdish People's Democratic Party, or HDP. Others carried red, yellow, and green (the colors of the Kurdish people which are banned in Turkey) flags and scarves to indicate their support and/or affiliation with the Kurds.

The members and associates of the conspiracy were pro-Erdoğan civilian supporters, Turkish security personnel, and staff members from the Turkish diplomatic delegation. The Turkish security personnel were clad in suits or khaki pants, olive green military-style jackets, and combat boots. The Turkish security personnel wore earpieces and some were armed with firearms. The members and associates of the conspiracy significantly outnumbered the anti-Erdoğan protesters, growing in size as the protest continued. The members and associates of the conspiracy both vocally and physically opposed the presence of the anti-Erdoğan protesters, yelling threats at and attacking the anti-Erdoğan protesters. After a brief confrontation between the groups and continued demonstration by the anti-Erdoğan protesters, during which time law enforcement attempted to create a physical barrier to restrain the members and associates of the conspiracy, the members and associates of the conspiracy rushed the anti-Erdoğan protesters in a nearly simultaneous, coordinated throng. The members and associates of the conspiracy used threats and physical violence—intensely kicking at protesters—to dispel the anti-Erdoğan protesters, attack the anti-Erdoğan protesters, and blatantly ignore American law enforcement commands to cease the violence. The members and associates of the conspiracy attacked the anti-Erdoğan protesters because of their opposition to Mr. Erdoğan, their support of the HDP, their support of ethnic Kurds, and their belief that the protesters were ethnically Kurdish.

<u>Overt Acts</u>

In furtherance of the conspiracy, and in order to effect the objects thereof, defendants Turgut Akar, Ismail Dalkiran, Servet Erkan, Tugay Erkan, Ahmet Karabay, Feride Kayasan, Lutfu Kutluca, Mustafa Murat Sumercan, Gokhan Yildirim, Ismail Ergunduz, Mehmet Sarman, Hamza Yurteri, Sinan Narin, Eyup Yildirim, Mahmut Sami Ellialti, Ahmet Cengizhan Dereci, Muhsin Kose, Yusuf Ayar, Harrettin Eren, and other persons whose identities are both known and unknown to the grand

jury, alone and in various combinations, in the District of Columbia, directly and indirectly, committed overt acts, including, but not limited to the following:

1.     On or about May 16, 2017, Turgut Akar, Ismail Dalkiran, Servet Erkan, Tugay Erkan, Ahmet Karabay, Feride Kayasan, Mustafa Murat Sumercan, Gokhan Yildirim, Ismail Ergunduz, Mehmet Sarman, Hamza Yurteri, Sinan Narin, Eyup Yildirim, Mahmut Sami Ellialti, Ahmet Cengizhan Dereci, Muhsin Kose, Yusuf Ayar, Harrettin Eren, and other persons whose identities are both known and unknown to the grand jury congregated on the Turkish CMR sidewalk before a  Metropolitan Police Department ("MPD") police cordon line near the 1600 block of 23rd Street N.W.

2.     On or about May 16, 2017, at approximately 4:05 p.m., Mehmet Sarman, Mahmut Sami Ellialti, Ismail Ergunduz, Gokhan Yildirim, Hamza Yurteri, Sinan Narin, Eyup Yildirim and other persons whose identities are both known and unknown to the grand jury bypassed the MPD cordon and moved toward the collective group of anti-Erdoğan protesters, who were in the street and on the sidewalk.

3.     On or about May 16, 2017, at approximately 4:05 p.m., Mehmet Sarman pushed and individual with the initials H.K., an anti-Erdoğan protester, to the ground.

4.     On or about May 16, 2017, at approximately 4:05 p.m., a person whose identity is unknown to the grand jury hit H.K. in the face with a flag.

5.     On or about May 16, 2017, at approximately 4:05 p.m., Ismail Ergunduz, Gokhan Yildirim, Hamza Yurteri, and Mehmet Sarman punched and kicked Jalal Kheirabadi, an anti-Erdoğan protester.

6.     On or about May 16, 2017, at approximately 4:05 p.m., Ismail Ergunduz and Ahmet Cengizhan Dereci kicked Mehmet Tankan, an anti-Erdoğan protester.

7.      On or about May 16, 2017, between approximately 4:05 p.m. and 4:13 p.m., Mustafa Murat Sumercan made a throat-slashing motion by moving his hand horizontally across his throat with his palm facing down.

8.      On or about May 16, 2017, between approximately 4:05 p.m. and 4:13 p.m., Mustafa Murat Sumercan angrily motioned at the anti-Erdoğan protesters to come over to the sidewalk in front of the CMR.

9.      On or about May 16, 2017, between approximately 4:06 p.m. and 4:08 p.m., Gokhan Yildirim, Sinan Narin, Turgut Akar, Mustafa Murat Sumarcan, and other persons whose identities are both known and unknown to the grand jury bumped up against MPD officers at the cordon line, as one MPD officer exclaimed, "They have a right to talk" (referring to the anti-Erdoğan protesters).

10.     On or about May 16, 2017, at approximately 4:06 p.m., Gokhan Yildirim told an MPD officer, referring to the protesters, "You need to take them; if you don't, I will."

11.     On or about May 16, 2017, at approximately 4:06 p.m., Sinan Narin began to scream at an MPD officer, yelling that the Turkish security officials protect Mr. Erdoğan.

12.     On or about May 16, 2017, at approximately 4:06 p.m., Sinan Narin yelled, while pointing at Gokhan Yildirim, "Do not touch him."

