IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASIM KURD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 1:18-1117-CKK |
| | ) |
| v. | ) |
| | ) |
| THE REPUBLIC OF TURKEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### MOTION BY DORSEY & WHITNEY LLP FOR LEAVE TO WITHDRAW

Dorsey & Whitney LLP ("Dorsey") hereby moves pursuant to Local Rule 83.6(c) for leave to withdraw as counsel for Plaintiffs because of differences with co-counsel concerning litigation strategy. Efforts to resolve these differences have not been successful and due to these issues, the clients' best interests would be served by Dorsey's withdrawal. In support of this motion, Dorsey states that no trial date has been set or is otherwise imminent and Plaintiffs will continue to be represented by Cohen Milstein Sellers & Toll PLLC, which has been co-counsel to Plaintiffs since the inception of this litigation. Therefore, as a result of Dorsey's withdrawal, there will be no prejudice to Plaintiffs or delay in the proceedings, and nor will Dorsey's withdrawal otherwise not be in the interest of justice.

4875-9692-7878\1

2

Dated:  October 12, 2023    Respectfully submitted,

/s/ Mark S. Sullivan
Mark S. Sullivan*
Joshua Colangelo-Bryan*
**DORSEY & WHITNEY LLP**
51 West 52nd Street
New York, NY 10019
Tell:  (212) 415-9200
sullivan.mark@dorsey.com
colangelo.joshua@dorsey.com

*Attorneys for Plaintiffs*