IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kasim Kurd, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>The Republic of Turkey, *et al.*,<br><br>        Defendants. | Civil Action No. 1:18-cv-1117-CKK |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Ahmet Cengizhan Dereci and Mahmut Sami Ellialti (together, the "Defendants"), by and through counsel, respectfully submit this Notice of Supplemental Authority in connection with their pending Joint Partial Motion to Dismiss Plaintiffs' First Amended Complaint. ECF Nos. 210, 215. Defendants attach to this Notice:

1. *Twitter, Inc. v. Taamneh*, 598 U.S. 471 (2023); and

2. *Ofisi v. BNP Paribas, S.A.*, 77 F.4th 667 (D.C. Cir. 2023).

The attached supplemental authority is relevant to Defendants' argument that Plaintiffs have not stated a claim for aiding and abetting battery. (Dkt. 210 at 18-19; Dkt. 215 at 8-11).

In *Twitter, Inc. v. Taamneh*, 598 U.S. 471, 491-93 (2023) the United States Supreme Court applied principles of common law aiding and abetting liability to hold that civil aiding and abetting liability under the Justice Against Sponsors of Terrorism Act requires that a defendant give "knowing and substantial assistance to the primary tortfeasor" through "consciously and culpably" participating in a wrongful act so as to help make it succeed.

In *Ofisi v. BNP Paribas, S.A.*, 77 F4th 667, 675 (D.C. Cir. 2023), the United States Court of Appeals for the District of Columbia Circuit affirmed the District Court's dismissal of

1

appellants' common law aiding and abetting claim. The D.C. Circuit agreed with the District Court that appellants failed to allege that appellee either was generally aware of its role in or that it knowingly provided substantial assistance to the tortious activity. In so holding, the D.C. Circuit found *Twitter* controlling, notwithstanding the distinct factual circumstances. *Id*. at 674 (noting that *Twitter* guides the Court's decision on common law aiding and abetting, as it uses "*Halberstam* [*v. Welch*, 705 F.2d 472 (D.C. Cir. 1983)], a common law case, as the framework for statutory liability[.']").

Defendants respectfully submit that Plaintiffs' allegations of Defendants' aiding and abetting liability are insufficiently plead to satisfy the knowledge requirement set forth in *Twitter* and *Ofisi*. Because *Ofisi* was issued after Defendants briefed their Joint Partial Motion to Dismiss, it was not possible for Defendants to have addressed the D.C. Circuit's application of *Twitter* to common law claims in the original filing.

| | |
|---|---|
| Dated: Washington, D.C.<br>February 2, 2024 | **VENABLE LLP**<br><br>*/s/ Mark E. Schamel*_____<br>Mark E. Schamel<br>Maxwell H. Weiss<br>600 Massachusetts Ave, NW<br>Washington, DC 20001<br>Tel: (202) 344-4631<br>Fax: (202) 344-8300<br>Email: MESchamel@Venable.com<br>Email: MHWeiss@Venable.com<br><br>*/s/ Xochitl S. Strohbehn*_____<br>Xochitl S. Strohbehn (admitted *pro hac vice*)<br>Anna G. Dimon (admitted *pro hac vice*)<br>151 West 42nd Street, 49th Floor<br>New York, NY 10036<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>Email: XSStrohbehn@Venable.com<br>Email: AGDimon@Venable.com<br><br>*Counsel for Ahmet Cengizhan Dereci*<br><br>*/s/ David Benowitz*_____<br>David Benowitz<br>**Price Benowitz LLP**<br>Email: david@pricebenowitz.com<br>409 Seventh Street, NW, Suite 200<br>Washington, DC 20004<br>Tel: (202) 417-6000<br>Fax: (202) 664-1331<br><br>*Counsel for Mahmut Sami Ellialti* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Xochitl S. Strohbehn*
Xochitl S. Strohbehn
