# EXHIBIT 2

**Jacob D. Bournazian, Esquire**
**1425 4th Street SW #A808**
**Washington DC 20024**

Admitted in
VA, MD, & DC

(202) 554-4978

email: **jbournazian1@comcast.net**

**WRITTEN OBJECTIONS TO DOCUMENT & WITNESS SUBPOENAS**

September 30, 2024

By mail and email to XSStrohbehn@venable.com

Xochitl S. Strohbehn, Esquire
Venable LLP
151 W. 42nd Street 49th floor
New York, NY 10036-8016

   re: US District Court for District of Columbia
   Civil Action 1:18-cv-1117-CKK

Dear Mr. Stohbehn,

I represent Mutlu Civiroglu in the above referenced matter and reviewed the document and witness subpoenas that you requested be issued and served.

GENERAL OBJECTIONS

1) The subpoena did not include a copy of the complaint although it references the complaint attached as Exhibit A.
2) The scope to search seven years of communications and documents from a large undefined class of persons is overly broad and unduly burdensome.
3) The document subpoena seeks information that is privileged and protected from compelled disclosure under DC Code §16-4702 and applied under Federal Rule 501.

We specifically object to the document and witness subpoenas for the following reasons:

4) Mr. Civiroglu is a non-party to this suit and was not present at the Events of May 16, 2017, as defined in these subpoenas. He did not have communications with any of the victims or other persons present at the Events of May 16, 2017.

Letter to Xochitl S. Strohbehn, Esquire
Page 2 - September 30, 2024

5) Complying with this subpoena is unduly burdensome because the journal articles written by Mr. Civiroglu regarding the Events of May 16, 20217 are in the public domain and already accessible by plaintiff.

6) Mr. Civiroglu wrote these articles in the regular course of his business as a journalist. He asserts his First Amendment rights under the U.S. constitution as a journalist to gather and report news to the public regarding the Events of May 16, 2017. The compelled disclosure of information requested in these two subpoenas is prohibited under DC Code §16-4702.

RESPONSES TO DOCUMENT REQUESTS

Request No. 1. All Documents and Communications between You and any Plaintiff Relating To any allegations in the Complaint of the Events of May 16, 2017.

   RESPONSE: NONE

Request No. 2. All Documents and Communications between You and anyone Relating To any allegations in the Complaint of the Events of May 16, 2017.

   RESPONSE: NONE

For the reasons stated in these written objections, I request that you withdraw these two subpoenas. I am available to discuss these concerns and objections to the subpoenas.

Sincerely yours,

*Jacob D Bournazian*

Jacob D. Bournazian

Cc: Mutlu Civiroglu