# EXHIBIT 4

| | |
|---|---|
| **From:** | jbournazian1@comcast.net |
| **To:** | Strohbehn, Xochitl S. |
| **Cc:** | Jara, Ana L.; "Jesse Stein"; "Elizabeth Govea" |
| **Subject:** | Subpoena Civiroglu |
| **Date:** | Tuesday, October 15, 2024 10:41:13 AM |

**Caution: External Email**

Hello Xochitl,

Thank you for the discussion yesterday, It helped me understand more clearly on what you are seeking.  I spoke with Mr. Civiroglu.   He does not have any records from the Whats App chat group.   He routinely deletes Chat text and videos over time because of the size and storage it consumes on his cell phone.  He doesn't have the same cell phone from 2017.  He doesn't have any records from other social media sources  relaint to this case and he doesn't recall what he discussed with anyone in the Whats App chat group back in 2017.  He said he uses social media chat groups as a means for collecting information as a journalist and that he is routinely included in several social media chat groups on a regular basis.

I request that you consider withdrawing these subpoenas.  I don't see how it can help you discover information that relates to your defense or the case. If you would like to proceed with your subpoenas, I will need to file a motion to quash this week.

Sincerely yours,


Jacob Bournazian, Esq

1425 4th Street SW #808

Washington DC 20024

202-554-4978

202-380-6948 c

Jbournazian1@comcast.net