IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-CV-01117-CKK |
| ) | |
| THE REPUBLIC OF TURKEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER GRANTING THE PARTIES' JOINT MOTION TO MODIFY THE PRETRIAL SCHEDULE**

Upon consideration of the Parties' Joint Motion to Modify the Pretrial Schedule, it is on this 13th day of November, 2024, hereby

ORDERED that the Parties' motion be, and the same is, hereby GRANTED; it is further

ORDERED that the Court's Scheduling and Procedures Order [190] is hereby AMENDED as follows: Requests for Production and Interrogatories shall be served by December 16, 2024, except that the Plaintiffs may serve additional nonduplicative Requests for Production within 30 days of when Defendants Ahmet Cengizhan Dereci and Mahmut Sami Ellialit serve their answers and the parties may serve additional interrogatories on any party that has not yet been deposed within 60 days after the conclusion of that party's deposition; Defendants Ahmet Dereci and Ellialit shall complete their outstanding production within 15 days after the latter when Defendant Ahmet Dereci's and Ellialti's motion to dismiss is resolved and Defendants file their answers; depositions of fact witnesses shall be completed 60 days after the latter of Defendant Ahmet Dereci's and Ellialti's motion to dismiss is resolved and Defendants file their Answer; Proponents Rule 26(a)(2)(B) & (C) Disclosures shall be due 90 days after the

latter of when Defendant Ahmet Dereci's and Ellialti's motion to dismiss is resolved and Defendants file their Answer, with Opponents Rule 26(a)(2)(B) & (C) Disclosures due 30 days after the Proponents' Rule 26(a)(2)(B) & (C) Disclosure deadline, and replies, if any, due 21 days after the Opponents' Rule 26(a)(2)(B) & (C) deadline. Expert depositions shall be completed no later than 30 days after the Rule 26(a)(2)(B) & (C) reply deadline. The Parties shall file a Joint Status Report 7 days after the expert deposition deadline.

    It is so ORDERED.

                                                  /s/_____
                                                  The Honorable Colleen Kollar-Kotelly
                                                  United States District Judge