IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>The Republic of Turkey, *et al.*,<br><br>       Defendants. | Civil Action No. 1:18-cv-1117-CKK |

**PLAINTIFFS' MOTION TO REFER THEIR MOTION FOR DEFAULT JUDGMENT AGAINST DEFNEDANT REPUBLIC OF TURKEY [DKT. 241] TO MAGISTRATE JUDGE SHARBAUGH**

Plaintiffs respectfully request pursuant to 28 U.S.C § 636(b) and Local Rule 72.3(a) that the Court refer Plaintiffs' Motion for Default Judgment Against Defendant Republic of Turkey, Dkt. 241, to Magistrate Judge Sharbaugh, to whom the Court has already referred a parallel motion filed in *Usoyan v. Republic of Turkey*, No 1:18-cv-1141-CKK.

Plaintiffs filed this action on May 11, 2018, against the Republic of Turkey ("Turkey") and five civilian defendant for an attack the defendants and their agents perpetrated against Plaintiffs during a peaceful protest in outside the Turkish Ambassador's Residence in Washington, D.C., on May 16, 2017. On May 15, 2018, four additional plaintiffs filed a separate action against the Republic of Turkey arising out of the same May 16, 2017, attack, which was docketed as *Usoyan v. Republic of Turkey*, No 1:18-cv-1141-CKK. Turkey moved to dismiss both complaints on sovereign immunity grounds, and this Court issued identical opinions in each case denying Turkey's motions. *See Kurd v. Republic of Turkey*, 438 F. Supp. 3d 69 (D.D.C. 2020); *Usoyan v. Republic of Turkey*, 438 F. Supp. 3d 1 (D.D.C. 2020). Turkey appealed the Court's rulings in both cases, and the D.C. Circuit ordered the cases consolidated on appeal and

1

then affirmed this Court's rulings. *See* Order, *Usoyan v. Republic of Turkey*, No 20-7017 (D.C. Cir. June 2, 2020); *Usoyan v. Republic of Turkey*, 6 F.4th 31 (D.C. Cir. 2021).

Following remand, Turkey announced that it would no longer participate in either case. *Kurd* Dkt. 165; *Usoyan* Dkt. 114. Plaintiffs in both cases filed affidavits of default (*Kurd* Dkt. 170; *Usoyan* Dkt. 118), and the clerk entered default against Turkey in both cases (*Kurd* Dkt. 173; *Usoyan* Dkt. 120). Pursuant to schedules set by the Court in each case, the *Usoyan* Plaintiffs then filed a motion for default judgment as to Turkey's liability on April 21, 2023, and Plaintiffs in this case filed a motion for default judgment as to Turkey's liability on September 29, 2023. Kurd Dkt. 241; *Usoyan* Dkt. 127.

On December 4, 2024, the Court ordered the *Usoyan* Plaintiffs' motion for default judgment be referred to a magistrate judge to prepare a Report and Recommendations proposing findings of fact and conclusions of law, and the motion was assigned to Magistrate Judge Sharbaugh on January 31, 2025. No action has been taken on the *Kurd* Plaintiffs' motion for default judgment.

Plaintiffs respectfully request that the Court refer their motion for default judgment against Turkey to Magistrate Judge Sharbaugh so that he may consider it alongside their *Usoyan* Plaintiffs' motion. Enabling Magistrate Judge Sharbaugh to consider these motions together would promote judicial efficiency and reduce the risk of conflicting judgments. The motions in both cases significantly overlap both factually and legally. Moreover, joint consideration of the *Kurd* and *Usoyan* motions for default would comport with past practice in this litigation: the Court considered Turkey's motions to dismiss in both cases together, issuing simultaneous and identical opinions, and the D.C. Circuit considered them together on a consolidated appeal.

The Court has the authority to refer the *Kurd* Plaintiffs' motion for default pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 72.3, which both empower the district court judge to designate a magistrate judge to issue proposed findings of fact and recommendations for the disposition of dispositive motions.

Although this motion does not implicate the non-defaulting defendants, Plaintiffs have met and conferred with them out of an abundance of caution, and the non-defaulting defendants have informed Plaintiffs that they oppose Plaintiffs' motion.

Plaintiffs respectfully request the Court grant their motion.

Dated:  February 12, 2025               Respectfully submitted,

                                        By: */s/Agnieszka M. Fryszman*
                                        Agnieszka M. Fryszman
                                        Nicholas J. Jacques
                                        COHEN MILSTEIN SELLERS
                                        & TOLL PLLC
                                        1100 New York Ave NW, Fifth Floor
                                        Washington, DC 20005
                                        Telephone: 202.408.4600
                                        AFryszman@cohenmilstein.com
                                        NJacques@cohenmilstein.com

                                        Michael E. Tigar, DC Bar No. 103762
                                        870 United Nations Plaza, #9C
                                        New York, NY 10017
                                        Tel: (202) 549-4229
                                        metigar@gmail.com