# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASIM KURD, *et al.*,<br>　　Plaintiffs,<br>　　v.<br>REPUBLIC OF TURKEY, *et al.*,<br>　　Defendants. | Civil Action No. 18-1117 (CKK) |

### ORDER
(February 14, 2025)

For the reasons explained in the Court's earlier [328] Memorandum Opinion & Order, it is hereby **ORDERED**, pursuant to 28 U.S.C. § 636(b), Local Rule of Civil Procedure 72.1(b)(1)–(2) and (7), and Local Rule of Civil Procedure 72.3(a), that Plaintiffs' [241] Motion for Default Judgment is directly referred to Magistrate Judge Matthew J. Sharbaugh for a Report and Recommendation. Magistrate Judge Sharbaugh may conduct hearings, including evidentiary hearings, on any matter relevant to the disposition of that Motion.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　／s／ Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge