IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kurd, *et al.,* | ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:18-cv-1117-CKK |
| v. | ) ) ) |
| The Republic of Turkey, *et al.,* | ) ) |
| Defendants. | ) ) ) |

**NOTICE OF UPDATE AS TO SUPPLEMENTAL PRODUCTION**

On behalf of Defendants Ahmet Cengizhan Dereci, Alpkenan Dereci, and Eyup Yildirim (collectively, "Venable Defendants"), undersigned counsel respectfully submits a brief update on the supplemental production the Venable Defendants were ordered to make by February 25, 2025.

In summary, the Venable Defendants have completed their review and production in accordance with the Court's January 22, 2025 and October 25, 2024 orders (together, the "Order"). The total production is 22 responsive, non-privileged documents, which is the result after translating and reviewing the 137 documents in families that hit on the 122 search terms run across the data collected from numerous sources.

The Venable Defendants followed the following process to yield this production: (1) obtained Plaintiffs' search terms; (2) obtained quotes from several vendors with respect to the collection of data from several ESI sources; (3) requested cost sharing from Plaintiffs for expected collection and review-related costs of approximately $12,000; (4) engaged a vendor to collect data from numerous ESI sources including social media accounts and phones; (5) worked extensively with the vendor to ensure the collection and processing was completed in a timely and correct manner; (6) translated, reviewed, and produced the non-privileged documents responsive to

Plaintiffs' requests; and (7) drafted a privilege log for one responsive, privileged document. This process, which yielded 22 responsive documents, cost at least $10,000—an estimated per document cost of at least $455.

We thank you for your time and attention to this matter.

Dated: Washington, D.C.
February 25, 2025

**VENABLE LLP**

/s/ *Xochitl S. Strohbehn*
Xochitl S. Strohbehn (admitted *pro hac vice*)
Anna G. Dimon (admitted *pro hac vice*)
Email: XSStrohbehn@Venable.com
Email: AGDimon@Venable.com
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel: (212) 307-5500
Fax: (212) 307-5598

/s/ *Ana L. Jara*
Ana L. Jara
Mark E. Schamel
Maxwell H. Weiss
600 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 344-4796
Fax: (202)344-8300
Email: ALJara@Venable.com
Email: MESchamel@Venable.com
Email: MHWeiss@Venable.com

*Counsel for Defendants Eyup Yildirim, Ahmet Cengizhan Dereci, and Alpkenan Dereci*

## **CERTIFICATE OF SERVICE**

On February 25, 2025, I caused a copy of this Notice to be served on all counsel of record via the Court's electronic system.

*/s/ Xochitl S. Strohbehn*
Xochitl S. Strohbehn