IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kasim Kurd, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 1:18-1117-CKK |
| v. | ) |
| The Republic of Turkey, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), Anna G. Dimon hereby withdraws as counsel for defendants Ahmet Cengizhan Dereci, Alpkenan Dereci, and Eyup Yildirim. Messrs. A. Dereci, C. Dereci, and Yildirim will continue to be represented in this action by Venable LLP. Messrs. A. Dereci, C. Dereci, and Yildirim acknowledge and agree to withdrawal of the undersigned.

Dated: March 17, 2025

Respectfully submitted,

*/s/ Anna G. Dimon*
Mark E. Schamel
DC Bar Number 463965
Ana L. Jara
Maxwell H. Weiss
600 Massachusetts Avenue, NW
Washington, DC 20001

—and—

Xochitl S. Strohbehn
(*pro hac vice*)
151 West Forty-Second Street
49th Floor
New York, NY 100036

**Counsel for Mr. Ahmet Cengizhan Dereci, Mr. Alpkenan Dereci, and Mr. Eyup Yildirim**

*Acknowledged and Agreed:*

_____          Dated: 3/13/2025
Ahmet Cengizhan Dereci


_____          Dated: 3/13/2025
Alpkenan Dereci


_____          Dated: 3/13/2025
Eyup Yildirim

## **CERTIFICATE OF SERVICE**

On March 17, 2025, I caused a copy of this Notice to be served on all counsel of record via the Court's electronic system.

*/s/ Anna G. Dimon*
Anna G. Dimon