# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KASIM KURD, *et al.*,<br>    Plaintiffs<br>    v.<br>REPUBLIC OF TURKEY, *et al.*,<br>    Defendants. | Civil Action No. 18-1117 (CKK) |

## ORDER
(March 17, 2025)

It is hereby **ORDERED**, pursuant to 28 U.S.C. § 636(b), Local Rule of Civil Procedure 72.1(b)(1)–(2), (7), and Local Rule of Civil Procedure 72.2(a), that this matter is directly referred to Magistrate Judge Zia M. Faruqui—to whom earlier discovery disputes in this matter were referred—for consideration and resolution of all discovery disputes.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge