UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KASIM KURD,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 18-cv-1117-CKK-ZMF |
| **REPUBLIC OF TURKEY,** *et al.*, | ) ) ) ) | |
| Defendant. | ) ) | |

## **DISCOVERY STANDING ORDER**

This matter has been referred to the undersigned for the management of discovery.

Accordingly, it is hereby

**ORDERED** that no discovery-related motion may be filed unless the moving party has:

1. Attempted in good faith, but without success, to resolve the dispute, consistent with L. Civ. R. 7(m); and

2. Requested a pre-motion on-the-record telephone conference with the Court to discuss the dispute informally.  *See* Fed. R. Civ. P. 16(b)(3)(B)(v).  The procedure for requesting a pre-motion telephone conference is as follows:

    a. Counsel shall notify opposing counsel of their intent to contact the Court's chambers to request a telephone conference at least 24 hours in advance of any request.

    b. Counsel requesting such a telephone conference shall check the availability of all counsel and contact via email the Court's law clerk, identified below, with available dates and times for the telephone conference. The email shall include a clear, concise description of the issues in dispute.

    c. After a telephone conference has been scheduled, the Court will provide instructions for access to the Court's conference call system.

      d. No later than five business days in advance of the telephone conference, all parties shall submit via email to the Court's law clerk, and to opposing parties, a brief position paper outlining the dispute(s) and the party's position on the disputed issues. The position papers should not be more than 2 pages in length. The parties shall file position papers on the Court's docket by the end of the day on which they are emailed to chambers. These deadlines may be modified by order of the Court.

3. If the Court does not grant the request for a telephone conference, or if the conference fails to resolve the dispute, then upon approval of the Court, a discovery motion may be filed. Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

**SO ORDERED.**

Date: March 17, 2025

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

**Assigned Law Clerk:**
Victoria Sheber
202-354-3077
Victoria_Sheber@dcd.uscourts.gov