13.     On or about May 16, 2017, at approximately 4:08 p.m., Eyup Yildirim yelled at an MPD officer and warned the officer of potential violence if the protesters continued their protest.

14.     On or about May 16, 2017, at approximately 4:08 p.m., Eyup Yildirim shouted that the anti-Erdoğan protesters were "dirty bastards."

15.     On or about May 16, 2017, at approximately 4:10 p.m., Gokhan Yildirim informed a Secret Service officer, referring to the protesters, "we are waiting you to take them out, because President [Erdoğan] is coming.  If you don't take, I will take.  Okay?"

16.     On or about May 16, 2017, at approximately 4:11 p.m., Eyup Yildirim shouted at one of the anti-Erdoğan protesters, "shut the fuck up, bitch!"

17.     On or about May 16, 2017, at approximately 4:11 p.m., the pro-Erdoğan supporters began to play music on a loudspeaker.  The music was the "mehter march," which is a Turkish nationalist song.

18.     On or about May 16, 2017, at approximately 4:12 p.m., Sinan Narin approached an MPD officer, exclaiming, "My President is coming and you guys aren't doing anything."

19.     On or about May 16, 2017, between approximately 4:05 p.m. and 4:13 p.m., Muhsin Kose, Yusuf Ayar, Feride Kayasan, Ahmet Karabay, and other persons whose identities are known and unknown to the grand jury communicated with one another via earpieces.

20.     On or about May 16, 2017, at approximately 4:13 p.m., Turgut Akar, Ismail Dalkiran, Servet Erkan, Tugay Erkan, Ahmet Karabay, Feride Kayasan, Mustafa Murat Sumercan, Gokhan Yildirim, Ismail Ergunduz, Mehmet Sarman, Hamza Yurteri, Sinan Narin, Eyup Yildirim, Mahmut Sami Ellialti, Ahmet Cengizhan Dereci, Harrettin Eren, and other persons whose identities are both known and unknown to the grand jury aggressively pushed through the MPD cordon, crossed the street into Sheridan Circle, and commenced a second assault on the anti-Erdoğan protesters.

21.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Servet Erkan, Feride Kayasan, and other persons whose identities are both known and unknown to the grand jury kicked and punched Jalal Kheirabadi.

22.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Feride Kayasan pushed H.K.

23.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Mehmet Sarman, Eyup Yildirim, Sinan Narin, Mahmut Sami Ellialti, and Hamza Yurteri kicked Elif Genc, an anti-Erdoğan protester.

24.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Ahmet Cengizhan Dereci grabbed anti-Erdoğan protester Murat Yasa and threw him to the ground.

25.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Tugay Erkan, Ismail Ergunduz, Ahmet Cengizhan Dereci, Gokhan Yildirim, Eyup Yildirim, and another person whose identity is unknown to the grand jury, kicked Murat Yasa in the head and face.

26.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Eyup Yildirim threatened Murat Yasa, telling Murat Yasa that he was going to make life miserable for the Kurds.

27.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Hamza Yurteri, Mehmet Sarman, Sinan Narin, Eyup Yildirim, Mahmut Sami Ellialti, and other persons whose identities are both known and unknown to the grand jury kicked anti-Erdoğan protester Lusik Usoyan's head and body causing Lusik Usoyan to lose consciousness.

28.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Ismail Dalkiran grabbed anti-Erdoğan protester Ceren Borazan from behind, placed her in a tight chokehold, and threw her on the ground.

29.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Harrettin Eren and another person whose identity is unknown to the grand jury assaulted anti-Erdoğan protester Mahir Ayhan, kicking him in his lower back and face.

30.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Servet Erkan and Mahmut Sami Ellialti kicked anti-Erdoğan protester Abbas Azizi in the chest, back, arms, and head.

31.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Ismail Ergunduz, Turgut Akar, Ahmet Karabay, Mustafa Murat Sumercan, Ahmet Cengizhan Dereci, Harrettin Eren, and another person whose identity is unknown to the grand jury kicked and punched Mehmet Tankan.

32.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury pushed an individual with the initials O.Y., an anti-Erdoğan protester, and C.A., a seven-year child, to the ground and kicked them.

33.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury punched and kicked an anti-Erdoğan protester with the initials S.J.A.

34.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury attacked an anti-Erdoğan protester with the initials Y.A., kicking him in his face and head.

35.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Mustafa Murat Sumercan attacked Heewa Arya, an anti-Erdoğan protester, kicking him as he laid on the ground.

36.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury attacked H.K., grabbing H.K. by its hair, punching it, dragging it to the ground, and causing it to experience multiple seizures.

37.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury punched and kicked an individual with the initials D.D., an anti-Erdoğan protester.

38.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury kicked an individual with the initials M.O., an anti-Erdoğan protester.

39.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury chased and individual with the initials K.K., an anti-Erdoğan protester, who managed to get away without injury.

40.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury chased an individual with the initials P.B., an anti-Erdoğan protester, who managed to get away without injury.

41.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, persons whose identities are both known and unknown to the grand jury chased an anti-Erdoğan protester an individual with the initials R.I. and its four-year old child, P.I., both of whom managed to get away without injury.

42.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Turgut Akar, Ismail Dalkiran, Servet Erkan, Tugay Erkan, Ahmet Karabay, Feride Kayasan, Lutfu Kutluca, Mustafa Murat Sumercan, Gokhan Yildirim, Ismail Ergunduz, Mehmet Sarman, Hamza Yurteri, Harrettin Eren, and other persons whose identities are both known and unknown to the grand jury ignored MPD and United States Secret Service officers' commands to stop the assault against the anti-Erdoğan protesters and return to the sidewalk in front of the CMR.

43.     On or about May 16, 2017, at approximately 4:13 p.m. or soon thereafter, Ismail Ergunduz, Hamza Yurteri, Mehmet Sarman, and other persons whose identities are both known and unknown to the grand jury took the anti-Erdoğan protesters' signs, tore them up, and either threw them on the ground or carried them across the street to the Turkish CMR.

44.    On or about May 16, 2017, at approximately 6:17 p.m. or soon thereafter, Feride Kayasan approached anti-Erdoğan protester Lacey Macauley and grabbed Lacey Macauley's hand as Lacey Macauley continued to peacefully protest.

45.    On or about May 16, 2017, at approximately 6:17 p.m. or soon thereafter, Feride Kayasan, Lutfu Kutluca, Tugay Erkan, and another person whose identity is unknown to the grand jury, surrounded Lacey Macauley.

46.    On or about May 16, 2017, at approximately 6:17 p.m. or soon thereafter, a person whose identity is unknown to the grand jury grabbed Lacey Macauley's anti-Erdoğan sign, crumpled it up, and carried it away.

47.    On or about May 16, 2017, at approximately 6:17 p.m. or soon thereafter, Feride Kayasan placed her hand over Lacey Macauley's mouth in an attempt to silence her. (Conspiracy, in violation of 22 D.C. Code, Sections 1805a(a)(1), 1805a(a)(2) (2001 ed.)).

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of anti-Erdoğan protesters. (Conspiracy, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Sections 1805a(a)(1), 1805a(a)(2), 3701, 3703 (2001 ed.)).

SECOND COUNT:

On or about May 16, 2017, within the District of Columbia, Mehmet Sarman, Hamza Yurteri, Sinan Narin, Eyup Yildirim, and Mahmut Sami Ellialti assaulted Lusik Usoyan with a dangerous weapon, that is, a shod foot.  (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Lusik Usoyan. (Assault with a Dangerous Weapon, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3701, 3703 (2001 ed.)).

THIRD COUNT:

On or about May 16, 2017, within the District of Columbia, Mehmet Sarman, Hamza Yurteri, Sinan Narin, Eyup Yildirim, and Mahmut Sami Ellialti did by any means, knowingly and purposely cause serious bodily injury to Lusik Usoyan.  (Aggravated Assault, in violation of 22 D.C. Code, Section 404.01 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Lusik Usoyan. (Aggravated Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404.01, 3701, 3703 (2001 ed.)).

FOURTH COUNT:

On or about May 16, 2017, within the District of Columbia, Servet Erkan and Mahmut Sami Ellialti assaulted Abbas Azizi, a person sixty years of age or older, with a dangerous weapon, that is, a shod foot.  (Assault with a Dangerous Weapon of a Senior Citizen, in violation of 22 D.C. Code, Section 402, 3601 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Abbas Azizi. (Assault with Dangerous Weapon of a Senior Citizen, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3601, 3701, 3703 (2001 ed.)).

FIFTH COUNT:

On or about May 16, 2017, within the District of Columbia, Servet Erkan and Mahmut Sami Ellialti unlawfully assaulted and threatened Abbas Azizi in a menacing manner and intentionally, knowingly, and recklessly caused significant bodily injury to Abbas Azizi. (Assault with Significant Bodily Injury, in violation of 22 D.C. Code, Section 404(a)(2) (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Abbas Azizi. (Assault with Significant Bodily Injury, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404(a)(2), 3701, 3703 (2001 ed.)).

SIXTH COUNT:

On or about May 16, 2017, within the District of Columbia, Tugay Erkan, Gokhan Yildirim, Ismail Ergunduz, Eyup Yildirim, and Ahmet Cengizhan Dereci assaulted Murat Yasa, a person sixty years of age or older, with a dangerous weapon, that is, a shod foot. (Assault with a Dangerous Weapon of a Senior Citizen, in violation of 22 D.C. Code, Section 402, 3601 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Murat Yasa. (Assault with a Dangerous Weapon of a Senior Citizen, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3601, 3701, 3703 (2001 ed.)).

SEVENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Tugay Erkan, Gokhan Yildirim, Ismail Ergunduz, Eyup Yildirim, and Ahmet Cengizhan Dereci unlawfully assaulted and threatened Murat Yasa, in a menacing manner and intentionally, knowingly, and recklessly caused significant bodily injury to Murat Yasa. (Assault with Significant Bodily Injury, in violation of 22 D.C. Code, Section 404(a)(2) (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Murat Yasa. (Assault with Significant Bodily Injury, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404(a)(2), 3701, 3703 (2001 ed.)).

EIGHTH COUNT:

On or about May 16, 2017, within the District of Columbia, Mustafa Murat Sumercan, assaulted Heewa Arya with a dangerous weapon, that is, a shod foot.  (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Heewa Arya. (Assault with a Dangerous Weapon, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3701, 3703 (2001 ed.)).

NINTH COUNT:

On or about May 16, 2017, within the District of Columbia, Mustafa Murat Sumercan, unlawfully assaulted and threatened Heewa Arya in a menacing manner and intentionally, knowingly, and recklessly caused significant bodily injury to Heewa Arya. (Assault with Significant Bodily Injury, in violation of 22 D.C. Code, Section 404(a)(2) (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Heewa Arya. (Assault with Significant Bodily Injury, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404(a)(2), 3701, 3703 (2001 ed.)).

TENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Turgut Akar, Ahmet Karabay, Mustafa Murat Sumercan, Ismail Ergunduz, Ahmet Cengizhan Dereci, and Harrettin Eren assaulted Mehmet Tankan with a dangerous weapon, that is, a shod foot. (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Mehmet Tankan. (Assault with a Dangerous Weapon, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3701, 3703 (2001 ed.)).

ELEVENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Turgut Akar, Ahmet Karabay, Mustafa Murat Sumercan, Ismail Ergunduz, Ahmet Cengizhan Dereci, and Harrettin Eren unlawfully assaulted and threatened Mehmet Tankan in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Mehmet Tankan. (Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404, 3701, 3703 (2001 ed.)).

TWELFTH COUNT:

On or about May 16, 2017, within the District of Columbia, Ismail Dalkiran assaulted Ceren Borazan with a dangerous weapon, that is, a shod foot.  (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Ceren Borazan. (Assault with a Dangerous Weapon, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3701, 3703 (2001 ed.)).

THIRTEENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Ismail Dalkiran unlawfully assaulted and threatened Ceren Borazan in a menacing manner.  (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Ceren Borazan. (Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404, 3701, 3703 (2001 ed.)).

FOURTEENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Harrettin Eren assaulted Mahir Ayhan with a dangerous weapon, that is, a shod foot.  (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Mahir Ayhan. (Assault with a Dangerous Weapon, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3701, 3703 (2001 ed.)).

FIFTEENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Harrettin Eren unlawfully assaulted and threatened Mahir Ayhan in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Mahir Ayhan. (Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404, 3701, 3703 (2001 ed.)).

SIXTEENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Servet Erkan and Feride Kayasan assaulted Jalal Kheirabadi with a dangerous weapon, that is, a shod foot. (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Jalal Kheirabadi. (Assault with a Dangerous Weapon, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3701, 3703 (2001 ed.)).

SEVENTEENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Servet Erkan and Feride Kayasan assaulted and threatened Jalal Kheirabadi in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Jalal Kheirabadi. (Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404, 3701, 3703 (2001 ed.)).

EIGHTEENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Mehmet Sarman, Hamza Yurteri, Sinan Narin, and Eyup Yildirim assaulted Elif Genc with a dangerous weapon, that is, a shod foot. (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Elif Genc. (Assault with a Dangerous Weapon, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 402, 3701, 3703 (2001 ed.)).

NINETEENTH COUNT:

On or about May 16, 2017, within the District of Columbia, Mehmet Sarman, Hamza Yurteri, Sinan Narin, and Eyup Yildirim unlawfully assaulted and threatened Elif Genc in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of Elif Genc. (Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404, 3701, 3703 (2001 ed.)).

TWENTIETH COUNT:

On or about May 16, 2017, within the District of Columbia, Feride Kayasan unlawfully assaulted and threatened an individual with the initials H.K. in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived ethnicity and political affiliation of an individual with the initials H.K. (Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 404, 3701, 3703 (2001 ed.)).

TWENTY-FIRST COUNT

On or about May 16, 2017, within the District of Columbia, Tugay Erkan, Feride Kayasan, and Lutfu Kutluca unlawfully assaulted and threatened Lacey Macauley in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

*The Grand Jury Further Charges:*

That such criminal act demonstrated the prejudice based on the actual or perceived political affiliation of Lacey Macauley. (Assault, Bias-Related (Hate) Crime, in violation of 22 D.C. Code, Section 1805a, 3701, 3703 (2001 ed.)).

*Channing D. Phillips /d66*

CHANNING D. PHILLIPS
United States Attorney for the District of Columbia

A TRUE BILL

Foreperson

Exhibits 27-29 SEALED

Exhibits 30, 32-33
SEALED

# Exhibit 35

## CCN #17082178 – PUBLIC NARRATIVE

On the listed date time and location, V-1 through V-11 were peacefully protesting and were attacked by S-1, S-2, S-3,S-4. The suspects kicked, punched and stomped all the victims on to the ground and then fled the scene towards an unknown location. The victims described the suspects as Middle Eastern males in their early 30's wearing all dark clothing. All victims were transported to the hospital by DCFEMS Mass Casualty bus. All victims sustained head, leg, arm and back injuries.

## CCN #17082178 – INTERNAL NARRATIVE

Areas were canvassed with negative results. Secret Service will contact the embassy directors for video surveillance.

Second District Watch Commander Cpt. Williams responded to the scene.

Sgt. Connors, Sgt. Firehock, Sgt. Koenig, Detective Kimball also responded to the scene.

Crime Scene Search officer Maslona responded to the scene.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Victor DePeralta (#8558)    06/27/2017 (e-signature) | ALAN HILL (#4020)    06/27/2017 (e-signature) |
| PRINT NAME | PRINT NAME |
| Victor DePeralta (#8558) | ALAN HILL (#4020) |

## APPROVAL HISTORY

Report Submitted by Tabitha Alberti (#7800)

May 16, 2017 22:23

----------------------------------------

Report Completed by Miguel Rodriguezgil (#8134)

May 16, 2017 22:27

----------------------------------------

Report Returned to Draft by Kenneth Downey (#5988)

May 16, 2017 23:31

----------------------------------------

3 more victims added.
Report Submitted by Kenneth Downey (#5988)

May 16, 2017 23:55

----------------------------------------

Report Completed by William Hackerman (#8883)

May 17, 2017 01:48

----------------------------------------

Report Returned to Draft by Victor DePeralta (#8558)

Jun 14, 2017 10:27

----------------------------------------

Arrest created
Report Submitted by Victor DePeralta (#8558)

Jun 14, 2017 10:39

----------------------------------------

Report Completed by RALPH NEAL (#4705)

Jun 14, 2017 11:57

----------------------------------------

Case 1:18-cv-01417-CKK-ZMF   Document 241-14   Filed 09/29/23   Page 159 of 173
USCA Case #20-7017    Document #1872595    Filed: 11/20/2020    Page 207 of 240

LOCATION PROPERTY TYPE    Public

---

**Lonnie Mays (#7251)** added attribute to **DC COURTHOUSE / MOULTRIE COURTHOUSE, 500 INDIANA AVENUE NW, WASHINGTON, DC 20001, UNITED STATES**
May 30, 2017 12:27
LOCATION PROPERTY TYPE    Private

---

**Lonnie Mays (#7251)** removed attribute from **DC COURTHOUSE / MOULTRIE COURTHOUSE, 500 INDIANA AVENUE NW, WASHINGTON, DC 20001, UNITED STATES**
May 30, 2017 12:27
LOCATION PROPERTY TYPE    ~~Public~~

---

**Lonnie Mays (#7251)** removed attribute from **DC COURTHOUSE / MOULTRIE COURTHOUSE, 500 INDIANA AVENUE NW, WASHINGTON, DC 20001, UNITED STATES**
May 30, 2017 12:16
LOCATION PROPERTY TYPE    ~~Private~~

---

**CARLA BRYANT YOUNG (#1415)** changed **Offense: Simple Assault**
May 17, 2017 11:56
UCR CLASSIFICATION    4E - Aggravated Assault - Other Assaults - Simple, Not Aggravated

---

APPROVED by **William Hackerman (#8883)**
May 17, 2017 01:48

---

**Kenneth Downey (#5988)** submitted the report for approval
May 16, 2017 23:55
REASON FOR CHANGE    3 more victims added.

---

**Kenneth Downey (#5988)** changed **Event # 17082178**
May 16, 2017 23:55
EXTERNAL NARRATIVE
~~On the listed date time and location,V-1 through V-8 were peacefully protesting and were attacked byS-1, S-2,~~
~~S-3,S-4. The suspects kicked, punched and stomped all the victims on to the ground and then fled the scene~~
~~towards an unknown location. The victims described the suspects asMiddle Eastern males in their early30's~~
~~wearing all dark clothing.Allvictims were transported to the hospitalby DCFEMS Mass Casualty bus.All victims~~
~~sustained head, leg, arm and back injuries.~~
On the listed date time and location,V-1 through V-11 were peacefully protesting and were attacked byS-1, S-2, S-3,S-4. The suspects kicked, punched and stomped all the victims on to the ground and then fled the scene towards an unknown location. The victims described the suspects asMiddle Eastern males in their early30's wearing all dark clothing.Allvictims were transported to the hospitalby DCFEMS Mass Casualty bus.All victims sustained head, leg, arm and back injuries.

---

**Kenneth Downey (#5988)** changed █████████
May 16, 2017 23:54
MEDICAL TREATMENT RECEIVED    Hospital Released
MEDICAL TRANSPORT TYPE    Unknown
TAKEN TO HOSPITAL BY    own
HOSPITAL OF TREATMENT    GeorgeTown

---

**Kenneth Downey (#5988)** added Injury: Head - Pain to ████████
May 16, 2017 23:54

---

**Kenneth Downey (#5988)** added Injury: None - None to ████████
May 16, 2017 23:54

---

**Kenneth Downey (#5988)** added Injury: None - None to ████████

# Exhibit 37- Exhibit Submitted via Thumb Drive

Exhibit 43

F014
b6
b7c



**From:** (b) (6), (b) (7)(C)
**To:**
**Cc:**
**Subject:** Fwd: (SBU//LES) DS SA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 - 05/17/2017
**Date:** Wednesday, May 17, 2017 5:50:06 AM

(b) (6), (b) nice work yesterday. Below is (b) (6), write up for (b) . Not sure if you already have these from DO channels. I'll also send (b) (6), (b) (7)(C) as they are the most succinct and paint the picture. Talk with you soon.



**From:** DS Command Center <DSCommandCenter@state.gov>
**Date:** May 17, 2017 at 04:29:54 EDT
**To:** (b) (6), (b) (7)(C)



Miller, Bill A <MillerBA2@state.gov>, Schurman, Christian J
<SchurmanCJ2@state.gov>, (b) (6), (b) (7)(C)

**Cc:** (b) (6), (b) (7)(C)

DS Command Center
<DSCommandCenter@state.gov>
**Subject:** (SBU//LES) DS SA (b) Sit-Rep from FD-17-182 Turkish FM Incident 05/16/2017 -
05/17/2017

*ALCON:*

*The DS Command Center is sharing the following information for your situational awareness. Please contact the DS Command Center directly for any follow-up requests for information.*

From: DS PII SA (b) (6), (b) (7)(C)

PII Note: The email is a synopsis of events from SA (b) .

FD-17-182 Turkish FM ((b) Detail)
(b) (7)(E)     : SA (b) (6), (b) (7)(C)

On 5/16/2017, DS PII SA (b) (6), (b) (7)(C) interviewed DS SA (b) (6), (b) (7)(C) in the George Washington Hospital Emergency Room. SA (b) was admitted after receiving injuries sustained from Turkish security officials.

On 5/15/17, SA (b) stated that the Turkish security agents behavior on the tarmac at

JBA was unacceptable. Infighting among the Turkish security agents had to be addressed by DS AIC (b) (6). (b). After initial problems the Turkish security agents calmed down and no further incidents occurred.

On 5/16/17, pro-Erdogan and anti-Erdogan protesters/demonstrators were present outside the White House. Turkish security agents argued with protestors. On several occasions USSS UD separated the groups of protesters. SA (b) reported no significant incidents impacted the (b) Detail.

On 5/16/17, as the (b) Detail approached the Turkish Ambassador's residence an "abort" was called due to protest activity in the area. Reports of Turkish security agents assaulting protesters were received and Turkish security agents could be seen in the crowd fighting with protestors. The motorcade moved off the "X" to regroup. AIC (b) called for a walking move due to protest activity. The (b) Detail escorted the FM to the Ambassador's residence without incident. Turkish security agents in the vicinity were agitated, involved in intermittent scuffles and assaulted protestors. Protestors, Turkish security agents, MPD, local police officers, and USSS UD were all drawn into the chaos while trying to de-escalate the situation. MPD, USSS agents, local police officers and DS agents eventually got the Turkish security agents back in the Ambassador's residence and the crowd calmed. The protestors departed the Ambassador's residence.

The (b) Detail motorcade was integrated with the USSS motorcade move from the Turkish Ambassador's residence to the Turkish Embassy. The Turkish security agents wanted to include Turkish vehicles in the motorcade. USSS denied the request, explaining that the Turkish vehicles were not pre-screened. Turkish security agents were unhappy and belligerent. The Turkish security agents rode in the U.S. motorcade vehicles.

On 5/16/17, SA (b), DS lead driver, had a Turkish security agent and a Turkish protocol officer in his vehicle. As the motorcade approached the Turkish Embassy the DS Advance reported protest activity and violence. The (b) Detail slow rolled. At that point SA (b) noticed a female Turkish security agent attack a protestor, followed by numerous other Turkish security agents attacking protestors. SA (b) said the Turkish security agents seemed to be arriving from the front of the motorcade. The Turkish security agent in his car opened the door and jumped out, while the car was moving, to join the fighting. SA (b) (6). tried to tell the Turkish security agent to stay in the car and shut the door. The Turkish security agent did not listen to SA (b) (6).

The Turkish security agents broke contact with protesters and retreated to the Turkish Embassy MPD, USSS, local police officers, and DS agents arrived in larger numbers to control the crowds and de-escalate the situation. The (b) Detail safely escorted the FM inside the Turkish Embassy.

The Turkish security agent that abandoned SA (b) (6). car was told he would not be allowed back in the motorcade. The Turkish security agent was agitated and angry. AIC (b) also politely informed the Turkish security agent's supervisor (suit and silver tie) of the decision. The Turkish security agents seemed agitated and angry when they departed the area.

SA (b) (6). informed SA (b) and SA (b) (6). (b) that he had been hit by one of the Turkish security agents.

SA (b) and SA (b) (6). (b) moved to identify the Turkish security agent that assaulted SA



. SA (b) (6), (b) contacted AIC (b) to meet about events. SA (b) and SA (b) (6), (b) saw the Turkish security agent (suit and silver tie) in an altercation with a USSS agent and ran to assist. SA (b) (6) stated that his hands were covering/securing his gear while he ran. SA (b) (6) SA (b), (6), (b) and the USSS agent attempted to put handcuffs on "suit and silver tie" Turkish security agent. The Turkish security agent chose to fight and resist arrest. DS and USSS agents told the Turkish security agent to stop resisting and stop fighting. However, he continued to fight until he was finally subdued. SA (b) was injured in the fight.

SA (b) (6), noted that a second fight occurred involving other U. S. law enforcement officers and the Turkish security agent who abandoned SA (b) (6), lead vehicle to fight protesters. SA (b) said he saw the Turkish security guards pistol. SA (b) (6) was unsure if the guard was trying to draw the pistol.

After events calmed down, SA (b) (6), noted that discussions centered on which immunity the Turkish security agents held.

SA (b) was given initial medical care for his injuries by USSS med personnel and directed to seek medical attention for an examination/assessment of his injuries. SA (b) departed via ambulance to GW Hospital.

SA (b) was not aware of the events that occurred after he departed for the hospital. SA (b) (6) departed the scene prior to the (b) Detail.

SA (b) was discharged from the GW Hospital at approximately 12:30 am on 5/17/2017.


**The information contained in this report is provided only for immediate situational awareness. Additional reports may follow, updating and correcting information, if necessary. Please protect accordingly.**

Watch Officer
Diplomatic Security Command Center
Bureau of Diplomatic Security
U.S. Department of State
Open: 571-345-3146//1-866-217-2089
Secure (CMS): (b) (6), (b) (7)(C)
vIPER: (b) (6), (b) (7)(C)

**Official - SBU (Sensitive-Law Enforcement)**
UNCLASSIFIED

Exhibit 44



**United States Department of State**

*Washington, D.C. 20520*

SENSITIVE BUT UNCLASSIFIED                    May 17, 2017

**INFORMATIOIN MEMORANDUM**

TO:            DS - Bill Miller (Acting)

THROUGH:    DSS - Chris Schurman (Acting)

FROM:        DS/TIA - (b) (6), (b) (7)(C)

SUBJECT:  (SBU) Incidents with Turkish Security Personnel during FD-17-182

**EXECUTIVE SUMMARY**

On May 17, 2017, during a security detail in support of Turkish President Recep Tayyip Erdoğan and Turkish Foreign Minister (FM) Mevlut Çavuşoğlu, Turkish security agents assaulted protestors/demonstrators, and U.S. law enforcement personnel. Multiple injuries were reported and sustained, to include two Diplomatic Security (DS) Special Agents (SA), six U.S. Secret Service (USSS) officers and agents and one Metropolitan Police Department (MPD) officer. At least three separate disturbances occurred where multiple Turkish security personnel used undue force against protestors/demonstrators and U.S. law enforcement personnel.

In the first instance, Turkish security personnel confronted and argued with protesters at the White House.

In the second instance, Turkish security personnel physically assaulted protesters and U.S. law enforcement officers at the Turkish Ambassador's residence.

In the third instance, Turkish security personnel were detained after assaulting law enforcement personnel directly across from the Turkish Embassy. While this was occurring, Turkish security personnel continued to confront and assault protestors. Also, one of the Turkish security agents assaulted DS and USSS agents during an altercation to try to retrieve the Turkish FM's personal belongings from the trunk of the limousine. USSS and DS personnel handcuffed and subdued this individual due to his assault on a federal agent, and temporarily seized his weapon.

The Turkish Ambassador, told a DS Detail agent "he wanted the names of all Turkish personnel involved and he would PNG them from the United States." The

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

2

Ambassador adamantly, yet diplomatically and professionally, requested that the two Turkish security personnel in custody be released to him.

Prior to departure, DS/PL received definitive DS/L guidance to release the two security personnel into the custody of the Ambassador and return the confiscated weapon upon departure at Andrews Air Force Base.

**Prior Incidents with Turkish Security Detail**

Turkish facilities and diplomatic delegations are targeted by protestors throughout the United States, consistent with the high rating for protests and harassment by DS/TIA/ITA. Although emotions at these protests are typically high on both sides, most demonstrations take place without arrests or incidents to report. However, incidents have occurred and noted to have been instigated by Turkish security. Results have ranged from verbal to physical altercations with protestors, journalists, and U.S. security personnel.

- On 09/23/2011 at the United Nations in New York. Two members of the DS protective detail in support of Palestinian President Mahmoud Abbas were assaulted by members of the Turkish Foreign Minister Security personnel. Details: Turkish FM attempted to greet President Abbas, and Turkish security personnel assaulted the DS agents providing security for the President. One DS agent was thrown against a wall by Turkish security, and one DS agent was assaulted while attempting to stop Turkish security from harming the first DS agent. (Source: Email from Witness)

- On 03/31/2016 in Washington D.C., media outlets report that President Erdogan's security team tried to remove journalists and protestors from events, which escalated. Social media captured Turkish security personnel being held back from assaulting protesters by the cops, Brookings employees, and USSS.
    - http://www.dailymail.co.uk/news/article-3520407/This-America-Astonishing-moment-secret-service-agent-scolds-Turkish-president-s-bodyguard-clashed-journalists-Washington.html
    - https://www.wsj.com/articles/turkish-presidents-entourage-protesters-clash-outside-washington-think-tank-1459460188
    - https://twitter.com/paulmcleary/status/715594437011906561



SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

3

**Attachments**

1- Photographs of the Turkish security officers identified by DS agents who attempted to and/or punched MPD officers at the Turkish Embassy.
2- Incidents Map
3- DS/TIA/ITA/WHA Assessment
4- DS/TIA/PII PITR
5- Social Media Coverage
6- USPP May 2017 Registered Protests
7- DS SA Incident Statements



SENSITIVE BUT UNCLASSIFIED

Exhibit 46

Case 1:18-cv-01117-CKK-ZMF   Document 244-10   Filed 09/29/23   Page 170 of 173
Case 1:18-cv-01117-CKK   Document 103-10   Filed 09/27/19   Page 6 of 9
USCA Case #20-7017      Document #1872595      Filed: 11/20/2020      Page 177 of 268

**SC09.**
**Dorsey & Whitney LLP**
**July 29, 2019**
**Transcript by TransPerfect**

0:00:16 **MALE 1:**  Come over here!

0:00:25 **MALE 2:**  Sons of bitches! Sons of bitches!

0:00:27 **FEMALE 1:**  [ENGLISH]

0:00:38 **MALE 3:**  [ENGLISH]

0:0:39 **MUSTAFA MURAT SUMERCAN (MEMBER OF TSD/SUBJECT AM):** Tell him, I am going to fuck his mother.  Do not come here.  I am going to fuck your mom.  Do not come here.

[INDISCERNIBLE]

0:00:55: **MALE 5:**  Recep Tayyip Erdogan! Recep Tayyip Erdogan!

0:01:02: **MALE 4:**  I will fuck their mother!

0:01:08: **MALE 6:**  [ENGLISH]

0:01:11: **FEMALE 1:**  [ENGLISH]

0:01:13: **MULTIPLE MALES:** Recep Tayyip Erdogan! Recep Tayyip Erdogan! Recep Tayyip Erdogan! Recep Tayyip Erdogan!

0:01:25: **FEMALE 1:**  [ENGLISH]

[INDISCERNIBLE]

0:01:30: **FEMALE 1:**  [ENGLISH]

0:01:35: **MALE 6:**  [ENGLISH]

0:01:42: **FEMALE 1:**  [ENGLISH]

0:01:45: **NARIN, SINAN:**  [ENGLISH]

[INDISCERNIBLE]

0:02:03: **NARIN, SINAN:**  [ENGLISH]

0:02:10: **MALE 6:**  [ENGLISH]

[INDISCERNIBLE]

0:02:10: **MALE 8:**  [ENGLISH]

[INDISCERNIBLE]

0:02:37: **MUTLU, HALIL:**  You sons of bitches! You sons of bitches! I will fuck your mothers!

1

SC09.
Dorsey & Whitney LLP
July 29, 2019
Transcript by TransPerfect

0:02:42 **TURGUT AKAR (MEMBER OF TSD/SUBJECT AL):** I am going to stick [INDISCERNIBLE] in your ass.  You fucking son of a bitch.  I am going to fuck your mother.

0:02:53: **MUSTAFA MURAT SUMERCAN (MEMBER OF TSD/SUBJECT AM):** You come here! Come here I said! Come here! Come!

0:02:58: **FEMALE 1:** [ENGLISH]

0:03:03: **MALE 3:** [ENGLISH]

0:03:17: **MALE 6:** Zoom the guy in blue t-shirt!

0:03:23: **MULTIPLE MALES AND FEMALES:** ISIS Made in Turkey! ISIS Made in Turkey! ISIS Made in Turkey!

0:03:30: **MALE 6:** [ENGLISH]

0:03:33: **FEMALE 1:** [ENGLISH]

0:03:37: **MALE 6:** [ENGLISH]

0:03:38: **FEMALE 1:** [ENGLISH]

0:03:53: **FEMALE 1:** [ENGLISH]

[INDISCERNIBLE]

0:04:06: **NARIN, SINAN:** [ENGLISH]

0:04:15: **MUTLU, HALIL:** [ENGLISH]

0:04:25: **MALE 11:** [ENGLISH]

0:04:28: **MALE 12:** Shut the fuck up you son of a bitch! Son of a bitch!

[INDISCERNIBLE]

0:04:48: **MALE 13:** You need to take them because the president is coming. If you don't do it, then I will take.

0:04:51: **MALE 14:** Yes, sir. Yes, sir.

0:05:08: **MALE 13:** Everyone line up here!

0:05:11: **NARIN, SINAN:** [ENGLISH]

0:05:17: **FEMALE 1:** [ENGLISH]

0:05:25: **MALE 14:** [ENGLISH]

0:05:33: **FEMALE 1:** [ENGLISH]

Case 1:18-cv-01117-CKK-ZMF   Document 244-10   Filed 09/29/23   Page 172 of 173
Case 1:18-cv-01117-CKK   Document 163-10   Filed 09/29/23   Page 8 of 9
USCA Case #20-7017      Document #1872595         Filed: 11/20/2020      Page 179 of 268

SC09.
**Dorsey & Whitney LLP**
**July 29, 2019**
**Transcript by TransPerfect**

[MUS<u>IC (</u>MEHTER MARCH)]

0:06:10: **NARIN, SINAN:** [ENGLISH]

0:06:11: **FEMALE 1:** [ENGLISH]

0:06:12: **NARIN, SINAN**: [ENGLISH]

0:06:18: **FEMALE 1:** [ENGLISH]

0:06:31: **NARIN, SINAN**: [ENGLISH]

0:06:33: **FEMALE 1:** [ENGLISH]

0:06:45: **MALE 6:** [ENGLISH]

0:06:55: **MUSTAFA MURAT SUMERCAN (MEMBER OF TSD/SUBJECT AM):** Make those fuckers shut up! Shut them up!

0:06:58: **FEMALE 1:** [ENGLISH]

0:07:05: **KAYASAN, FERIDE:** It's okay. Just come back!

0:07:11: **MALE 4:** He is inside, he is inside.

0:07:20: **FEMALE 1:** [ENGLISH]

0:07:25: **MALE 15:** Get back here! Don't go just like that!

0:07:28: **MALE 16:** Where is Cengiz? Cengiz!

0:07:36: **FEMALE 1:** [ENGLISH]

0:08:15: **MALE 4:** Fucking bastards! Let me go! Let me go! Let me go! You son of a bitch!

0:08:23: **FEMALE 1:** [ENGLISH]

0:08:30: **MALE:** Son of a bitch!

0:08:32: **FEMALE 1:** [ENGLISH]

0:09:55: **FEMALE 1:** [ENGLISH]

0:10:03: **FEMALE 1:** [ENGLISH]

0:10:10: **MALE 17:** [ENGLISH]

0:10:11: **FEMALE 1:** [ENGLISH]

0:10:28: **FEMALE 1:** [ENGLISH]

0:10:31: **MALE 18:** [ENGLISH]

0:11:03: **MALE 19:** [ENGLISH]

3

**SC09.**
**Dorsey & Whitney LLP**
**July 29, 2019**
**Transcript by TransPerfect**

0:11:08: **FEMALE 1:** [ENGLISH]

[INDISCERNIBLE]

0:11:21: **MALE 20:** They don't have permit! Why you guys keep protecting them?

0:11:28: **FEMALE 1:** [ENGLISH]

[INDISCERNIBLE]

0:11:34: **FEMALE 1:** [ENGLISH]

0:11:36: **FEMALE 3:** They don't like Turkey!

0:11:38: **MALE 21:** [ENGLISH]

0:11:45: **FEMALE 1:** [ENGLISH]

0:11:47: **FEMALE 3:** [ENGLISH]

0:11:50: **FEMALE 1:** [ENGLISH]

0:11:55: **MALE 22:** [ENGLISH]